**RECEIVED**
MAY 1 8 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS–44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Lee, Hun Sang

## DEFENDANTS

Manhattan Guam, Inc. dba Royal Orchid Hotel, Doe Defendants One through Ten

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    South Korea
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT    Guam USA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Bill R. Mann, Esq.   [see attachment]
Suite 503, 111 Chalan Santo Papa
Hagatna, Guam 96910    (671) 477-2778

ATTORNEYS (IF KNOWN)

**04-00027**

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☐ 1  U.S. Government Plaintiff

☐ 3  Federal Question (U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | **PERSONAL INJURY** | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 362 Personal Injury — Med. Malpractice | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 365 Personal Injury — Product Liability | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 368 Asbestos Personal Injury Product Liability | | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| | ☒ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

28 U.S.C. Section 1332(a)(2).  Plaintiff was injured in swimming pool accident at the Royal Orchid Hotel in Tumon, Guam.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ Excess of $75,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ YES  ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE _____    DOCKET NUMBER _____

DATE  May 17, 2004

SIGNATURE OF ATTORNEY OF RECORD  *Bill R. Mann*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

**ATTACHMENT TO CIVIL COVER SHEET (JS44)**
**RE: HUN SANG LEE V. MANHATTAN GUAM, INC, ET AL.**


I.(c) Attorneys

L. Richard Fried, Esq.
Patrick F. McTernan
CRONIN, FRIED, SEKIYA, KEKINA & FAIRBANKS
Suite 1900, Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Tel: (808) 524-1433

and

Jason S. Kim, Esq.
Suite 303, Young's Professional Building
788 North Marine Drive
Upper Tumon, Guam 96913
Tel: (671) 649-8123

1 | CRONIN FRIED SEKIYA KEKINA & FAIRBANKS
841 Bishop Street, Suite 600
2 | Honolulu, Hawaii 96813
Telephone: (808)0227-8601
3
BERMAN O'CONNOR MANN & SHKLOV
4 | Suite 503, Bank of Guam Bldg.
111 Chalan Santo Papa
5 | Hagåtña, Guam 96910
Telephone: (671) 477-2778
6
JASON S. KIM, ESQ.
7 | Suite 303, Young's Professional Building
788 North Marine Drive
8 | Upper Tumon, Guam 96913
Telephone: (671) 649-8123
9

FILED
DISTRICT COURT OF GUAM
MAY 1 8 2004
MARY L. M. MORAN
CLERK OF COURT

10 | Attorneys for Plaintiff:
*HUN SANG LEE*
11

12 | **IN THE DISTRICT COURT OF GUAM**

13

14 | HUN SANG LEE,                        )      CIVIL CASE NO. CV **04-00027**
                                     )
15 |          Plaintiff,       )
                                     )
16 |    vs.                             )    **COMPLAINT AND DEMAND FOR**
                                     )    **JURY TRIAL**
17 | MANHATTAN GUAM, INC. dba ROYAL )
ORCHID HOTEL and DOE                 )
18 | DEFENDANTS One through Ten,      )
                                     )
19 |          Defendants.      )
                                     )

20

     The Plaintiff Hun Sang Lee states the following for his Complaint:
21

     1.     Plaintiff HUN SANG LEE is a resident of Inchon, South Korea.
22

     2.     Defendant MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL ("Royal
23

Orchid Hotel") is a Guam corporation properly licensed to engage in business in the Territory of
24

Guam, and as such is engaged in the business of, among other things, operating a hotel with a
25

swimming pool known as the Royal Orchid Hotel in Tumon, Guam.
26

E:\Deenie\Pldgs\LeeHS\Complaint.wpd

3. Doe Defendants One through Ten are sued herein under fictitious names for the reason that after diligent and good faith efforts to ascertain their names and identities, their true name and identities are presently unknown to Plaintiff, except that they were connected in some manner with the above-named Defendant and/or were persons, corporations, business entities, partnerships, governmental entities, agents, servants, employees, representatives, co-venturerers, or associates who were in some manner responsible for the injuries and damages to the Plaintiff, including but not limited to persons or entities responsible for design, construction, and maintenance of the subject swimming pool.  They will be named as Defendants as soon as their true identity is determined.

