BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorney for Plaintiff:
*Hun Sang Lee*

FILED
DISTRICT COURT OF GUAM
MAY 18 2004
MARY L. M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HUN SANG LEE,<br><br>    Plaintiff,<br><br>vs.<br><br>MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL and DOE DEFENDANTS, One through Ten,<br><br>    Defendants. | CIVIL CASE NO. 04-00027<br><br>**PETITION TO ADMIT ATTORNEY *PRO HAC VICE*** |

The Plaintiff Hun Sang Lee hereby petitions for Attorney L. Richard Fried, Jr. of the Law Firm of Cronin, Fried, Sekiya, Kekina & Fairbanks to be admitted *pro hac vice* to practice before this Court in the above-captioned action. The Declaration of Mr. Fried is attached.

This Petition is made pursuant to General Rule 17.1 of the District Court of Guam. Bill R. Mann of the law firm of Berman O'Connor Mann & Shklov accepts the designation as local counsel. A proposed Order is attached.

Dated this 18TH day of May, 2004.

Respectfully submitted,

CRONIN, FRIED, SEKIYA, KEKINA & FAIRANKS
BERMAN O'CONNOR MANN & SHKLOV

By: /s/ Bill R. Mann
**BILL R. MANN**
Attorney for Plaintiff
*Hun Sang Lee*

E:\Deenie\Pldgs\LeeHS\Pro Hac Vice (LRF).wpd\BRM:dv

- 1 -