CRONIN FRIED SEKIYA
  KEKINA & FAIRBANKS
600 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Tel. No.: (800) 227-8601
        (808) 524-1433
Fax No.: (808) 536-2073

Attorneys for Plaintiff:
*Hun Sang Lee*

FILED
DISTRICT COURT OF GUAM
MAY 18 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

04-00027

| HUN SANG LEE, | ) CIVIL CASE NO. _____ |
| --- | --- |
| Plaintiff, | ) |
| vs. | ) **DECLARATION OF** |
| | ) **L. RICHARD FRIED, JR.** |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, DOE DEFENDANTS One through Ten, | ) |
| Defendants. | ) |

I, L. Richard Fried, Jr., in support of this Motion, submit the following information:

1. My full name is L. Richard Fried, Jr.

2. I have been retained by the Plaintiff Hun Sang Lee.

3. My business address and telephone numbers are as follows: 600 Davies Pacific Center, 841 Bishop Street, Honolulu, Hawaii 96813; telephone: (808) 524-1433; (800) 227-8601.

4. The name of my Law Firm is Cronin, Fried, Sekiya, Kekina & Fairbanks.

5. I attended the University of Arizona where I earned my Juris Doctorate in 1966.

6. I am admitted to the following state bars and courts: The Arizona State Bar Association (Admitted 1966); the U.S. District Court, District of Arizona (Admitted 1967); the U.S. District Court, District of Hawaii (Admitted 1968); the Supreme Court of Hawaii (Admitted 1968); the Hawaii State Bar Association and all state courts of the State of Hawaii (Admitted 1969); U.S. Court of Appeals (Admitted 1969); the U.S. Court of Appeals, Ninth Circuit (Admitted 1977);

- 1 -

U.S. Tax Court (Admitted 1977); the U.S. Customs Court (Admitted 1977); the U.S. Supreme Court (Admitted 1977), the U.S. Court of Claims (Admitted 1978); and the U.S. Court of International Trade and the U.S. Claims and District Court for the Northern Mariana Island (Admitted 1978).

7. I am a member in good standing of all of the aforementioned bars; I am not under any suspension or disbarment.

8. I hereby designate Bill R. Mann of the law firm of Berman O'Connor Mann & Shklov, an active member in good standing of the bar of this Court, as co-counsel with whom this Court and opposing counsel may communicate regarding the conduct of the above-entitled case upon whom papers may be served.

I declare under penalty of perjury that the foregoing facts are true and correct, and respectfully request that the Petition to Admit *Pro Hac Vice* be granted and that I be admitted *pro hac vice* to the bar of this Court to appear in this matter.

Dated this 21st day of April, 2004.

L. RICHARD FRIED, JR.