CRONIN FRIED SEKIYA
KEKINA & FAIRBANKS
600 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Tel. No.: (800) 227-8601
         (808) 524-1433
Fax No.: (808) 536-2073

Attorneys for Plaintiff:
*Hun Sang Lee*

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HUN SANG LEE, | CIVIL CASE NO. 04-00027 |
| Plaintiff, | |
| vs. | **DECLARATION OF PATRICK F. McTERNAN** |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, DOE DEFENDANTS One through Ten, | |
| Defendants. | |

I, Patrick F. McTernan, in support of this Motion, submit the following information:

1. My full name is Patrick Francis McTernan.

2. I have been retained by the Plaintiff Hun Sang Lee.

3. My business address and telephone numbers are as follows: 600 Davies Pacific Center, 841 Bishop Street, Honolulu, Hawaii 96813; telephone: (808) 524-1433; (800) 227-8601.

4. The name of my Law Firm is Cronin, Fried, Sekiya, Kekina & Fairbanks.

5. I attended the William S. Richardson School of Law in Honolulu, Hawaii, and the DePaul University College of Law in Chicago, Illinois, where I earned my Juris Doctorate in 1986.

6. I am admitted to the following state bars and courts: The Hawaii State Bar Association and all state courts of the State of Hawaii (Admitted: October 1986); the United States District Court for the District of Hawaii (Admitted: October 1986); and the Ninth Circuit Court of

- 1 -

1  Appeals (Admitted: May 1997).

2  7.    I am a member in good standing of all of the aforementioned bars; I am not under any suspension or disbarment.

8.    I hereby designate Bill R. Mann of the law firm of Berman O'Connor Mann & Shklov, an active member in good standing of the bar of this Court, as co-counsel with whom this Court and opposing counsel may communicate regarding the conduct of the above-entitled case upon whom papers may be served.

I declare under penalty of perjury that the foregoing facts are true and correct, and respectfully request that the Petition to Admit *Pro Hac Vice* be granted and that I be admitted *pro hac vice* to the bar of this Court to appear in this matter.

Dated this 21st day of April, 2004.

_____
PATRICK F. McTERNAN