AO 440 (Rev. 8/01) Summons in a Civil Action

FILED
DISTRICT COURT OF GUAM
JUN 04 2004
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

District of    GUAM

HUN SANG LEE,
                    Plaintiff,

V.

MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, DOE DEFENDANTS One through Ten,
                    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 04-00027

TO: (Name and address of Defendant)

MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL
626 Pale SAn Vitores Road
Tumon, Guam

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bill R. Mann, Esq.
BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagatna, Guam 96910
Tel: (671) 477-2778

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran
CLERK

MAY 18 2004
DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 5/19/0X 2:32 pm |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| MARK A. SCRIGGS | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: ROYAL ORCHID HOTEL, #626 PALE SAN VITORES RD. TUMON.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 00 — | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/19/04
           Date            Signature of Server

P.O. Box 432 Hagatna, GU. 96932
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Case 1:04-cv-00027   Document 6   Filed 06/04/2004   Page 2 of 2