CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*Manhattan Guam, Inc.,*
*dba Royal Orchid Hotel*



FILED
DISTRICT COURT OF GUAM
JUN 0 8 2004
MARY L. M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| HUN SANG LEE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MANHATTAN GUAM, INC., dba ROYAL ) <br> ORCHID HOTEL and DOE ) <br> DEFENDANTS One through Ten, ) <br> ) <br> Defendants. ) <br> _____) | CIVIL CASE NO. CV04-00027 <br><br> ANSWER TO COMPLAINT |

Manhattan Guam, Inc., dba Royal Orchid Hotel (hereinafter "Defendant") responds and answers the allegations in the Complaint in the above-entitled action as follows:

### FIRST DEFENSE

The Complaint, in whole or in part, fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

As a Second Defense to the Complaint:

1. Defendant admits the allegations contained in paragraph 1 of the Complaint.

2. Defendant admits the allegations contained in paragraph 2 of the Complaint.

3. Defendant is without sufficient information to form a belief as to the truthfulness of the allegations in paragraph 3 of the Complaint and therefore denies the same.

4. Defendant admits the allegations in paragraph 4 of the Complaint.

5. Defendant admits the allegations contained in paragraph 5 of the Complaint.

6. Defendant admits the allegations contained in paragraph 6 of the Complaint.

7. Defendant denies the allegations contained in paragraph 7 f the Complaint.

8. Paragraph 8 of the Complaint contains arguments of law and not allegations of fact and therefore does not require a response. To the extent a response is deemed necessary, Defendant denies the statements contained in said paragraph as being an inaccurate statement of the law.

9. Defendant denies the allegations contained in paragraph 9 of the Complaint.

10. Defendant denies the allegations contained in paragraph 10 of the Complaint.

11. Defendant denies the allegations contained in paragraph 11 of the Complaint.

12. All other allegations in the Complaint not specifically addressed above are denied.

### FIRST AFFIRMATIVE DEFENSE

Any injuries or damages Plaintiff sustained were caused primarily by his own negligence, and his claims are therefore barred.

### SECOND AFFIRMATIVE DEFENSE

Any injuries or damages Plaintiff sustained were partially caused by their his negligence, and his damages, if any, must be reduced by the percentage of causal negligence attributable to him.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrine of assumption of the risk.

## PRAYER

WHEREFORE, Defendant prays for relief as follows:

1. That the Complaint of Plaintiff be dismissed, that judgment be entered against Plaintiffs and that Plaintiff take nothing thereby;

2. That Defendant recover its cost of suit; and

3. That Defendant be granted such further relief as this Court deems appropriate.

DATED at Hagåtña, Guam, this 8th day of June, 2004.

CIVILLE & TANG, PLLC

By: _____
**G. PATRICK CIVILLE**
*Attorneys for Defendant*
*Manhattan Guam, Inc., dba Royal Orchid Hotel*

## CERTIFICATE OF SERVICE

I, G. PATRICK CIVILLE, hereby certify that on June 8, 2004, I caused a copy of the foregoing Answer to Complaint to be served by hand-delivery on the following:

>Bill R. Mann, Esq.,
>Berman O'Connor Mann & Shklov
>Suite 503, Bank of Guam Building
>111 Chalan Santo Papa
>Hagåtña, Guam 96910

DATED this 8th day of June, 2004.

CIVILLE & TANG, PLLC

By: /s/ G. Patrick Civille
G. PATRICK CIVILLE
*Attorneys for Defendant*
*Manhattan Guam, Inc., dba Royal Orchid Hotel*