```
 1  BERMAN O'CONNOR MANN & SHKLOV
    Suite 503, Bank of Guam Building
 2  111 Chalan Santo Papa
    Hagåtña, Guam 96910
 3  Telephone: (671) 477-2778
    Facsimile: (671) 477-4366
 4
 5  Attorney for Defendant:
    Winzler & Kelly Consulting Engineers
 6
```

FILED
DISTRICT COURT OF GUAM
JUN 10 2004
MARY L. M. MORAN
CLERK OF COURT

### IN THE DISTRICT COURT OF GUAM

**04-00027**

| | |
|---|---|
| HUN SANG LEE, | CIVIL CASE NO. _____ |
| Plaintiff, | |
| vs. | **ORDER RE *PRO HAC VICE*** |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, DOE DEFENDANTS One through Ten, | |
| Defendants. | |

### O R D E R

Upon good cause shown, and after review of the Petition to admit attorney *pro hac vice,* and the Declaration of L. Richard Fried in support of said Petition, pursuant to General Rule 17.1(d) and (e) of the Local Rules of the District Court of Guam, the Petition to admit attorney *pro hac vice* is granted.

IT IS HEREBY ORDERED that L. Richard Fried is admitted *pro hac vice* on behalf of Plaintiff Hun Sang Lee in the above-captioned action.

**SO ORDERED** this 10th day of June, 2004.

By: _____
JOAQUIN V.E. MANIBUSAN, JR.
**Magistrate Judge**

RECEIVED
MAY 18 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM