BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorney for Defendant:
*Winzler & Kelly Consulting Engineers*

**FILED**
DISTRICT COURT OF GUAM
JUN 10 2004
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HUN SANG LEE, | CIVIL CASE NO. 04-00027 |
| Plaintiff, | |
| vs. | **ORDER RE *PRO HAC VICE*** |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, DOE DEFENDANTS One through Ten, | |
| Defendants. | |

### ORDER

Upon good cause shown, and after review of the Petition to admit attorney *pro hac vice*, and the Declaration of Patrick F. McTernan in support of said Petition, pursuant to General Rule 17.1(d) and (e) of the Local Rules of the District Court of Guam, the Petition to admit attorney *pro hac vice* is granted.

IT IS HEREBY ORDERED that Patrick F. McTernan is admitted *pro hac vice* on behalf of Plaintiff Hun Sang Lee in the above-captioned action.

**SO ORDERED** this 10th day of June, 2004.

By: _____
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

**RECEIVED**
MAY 18 2004
DISTRICT COURT OF GUAM
HAGÅTÑA, GUAM