ORIGINAL

CRONIN FRIED SEKIYA
KEKINA & FAIRBANKS
841 Bishop Street, Suite 600
Honolulu, Hawaii 96813
Telephone: (800) 227-8601
           (808) 524-1433

BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Bldg.
111 Chalan Santo Papa
Hagatna, Guam 96910
Telephone: (671) 477-2778

JASON S. KIM, ESQ.
Suite 303, Young's Professional Building
788 North Marine Drive
Upper Tumon, Guam 96913
Telephone: (671) 649-8123

Attorneys for Plaintiff:
*Hun Sang Lee*

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HUN SANG LEE, <br><br> Plaintiff, <br><br> vs. <br><br> MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL and DOE DEFENDANTS One through Ten, <br><br> Defendants. | CIVIL CASE NO. CV 04-00027 <br><br> PLAINTIFF HUN SANG LEE'S MOTION TO ALLOW PRO HAC VICE ATTORNEYS TO APPEAR TELEPHONICALLY; DECLARATION OF PATRICK F. McTERNAN; ORDER PLAINTIFF HUN SANG LEE'S MOTION TO ALLOW PRO HAC VICE ATTORNEYS TO APPEAR TELEPHONICALLY; NOTICE OF MOTION AND CERTIFICATE OF SERVICE <br><br> Non-Hearing Motion <br><br> No Trial Date Set |

### PLAINTIFF HUN SANG LEE'S MOTION TO ALLOW PRO HAC VICE ATTORNEYS TO APPEAR TELEPHONICALLY

Plaintiff Hun San Lee, by and through his attorneys, the Law Firms of Cronin Fried Sekiya, Kekina & Fairbanks and Berman O'Connor Mann & Shklov, hereby moves this

Honorable Court for an Order granting Pro Hac Vice Attorneys' Motion to appear telephonically at any and all Hearings and/or Meetings to be heard and/or conducted by any Judge in the above-referenced matter.

This Motion is based upon the files, records, proceedings, and Declaration of Patrick F. McTernan attached hereto.

Dated this 19th day of July, 2004.

        **CRONIN, FRIED, SEKIYA,**
        **KEKINA & FAIRBANKS**
        **BERMAN O'CONNOR MANN & SHKLOV**
        **JASON S. KIM, ESQ.**

By: _____
**PATRICK F. McTERNAN**
Attorneys for Plaintiff *HUN SANG LEE*

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HUN SANG LEE, | CIVIL CASE NO. CV 04-00027 |
| Plaintiff, | DECLARATION OF PATRICK F. McTERNAN |
| vs. | |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL and DOE DEFENDANTS One through Ten, | |
| Defendants. | |

### DECLARATION OF PATRICK F. McTERNAN

I, Patrick F. McTernan, in support of this Motion, submit the following information:

1. I am an attorney duly licensed to practice law in the State of Hawaii.

2. I am one of the attorneys for Plaintiff, and I have personal knowledge of the matters contained herein, except as to the matters stated upon information and belief, and as to those matters I believe them to be true and correct after reasonable inquiry.

3. I was admitted Pro Hac Vice on behalf of Plaintiff Hun Sang Lee in the above-captioned action by an Order signed by Magistrate Judge Joaquin V.E. Manibusan, Jr., filed on June 10, 2004 in the District Court of Guam.

4. Attorney L. Richard Fried, Jr., of the Law Firm of Cronin Fried Sekiya & Fairbanks was also admitted Pro Hac Vice on behalf of Plaintiff Hun Sang Lee in the above-captioned action by an Order signed by Magistrate Judge Joaquin V.E. Manibusan, Jr., filed on June 10, 2004 in the District Court of Guam.

5. Pro Hac Vice counsel are fully prepared to attend all conferences and hearings in person if that is what the Court requires. However, Pro Hac Vice counsel practice in the

State of Hawaii, and if they are required to appear in person at hearings this will result in considerable expense to Plaintiff.

