BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-2778
Facsimile (671) 477-4366
Attorneys for

**CRONIN FRIED SEKIYA**
**KEKINA & FAIRBANKS**
841 Bishop Street, Suite 600
Honolulu, Hawaii 96813
Telephone: (800) 227-8601/(808) 524-1433

**JASON S. KIM, ESQ.**
Suite 303, Young's Professional Building
Upper Tumon, Guam 96913
Telephone: (671) 649-8123

*Attorneys for Plaintiff Hun Sang Lee*

**CIVILLE & TANG, PLLC**
330 Hernan Cortez Avenue, Suite 200
Hagåtña, Guam 96910
Telephone: (671) 472-8868/69
Facsimile: (671) 477-2511

*Attorneys for Defendant*
*Manhattan Guam, Inc., dba*
*Royal Orchid Hotel*

FILED
DISTRICT COURT OF GUAM
JUL 30 2004
MARY L. M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| HUN SANG LEE, | CIVIL CASE NO. CV04-00027 |
| Plaintiff, | |
| vs. | **JOINT DISCOVERY PLAN** |
| MANHATTAN GUAM, INC., dba ROYAL ORCHID HOTEL and DOE DEFENDANTS One through Ten, | |

The parties having met and conferred hereby submit their proposed Joint Discovery Plan in accordance with Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule 16.1(b):

1. **Initial Disclosures**

The parties shall complete their Rule 26(a)(1) initial disclosures by **September 5, 2004**.

E:\Jean\Plds\3153.wpd

This date is agreed to by stipulation of the parties as permitted under Rule 26(a)(1) and is within a reasonable time of Rule 26(f) conference. The parties further stipulate that the deadline for the initial disclosure of plaintiff's damages calculation shall not be due on September 5, 2004, but shall be disclosed in accordance with the deadline for disclosure of experts and expert reports set by the Court and/or agreed to by the parties.

2. **Interrogatories and Requests for Production**

Both parties anticipate serving initial sets of requests for production of documents and interrogatories within thirty (30) days following completion of the initial disclosures. Both parties reserve the right to serve a second set of request for production and interrogatories should the need arise during the course of the discovery process. In the event the parties believe it is necessary to exceed the limitations regarding number of interrogatories, the parties shall act in good faith to reach an agreement regarding such matters.

3. **Fact Witnesses and Depositions**

The parties anticipate that there will be approximately ten (10) fact witnesses that will need to be deposed. Those depositions will begin following the receipt of the responses to the initial set of written discovery and, in light of the fact that at least five (5) fact witnesses reside in Korea, will probably continue throughout the discovery phase.

4. **Expert Designation and Reports**

a. Plaintiff shall designate his experts and serve their reports in accordance with Rule 26(a)(2)(B) on or before **March 15, 2005.**

b. Defendant shall designate its rebuttal experts, if any, and serve their reports in accordance with Rule 26(a)(2)(B) on or before **May 16, 2005.**

E:\Jean\Plds\3153.wpd

5. **Expert Depositions**

Depositions of all testifying experts will be scheduled to take place during the months of **April through July, 2005**.

6. **Discovery Completion**

The parties presently anticipate that all necessary discovery can be completed by **August 12, 2005,** assuming the availability of the necessary witnesses and the lack of any discovery disputes requiring rulings by the Court.

BERMAN O'CONNOR MANN & SHKLOV
CRONIN, FRIED, SEKIYA, KEKINA & FAIRBANKS
JASON S. KIM, ESQ.

Date: July 29, 2004          By: /s/ Daniel Berman
                                  DANIEL J. BERMAN
                                  *Attorneys for Plaintiff HUN SANG LEE*

CIVILLE & TANG, PLLC

Date: July 29, 2004          By: /s/ G. Patrick Civille
                                  G. PATRICK CIVILLE
                                  *Attorney for Defendant MANHATTAN GUAM, INC.,*
                                  *DBA ROYAL ORCHID HOTEL*

E:\Jean\Plds\3153.wpd