BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-2778
Facsimile (671) 477-4366
Attorneys for

**CRONIN FRIED SEKIYA**
**KEKINA & FAIRBANKS**
841 Bishop Street, Suite 600
Honolulu, Hawaii 96813
Telephone: (800) 227-8601/(808) 524-1433

**JASON S. KIM, ESQ.**
Suite 303, Young's Professional Building
Upper Tumon, Guam 96913
Telephone: (671) 649-8123

*Attorneys for Plaintiff Hun Sang Lee*

**CIVILLE & TANG, PLLC**
330 Hernan Cortez Avenue, Suite 200
Hagåtña, Guam 96910
Telephone: (671) 472-8868/69
Facsimile: (671) 477-2511

*Attorneys for Defendant*
*Manhattan Guam, Inc., dba*
*Royal Orchid Hotel*

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| HUN SANG LEE, | CIVIL CASE NO. CV04-00027 |
| Plaintiff, | |
| vs. | SCHEDULING ORDER |
| MANHATTAN GUAM, INC., dba ROYAL ORCHID HOTEL and DOE DEFENDANTS One through Ten, | |

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Local Rule 16.1 of the District Court of Guam, the parties hereby submit the following Scheduling Order:

1. The nature of the case is as follows: This is a personal injury case. Plaintiff Hun Sang Lee was a visitor at Defendant's hotel. While swimming in Defendant's pool, Plaintiff collided with

a set of submerged stairs that were not visible to him. The impact injured his cervical spine, rendering him paraplegic. He is now permanently disabled.

The posture of the case is as follows:

    a. The following motions are on file: A motion is pending for Plaintiff's pro hac vice attorneys to appear telephonically at hearings and conferences. Defendant does not object to the pro hac vice attorneys appearing telephonically. No other motions are pending.

    b. Motions for the admission pro hac vice of Plaintiff's attorneys L. Richard Fried, Jr. and Patrick F. McTernan have been granted.

    c. The following discovery has been initiated: **None at this time.**

3. All motions to add parties and claims shall be filed on or before: **November 17, 2004.**

4. All motions to amend pleadings shall be filed on or before: **November 17, 2004.**

5. Status of Discovery:

    a. The times for disclosures under Rules 26(a) and 26(e) of the Federal Rules of Civil Procedure are modified as follows: The parties shall complete their Rule 26(a)(1) initial disclosures by September 5, 2004. This date is agreed to by stipulation of the parties as permitted under Rule 26(a)(1) and is within a reasonable time of Rule 26(f) conference. The parties further stipulate that the deadline for the initial disclosure of plaintiff's damages calculation shall not be due on September 5, 2004, but shall be disclosed in accordance with the deadline for disclosure of experts and expert reports set by the Court and/or agreed to by the parties.

    b. The parties' Joint Discovery Plan filed herewith is adopted and incorporated as part of this Scheduling Order.

      c.    The deadline for disclosure of experts and expert reports shall be March 15, 2005 for Plaintiff and May 16, 2005 for Defendant(s).

6. The parties shall appear before the District Court on August 12, 2004 at 3:00 p.m. for the Scheduling Conference.

7. The discovery cut-off date (defined as the last day to file responses to discovery) is: August 12, 2005.

8.   a.    The anticipated discovery motions are: None at this time.

All discovery motions shall be filed on or before **June 10, 2005** and heard on or before **August 12, 2005**.

      b.    The anticipated dispositive motions are: **None at this time**.

All dispositive motions shall be filed on or before **August 12, 2005**, and heard on or before **September 30, 2005**.

9. The prospects of settlement are: **Unknown at this time**.

10. The Preliminary Pretrial Conference shall be held on the **14th day of October, 2005, at 9:00 a.m.**

11. The parties' pretrial materials, discovery materials, witness lists, designations and exhibit lists shall be filed on or before **October 31, 2005**.

12. The Proposed Pretrial Order shall be filed on or before the **31st day of October, 2005**.

13. The Final Pretrial Conference shall be held on the **7th day of November 2005, at 9:00 a.m.**

14. The trial shall be held on the **14th day of November, at 9:00 a.m.** (this date is within 18 months of the date of the filing of the complaint).

15. The trial is a jury trial.

16. It is anticipated that it will take **6 to 7** days to try this case.

17. The names of counsel on the case are:

Plaintiff: **L. Richard Fried, Jr., Patrick F. McTernan, William R. Mann and Jason S. Kim**

Defendant: **G. Patrick Civille and Joyce C. H. Tang**

18. The parties **do** wish to submit this case to a settlement conference.

19. The parties present the following suggestions for shortening the trial: **None at this time**.

20. The following issues will also affect the status or management of the case: **None at this time**.

IT IS SO ORDERED this 2nd day of August, 2004.

_____

APPROVED AS TO FORM AND CONTENT:

BERMAN O'CONNOR MANN & SHKLOV
CRONIN, FRIED, SEKIYA, KEKINA & FAIRBANKS
JASON S. KIM, ESQ.

By: _____
DANIEL J. BERMAN
*Attorneys for Plaintiff HUN SANG LEE*

Date: July 29, 2004

CIVILLE & TANG, PLLC

By: _____
G. PATRICK CIVILLE
*Attorney for Defendant MANHATTAN GUAM, INC., dba ROYAL ORCHID HOTEL*

Date: July 29, 2004

**RECEIVED**
JUL 30 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM