# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| HUN SANG LEE, <br><br> Plaintiff, <br><br> vs. <br><br> MANHATTAN GUAM, INC. d.b.a. ROYAL ORCHID HOTEL and DOES 1-10, <br><br> Defendants. | Civil Case No. 04-00027 <br><br><br><br> MINUTES |

(✓) SCHEDULING CONFERENCE ( ) PRELIMINARY PRETRIAL CONFERENCE
(August 12, 2004, 3:15 - 3:20 p.m.)

( ) FINAL PRETRIAL CONFERENCE ( ) STATUS CONFERENCE

**Notes:** Appearing personally were Attorney Jason Kim for the plaintiff and Attorney G. Patrick Civille on behalf of defendant Manhattan Guam, Inc. Appearing telephonically for the plaintiff as well was Attorney Patrick F. McTernan.

The Magistrate Judge informed counsel that the proposed Scheduling Order and Discovery Plan had already been signed by the Court. The Magistrate Judge also advised counsel that without their consent to proceed before him, a visiting district judge would be handling all dispositive matters and the trial in the case.

The Magistrate Judge stated that he would be available to act as the settlement judge if and when the parties wished to submit the action for a settlement conference. When appropriate, the parties will notify the Court when to convene settlement conference.

Dated: August 16, 2004

JUDITH P. HATTORI
Law Clerk