**BERMAN O'CONNOR MANN & SHKLOV**
SUITE 503, BANK OF GUAM BLG.
111 CHALAN SANTO PAPA
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-2778

**CRONIN FRIED SEKIYA**
**KEKINA & FAIRBANKS**
841 BISHOP STREET, SUITE 600
HONOLULU, HAWAII 96813
TELEPHONE: (800) 227-8601/(808) 524-1433

**JASON S. KIM, ESQ.**
SUITE 303, YOUNG'S PROFESSIONAL BUILDING
UPPER TUMON, GUAM 96913
TELEPHONE: (671) 649-8123

*Attorneys for Plaintiff Hun Sang Lee*



FILED
DISTRICT COURT OF GUAM
OCT 13 2004
MARY L. M. MORAN
CLERK OF COURT

15

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| HUN SANG LEE, ) | CIVIL CASE NO. CV04-00027 |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE RE: |
| ) | PLAINTIFF'S FIRST REQUEST FOR |
| vs. ) | ANSWERS TO INTERROGATORIES |
| ) | TO DEFENDANT MANHATTAN |
| MANHATTAN GUAM, INC., dba ROYAL ) | GUAM, INC., DBA ROYAL ORCHID |
| ORCHID HOTEL and DOE ) | HOTEL; DEFINITIONS; |
| DEFENDANTS One through Ten, ) | INTERROGATORIES |
| ) | |
| Defendants. ) | |
| ) | Trial Date: November 14, 2005 |

CERTIFICATE OF SERVICE RE:
PLAINTIFF'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO
DEFENDANT MANHATTAN GUAM, INC., DBA ROYAL ORCHID HOTEL

The undersigned hereby certifies that a true copy of the foregoing document was

served on the following via Facsimile (671-477-2511) and also by depositing same in the

United State mail, postage prepaid on October 4, 2004.

G. PATRICK CIVILLE, ESQ.
JOYCE C. H. TANG, ESQ.
CIVILLE & TANG, PLLC
330 Herman Cortez Avenue, Suite 200
Hagatna, Guam 96910

Attorneys for Defendant
Manhattan Guam, Inc.
dba Royal Orchid Hotel

DATED: Honolulu, Hawaii, October 5, 2004.

        **CRONIN, FRIED, SEKIYA, KEKINA & FAIRBANKS**
        **BERMAN O'CONNOR MANN & SHKLOV**
        **JASON S. KIM, ESQ.**
        Attorneys for Plaintiff *HUN SANG LEE*

By: _____
        **L. RICHARD FRIED**
        **PATRICK F. McTERNAN**