

**BERMAN O'CONNOR MANN & SHKLOV**
SUITE 503, BANK OF GUAM BLG.
111 CHALAN SANTO PAPA
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-2778

**CRONIN FRIED SEKIYA**
**KEKINA & FAIRBANKS**
841 BISHOP STREET, SUITE 600
HONOLULU, HAWAII 96813
TELEPHONE: (800) 227-8601/(808) 524-1433

**JASON S. KIM, ESQ.**
SUITE 303, YOUNG'S PROFESSIONAL BUILDING
UPPER TUMON, GUAM 96913
TELEPHONE: (671) 649-8123

*Attorneys for Plaintiff Hun Sang Lee*

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| HUN SANG LEE, <br><br> Plaintiff, <br><br> vs. <br><br> MANHATTAN GUAM, INC., dba ROYAL ORCHID HOTEL and DOE DEFENDANTS One through Ten, <br><br> Defendants. | CIVIL CASE NO. CV04-00027 <br><br> CERTIFICATE OF SERVICE RE: PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT MANHATTAN GUAM, INC. DBA ROYAL ORCHID HOTEL; DEFINITIONS; DOCUMENTS AND THINGS REQUESTED <br><br> Trial Date: November 14, 2005 |

CERTIFICATE OF SERVICE RE:
PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS
TO DEFENDANT MANHATTAN GUAM, INC. DBA ROYAL ORCHID HOTEL

The undersigned hereby certifies that a true copy of the foregoing document was served on the following via Facsimile (671-477-2511) and also by depositing same in the United State mail, postage prepaid on October 4, 2004.

G. PATRICK CIVILLE, ESQ.
JOYCE C. H. TANG, ESQ.
CIVILLE & TANG, PLLC
330 Herman Cortez Avenue, Suite 200
Hagatna, Guam 96910

Attorneys for Defendant
Manhattan Guam, Inc.
dba Royal Orchid Hotel

DATED: Honolulu, Hawaii, October 5, 2004.

       **CRONIN, FRIED, SEKIYA, KEKINA & FAIRBANKS**
       **BERMAN O'CONNOR MANN & SHKLOV**
       **JASON S. KIM, ESQ.**
       Attorneys for Plaintiff *HUN SANG LEE*

By: _____
    **L. RICHARD FRIED**
    **PATRICK F. McTERNAN**