| | |
|---|---|
| 1 | CRONIN FRIED SEKIYA KEKINA & FAIRBANKS |
| 2 | 841 Bishop Street, Suite 600<br>Honolulu, Hawaii 96813 |
| 3 | Telephone: (808)0227-8601 |
| 4 | BERMAN O'CONNOR MANN & SHKLOV<br>Suite 503, Bank of Guam Bldg. |
| 5 | 111 Chalan Santo Papa<br>Hagåtña, Guam 96910 |
| 6 | Telephone: (671) 477-2778 |
| 7 | JASON S. KIM, ESQ.<br>Suite 303, Young's Professional Building |
| 8 | 788 North Marine Drive<br>Upper Tumon, Guam 96913 |
| 9 | Telephone: (671) 649-8123 |
| 10 | Attorneys for Plaintiff: |
| 11 | *HUN SANG LEE* |

**FILED** DISTRICT COURT OF GUAM NOV 15 2004 MARY L. M. MORAN CLERK OF COURT

**IN THE DISTRICT COURT OF GUAM**

| HUN SANG LEE, | ) | CIVIL CASE NO. CV04-00027 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **NOTICE OF WITHDRAWAL** |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL and DOE DEFENDANTS, One through Ten, | ) | |
| Defendants. | ) | |

The law firm of Berman O'Connor Mann & Shklov hereby gives notice of withdrawal as attorney of record in this matter, and as grounds therefore states:

1. Recent discovery has revealed the identify of the architect, contractor, and inspector regarding the construction of the Royal Orchid Hotel.

2. The Plaintiff wishes to name those entities as Defendants in this action. However, the firm of Berman O'Connor Mann & Shklov currently represent the new proposed Defendant Winzler & Kelly Consulting Engineers.

3. As a result, the law firm of Berman O'Connor Mann & Shklov must withdraw from this action.

- 1 -

ORIGINAL

4. The law firm of Cronin, Fried, Sekiya, Kekina & Fairbanks and the law office of Jason S. Kim will continue as attorneys for the Plaintiff.

DATED this 15th day of November, 2004.

Respectfully submitted,

**BERMAN O'CONNOR MANN & SHKLOV**

By: _____
BILL R. MANN