CRONIN FRIED SEKIYA KEKINA & FAIRBANKS
841 Bishop Street, Suite 600
Honolulu, Hawaii 96813
Telephone: (808)0227-8601

BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Bldg.
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778

JASON S. KIM, ESQ.
Suite 303, Young's Professional Building
788 North Marine Drive
Upper Tumon, Guam 96913
Telephone: (671) 649-8123

Attorneys for Plaintiff:
*HUN SANG LEE*

FILED
DISTRICT COURT OF GUAM
NOV 15 2004
MARY L. M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HUN SANG LEE, | CIVIL CASE NO. CV04-00027 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL and DOE DEFENDANTS One through Ten, | |
| Defendants. | |

I hereby certify that on the 15 day of November, 2004, I caused to be served a copy of the Notice of Withdrawal on the following:

E:\Deenie\Pldgs\In Re GMHP BC00-00081\Cert Svc - Ntc WithDrawl.wpd

ORIGINAL

**VIA HAND DELIVERY**

G. Patrick Civille, Esq.
CIVILLE & TANG, PLLC.
Suite 200, 330 Hernan Cortez Avenue
Hagatna, Guam 96910

Dated this 15th day of November, 2004.

BERMAN O'CONNOR MANN & SHKLOV

By: _____
BILL R. MANN

E:\Deenie\Pldgs\In Re GMHP BC00-00081\Cert Svc - Ntc WithDrawl.wpd