CRONIN FRIED SEKIYA KEKINA & FAIRBANKS
841 Bishop Street, Suite 600
Honolulu, Hawaii 96813
Telephone: (808)0227-8601

JASON S. KIM, ESQ.
Suite 303, Young's Professional Building
788 North Marine Drive
Upper Tumon, Guam 96913
Telephone: (671) 649-8123

Attorneys for Plaintiff:
*Hun Sang Lee*

FILED
DISTRICT COURT OF GUAM
NOV 16 2004
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HUN SANG LEE, ) | CIVIL CASE NO. CV04-00027 |
| Plaintiff, ) | |
| vs. ) | **STIPULATION TO FILE** |
| ) | **FIRST AMENDED COMPLAINT** |
| MANHATTAN GUAM, INC. dba ROYAL ) | |
| ORCHID HOTEL and DOE DEFENDANTS, ) | |
| One through Ten, ) | |
| Defendants. ) | |

The Plaintiff and the Defendant, Manhattan Guam, Inc. dba Royal Orchid Hotel, by and through their respective counsel, stipulate pursuant to Federal Rule of Civil Procedure 15(a) that the Plaintiff may file a First Amended Complaint in the form attached hereto.

CRONIN FRIED SEYIKA KEKINA          CIVILLE & TANG, PLLC.
& FAIRBANKS
JASON S. KIM, ESQ.

By: _____          By: _____
JASON S. KIM                                    G. PATRICK CIVILLE
Attorney for Plaintiffs                         Attorney for Defendant

Date: __11/15/04__                              Date: __11-15-04__

- 1 -