AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    Guam

HUN SANG LEE,

        Plaintiff,

V.

MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten,

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   CV04-00027

FILED
DISTRICT COURT OF GUAM
DEC - 1 2004
MARY L. M. MORAN
CLERK OF COURT

TO: (Name and address of Defendant)

    O.A. COLOMA, P.C.
    Suite 315, ParaOceana Business Center
    674 Harmon Loop Rd.
    Dededo, GU 96921

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Robert L. Keogh whose address is:

    LAW OFFICE OF ROBERT L. KEOGH
    Suite 105, C & A Building
    251 Martyr Street
    Hagatna, Guam 96910

an answer to the complaint which is served on you with this summons, within    20    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran                         NOV 3 0 2004

CLERK                                              DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE November 30, 2004 |
| NAME OF SERVER *(PRINT)* Amie B. Miranda | TITLE Legal Secretary |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: O.A. Coloma, P.C., Suite 315 ParaOceana Business Center, 647 Harmon Loop Rd. Dededo Guam 96921

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  November 30, 2004      *[signature]*
              Date                  *Signature of Server*

Law Office of Robert L. Keogh
Suite 105, C & A Building
251 Martyr St., Hagatna GU 96910
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.