# UNITED STATES DISTRICT COURT

District of ___Guam___

HUN SANG LEE,

                Plaintiff,                                    **SUMMONS IN A CIVIL CASE**

                        v.

MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL,
ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA,
P.C., PHOENIX UNITED CORP.,LTD.,WINZLER &          CASE NUMBER:      CV04-00027
KELLY CONSULTING ENGINEERS, and DOE
DEFENDANTS One through Ten,

                Defendants.

FILED
DISTRICT COURT OF GUAM

DEC - 1 2004

MARY L. M. MORAN
CLERK OF COURT

TO: (Name and address of Defendant)

                WINZLER & KELLY CONSULTING ENGINEERS
                GCIC Bldg. Ste. 904
                414 West Soledad Ave.
                Hagatna, GU 96910

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

                Robert L. Keogh whose address is:

                LAW OFFICE OF ROBERT L. KEOGH
                Suite 105, C & A Building
                251 Martyr Street
                Hagatna, Guam 96910

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against
you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with
the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran                                   NOV 3 0 2004

CLERK

                                                   DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | **DATE**<br>November 30, 2004 |

| | |
|---|---|
| NAME OF SERVER *(PRINT)*<br>   Amie B. Miranda | TITLE<br>   Legal Secretary |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:   Winzler & Kelly Consulting Engineers
   GCIC Bldg. Ste. 904, 414 West Soledad Ave., Hagatna Guam 96910

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
   discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  November 30, 2004      _____
          Date                *Signature of Server*
                              Law Office of Robert L. Keogh
                              Suite 105, C & A Building

                              251 Martyr St., Hagatna Guam 96910

                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.