# UNITED STATES DISTRICT COURT

District of     Guam

HUN SANG LEE,

        Plaintiff,

**SUMMONS IN A CIVIL CASE**

             v.

MANHATTAN GUAM,INC. dba ROYAL ORCHID HOTEL,
ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA,
P.C., PHOENIX UNITED CORP.,LTD.,WINZLER &
KELLY CONSULTING ENGINEERS, and DOE
DEFENDANTS One through Ten,

        Defendants.

CASE NUMBER:    CV04-0002?

**FILED**
DISTRICT COURT OF GUAM
**DEC - 6 2004**
MARY L. M. MORAN
CLERK OF COURT

(24)

TO: (Name and address of Defendant)

         ANTHONY ROBINS AND ASSOCIATES
         Acanta Mall, San Vitores Rd.
         Tumon, GU 96913

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

         Robert L. Keogh whose address is:

         LAW OFFICE OF ROBERT L. KEOGH
         Suite 105, C & A Building
         251 Martyr Street
         Hagatna, Guam 96910

an answer to the complaint which is served on you with this summons, within     20           days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**Mary L. M. Moran**

CLERK

(By) DEPUTY CLERK

DEC - 3 2004

DATE

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br><br>December 03,2004 |
| NAME OF SERVER *(PRINT)*<br>Amie B. Miranda | TITLE<br><br>Legal Secretary |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Anthony Robins and Associates

'A' Bldg., Acanta Mall, San Vitores Rd. , Tumon GU 96913

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | | TOTAL |
|---|---|---|---|
| | | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___December 03, 2004___  _____
                  Date                 *Signature of Server*

Law Office of Robert L. Keogh
C & A Professional Bldg., Suite 105
251 Martyr St., Hagatna GU 96910
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.