FILED
DISTRICT COURT OF GUAM
DEC 14 2004
MARY L. M. MORAN
CLERK OF COURT



AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Guam

25

HUN SANG LEE,

Plaintiff,

V.

MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten,

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV04-00027

TO: (Name and address of Defendant)

PHOENIX UNITED CORP., LTD.
C-11 Sunset Court Condominium
Tamuning, GU 96931

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert L. Keogh whose address is:

LAW OFFICE OF ROBERT L. KEOGH
Suite 105, C & A Building
251 Martyr Street
Hagatna, Guam 96910

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

CLERK

DEC - 6 2004

DATE

(By) DEPUTY CLERK

ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 12.13.04 |
|---|---|
| NAME OF SERVER (PRINT) DAVID J. SABLAN | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: DEF'S RESIDENCE #2 YOUNG LEE APTS., TOKTOK CT, ASAN, 477-1898 *

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 45.— |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12.13.04
Date

[signature]
*Signature of Server*

POB 8781
HAGATNA, GU 96932
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.