FILED
DISTRICT COURT OF GUAM
DEC 23 2004
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HUN SANG LEE, | CIVIL CASE NO. CV04-00027 |
| Plaintiff, | |
| vs. | ARI PAYNTER, INC.'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten, | |
| Defendants. | |

**COMES NOW**, **ARI PAYNTER, INC.** ("Defendant") and files this Answer to the First Amended Complaint (the "Complaint") of Plaintiff, **HUN SANG LEE** as set forth herein:

1. Defendant has insufficient information upon which to admit or deny the allegations set forth in paragraph 1; and based thereon, denies each and every allegation set forth therein.

2. Defendant admits the allegations set forth in paragraph 2 of the Complaint.

3. Defendant denies the allegations set forth in paragraph 3 of the Complaint.

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.

4. Defendant changed the name of the corporation to ARI PAYNTER, INC. effective August 7, 2000. Defendant denies the allegations set forth in paragraph 4 of the Complaint.

5. Defendant has insufficient information upon which to admit or deny the allegations set forth in paragraph 5; and based thereon, denies each and every allegation set forth therein.

6. Defendant has insufficient information upon which to admit or deny the allegations set forth in paragraph 6; and based thereon, denies each and every allegation set forth therein.

7. Defendant has insufficient information upon which to admit or deny the allegations set forth in paragraph 7; and based thereon, denies each and every allegation set forth therein.

8. Defendant has insufficient information upon which to admit or deny the allegations set forth in paragraph 8; and based thereon, denies each and every allegation set forth therein.

9. Defendant admits that it is a corporation organized under the laws of Guam; however it has insufficient information upon which to admit or deny the remaining allegations set forth in paragraph 9; and based thereon, denies each and every of the remaining allegations set forth therein.

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST

10. Defendant admits the allegations set forth in paragraph 10 of the Complaint.

11. Defendant has insufficient information upon which to admit or deny the allegations set forth in paragraph 11; and based thereon, denies each and every allegation set forth therein.

12. Defendant has insufficient information upon which to admit or deny the allegations set forth in paragraph 12; and based thereon, denies each and every allegation set forth therein.

13. Defendant has insufficient information upon which to admit or deny the allegations set forth in paragraph 13; and based thereon, denies each and every allegation set forth therein.

14. Paragraph 14 of the Complaint contains arguments of law without allegations of fact; to the extent necessary, Defendant denies the allegations set forth therein in their entirety.

15. Defendant has insufficient information upon which to admit or deny the allegations set forth in paragraph 15; and based thereon, denies each and every allegation set forth therein.

16. Defendant has insufficient information upon which to admit or deny the allegations set forth in paragraph 16; and

based thereon, denies each and every allegation set forth therein.

17. Defendant has insufficient information upon which to admit or deny the allegations set forth in paragraph 17; and based thereon, denies each and every allegation set forth therein.

18. In response to paragraph 18 of the Complaint, Defendant incorporates its objections and responses to the allegations set forth in paragraphs 1-17.

19. In response to paragraph 19 of the Complaint, Defendant denies participation in the design, construction and/or inspection of the subject pool; however it has insufficient information upon which to admit or deny the remaining allegations set forth in paragraph 19; and based thereon, denies each and every of the remaining allegations set forth therein.

20. Paragraph 20 of the Complaint contains arguments of law without allegations of fact; to the extent necessary, Defendant denies the allegations set forth therein in their entirety.

21. In response to paragraph 21 of the Complaint, Defendant denies each and every allegation therein regarding participation in the design, construction and/or inspection of the subject pool; however, it has insufficient information upon

which to admit or deny the remaining allegations set forth in paragraph 20; and based thereon, denies each and every of the remaining allegations set forth therein.

**AFFIRMATIVE DEFENSES**

1. Plaintiff's Complaint fails to state a cause of action upon which relief can be granted.

2. Plaintiff's Complaint is barred by the doctrines of estoppel, waiver, laches, or assumption of the risk.

3. Plaintiff's alleged damages, if any, were proximately caused, in whole or in part, by his negligence, comparative fault, responsibility, or other action, act or omission.

4. Plaintiff's damages, if any, were proximately caused, in whole or in part, by the negligence, comparative fault, responsibility, or other action, act or omission of the co-Defendants and their agents, directors, employees, officers, and representatives.

Dated this 23 day of December, 2004.

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

BY: _____
THOMAS C. MOODY
*Attorneys for Defendant ARI PAYNTER, INC..*

T56\NEW
G:\WORD97\OFFICE\WORDDOC\PLD\TCM\498-ANSWER RE LEE V MANHATTAN GUAM INC ET AL.DOC