| | |
|---|---|
| 1 | RANDALL TODD THOMPSON |
|   | MAIR, MAIR, SPADE & THOMPSON |
| 2 | 238 A.F.C. Flores Street |
|   | Suite 801, Pacific News Building |
| 3 | Hagåtña, Guam 96910 |
|   | Telephone: (671) 472-2089 |
| 4 | Telefax: (671) 477-5206 |
| 5 | ROBERT J. O'CONNOR |
|   | O'CONNOR BERMAN DOTTS & BANES |
| 6 | 2nd Floor, Nauru Building, Susupe |
|   | P.O. Box 501969, |
| 7 | Saipan, MP 96950-1969 |
|   | Telephone: (670) 234-5684 |
| 8 | Telefax: (670) 234-5683 |
| 9 | Attorneys for Defendant/Third-Party Plaintiff |
|   | Winzler & Kelly Consulting Engineers |

**FILED**
DISTRICT COURT OF GUAM
JAN 3 1 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| HUN SANG LEE, | CIVIL CASE NO.: CIV04-00027 |
| Plaintiff, | |
| v. | |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten, | |
| Defendants. | ENTRY OF APPEARANCE AND DESIGNATION OF LOCAL COUNSEL |
| WINZLER & KELLY CONSULTING ENGINEERS, | |
| Third-Party Plaintiff, | |
| v. | |
| VSL PRESTRESSING (GUAM), INC., | |
| Third-Party defendant. | |

//

**ORIGINAL**

-1-

-2-

The above-stated law firms hereby enter their appearance as legal counsel for Defendant/Third-Party Plaintiff Winzler & Kelly Consulting Engineers, in the above-captioned case. Copies of all pleadings, papers, notices or other documents, except those previously served or filed, should be served upon Mair, Mair, Spade & Thompson, as local counsel, pursuant to General Rule 17.1(e), at the address set forth above.

Dated this 31st day of January, 2005.

**MAIR, MAIR, SPADE & THOMPSON**
A Professional Corporation

O'CONNOR BERMAN DOTTS & BANES
Attorneys for Defendant/Third-Party Plaintiff
Winzler & Kelly Consulting Engineers

By_____
RANDALL TODD THOMPSON

P05314.RTT