LAW OFFICE OF
**ROBERT L. KEOGH**
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895

Attorneys for Plaintiff

FILED
DISTRICT COURT OF GUAM

FEB -4 2005

MARY L.M. MORAN
CLERK OF COURT

29

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HUN SANG LEE,<br><br>    Plaintiff,<br><br>v.<br><br>MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten,<br><br>    Defendants. | CIVIL CASE NO. CIV04-00027<br><br>ENTRY OF APPEARANCE |

The undersigned counsel respectfully enters his appearance as co-counsel for **Hun Sang Lee**, plaintiff in the above-captioned matter.

LAW OFFICE OF ROBERT L. KEOGH
Attorneys for Plaintiff

DATE: 2/3/05        By: /s/ ROBERT L. KEOGH

APPROVED AND CONSENTED TO BY:
JASON S. KIM, ESQ.
Attorneys for Plaintiff

DATE: 2/4/05        By: /s/ JASON S. KIM

**ORIGINAL**