RANDALL TODD THOMPSON
MAIR, MAIR, SPADE & THOMPSON
238 A.F.C. Flores Street
Suite 801, Pacific News Building
Hagåtña, Guam 96910
Telephone: (671) 472-2089
Telefax: (671) 477-5206

ROBERT J. O'CONNOR
O'CONNOR BERMAN DOTTS & BANES
2nd Floor, Nauru Building, Susupe
P.O. Box 501969,
Saipan, MP 96950-1969
Telephone: (670) 234-5684
Telefax: (670) 234-5683

Attorneys for Defendant/Third-Party Plaintiff
Winzler & Kelly Consulting Engineers

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| HUN SANG LEE, <br><br> Plaintiff, <br><br> v. <br><br> MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten, <br><br> Defendants. | CIVIL CASE NO. CIV04-00027 |
| WINZLER & KELLY CONSULTING ENGINEERS, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> VSL PRESTRESSING (GUAM), INC., <br><br> Third-Party defendant. | CERTIFICATE OF SERVICE |

//

**ORIGINAL**

-1-

I, Randall Todd Thompson, hereby certify that I have caused a copy of the following:

1) **ENTRY OF APPEARANCE AND DESIGNATION OF LOCAL COUNSEL**; and

2) **ANSWER OF DEFENDANT WINZLER & KELLY CONSULTING ENGINEERS TO PLAINTIFF'S FIRST AMENDED COMPLAINT; AFFIRMATIVE DEFENSES; THIRD-PARTY COMPLAINT**

to be served upon the following offices as set forth below:

On January 31, 2005, via hand delivery to:

> ROBERT L. KEOGH, ESQ.
> Law Offices of Robert L. Keogh
> 251 Martyr Street, Suite 105
> Hagåtña, Guam 96910
> Attorney for Plaintiff

On February 1, 2005, via hand delivery to:

> CIVILLE & TANG, PLLC
> 330 Hernan Cortez Avenue, Suite 200
> Hagåtña, Guam 96910
> Attorneys for Royal Orchid Hotel

Dated this 4th day of February, 2005.

**MAIR, MAIR, SPADE & THOMPSON**
A Professional Corporation

**O'CONNOR BERMAN DOTTS & BANES**
Attorneys for Defendant/Third-Party Plaintiff
Winzler & Kelly Consulting Engineers

By_____
**RANDALL TODD THOMPSON**

P05315.RTT