

**FILED**
DISTRICT COURT OF GUAM

FEB - 8 2005

MARY L.M. MORAN
CLERK OF COURT

LAW OFFICE OF
**ROBERT L. KEOGH**
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895

Attorneys for Plaintiff

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HUN SANG LEE,<br><br>Plaintiff,<br><br>v.<br><br>MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten,<br><br>Defendants. | CIVIL CASE NO. CIV04-00027<br><br>CERTIFICATE OF SERVICE |

I, Robert L. Keogh, hereby certify that on the 8th day of February, 2005, I caused to be served via hand delivery, a true and correct copy of my ENTRY OF APPEARANCE upon the following offices as set forth below:

> RANDALL TODD THOMPSON
> MAIR MAIR SPADE & THOMPSON
> Suite 801
> Pacific News Building
> 238 A.F.C. Flores Steet
> Hagatña, Guam 96910
>
> JOYCE C.H. TANG
> CIVILLE & TANG, PLLC
> Suite 200
> Gayle & Teker Building
> 330 Hernan Cortes Avenue
> Hagatña, Guam 96910

**ORIGINAL**

CERTIFICATE OF SERVICE
Lee v. Manhattan Guam, Inc., et. al.
Civil Case No. CIV04-00027
Page 2

      THOMAS C. MOODY
      KLEMM BLAIR STERLING & JOHNSON
      Suite 1008
      Pacific News Building
      238 Archbishop F.C. Flores St.
      Hagatña, Guam 96910

LAW OFFICE OF ROBERT L. KEOGH
Attorneys for Plaintiff

DATE: 2/8/05

By: _____
ROBERT L. KEOGH