RECEIVED
FEB 11 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HUN SANG LEE, | CIVIL CASE NO. CV04-00027 |
| Plaintiff, | |
| vs. | **NOTICE OF CORPORATE NAME CHANGE** |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten, | |
| Defendants. | |

**COMES NOW, ARI PAYNTER, INC.** formerly known as **ANTHONY ROBINS AND ASSOCIATES, P.C.** and files this Notice of Corporate Name Change and submits as follows:

1. Attached to this Notice is a true and correct copy of the Certification of the First Amended and Restated Articles of Incorporation of ARi Paynter, Inc. formerly known as Anthony Robins and Associates, P.C. filed with the Department of Revenue and Taxation, Business License Section, on August 7, 2000.

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910

2. Also attached is a true and correct copy of the Incorporation Certificate Charter Number D-11363. The name of the corporation was changed pursuant to Neil Paynter's purchase of all shares previously held by Anthony Robins and Lisette Breaux Robins, making Neil Paynter the majority shareholder.

**RESPECTFULLY SUBMITTED** this 1st day of February, 2005.

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

BY: /s/ Thomas C. Moody
**THOMAS C. MOODY**
*Attorneys for Defendant ARi Paynter, Inc.*

T56\02920-02
G:\WORD97\OFFICE\WORDDOC\PLD\TCM\511-NOTICE OF CORPORATE NAME CHANGE RE LEE V MANHATTAN GUAM INC ET AL.DOC

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910

# ANTHONY ROBINS & ASSOCIATES, P.C.
A Guam Corporation

## CERTIFICATION OF
## FIRST AMENDED AND RESTATED ARTICLES OF INCORPORATION

Pursuant to a resolution duly adopted by unanimous assent of the shareholders and directors of Anthony Robins & Associates, Inc. ("Corporation"), Article One of the Articles of Incorporation regarding the name of the Corporation has been amended and is now found at Article One, Section 1.01, *Corporate Name*. Article One is amended to read as follows:

"ARTICLE ONE
CORPORATE NAME

1.01. Name. The name of the Corporation shall be:

**ARi PAYNTER Inc.**"

The Articles of Incorporation are further amended such that the Corporation shall be changed from a professional corporation to a regular domestic Guam corporation, and any reference to a professional corporation in the Articles of Incorporation are deleted, and any provisions which require that any shareholder be an individual who is duly licensed or otherwise legally authorized to render the professional services for which the Corporation was incorporated, are hereby deleted.

The Articles of Incorporation are further amended and restated as set forth in the First Amended and Restated Articles of Incorporation attached to this certification as Exhibit "A".

The undersigned, being all of the Directors of Anthony Robins & Associates, P.C., the President and Secretary, hereby CERTIFY that the foregoing constitutes a full, true, and correct copy of the First Amendment to the Articles of the Corporation.

Date: 7-20-00

ANTHONY ROBINS

ATTEST:

NEIL PAYNTER, Secretary

Date 6/14/00

~~State of~~ ~~County of~~ ~~City of Agana, Guam~~ ) ss:

State of Connecticut ) ss: Greenwich, CT
County of Fairfield )

ON THIS 20th day of ~~July~~ June, 2000, before me, a Notary Public ~~in and for the Territory of Guam~~, personally appeared Anthony Robins known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed for the uses and purposes therein set forth.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year first above written.

_____
Notary Public

LINDA F. HEINE
Notary Public, State of Connecticut
Commission Expires November 30, 2000

# GOVERNMENT OF GUAM
## Department of Revenue and Taxation

# INCORPORATION CERTIFICATE



**This is to certify** that the Articles of Incorporation of

**ARI PAYNTER, INC.** Charter No. **D-11363** in the Records of Articles of Incorporation in the Department of Revenue and Taxation Government of Guam.

Effective __4:00 p.m.__, Guam Pacific Time on __December 5,__ 19 __95__, the persons signing said Articles of Incorporation and their associates and successors shall constitute in body politic and corporate under the name

__ARI PAYNTER, INC.__

Formerly: ANTHONY ROBBINS & ASSOCIATES, P.C.

have been duly filed and entered in accordance with Law under

for the term specified in said Articles of Incorporation, not exceeding fifty years, unless sooner legally dissolved.

**In Witness Whereof** I have hereunto subscribed my name officially, and have hereon impressed my Seal of Office at the City of Hagåtña, Guam U.S.A., on this __7th__ day of __August__ A.D. 20 __2000__.

_____
JOSEPH T. DUENAS
Director of Revenue and Taxation