

**FILED**
DISTRICT COURT OF GUAM
FEB 16 2005
MARY L.M. MORAN
CLERK OF COURT

34.

Randall Todd Thompson
MAIR, MAIR, SPADE & THOMPSON
238 A.F.C. Flores Street
Suite 801, Pacific News Building
Hagåtña, Guam 96910
Telephone: (671) 472-2089/90
Facsimile: (671) 477-5206

Robert J. O'Connor
O'CONNOR BERMAN DOTTS & BANES
2ND Floor, Nauru Building, Susupe
P.O. Box 501969
Saipan, MP 96950-1969
Telephone: (670) 234-5684
Facsimile:   (670) 234-5683

Attorneys for Defendant/Third-Party Plaintiff/Cross-Claim Plaintiff
  Winzler & Kelly Consulting Engineers

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

| | |
|---|---|
| HUN SANG LEE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, ANTHONY ROBBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten,<br><br>　　　　Defendants.<br><br>WINZLER & KELLY CONSULTING ENGINEERS,<br><br>　　　　Third-Party Plaintiff,<br><br>　　v.<br><br>VSL PRESTRESSING (GUAM), INC.,<br><br>　　　　Third-Party Defendant.<br><br>and Related Cross-Claims. | CIVIL CASE NO. CIV04-00027<br><br><br><br><br><br><br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

1

I, RANDALL TODD THOMPSON, hereby certify that I have caused a copy of the following:

**WINZLER & KELLY CONSULTING ENGINEERS CROSS-CLAIM AGAINST MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL**

to be served upon the following offices as set forth below:

On February 10, 2005, via hand delivery to:

ROBERT L. KEOGH, ESQ.
Law Offices of Robert L. Keogh
251 Martyr Street, Suite 105
Hagåtña, Guam 96910
Attorney for Plaintiff

CIVILLE & TANG, PLLC
330 Hernan Cortez Avenue, Suite 200
Hagåtña, Guam 96910
Attorneys for Royal Orchid Hotel

Dated this 16th day of February, 2005.

**MAIR, MAIR, SPADE & THOMPSON**
A Professional Corporation

**O'CONNOR BERMAN DOTTS & BANES**
Attorneys for Defendant/Third-Party Plaintiff/Cross-Claim Plaintiff Winzler & Kelly Consulting Engineers

By _____
RANDALL TODD THOMPSON

P05321.RTT.

2