Randall Todd Thompson
MAIR, MAIR, SPADE & THOMPSON
238 A.F.C. Flores Street
Suite 801, Pacific News Building
Hagåtña, Guam 96910
Telephone: (671) 472-2089/90
Facsimile: (671) 477-5206

Robert J. O'Connor
O'CONNOR BERMAN DOTTS & BANES
2ND Floor, Nauru Building, Susupe
P.O. Box 501969
Saipan, MP 96950-1969
Telephone: (670) 234-5684
Facsimile: (670) 234-5683

Attorneys for Defendant/Third-Party Plaintiff/Cross-Claim Plaintiff
  Winzler & Kelly Consulting Engineers



**FILED**
DISTRICT COURT OF GUAM
FEB 16 2005
MARY L.M. MORAN
CLERK OF COURT

35

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

| | |
|---|---|
| HUN SANG LEE,<br><br>    Plaintiff,<br><br>v.<br><br>MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, ANTHONY ROBBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten,<br><br>    Defendants.<br><br>WINZLER & KELLY CONSULTING ENGINEERS,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>VSL PRESTRESSING (GUAM), INC.,<br><br>    Third-Party Defendant.<br><br>and Related Cross-Claims. | CIVIL CASE NO. CIV04-00027<br><br><br><br><br><br><br><br><br><br>*E R R A T U M* |

1

| | |
|---|---|
| 1 | COMES NOW the Defendant Winzler & Kelly Consulting Enginners (hereinafter |
| 2 | "Defendant Winzler & Kelly" or "Winzler & Kelly"), which provides this *Erratum* for the purpose |
| 3 | of correcting a clerical error contained in the caption of its February 10, 2005 cross-claim against |
| 4 | MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL ("Manhattan"). The correct |
| 5 | caption appears in the instant *Erratum*. |
| 6 | Respectfully submitted this 16th day of February, 2005. |

**MAIR, MAIR, SPADE & THOMPSON**
A Professional Corporation

**O'CONNOR BERMAN DOTTS & BANES**
Attorneys for Defendant/Third-Party Plaintiff/ Cross-Claim Plaintiff Winzler & Kelly Consulting Engineers

By _____
RANDALL TODD THOMPSON

P05320.RTT.

2