
FILED
DISTRICT COURT OF GUAM
FEB 16 2005
MARY L.M. MORAN
CLERK OF COURT

36

1  Randall Todd Thompson
   MAIR, MAIR, SPADE & THOMPSON
2  238 A.F.C. Flores Street
   Suite 801, Pacific News Building
3  Hagåtña, Guam 96910
   Telephone: (671) 472-2089/90
4  Facsimile: (671) 477-5206

5  Robert J. O'Connor
   O'CONNOR BERMAN DOTTS & BANES
6  2ND Floor, Nauru Building, Susupe
   P.O. Box 501969
7  Saipan, MP 96950-1969
   Telephone: (670) 234-5684
8  Facsimile:  (670) 234-5683

9  Attorneys for Defendant/Third-Party Plaintiff/Cross-Claim Plaintiff
     Winzler & Kelly Consulting Engineers

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| HUN SANG LEE, | ) | CIVIL CASE NO. CIV04-00027 |
| Plaintiff, | ) | |
| v. | ) | |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, ANTHONY ROBBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten, | ) | **CERTIFICATE OF SERVICE** |
| Defendants. | ) | |
| WINZLER & KELLY CONSULTING ENGINEERS, | ) | |
| Third-Party Plaintiff, | ) | |
| v. | ) | |
| VSL PRESTRESSING (GUAM), INC., | ) | |
| Third-Party Defendant. | ) | |
| and Related Cross-Claims. | ) | |

1
ORIGINAL
Case 1:04-cv-00027   Document 38   Filed 02/16/2005   Page 1 of 2

| | |
|---|---|
| 1 | I, RANDALL TODD THOMPSON, hereby certify that I have caused a copy of |
| 2 | the ***ERRATUM***, to be served upon the following offices as set forth below: |
| 3 | On February 16, 2005, via hand delivery to: |
| 4 | |
| 5 | ROBERT L. KEOGH, ESQ. |
| | Law Offices of Robert L. Keogh |
| 6 | 251 Martyr Street, Suite 105 |
| | Hagåtña, Guam 96910 |
| 7 | Attorney for Plaintiff |
| 8 | |
| | CIVILLE & TANG, PLLC |
| 9 | 330 Hernan Cortez Avenue, Suite 200 |
| | Hagåtña, Guam 96910 |
| 10 | Attorneys for Royal Orchid Hotel |
| 11 | |
| 12 | Dated this 16th day of February, 2005. |
| 13 | **MAIR, MAIR, SPADE & THOMPSON** |
| | A Professional Corporation |
| 14 | |
| | **O'CONNOR BERMAN DOTTS & BANES** |
| 15 | Attorneys for Defendant/Third-Party Plaintiff/Cross-Claim Plaintiff Winzler & Kelly Consulting Engineers |
| 16 | |
| 17 | |
| | By_____ |
| 18 | RANDALL TODD THOMPSON |
| 19 | P05323.RTT. |