**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*Manhattan Guam, Inc.,*
*dba Royal Orchid Hotel*



FILED
DISTRICT COURT OF GUAM
MAR - 2 2005
MARY L.M. MORAN
CLERK OF COURT



## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| HUN SANG LEE,<br><br>      Plaintiff,<br><br>vs.<br><br>MANHATTAN GUAM, INC., dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten,<br><br>      Defendants.<br><br>MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL,<br><br>      Cross-Claimant,<br><br>vs.<br><br>ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS,<br><br>      Cross-Defendants. | CIVIL CASE NO. CV04-00027<br><br>**ANSWER OF MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL TO CROSS-CLAIM OF WINZLER & KELLY CONSULTING ENGINEERS** |

Manhattan Guam, Inc., dba Royal Orchid Hotel (hereinafter "MGI") responds and answers the allegations in the Cross-Claim of Winzler & Kelly Consulting Engineers (hereinafter "Winzler & Kelly") in the above-entitled action as follows:

### FIRST DEFENSE

The Cross-Claim, in whole or in part, fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

As a Second Defense to the Cross-Claim:

1. MGI admits the allegations contained in paragraph 1 of the Cross-Claim.

2. MGI admits the allegations contained in paragraph 2 of the Cross-Claim.

3. MGI admits the allegations contained in paragraph 3 of the Cross-Claim.

4. MGI admits the allegations contained in paragraph 4 of the Cross-Claim.

5. MGI admits the allegations contained in paragraph 5 of the Cross-Claim.

6. MGI denies the allegations contained in paragraph 6 of the Cross-Claim.

7. MGI denies the allegations contained in paragraph 7 of the Cross-Claim.

8. MGI denies the allegations contained in paragraph 8 of the Cross-Claim.

9. As its answer to paragraph 9 of the Cross-Claim, MGI incorporates its answers to paragraphs 1 through 8 as though set forth fully herein.

10. MGI denies the allegations contained in paragraph 10 of the Cross-Claim.

11. MGI denies the allegations contained in paragraph 11 of the Cross-Claim.

12. MGI denies the allegations contained in paragraph 12 of the Cross-Claim.

13. MGI denies the allegations contained in paragraph 13 of the Cross-Claim.

14. As its answer to paragraph 14 of the Cross-Claim, MGI incorporates its answers to paragraphs 1 through 13 as though set forth fully herein.

15. MGI denies the allegations contained in paragraph 15 of the Cross-Claim.

16. MGI denies the allegations contained in paragraph 16 of the Cross-Claim.

17. MGI denies the allegations contained in paragraph 17 of the Cross-Claim.

18. MGI denies the allegations contained in paragraph 18 of the Cross-Claim.

19. MGI denies each and every other allegation not specifically addressed hereinabove.

WHEREFORE, MGI prays for judgment as follows:

1. That Winzler & Kelly take nothing by its Cross-Claim;

2. That MGI be awarded relief as prayed for in its Cross-Claim against Winzler & Kelly filed December 3, 2004;

3. That this Court award MGI its cost of suit incurred herein; and

4. For such other and further relief as the Court may deem just and proper.

DATED at Hagåtña, Guam, this 3rd day of March, 2005.

**CIVILLE & TANG, PLLC**

By: *[signature]*
**G. PATRICK CIVILLE**
*Attorneys for Defendant*
*Manhattan Guam, Inc., dba*
*Royal Orchid Hotel*

3

## CERTIFICATE OF SERVICE

I, G. PATRICK CIVILLE, hereby certify that on March 3, 2005, I caused a copy of the foregoing *Answer of Manhattan Guam, Inc. Dba Royal Orchid Hotel to Cross-claim of Winzler & Kelly Consulting Engineers* to be served by hand-delivery on the following:

> Robert L. Keogh, Esq.
> Law Office of Robert L. Keogh
> 251 Martyr Street, Suite 105
> Hagåtña, Guam 96910
>
> Jason S. Kim, Esq.
> Suite 303, Young's Professional Building
> 788 North Marine Drive
> Upper Tumon, Guam 96913
> *Attorneys for Plaintiff*
>
> Randall Todd Thompson, Esq.
> Mair, Mair, Spade & Thompson
> 238 A.F.C. Flores Street
> Suite 801, Pacific News Building
> Hagåtña, Guam 96910
> *Attorneys for Winzler & Kelly Consulting Engineers*
>
> Thomas C. Moody, Esq.
> Klemm, Blair, Sterling & Johnson
> 238 A.F.C. Flores Street
> Suite1008, Pacific News Building
> Hagåtña, Guam 96910
> *Attorneys for Ari Paynter, Inc., fka Anthony Robins and Associates, P.C.*

DATED this 3rd day of March, 2005.

CIVILLE & TANG, PLLC

By: _____
G. PATRICK CIVILLE
*Attorneys for Defendant
Manhattan Guam, Inc., dba Royal
Orchid Hotel*