1  RANDALL TODD THOMPSON
   MAIR, MAIR, SPADE & THOMPSON
2  238 A.F.C. Flores Street
   Suite 801, Pacific News Building
3  Hagåtña, Guam 96910
   Telephone: (671) 472-2089
4  Telefax: (671) 477-5206

5  ROBERT J. O'CONNOR
   O'CONNOR BERMAN DOTTS & BANES
6  2nd Floor, Nauru Building, Susupe
   P.O. Box 501969,
7  Saipan, MP 96950-1969
   Telephone: (670) 234-5684
8  Telefax: (670) 234-5683

9  Attorneys for Defendant/Third-Party Plaintiff
   Winzler & Kelly Consulting Engineers



**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF GUAM**

| | |
|---|---|
| HUN SANG LEE, <br><br> Plaintiff, <br><br> v. <br><br> MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten, <br><br> Defendants. <br><br> WINZLER & KELLY CONSULTING ENGINEERS, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> VSL PRESTRESSING (GUAM), INC., <br><br> Third-Party defendant. | CIVIL CASE NO.: CIV04-00027 <br><br> ANSWER OF DEFENDANT/THIRD-PARTY PLAINTIFF WINZLER & KELLY CONSULTING ENGINEERS TO CROSS-CLAIM OF DEFENDANT MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL; AFFIRMATIVE DEFENSES |

//

**ORIGINAL**

## ANSWER OF DEFENDANT/THIRD-PARTY PLAINTIFF
## WINZLER & KELLY CONSULTING ENGINEERS

The Defendant/Third-Party Plaintiff Winzler & Kelly Consulting Engineers (hereinafter "Winzler") responds and answers the allegations in the Cross-Claim of Manhattan Guam, Inc. in the above entitled action as follows:

1. Winzler admits that the allegations contained in paragraphs 1, 8, 9 and 10 are true.

2. Winzler is without sufficient information to either admit or deny the allegations contained in paragraphs 2, 3, 4 and 5 on that basis denies those allegations are true.

3. Winzler denies that the allegations contained in paragraphs 7, 21 and 22 are true.

4. With regard to paragraph 6, Winzler admits it is properly licensed to engage in business in Guam and denies the remaining allegations in said paragraph.

5. With respect to paragraph 18, Winzler reincorporates its responses herein to the paragraphs reasserted in this incorporation paragraph.

6. Any allegation in the Cross-Claim not admitted hereinabove is denied.

### AFFIRMATIVE DEFENSES

1. The Cross-Claim, in whole or part, fails to state a claim upon which relief can be granted.

2. Laches.

**WHEREFORE**, Winzler prays for judgment as follows:

1. That Manhattan Guam, Inc. take nothing by its Cross-Claim;

2. That Winzler be awarded the relief it prayed for in its Cross-Claim against Manhattan Guam, Inc;

3. For attorney fees and costs incurred herein; and

4. For such other and further relief as the Court may deem fair and reasonable.

Dated this 11th day of March, 2005

MAIR, MAIR, SPADE & THOMPSON
238 A.F.C. Flores Street
Suite 801, Pacific News Building
Hagåtña, Guam 96910
Telephone: (671) 472-2089

_____
RANDALL TODD THOMPSON

O'CONNOR BERMAN DOTTS & BANES
2nd Floor, Nauru Building, Susupe
P.O. Box 501969,
Saipan, MP 96950-1969
Telephone: (670) 234-5684

Attorneys for Defendant/Third-Party Plaintiff
Winzler & Kelly Consulting Engineers

2003-11-050303-PL-Ans-Manhattan-CrossClaim.doc