```
 1  Randall Todd Thompson
    MAIR, MAIR, SPADE & THOMPSON
 2  238 A.F.C. Flores Street
    Suite 801, Pacific News Building
 3  Hagåtña, Guam 96910
    Telephone: (671) 472-2089/90
 4  Facsimile: (671) 477-5206

 5  Robert J. O'Connor
    O'CONNOR BERMAN DOTTS & BANES
 6  2ND Floor, Nauru Building, Susupe
    P.O. Box 501969
 7  Saipan, MP 96950-1969
    Telephone: (670) 234-5684
 8  Facsimile:  (670) 234-5683

 9  Attorneys for Defendant/Third-Party Plaintiff/Cross-Claim Plaintiff
      Winzler & Kelly Consulting Engineers
10
```

FILED
DISTRICT COURT OF GUAM
MAR 11 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

| | |
|---|---|
| HUN SANG LEE, <br><br> Plaintiff, <br><br> v. <br><br> MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, ANTHONY ROBBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten, <br><br> Defendants. | CIVIL CASE NO. CIV04-00027 <br><br><br><br><br><br><br><br><br> **CERTIFICATE OF SERVICE** |
| WINZLER & KELLY CONSULTING ENGINEERS, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> VSL PRESTRESSING (GUAM), INC., <br><br> Third-Party Defendant. | |
| and Related Cross-Claims. | |

**ORIGINAL**

1

|   |   |
|---|---|
| 1 | I, RANDALL TODD THOMPSON, hereby certify that I have caused a copy of |
| 2 | the *ANSWER OF DEFENDANT/THIRD PARTY PLAINTIFF WINZLER & KELLY* |
| 3 | *CONSULTING ENGINEERS TO CROSS-CLAIM OF DEFENDANT MANHATTAN* |
| 4 | *GUAM, INC. dba ROYAL ORCHID HOTEL; AFFIRMATIVE DEFENSES*, to be served |
| 5 | upon the following offices as set forth below: |
| 6 | On March 11, 2005, via hand delivery to: |

ROBERT L. KEOGH, ESQ.
Law Offices of Robert L. Keogh
251 Martyr Street, Suite 105
Hagåtña, Guam 96910
Attorney for Plaintiff

CIVILLE & TANG, PLLC
330 Hernan Cortez Avenue, Suite 200
Hagåtña, Guam 96910
Attorneys for Royal Orchid Hotel

Dated this 11th day of March, 2005.

**MAIR, MAIR, SPADE & THOMPSON**
A Professional Corporation

**O'CONNOR BERMAN DOTTS & BANES**
Attorneys for Defendant/Third-Party Plaintiff/Cross-Claim Plaintiff Winzler & Kelly Consulting Engineers

By _____
RANDALL TODD THOMPSON

P05238.rtt

2