| | |
|---|---|
| 1 | **CALVO & CLARK, LLP** |
| 2 | 655 South Marine Corps Drive<br>Suite 202 |
| 3 | Tamuning, Guam 96913<br>Telephone: (671) 646-9355 |
| 4 | Facsimile: (671) 646-9403 |
| 5 | *Attorneys for Defendant/Crossdefendant*<br>Anthony Robins and Associates |

FILED
DISTRICT COURT OF GUAM
JUN 16 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| HUN SANG LEE, | CIVIL CASE 04-00027 |
| Plaintiff, | |
| v. | |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten, | **ENTRY OF APPEARANCE** |
| Defendants. | |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | |
| Crossclaimant, | |
| v. | |
| ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, | |
| Crossdefendants. | |



The law offices of CALVO & CLARK, LLP hereby enters its appearance on behalf of the Defendant/Crossdefendant, Anthony Robins and Associates.

DATED this 16th day of June, 2005.

        CALVO & CLARK, LLP
        Attorneys At Law
        Attorneys for Defendant/Crossdefendant

        By: _____
            MICHAEL A. PANGELINAN

G0003066

1