CALVO & CLARK, LLP
655 South Marine Corps Drive
Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for Defendant/Crossdefendant*
Anthony Robins and Associates

FILED
DISTRICT COURT OF GUAM
JUN 1 6 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| HUN SANG LEE,<br><br>    Plaintiff,<br><br>v.<br><br>MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten,<br><br>    Defendants. | CIVIL CASE 04-00027<br><br>**PETITION TO ADMIT ATTORNEYS** *PRO HAC VICE* |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL,<br><br>    Crossclaimant,<br><br>v.<br><br>ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS,<br><br>    Crossdefendants. | |

ORIGINAL

| | |
|---|---|
| 1 | Defendant and Crossdefendant Anthony Robins and Associates, hereby petitions for |
| 2 | attorneys Robert J. Martin, Jr. and Harvey J. Lung, of the law firm of Bays, Deaver, Lung, Rose |
| 3 | & Baba, to be admitted *pro hac vice* to practice before this Court in the above-captioned action. |
| 4 | This Petition is made pursuant to Rules 17.1(d) and (e) of the Local Rules of the District |
| 5 | Court of the Territory of Guam ("Local Rules"), the Declarations of Robert J. Martin, Jr. and |
| 6 | Harvey Lung, filed concurrently herewith and the consent of local counsel, Michael A. |
| 7 | Pangelinan of the law firm of Calvo & Clark, LLP, filed concurrently herewith. Pursuant to |
| 8 | Rule 17.1(d)(3) of the Local Rules, this Petition is accompanied by payment to the clerk of a |
| 9 | $200.00 fee (payable to Clerk, District Court of Guam). |
| 10 | Dated this 5th day of May, 2005. |

CALVO & CLARK, LLP
Attorneys at Law

By: _____
MICHAEL A. PANGELINAN