**CALVO & CLARK, LLP**
655 South Marine Corps Drive
Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for Defendant/Crossdefendant*
Anthony Robins and Associates

FILED
DISTRICT COURT OF GUAM
JUN 16 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| HUN SANG LEE,<br><br>Plaintiff,<br><br>v.<br><br>MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten,<br><br>Defendants. | CIVIL CASE 04-00027<br><br>**CONSENT OF MICHAEL A. PANGELINAN IN SUPPORT OF APPLICATION FOR ADMISSION** *PRO HAC VICE* **OF ROBERT J. MARTIN, JR. AND HARVEY J. LUNG** |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL,<br><br>Crossclaimant,<br><br>v.<br><br>ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS,<br><br>Crossdefendants. | |


ORIGINAL

I, Michael A. Pangelinan, a member of the Guam Bar in good standing admitted to practice before this Court, hereby consent to serve as the Local Counsel under General Rule 17.1(e) for the purposes of the admission in this proceeding of Robert J. Martin, Jr. and Harvey J. Lung to this Court *pro hac vice*.

I declare under penalty of perjury pursuant to the laws of the United States and of the Territory of Guam that the foregoing statements are true and correct.

Executed this 5th day of May, 2005, in Tamuning, Guam.

_____
MICHAEL A. PANGELINAN

1