| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | **CALVO & CLARK, LLP**<br>655 South Marine Corps Drive<br>Suite 202<br>Tamuning, Guam 96913<br>Telephone: (671) 646-9355<br>Facsimile: (671) 646-9403<br><br>*Attorneys for Defendant/CrossDefendant*<br>Anthony Robins and Associates |

**FILED**
DISTRICT COURT OF GUAM
JUN 1 6 2005
MARY L.M. MORAN
CLERK OF COURT

(43)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| HUN SANG LEE, | CIVIL CASE 04-00027 |
| Plaintiff, | |
| v. | **DECLARATION OF HARVEY LUNG IN SUPPORT OF PETITION TO ADMIT ATTORNEYS *PRO HAC VICE*** |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten, | |
| Defendants. | |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | |
| Crossclaimant, | |
| v. | |
| ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, | |
| Crossdefendants. | |

**ORIGINAL**

I, Harvey Lung, hereby declare and state under penalty of perjury that the following is true and based upon my personal knowledge and belief and if called to testify, I could do so competently:

1. I submit this Declaration in Support of the Petition to Admit Attorneys *Pro Hac Vice* filed by Defendant and Crossdefendant Anthony Robins and Associates. I am a partner in the law firm of Bays, Deaver, Lung, Rose & Baba. My business address is 1099 Alakea Street, 16th Floor, Honolulu, HI 96813. My residential address is 1760 S. Beretania St., #9A, Honolulu, HI 96826.

2. I am admitted to practice before the following courts on the dates indicated: the Supreme Court of Hawaii since October, 1981; the U.S. District Court, District of Hawaii since 1981 and the U.S. Court of Appeals for the Ninth Circuit since 1983.

3. I am a member in good standing of the bar of the State of Hawaii, and am eligible to practice before all the courts in which I have been admitted to practice.

4. I have never been suspended or disbarred by any court.

5. I do not reside in Guam, am not regularly employed in Guam, and am not engaged in business, professional or other activities in Guam.

6. Prior to this Petition, I have not made any *pro hac vice* applications to this Court.

7. Pursuant to Rules 17.1(e) of the Local Rules of the District Court of Guam, I hereby designate as local counsel in the above-captioned action, Michael A. Pangelinan of Calvo & Clark, LLP, who is duly licensed and authorized to practice law before all of the courts of Guam, and with whom this Court and opposing counsel may communicate regarding the conduct of this case and upon whom papers shall be served in this action. The written consent of Mr. Pangelinan to act as local counsel is filed concurrently herewith.

WHEREFORE, I pray that an Order be made admitting me *pro hac vice* to practice before the United States District Court for Guam for the pendency of the above-captioned action.

1     I hereby declare under penalty of perjury under the laws of the Territory of Guam and of
2 the United States of America that the foregoing is true and correct and was executed this 12th day
3 of April, 2005, in Honolulu, Hawaii.

_____
HARVEY LUNG