CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive
Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for Defendant/Crossdefendant*
Anthony Robins and Associates

FILED
DISTRICT COURT OF GUAM
JUN 17 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| HUN SANG LEE,<br><br>Plaintiff,<br><br>v.<br><br>MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten,<br><br>Defendants.<br><br>MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL,<br><br>Crossclaimant,<br><br>v.<br><br>ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS,<br><br>Crossdefendants. | CIVIL CASE 04-00027<br><br>[PROPOSED] ORDER GRANTING PETITION TO ADMIT ATTORNEYS *PRO HAC VICE* |

Upon good cause shown, and after review of the Petition to Admit Attorneys *Pro Hac Vice*, the Declarations of Robert J. Martin, Jr. and Harvey J. Lung in Support of the Petition, and the Consent of Michael A. Pangelinan to Designation of Legal Counsel, and pursuant to Rules 17.1(d) and (e) of the Local Rules of District Court of Guam, the Petition to Admit Attorneys *Pro Hac Vice* is hereby granted.

IT IS HEREBY ORDERED that Robert J. Martin, Jr. and Harvey J. Lung are admitted *pro hac vice* on behalf of Defendant/Crossdefendant Anthony Robins and Associates for the pendency of the above-captioned case. Michael A. Pangelinan is designated as local counsel.

SO ORDERED this 17th day of June, 2005.

_____
HONORABLE JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge, District Court of Guam

CALVO & CLARK, LLP
655 South Marine Corps Drive
Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

By:_____
MICHAEL A. PANGELINAN
Attorneys for Defendant/Crossdefendant
Anthony Robins and Associates

RECEIVED
JUN 16 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

2