**CALVO & CLARK, LLP**
655 South Marine Corps Drive
Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for Defendant/Crossdefendant*
Anthony Robins and Associates

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| HUN SANG LEE,<br><br>    Plaintiff,<br><br>v.<br><br>MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten,<br><br>    Defendants.<br><br>MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL,<br><br>    Crossclaimant,<br><br>v.<br><br>ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS,<br><br>    Crossdefendants. | CIVIL CASE 04-00027<br><br>DEFENDANT ANTHONY ROBINS AND ASSOCIATES STATUS REPORT |

Defendant Anthony Robins and Associates ("ARA"), by and through their attorneys, Calvo & Clark, LLP and Bays Deaver Lung Rose & Baba (by admission *pro hac vice*), hereby submit this Status Report to the Court:

This Court has made inquiry concerning, and requested clarification about, the relationship between ARA, a named Defendant in this action, and ARi Paynter, Inc. ("ARi Paynter"), which has made an appearance in the action and submitted a responsive pleading to the First Amended Complaint (the "Complaint") filed herein. This Status Report is intended to provide such an explanation, and advise this Court that ARA is the proper party Defendant from this point forward.

ARA was an architectural design firm whose principal was Anthony Robins ("Mr. Robins"). In 1998, ARA entered into two contracts to provide concept design and interior design services for what was later known as the Royal Orchid Hotel in Tumon, Guam. In December of 2001, Mr. Robins sold all of his interest in ARA to one of his associates, Neil Paynter ("Mr. Paynter"). Mr. Paynter took over the ARA offices and performed his work under ARi Paynter, Inc. ("ARi Paynter"), a separate and distinct entity from ARA. Mr. Robins has had no association with ARi Paynter.

Plaintiff Hun Sang Lee filed his First Amended Complaint on November 16, 2004, naming ARA as a Defendant. The Complaint was served on ARi Paynter, which is located in the offices formerly occupied by ARA. Even though it was not a named Defendant in the case, out of concern that a default might be taken, ARi Paynter answered the Complaint on December 23, 2004. However, the answer was filed on behalf of ARi Paynter, not ARA. Additionally, in February 2005, at the request of the District Court, ARi Paynter filed a Notice of Corporate Name

G0003528.DOC

1

Change, in which counsel informed the court that ARA was now known as ARi Paynter, despite the fact that the two entities are distinct and have separate ownership.

Subsequent to ARi Paynter's appearance in the action, it was determined that ARA—not ARi Paynter—is the proper party and should have been the party to have appeared and submitted a responsive pleading to Plaintiff's Complaint. Accordingly, the parties have now agreed to: (1) dismiss without prejudice ARi Paynter from the action; (2) have ARA appear in the action on its own behalf and defend the claims asserted against it in the Complaint; and (3) have ARA file a responsive pleading to the Complaint on its own behalf.

A stipulation to dismiss ARi Paynter without prejudice is being circulated by the parties. If the stipulation is not agreed to, Counsel for ARA and Counsel for ARi Paynter will seek dismissal of ARi Paynter by appropriate motion. Within ten (10) days of this Court's Order dismissing ARi Paynter from the case, ARA will file with this Court a responsive pleading to the Complaint. ARA will also submit its Initial Disclosures in accordance with the local rules.

DATED this 30th day of June, 2005.

BAYS DEAVER LUNG ROSE BABA
Attorneys at Law

CALVO & CLARK, LLP
Attorneys At Law
Attorneys for Defendant/Crossdefendant


By: *signature*
JENNIFER CALVO-QUITUGUA