| | |
|---|---|
| CALVO & CLARK, LLP<br>655 South Marine Corps Drive<br>Suite 202<br>Tamuning, Guam 96913<br>Telephone: (671) 646-9355<br>Facsimile: (671) 646-9403<br><br>*Attorneys for Defendant/Crossdefendant*<br>Anthony Robins and Associates | **FILED**<br>DISTRICT COURT OF GUAM<br>JUL 0 1 2005 ῾P<br>MARY L.M. MORAN<br>CLERK OF COURT |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| HUN SANG LEE,<br><br>        Plaintiff,<br><br>        v.<br><br>MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten,<br><br>        Defendants.<br><br>MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL,<br><br>        Crossclaimant,<br><br>        v.<br><br>ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS,<br><br>        Crossdefendants. | CIVIL CASE 04-00027<br><br>CERTIFICATE OF SERVICE |

| | |
|---|---|
| 1 | The undersigned, counsel for Defendant Anthony Robins and Associates, hereby |
| 2 | certifies that a true and correct copy of **Defendant Anthony Robins and Associates' Status** |
| 3 | **Report** was served via Hand Delivery on July 1, 2005, to the following: |

G. Patrick Civille, Esq.
**CIVILLE & TANG, PLLC**
330 hernan Cortez Avenue, Suite 200
Hagatna, Guam 96910

Robert L. Keogh, Esq.
**LAW OFFICES OF ROBERT J. KEOGH**
Suite 105, C & A Building
251 Martyr Street
Hagatna, Guam 96910

Thomas C. Moody, Esq.
**KLEMM, BLAIR STERLING & JOHNSON**
Suite 1008, Pacific News Building
238 Archbishop F.C. Flores Street
Hagatña, Guam 96910

Randall Todd Thompson, Esq.
**MAIR, MAIR, SPADE & THOMPSON**
238 A.F.C. Flores Street
Suite 801, Pacific News Building
Hagatña, Guam 96910

Soonhyong Jason Kim, Esq.
Suite303, Young's Professional Bldg.
788 N. Marine Drive, #303
Upper Tumon, Guam 96913

/ / /

/ / /

/ / /

1

| | |
|---|---|
| 1 | Daniel J. Berman, Esq. |
| 2 | **BERMAN O'CONNOR MANN & SHKLOV** |
| | Suite 503, Bank of Guam Building |
| 3 | 111 Chalan Santo Papa |
| | Hagatña, Guam 96910 |
| 4 | |
| 5 | DATED this 1st day of July, 2005. |

BAYS DEAVER LUNG ROSE BABA
Attorneys at Law

CALVO & CLARK, LLP
Attorneys At Law
Attorneys for Defendant/Crossdefendant

By: _____
DANIEL M. BENJAMIN