1 **ROBERT J. MARTIN, JR., ESQ.**
**HARVEY LUNG, ESQ.**
2 **BAYS DEAVER LUNG ROSE BABA**
1099 Alakea Street
3 16th Floor, Ali'i Place
Honolulu, Hawai'i 96813
4 Telephone: (671) 523-9000
Facsimile: (671) 533-4184
5
**MICHAEL A. PANGELINAN, ESQ.**
6 **JENNIFER CALVO-QUITUGUA, ESQ.**
**CALVO & CLARK, LLP**
7 655 South Marine Corps Drive
Suite 202
8 Tamuning, Guam 96913
Telephone: (671) 646-9355
9 Facsimile: (671) 646-9403

10 *Attorneys for Defendant*
Anthony Robins and Associates

11

**FILED**
**DISTRICT COURT OF GUAM**
JUL -7 2005
**MARY L.M. MORAN**
**CLERK OF COURT**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

| | |
|---|---|
| HUN SANG LEE, | CIVIL CASE 04-00027 |
| Plaintiff, | |
| v. | |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten, | CERTIFICATE OF SERVICE |
| Defendants. | |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | |
| Crossclaimant, | |
| v. | |
| ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, | |
| Crossdefendants. | |



The undersigned, counsel for Defendant Anthony Robins and Associates, hereby certifies that a true and correct copy of ***Anthony Robins and Associates' Answer to Cross-claims of Manhattan Guam Inc. dba Royal Orchid Hotel and Cross-claims Against Manhattan Guam, Inc. dba Royal Orchid Hotel*** was served via Hand Delivery on July 7, 2005, to the following:

G. Patrick Civille, Esq.
**CIVILLE & TANG, PLLC**
330 hernan Cortez Avenue, Suite 200
Hagatna, Guam 96910

Robert L. Keogh, Esq.
**LAW OFFICES OF ROBERT J. KEOGH**
Suite 105, C & A Building
251 Martyr Street
Hagatna, Guam 96910

Thomas C. Moody, Esq.
**KLEMM, BLAIR STERLING & JOHNSON**
Suite 1008, Pacific News Building
238 Archbishop F.C. Flores Street
Hagatña, Guam 96910

Randall Todd Thompson, Esq.
**MAIR, MAIR, SPADE & THOMPSON**
238 A.F.C. Flores Street
Suite 801, Pacific News Building
Hagatña, Guam 96910

Soonhyong Jason Kim, Esq.
Suite303, Young's Professional Bldg.
788 N. Marine Drive, #303
Upper Tumon, Guam 96913

/ / /

/ / /

/ / /

1

| | |
|---|---|
| 1 | Daniel J. Berman, Esq. |
| 2 | **BERMAN O'CONNOR MANN & SHKLOV** |
|   | Suite 503, Bank of Guam Building |
| 3 | 111 Chalan Santo Papa |
|   | Hagatña, Guam 96910 |
| 4 | |
|   | DATED this 7th day of July, 2005. |

BAYS DEAVER LUNG ROSE BABA
Attorneys at Law

CALVO & CLARK, LLP
Attorneys At Law
Attorneys for Defendant/Crossdefendant

By: _____
MICHAEL A. PANGELINAN

G0003654.DOC

2
Case 1:04-cv-00027   Document 52   Filed 07/07/2005   Page 3 of 3