**HARVEY LUNG, ESQ.**
**ROBERT J. MARTIN, JR., ESQ.**
**BAYS DEAVER LUNG ROSE BABA**
1099 Alakea Street
16th Floor, Ali'i Place
Honolulu, Hawai'i 96813
Telephone: (671) 523-9000
Facsimile: (671) 533-4184

**MICHAEL A. PANGELINAN, ESQ.**
**JENNIFER CALVO-QUITUGUA, ESQ.**
**CALVO & CLARK, LLP**
655 South Marine Corps Drive
Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for Defendant*
Anthony Robins and Associates

FILED
DISTRICT COURT OF GUAM
SEP 15 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

HUN SANG LEE,

Plaintiff,

v.

MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten,

Defendants.

MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL,

Crossclaimant,

v.

ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS,

Crossdefendants.

CIVIL CASE 04-00027

**STIPULATION**

WINZLER & KELLY CONSULTING ENGINEERS,

Third-Party Plaintiff,

vs.

VSL PRESTRESING (GUAM), INC.

Third-Party Defendant.

IT IS HEREBY STIPULATED, by and among the parties herein, through their respective counsel, that pursuant to Rule 21 of the Federal Rules of Civil Procedure:

1) Notwithstanding the fact that ARi Paynter, Inc. ("ARi Paynter") has purported to answer Plaintiff's Complaint as a renamed permutation of the entity identified in Plaintiff's Complaint as Anthony Robins and Associates ("ARA"), ARA has now voluntarily appeared in this action and affirmatively asserts that it is a separate entity from ARi Paynter, and ARA affirmatively asserts that ARA, not ARi Paynter, is the proper defendant in the above entitled action.

2) Notwithstanding the fact that ARi Paynter was served with and answered Plaintiff Hun Sang Lee's ("Lee") First Amended Complaint on behalf of ARA, ARi Paynter does not dispute ARA's contention that ARA is a separate entity and that ARA is the proper party defendant in this case. Accordingly, the parties hereby stipulate to a substitution of parties pursuant to Rule 21 of the Federal Rules of Civil Procedure, such that ARA is hereby substituted in as the proper party in interest and ARi Paynter is hereby substituted out and dismissed from this action.

3) ARA will answer Lee's First Amended Complaint within ten (10) days of the entry of this Stipulation. The timing of ARA's answer shall neither enlarge nor limit the rights, claims, and/or defenses of either Lee or ARA; provided, however, that with respect to

defenses relating to the statute of limitations, laches, service of process and/or sufficiency of service of process, ARA stipulates and agrees that service or process upon ARi Paynter shall be deemed to have been good, timely and proper service upon ARA. In all other respects, the substantive rights, claims, and/or defenses--or lack thereof--that existed at the time ARi Paynter was served with Lee's First Amended Complaint, shall be unaffected by the timing of ARA's answer, the intent of the parties being that the timing of ARA's answer should not substantively affect the merits of this case. Nothing contained in this Stipulation shall be construed as a waiver by ARA of its right to put Lee to his proof regarding ARA's alleged negligence and/or damages, nor is it a waiver of ARA's right to challenge said proof or assert any other affirmative defenses that would otherwise be available to it.

4) ARA will subsequently execute the proposed scheduling order and discovery plan previously signed by the parties; provided, however, that an equitable adjustment will be made for ARA in the deadline of June 30, 2005 set forth in the scheduling order for the parties' initial disclosures.

5) Lee and Defendant/Third-Party Plaintiff Manhattan Guam, Inc. hereby dismiss any and all claims against ARi Paynter without prejudice, pursuant to Rule 41(a)(2) and Rule 41(c) of the Federal Rules of Civil Procedure. All other claims and parties remain.

All appearing parties have signed this Stipulation.

BAYS DEAVER LUNG ROSE BABA
Attorneys at Law
CALVO & CLARK, LLP
Attorneys at Law

Date: September 12, 2005 By: ______________________

**MICHAEL A. PANGELINAN**
Attorneys for Defendant
Anthony Robins and Associates

LAW OFFICES OF ROBERT L. KEOGH
CRONIN, FRIED, SEKIYA, KEKINA & FAIRBANKS
JASON S. KIM, ESQ.

Date: 9/12/05 By: ____________________

**JASON S. KIM**
Attorneys for Plaintiff Hun Sang Lee

CIVILLE & TANG, PLLC

Date: 9/13/05 By: ____________________

**G. PATRICK CIVILLE**
Attorney for Defendant and Cross-Claimant Manhattan Guam, Inc., dba Royal Orchid Hotel

KLEMM, BLAIR, STERLING & JOHNSON

Date: 9/14/05 By: ____________________

**THOMAS C. MOODY**
Attorney for Defendant and Cross-Defendant ARi Paynter, Inc., fka Anthony Robins and Associates. P.C.

MAIR, MAIR, SPADE & THOMPSON
O'CONNOR BERMAN DOTTS & BANES

Date: 9/13/2005 By: ____________________

**RANDALL TODD THOMPSON**
Attorneys for Defendant and Third-Party Plaintiff and Cross-Defendant Winzler & Kelly Consulting Engineers