HARVEY LUNG, ESQ.
ROBERT J. MARTIN, JR., ESQ.
BAYS DEAVER LUNG ROSE BABA
1099 Alakea Street
16th Floor, Ali'i Place
Honolulu, Hawai'i 96813
Telephone: (671) 523-9000
Facsimile: (671) 533-4184

MICHAEL A. PANGELINAN, ESQ.
JENNIFER CALVO-QUITUGUA, ESQ.
CALVO & CLARK, LLP
655 South Marine Corps Drive
Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for Defendant*
Anthony Robins and Associates

FILED
DISTRICT COURT OF GUAM
SEP 15 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

| | |
|---|---|
| HUN SANG LEE,<br><br>          Plaintiff,<br><br>v.<br><br>MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten,<br><br>          Defendants. | CIVIL CASE 04-00027 |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL,<br><br>          Crossclaimant,<br><br>v.<br><br>ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS,<br><br>          Crossdefendants. | **CERTIFICATE OF SERVICE** |

{G0005691.DOC;1}

**ORIGINAL**

WINZLER & KELLY CONSULTING ENGINEERS,

    Third-Party Plaintiff,

vs.

VSL PRESTRESING (GUAM), INC.

    Third-Party Defendant.

The undersigned hereby certifies that true and correct copies of the following:

## STIPULATION

were served via Hand Delivery on September 15, 2005, to the following:

JASON S. KIM
CRONIN, FRIED, SEKIYA, KEKINA & FAIRBANKS
Suite 303, Young's Professional Bldg.
788 N. Marine Drive, #303
Upper Tumon, Guam 96913

CIVILLE & TANG, PLLC
Suite 200, 330 Hernan Cortez Avenue
Hagåtña, Guam 96910

KLEMM, BLAIR, STERLING & JOHNSON
Suite 1008, Pacific News Building
238 Archbishop Flores Street
Hagatna, Guam 96910

MAIR, MAIR, SPADE & THOMPSON
O'CONNOR BERMAN DOTTS & BANES
238 Archbishop Flores Street, Suite 801
Pacific News Building
Hagatna, Guam 96910

Dated this 15th day of September, 2005.

BAYS DEAVER LUNG ROSE BABA
Attorneys at Law
CALVO & CLARK, LLP
Attorneys at Law

Date: 9/15/05   By: _____
          MICHAEL A. PANGELINAN
          Attorneys for Defendant
          Anthony Robins and Associates