LAW OFFICES OF
**ROBERT L. KEOGH, ESQ.**
251 MARTYR STREET, SUITE 105
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-2778

**CRONIN FRIED SEKIYA**
**KEKINA & FAIRBANKS**
841 BISHOP STREET, SUITE 600
HONOLULU, HAWAII 96813
TELEPHONE: (800) 227-8601/(808) 524-1433

**JASON S. KIM, ESQ.**
SUITE 303, YOUNG'S PROFESSIONAL BUILDING
UPPER TUMON, GUAM 96913
TELEPHONE: (671) 649-8123

*Attorneys for Plaintiff Hun Sang Lee*

**FILED**
DISTRICT COURT OF GUAM
OCT - 3 2005
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| HUN SANG LEE, | ) CIVIL CASE NO. CV04-00027 |
| Plaintiff, | ) ~~PROPOSED~~ REVISED SCHEDULING ORDER |
| vs. | ) |
| MANHATTAN GUAM, INC., dba ROYAL ORCHID HOTEL, ARI PAYNTER, INC., fka ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten, | ) Current Trial Date: November 14, 2005 |
| Defendants. | ) Proposed Trial Date: September 25, 2006 |

| | |
|---|---|
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | ) ) ) |
| Cross-Claimant, | ) ) ) |
| vs. | ) ) ) |
| ARI PAYNTER, INC. fka ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, | ) ) ) ) ) ) ) |
| Cross-Defendants. | ) ) |
| WINZLER & KELLY CONSULTING ENGINEERS, | ) ) ) |
| Third-Party Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| VSL PRESTRESING (GUAM), INC. | ) ) ) |
| Third-Party Defendant. | ) ) |
| ANTHONY ROBINS AND ASSOCIATES, | ) ) ) |
| Cross-Claimant, | ) ) ) |
| vs. | ) ) ) |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | ) ) ) |
| Cross-Defendant. | ) ) |

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil procedure, and Local Rule 16.1 of the District Court of Guam, the parties hereby submit the following Proposed Revised Scheduling Order:

1. The nature of the case is as follows: This is a personal injury case. Plaintiff Hun Sang Lee was injured in a swimming pool at Defendant Manhattan Guam, Inc.'s hotel. He is now permanently disabled. Manhattan Guam, Inc. has identified the remaining Defendants as having participated in the design, construction and/or maintenance of the subject pool.

2. The posture of the case is as follows:

   a. The following motions have been granted: Motion for Plaintiff's pro hac vice attorneys to appear telephonically at hearings and conferences. Motions for the admission pro hac vice of Plaintiff's attorneys L. Richard Fried, Jr. and Patrick F. McTernan. Motions for admission pro hac vice of Defendant Anthony Robins and Associates' attorneys Robert J. Martin, Jr. and Harvey J. Lung. No other motions are pending.

   b. The following discovery has been initiated: Plaintiffs have requested answers to interrogatories and a document production from Defendant Manhattan Guam, Inc. in October 2004, to which there has been no response to date, except for a letter identifying the additional Defendants. Defendant and Third-Party Plaintiff Winzler & Kelly Consulting Engineers have requested answers to interrogatories and a document production from Defendant Manhattan Guam, Inc. in April 2005, which were answered on May 20, 2005. Defendant and Third-Party Plaintiff Winzler & Kelly Consulting Engineers have requested answer to

interrogatories and a document production from Defendant Anthony Robins and Associates on June 21, 2005, which were answered on July 22, 2005.

3. All motions to add parties and claims shall be filed on or before: **October 10, 2005**.

4. All motions to amend pleadings shall be filed on or before: **October 11, 2005**.

5. Status of Discovery:

   a. The times for disclosures under Rules 26(a) and 26(e) of the Federal Rules of Civil Procedure are modified as follows: The parties shall complete their Rule 26(a)(1) initial disclosures by **October 7, 2005**. This date is agreed to by stipulation of the parties as permitted under Rule 26(a)(1) and is within a reasonable time of the Rule 26(f) conference. The parties further stipulate that the deadline for the initial disclosure of Plaintiff's damages calculation shall not be due on June 15, 2005, but shall be disclosed in accordance with the deadline for disclosure of experts and expert reports set by the Court and/or agreed to by the parties.

   b. The parties' Proposed Revised Joint Discovery Plan filed herewith is adopted and incorporated as part of this Proposed Revised Scheduling Order.

c. The deadline for disclosure of experts and expert reports shall be **December 30, 2006** for Plaintiff and **February 28, 2006** for Defendants.

