LAW OFFICES OF
ROBERT L. KEOGH, ESQ.
251 MARTYR STREET, SUITE 105
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-2778

CRONIN FRIED SEKIYA
KEKINA & FAIRBANKS
841 BISHOP STREET, SUITE 600
HONOLULU, HAWAII 96813
TELEPHONE: (800) 227-8601/(808) 524-1433

JASON S. KIM, ESQ.
SUITE 303, YOUNG'S PROFESSIONAL BUILDING
UPPER TUMON, GUAM 96913
TELEPHONE: (671) 649-8123

*Attorneys for Plaintiff Hun Sang Lee*

FILED
DISTRICT COURT OF GUAM
OCT - 3 2005 ᵠᵖ
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| HUN SANG LEE, | ) CIVIL CASE NO. CV04-00027 |
| Plaintiff, | ) ~~PROPOSED~~ REVISED JOINT |
| | ) DISCOVERY PLAN |
| vs. | ) |
| MANHATTAN GUAM, INC., dba ROYAL ORCHID HOTEL, ARI PAYNTER, INC., fka ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten, | ) Current Trial Date: November 14, 2005 |
| | ) Proposed Trial Date: September 25, 2006 |
| Defendants. | ) |

**ORIGINAL**

| | |
|---|---|
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | )<br>)<br>) |
| Cross-Claimant, | )<br>) |
| vs. | )<br>)<br>) |
| ARI PAYNTER, INC. fka ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Cross-Defendants. | )<br>) |
| WINZLER & KELLY CONSULTING ENGINEERS, | )<br>)<br>) |
| Third-Party Plaintiff, | )<br>) |
| vs. | )<br>)<br>) |
| VSL PRESTRESING (GUAM), INC. | )<br>) |
| Third-Party Defendant. | )<br>) |
| ANTHONY ROBINS AND ASSOCIATES, | )<br>)<br>) |
| Cross-Claimant, | )<br>) |
| vs. | )<br>)<br>) |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | )<br>)<br>) |
| Cross-Defendant. | ) |

The parties having met and conferred hereby submit their proposed Revised Joint Discovery Plan in accordance with Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule 16.1(b):

1. **Initial Disclosures**

The parties shall complete their Rule 26(a)(1) initial disclosures by **October 7, 2005**. This date is agreed to by stipulation of the parties as permitted under Rule 26(a)(1) and is within a reasonable time of Rule 26(f) conference.

2. **Interrogatories and Requests for Production**

All parties anticipate serving initial sets of requests for production of documents and interrogatories within thirty (30) days following completion of the initial disclosures. All parties reserve the right to serve additional requests for production and interrogatories should the need arise during the course of the discovery process. In the event the parties believe it is necessary to exceed the limitations regarding number of interrogatories, the parties shall act in good faith to reach an agreement regarding such matters.

3. **Fact Witnesses and Depositions**

The parties anticipate that there will be approximately ten (10) fact witnesses that will need to be deposed. Those depositions will begin following the receipt of the responses to the initial set of written discovery and in light of the fact that at least five (5) witnesses reside in Korea, will probably continue throughout the discovery phase.

4. **Expert Designation and Reports**

   a. Plaintiff shall designate his experts and serve their reports in accordance with Rule 26(a)(2)(B) on or before **December 30, 2006**.

   b. Defendants shall designed their rebuttal experts, if any, and serve their reports in accordance with Rule 26(a)(2)(B) on or before **February 28, 2006**.

5. **Expert Depositions**

Depositions of all testifying experts will be scheduled to take place during the months of January through May, 2006.

6. **Discovery Completion**

The parties presently anticipate that all necessary discovery can be completed by **May 12, 2006**, assuming the availability of the necessary witnesses and the lack of any discovery disputes requiring rulings by the Court.

LAW OFFICES OF ROBERT L. KEOGH
CRONIN, FRIED, SEKIYA, KEKINA &
FAIRBANKS
JASON S. KIM, ESQ.

Date: 9/14/05     By: _____
JASON S. KIM
*Attorneys for Plaintiff HUN SANG LEE*

CIVILLE & TANG, PLLC

Date: 9/14/05     By: _____
G. PATRICK CIVILLE
*Attorney for Defendant and Cross-Claimant Manhattan Guam, Inc., dba Royal Orchid Hotel*

KLEMM, BLAIR, STERLING & JOHNSON

Date: 9/16/05     By: _____
THOMAS C. MOODY
*Attorney for Defendant and Cross-Defendant ARi Paynter, Inc., fka Anthony Robins and Associates. P.C.*

- 4 -

MAIR, MAIR, SPADE & THOMPSON
O'CONNOR BERMAN DOTTS & BANES

Date: 9/16/05    By: _____
                     **R. TODD THOMPSON**
                     *Attorneys for Defendant and Third-Party*
                     *Plaintiff and Cross-Defendant*
                     *Winzler & Kelly Consulting Engineers*

BAYS DEAVER LUNG ROSE BABA
CALVO & CLARK, LLP

Date: 9/14/05    By: _____
                     **MICHAEL A. PANGELINAN**
                     Attorneys for Defendant
                     Anthony Robins and Associates



RECEIVED
SEP 19 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM