HARVEY LUNG, ESQ.
ROBERT J. MARTIN, JR., ESQ.
BAYS DEAVER LUNG ROSE BABA
1099 Alakea Street
16th Floor, Ali'i Place
Honolulu, Hawai'i 96813
Telephone: (808) 523-9000
Facsimile: (808) 533-4184

MICHAEL A. PANGELINAN, ESQ.
JENNIFER CALVO-QUITUGUA, ESQ.
CALVO & CLARK, LLP
655 South Marine Corps Drive
Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for Defendant*
Anthony Robins and Associates

FILED
DISTRICT COURT OF GUAM
OCT -4 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

| | |
|---|---|
| HUN SANG LEE,<br><br>                        Plaintiff,<br><br>    v.<br><br>MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten,<br><br>                        Defendants. | CIVIL CASE 04-00027<br><br>**ORDER RE: STIPULATION** |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL,<br><br>                        Crossclaimant,<br><br>    v.<br><br>ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS,<br><br>                        Crossdefendants. | |

# ORDER

The Stipulation filed in this case on September 15, 2005, **IS HEREBY** **APPROVED AND SO ORDERED:**

Dated: 4 Oct 2005

_____
~~HONORABLE JOAQUIN V.E. MANIBUSAN, JR.~~
~~Magistrate Judge~~
LLOYD D. GEORGE
Designated Judge



RECEIVED
SEP 15 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

G0005488.DOC

1