HARVEY LUNG, ESQ.
ROBERT J. MARTIN, JR., ESQ.
BAYS DEAVER LUNG ROSE BABA
1099 Alakea Street
16th Floor, Ali'i Place
Honolulu, Hawai'i 96813
Telephone: (671) 523-9000
Facsimile: (671) 533-4184

MICHAEL A. PANGELINAN, ESQ.
JENNIFER CALVO-QUITUGUA, ESQ.
CALVO & CLARK, LLP
655 South Marine Corps Drive
Suite 202, Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for Defendant*
Anthony Robins and Associates

FILED
DISTRICT COURT OF GUAM
OCT - 7 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

| | |
|---|---|
| HUN SANG LEE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten,<br><br>　　　　　Defendants.<br><br>MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL,<br><br>　　　　　Crossclaimant,<br><br>　　v.<br><br>ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS,<br><br>　　　　　Crossdefendants. | CIVIL CASE 04-00027<br><br><br><br>**DEFENDANT/CROSS-CLAIM PLAINTIFF ANTHONY ROBINS AND ASSOCIATES' INITIAL DISCLOSURES** |

G0003284

| | |
|---|---|
| WINZLER & KELLY CONSULTING ENGINEERS, | |
| Third-Party Plaintiff, | |
| v. | |
| VSL PRESTRESSING (GUAM), INC., | |
| Third-Party Defendant. | |
| ANTHONY ROBINS AND ASSOCIATES, | |
| Cross-Claimant, | |
| v. | |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | |
| Cross-Defendant. | |

Defendant Anthony Robins and Associates ("ARA"), by and through its attorneys, Bays, Deaver, Lung, Rose & Baba, make these initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Rule 26.2 of the Rules of the United States District Court for the District of Guam. ARA's investigation into the facts of this case is ongoing. The disclosures contained herein are based solely upon such information and documents as are reasonably available and specifically known to ARA and that pertain to the claims and allegations in Plaintiffs' Complaint. ARA makes these initial disclosures without prejudice to its right to amend or supplement with additional documents or information.

**I. NAMES OF INDIVIDUALS THAT THE DISCLOSING PARTY MAY USE TO SUPPORT ITS CLAIMS OR DEFENSES**

ARA hereby identifies the following individuals as persons likely to have discoverable information that ARA may wish to use to support its claims and defenses in this matter:

| | |
|---|---|
| Hun Sang Lee<br>c/o Robert L. Keogh, Esq.<br>Law Offices of Robert L. Keogh<br>Suite 105, C & A Building | Plaintiff is expected to testify as to the facts and circumstances surrounding the allegations contained in the Complaint. Lee will further testify as to liability and |

| | |
|---|---|
| 251 Martyl Street<br>Hagatna, Guam 96910 | damages. |
| Chin-Hsing Su<br>Manhattan Guam, Inc. d/b/a<br>Royal Orchid Hotel<br>c/o G. Patrick Civille, Esq.<br>330 Herman Cortez Avenue<br>Suite 200<br>Hagatna, Guam 96910 | Mr. Su is expected to testify on issues relevant to the construction of the Royal Orchid Hotel including the design professionals in charge of designing the hotel's pool. |
| David Su<br>Manhattan Guam, Inc. d/b/a<br>Royal Orchid Hotel<br>c/o G. Patrick Civille, Esq.<br>330 Herman Cortez Avenue<br>Suite 200<br>Hagatna, Guam 96910 | Mr. Su is expected to testify on issues relevant to the construction of the Royal Orchid Hotel including the design professionals in charge of designing the hotel's pool. |
| Ronald Su<br>Manhattan Guam, Inc. d/b/a<br>Royal Orchid Hotel<br>c/o G. Patrick Civille, Esq.<br>330 Herman Cortez Avenue<br>Suite 200<br>Hagatna, Guam 96910 | Mr. Su is expected to testify on issues relevant to the construction of the Royal Orchid Hotel including the design professionals in charge of designing the hotel's pool. |
| Representatives of<br>O.A. Coloma, P.C. | Representatives of O.A. Coloma are expected to testify on issues relevant to the construction and design of the Royal Orchid Hotel. |
| Representatives of<br>Phoenix United Corp., Ltd. | Representatives of Phoenix United are expected to testify on issues relevant to the construction and design of the Royal Orchid Hotel. |
| Representatives of<br>Winzler & Kelly Consulting Engineers<br>c/o Robert J. O'Connor, Esq.<br>Law Offices of O'Connor, Berman, Dotts & Banes<br>Second Floor, Nauru Building<br>P.O. Box 501969<br>Saipan, MP 96950-1969 | Representatives of Winzler & Kelly are expected to testify on issues relevant to the construction, design, inspection and supervision of the Royal Orchid Hotel. |
| Anthony Robins<br>c/o Harvey J. Lung, Esq. | Mr. Robins is expected to testify on issues relevant to the construction and design of |

Bays, Deaver, Lung, Rose & Baba  the Royal Orchid Hotel.
1099 Alakea Street, 16th Floor
Honolulu, Hawaii 96813

ARA's investigation is ongoing. The disclosure of the individuals listed above is based upon information reasonably available to ARA at the time of making these initial disclosures. ARA will supplement their initial disclosures, as appropriate.

## II. DOCUMENTS AND TANGIBLE THINGS IN POSSESSION, CUSTODY, OR CONTROL OF ARA

ARA will make available for inspection and copying documents that may be used by ARA in support of its claims and defenses in this case at the offices of Bays, Deaver, Lung, Rose & Baba, 1099 Alakea Street, 16th Floor, Honolulu, Hawaii, 96813.

## III. COMPUTATION OF DAMAGES

Not applicable at this time. ARA has incurred, and continues to incur, attorneys' fees and costs in this matter.

## IV. INSURANCE AGREEMENTS

ARA is in possession of an insurance policy which may cover any resulting judgment against it. A copy of the insurance policy will be made available for inspection and copying.

DATED this 7th day of October, 2005.

BAYS DEAVER LUNG ROSE BABA
Attorneys at Law

CALVO & CLARK, LLP
Attorneys At Law

By: _____
MICHAEL A. PANGELINAN
Attorneys for Defendant Anthony
Robins and Associates