HARVEY LUNG, ESQ.
ROBERT J. MARTIN, JR., ESQ.
**BAYS DEAVER LUNG ROSE BABA**
1099 Alakea Street
16th Floor, Ali'i Place
Honolulu, Hawai'i 96813
Telephone: (671) 523-9000
Facsimile: (671) 533-4184

MICHAEL A. PANGELINAN, ESQ.
JENNIFER CALVO-QUITUGUA, ESQ.
**CALVO & CLARK, LLP**
655 South Marine Corps Drive
Suite 202, Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for Defendant*
Anthony Robins and Associates
FILED
DISTRICT COURT OF GUAM
OCT 19 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

| | |
|---|---|
| HUN SANG LEE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten,<br><br>　　　　Defendants. | CIVIL CASE 04-00027<br><br><br><br><br>**CERTIFICATE OF SERVICE** |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL,<br><br>　　　　Crossclaimant,<br><br>　　v.<br><br>ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS,<br><br>　　　　Crossdefendants. | |

{G0006537.DOC;1}G0003284

**ORIGINAL**

| | |
|---|---|
| 1 | WINZLER & KELLY CONSULTING ENGINEERS, |
| 2 | Third-Party Plaintiff, |
| 3 | v. |
| 4 | VSL PRESTRESSING (GUAM), INC., |
| 5 | Third-Party Defendant. |
| 6 | ANTHONY ROBINS AND ASSOCIATES, |
| 7 | Cross-Claimant, |
|   | v. |
| 8 | |
| 9 | MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, |
| 10 | Cross-Defendant. |

The undersigned hereby certifies that a true and correct copy of the following document:

**ANTHONY ROBINS AND ASSOCIATES' ANSWER**
**TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

was served via Hand Delivery on October 19, 2005, to the following:

JASON S. KIM
CRONIN, FRIED, SEKIYA, KEKINA & FAIRBANKS
Suite 303, Young's Professional Bldg.
788 N. Marine Drive, #303
Upper Tumon, Guam 96913

CIVILLE & TANG, PLLC
Suite 200, 330 Hernan Cortez Avenue
Hagåtña, Guam 96910

MAIR, MAIR, SPADE & THOMPSON
O'CONNOR BERMAN DOTTS & BANES
238 Archbishop Flores Street, Suite 801
Pacific News Building
Hagatna, Guam 96910

LAW OFFICES OF ROBERT L. KEOGH
251 Martyr Street, Suite 105
C&A Professional Bldg.
Hagatna, Guam 96910

DATED this 19th day of October, 2005.

        BAYS DEAVER LUNG ROSE BABA
        Attorneys at Law

        CALVO & CLARK, LLP
        Attorneys At Law

By: _____
    MICHAEL A. PANGELINAN
    Attorneys for Defendant /Cross-Claim
    Plaintiff Anthony Robins and Associates

G0006537.DOC

2