4.       The Court has jurisdiction over this matter pursuant to 28 U.S.C. §1332. The amount in controversy exceeds $75,000.00 exclusive of interest and costs.

5.       On November 17, 2002, the Plaintiff was a guest at the Defendant Royal Orchid Hotel, in Tumon, Guam, while on vacation from South Korea.

6.       On November 17, 2002, at approximately 2:30 p.m., Plaintiff entered the pool area of the Defendant Royal Orchid Hotel for the purpose of swimming.

7.       Thereafter, Plaintiff made a shallow dive into the swimming pool and struck his head on concrete steps which abutted into the swimming pool and which could not be seen from the surface at the time.  Plaintiff was thereafter transported to Guam Memorial Hospital, where he was diagnosed as a paraplegic, which paraplegia is directly attributable to injuries which occurred in the Defendant Royal Orchid Hotel's swimming pool.

8.       Defendant Royal Orchid Hotel was under a duty to exercise reasonable care to provide safe premises, and to warn against hazardous conditions in the pool area.

9.       As a direct and proximate result of the negligence of Defendant Royal Orchid Hotel in failing to provide for the safety of the hotel patrons and by creating and maintaining dangerous and

E:\Deenie\Pldgs\LeeHS\Complaint.wpd

1

2

3    hazardous conditions in and around its swimming pool, Plaintiff was rendered a paraplegic.

4          10.    The negligence of Defendant Royal Orchid Hotel included, but was not necessarily

5    limited to, the following:

6          a.    Defendant Royal Orchid Hotel built dangerous concrete steps protruding into

7    the swimming pool instead of recessed steps, and thereafter operated in the swimming pool with this

8    dangerous condition present, all in violation of Guam's Rules and Regulations relating to public

9    swimming pools;

10          b.    Defendant Royal Orchid Hotel failed to paint the protruding steps a contrasting

11    color or otherwise warn patrons of their existence;

12          c.    Defendant Royal Orchid Hotel negligently failed to post and adequately

13    translate into Korean a conspicuous warning sign that a lifeguard was not on duty and that the

14    swimmers swim at their own risk and that diving is prohibited, despite the fact that Defendant Royal

15    Orchid Hotel was encouraging Korean tourists to stay at its hotel.

16          11.    As a direct and proximate result of the negligence of Defendant Royal Orchid Hotel,

17    Plaintiff was rendered paraplegic and has lost movement in his legs and control of his bowel and

18    bladder functions, which condition is permanent. The Plaintiff has and will incur substantial medical

19    and hospital expenses throughout his life expectancy. He has lost employment income and will never

20    be employable in an occupation which requires mobility, with consequent loss of future income. He

21    has and will incur substantial pain and suffering, and has been and will be unable to engage in any

22    activities requiring mobility. This has resulted in severe emotional distress to Plaintiff and loss of

23    enjoyment of life.

24

25

26

E:\Deenie\Pldgs\LeeHS\Complaint.wpd

WHEREFORE, the Plaintiff requests this Court to enter judgment against the Defendants in an amount sufficient to compensate him for his injuries and damages, for interest as provided by law, for the costs of this action, and for such other relief as the Court may deem just.

Dated this ___18th___ day of ___May___, 2004.

CRONIN, FRIED, SEKIYA, KEKINA & FAIRBANKS
BERMAN O'CONNOR MANN & SHKLOV
JASON S. KIM
Attorneys for Plaintiff *HUN SANG LEE*

By: _____
        BILL R. MANN

## DEMAND FOR JURY TRIAL

The Plaintiff demands a trial to a jury of six on all issues so triable.

E:\Deenie\Pldgs\LeeHS\Complaint.wpd