6. Plaintiff suffered catastrophic injury in a swimming pool accident and is now paraplegic and unemployed. Consequently, the cost of travel to and from Guam by Pro Hac Vice counsel would be a considerable burden upon him. All such expenses will reduce the amount he actually receives out of any recovery in this case.

7. For this reason, Pro Hac Vice counsel respectfully request that, to the extent practicable, they be permitted to attend any conferences and/or hearings by telephone.

I declare under penalty of perjury that the foregoing facts are true and correct, and respectfully request that this Motion be granted and that Pro Hac Vice Attorneys, L Richard Fried, Jr., and/or Patrick F. McTernan, be allowed to appear telephonically at any and all Hearings and/or Meetings to be heard and/or conducted by any Judge in the above-referenced matter.

Executed this 19th day of July, 2004, at Honolulu, Hawaii.

_____
PATRICK F. McTERNAN

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HUN SANG LEE, | CIVIL CASE NO. CV 04-00027 |
| Plaintiff, | ORDER RE PLAINTIFF HUN SANG LEE'S MOTION TO ALLOW PRO HAC VICE ATTORNEYS TO APPEAR TELEPHONICALLY |
| vs. | |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL and DOE DEFENDANTS One through Ten, | |
| Defendants. | |

### ORDER RE PLAINTIFF HUN SANG LEE'S MOTION TO ALLOW PRO HAC VICE ATTORNEYS TO APPEAR TELEPHONICALLY

Plaintiff having filed his Motion to Allow Pro Hac Vice Attorneys to Appear Telephonically the Honorable __JOAQUIN V.E. MANIBUSAN, JR.__ having considered the Motion, and for good cause shown;

IT IS HEREBY ORDERED that Plaintiff's Motion to allow pro hac vice attorneys to appear telephonically is hereby granted.

**SO ORDERED** this __29th__ day of __July__, 2004.

By: _[signature] Joaquin VE Manibusan_

RECEIVED
JUL 22 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HUN SANG LEE, | CIVIL CASE NO. CV 04-00027 |
| Plaintiff, | NOTICE OF MOTION AND CERTIFICATE OF SERVICE |
| vs. | |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL and DOE DEFENDANTS One through Ten, | |
| Defendants. | |

### NOTICE OF MOTION

TO: G. PATRICK CIVILLE, ESQ.
JOYCE C. H. TANG, ESQ.
CIVILLE & TANG, PLLC
330 Hernan Cortes Avenue, Suite 200
Hagatna, Guam 96910

Attorneys for Defendant
Manhattan Guam, Inc.
dba Royal Orchid Hotel

NOTICE IS HEREBY GIVEN that the undersigned has filed with the above-entitled Court the Motion attached hereto. Any response to said Motion must be filed with the Court no later than fourteen (14) days after the date of the Certificate of Service identified below, unless additional time is permitted pursuant to LR 6.1 and Rule 6 of the Federal Rules of Civil Procedure where service of the Motion has been made by mail pursuant to LR 5.1 and Rule 5(b)(2)(B) of the Federal Rules of Civil Procedure.

Dated this 19th day of July, 2004.

CRONIN, FRIED, SEKIYA,
KEKINA & FAIRBANKS
BERMAN O'CONNOR MANN & SHKLOV
JASON S. KIM, ESQ.

By: _____
PATRICK F. McTERNAN
Attorneys for Plaintiff *HUN SANG LEE*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the ___19th___ day of July, 2004, a copy of the foregoing Motion was served on the above-identified party at their address by mailing same via U.S. Mail.

Dated this __19th__ day of July, 2004.

CRONIN, FRIED, SEKIYA,
KEKINA & FAIRBANKS
BERMAN O'CONNOR MANN & SHKLOV
JASON S. KIM, ESQ.

By: _____
PATRICK F. McTERNAN
Attorneys for Plaintiff *HUN SANG LEE*