6. ~~The parties shall appear before the district Court on or about May 12, 2006 at 3:00 p.m. for the Scheduling Conference, or at such date and time as the Court shall determine.~~

7. The discovery cut-off date (defined as the last day to file responses to discovery) is: **May 12, 2006**.

8. a. The anticipated discovery motions are: None at this time. All discovery motions shall be filed on or before **March 10, 2006** ~~and heard on or before May 12, 2006.~~

    b. The anticipated dispositive motions are: None at this time. All dispositive motions shall be filed on or before **May 19, 2006** ~~and heard on or before June 30, 2006.~~

9. The prospects of settlement are: **Unknown at this time**.

10. The preliminary Pretrial Conference shall be held on August 30, 2006 ~~or before the 14th day of August, 2006~~ at 9:00 a.m.

11. The parties' pretrial materials, discovery materials, witness lists, designations and exhibits lists shall be filed on or before **September 11, 2006.**

12. The Proposed Pretrial Order shall be filed on or before the **11th day of September, 2006**.

13. The Final Pretrial Conference shall be held on ~~or about~~ the **18th day of September, 2006** at 9:00 a.m.

G0005554.DOC
Proposed Revised Scheduling Order

Case 1:04-cv-00027   Document 55   Filed 10/03/2005   Page 5 of 8

14. The trial shall be held on or about the **25th day of September, 2006 at 9:00 a.m.**

15. The trial is a jury trial.

16. It is anticipated that it will take **6 to 7** days to try this case.

17. The names of counsel on the care are:

Plaintiff: **L. Richard Fried, Jr., Patrick F. McTernan, Robert L. Keogh and Jason S. Kim.**

Defendant and Cross Claimant Manhattan Guam, Inc., dba Royal Orchid Hotel: **G. Patrick Civille and Joyce C. H. Tang**.

Defendant and Cross-Defendant ARi Paynter, Inc., fka Anthony Robins and Associates, P.C.: **Thomas C. Moody** (*See* paragraph 20 below regarding anticipated dismissal without prejudice of ARi Paynter, Inc.)

Defendant, Cross-Defendant, and Cross-Claimant Anthony Robins and Associates: **Harvey J. Lung, Robert J. Martin, Jr., Michael A. Pangelinan, and Jennifer Calvo-Quitugua.**

Third-Party Plaintiff and Cross-Defendant Winzler & Kelly Consulting Engineers: **Randall Todd Thompson and Robert J. O'Connor.**

18. The parties do wish to submit this case to a settlement conference at an appropriate time.

19. The parties present the following suggestion for shortening the trial: **None at this time**.

G0005554.DOC
Proposed Revised Scheduling Order

20. The following issues will also affect the status or management of the case:

ARi Paynter, Inc. will be dismissed from the case by stipulation of the parties. Said stipulation is submitted concurrently herewith and is pending approval by order of this Court.

IT IS SO ORDERED this 3rd day of October, 2005.

_____
HONORABLE JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

**APPROVED AS TO FORM AND CONTENT:**

**LAW OFFICES OF ROBERT L. KEOGH**
**CRONIN, FRIED, SEKIYA, KEKINA & FAIRBANKS**
**JASON S. KIM, ESQ.**

By: _____
JASON S. KIM
*Attorneys for Plaintiff HUN SANG LEE*

Date: 9/14/05

**CIVILLE & TANG, PLLC**

By: _____
G. PATRICK CIVILLE
*Attorney for Defendant and Cross-Claimant*
*Manhattan Guam, Inc., dba Royal Orchid Hotel*

Date: 9/14/05

**KLEMM, BLAIR, STERLING & JOHNSON**

By: _____
THOMAS C. MOODY
*Attorney for Defendant and Cross-Defendant*
*ARi Paynter, Inc., fka Anthony Robins and Associates. P.C.*

Date: 9/16/05

**RECEIVED**
SEP 19 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

MAIR, MAIR, SPADE & THOMPSON
O'CONNOR BERMAN DOTTS & BANES

By: _____
    R. TODD THOMPSON
    *Attorneys for Defendant and Third-Party*
    *Plaintiff and Cross-Defendant*
    *Winzler & Kelly Consulting Engineers*

Date: 9/16/05

BAYS DEAVER LUNG ROSE BABA
CALVO & CLARK, LLP

By: _____
    MICHAEL A. PANGELINAN
    Attorneys for Defendant
    Anthony Robins and Associates

Date: 9/14/05