
FILED
DISTRICT COURT OF GUAM
NOV 22 2005
MARY L.M. MORAN
CLERK OF COURT

CRONIN FRIED SEKIYA
KEKINA & FAIRBANKS
841 BISHOP STREET, SUITE 600
HONOLULU, HAWAII 96813
TELEPHONE: (800) 227-8601/(808) 524-1433

JASON S. KIM, ESQ.
SUITE 303, YOUNG'S PROFESSIONAL BUILDING
UPPER TUMON, GUAM 96913
TELEPHONE: (671) 649-8123

*Attorneys for Plaintiff Hun Sang Lee*

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| HUN SANG LEE, | ) CIVIL CASE NO. CV04-00027 |
| Plaintiff, | ) PLAINTIFF HUN SANG LEE'S NOTICE OF TAKING DEPOSITIONS UPON ORAL EXAMINATION; CERTIFICATE OF SERVICE |
| vs. | |
| MANHATTAN GUAM, INC., dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten, | ) (David Su, Ronald Su, Richard Chien, Patrick Taitano; Neil Paynter; Oscar Coloma; and Dean Gillham) |
| Defendants. | ) Current Trial Date: September 25, 2006 Former Trial Date: November 14, 2005 |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | |
| Cross-Claimant, | |
| vs. | |
| ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, | |
| Cross-Defendants. | |

| | )|
|---|---|
| WINZLER & KELLY CONSULTING ENGINEERS, | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| VSL PRESTRESING (GUAM), INC. | ) |
| | ) |
| Third-Party Defendant. | ) |
| ANTHONY ROBINS AND ASSOCIATES, | ) |
| | ) |
| Cross-Claimant, | ) |
| | ) |
| vs. | ) |
| | ) |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | ) |
| | ) |
| Cross-Defendants. | ) |

PLAINTIFF HUN SANG LEE'S NOTICE OF
TAKING DEPOSITIONS UPON ORAL EXAMINATION

TO:  G. PATRICK CIVILLE, ESQ.
JOYCE C.H. TANG, ESQ.
Civille & Tang, PLLC
330 Hernan Cortez Avenue, Suite 200
Hagåtña, Guam 96910
*Attorneys for Defendant, Cross-Claimant and Cross-Defendant Manhattan Guam, Inc., dba Royal Orchid Hotel*

HARVEY LUNG, ESQ.
ROBERT L. MARTIN, JR., ESQ.
Bays, Deaver Lung Rose Baba
1099 Alakea Street, 16th Floor, Alii Place
Honolulu, Hawaii 96813

MICHAEL A. PANGELINAN, ESQ.
JENNIFER CALVO-QUITUGUA, ESQ.
Calvo & Clark, LLP
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913

*Attorneys for Defendant, Cross-Defendant
and Cross-Claimant ANTHONY ROBINS AND ASSOCIATES*

RANDALL TODD THOMPSON, ESQ.
Mair, Mair, Spade & Thompson
238 Archbishop Flores Street
Suite 801, Pacific News Building
Hagåtña, Guam 96910

ROBERT J. O'CONNOR, ESQ.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building, Susupe
Post Office Box 501969
Saipan, MP 96959-1969
*Attorneys for Defendant, Third-Party Plaintiff and Cross-Defendant
Winzler & Kelly Consulting Engineers*

OSCAR A. COLOMA
O.A. Coloma, P.C.
Suite 35, Paraoceana Business Center
674 Harmon Loop Road
Dededo, Guam 96929
Pro se

PLEASE TAKE NOTICE that Plaintiff above-named will take the following depositions on the dates and times mentioned or agreed upon by the parties at the Hyatt Hotel Ballroom:

| NAME AND ADDRESS | DATE & TIME |
|---|---|
| David Su<br>c/o Civille & Tang, PLLC<br>330 Hernan Cortez Avenue, Suite 200<br>Hagåtña, Guam 96910 | November 28, 2005, Monday<br>9:00 a.m. |

| | |
|---|---|
| Ronald Su<br>c/o PATRICK CIVILLE, ESQ.<br>Civille & Tang, PLLC<br>330 Hernan Cortez Avenue, Suite 200<br>Hagåtña, Guam 96910 | November 29, 2005, Tuesday<br>9:00 a.m. |
| Richard Chien<br>c/o ROBERT J. O'CONNOR, ESQ.<br>O'Connor Berman Dotts & Banes<br>Second Floor, Nauru Building, Susupe<br>Post Office Box 501969<br>Saipan, MP 96959-1969 | November 30, 2005, Wednesday<br>9:00 a.m. |
| Patrick Taitano<br>c/o ROBERT J. O'CONNOR, ESQ.<br>O'Connor Berman Dotts & Banes<br>Second Floor, Nauru Building, Susupe<br>Post Office Box 501969<br>Saipan, MP 96959-1969 | November 30, 2005, Wednesday<br>1:00 p.m. |
| Neil Paynter<br>c/o THOMAS C. MOODY, ESQ.<br>Klemm Blair Sterling & Johnson<br>Suite 1008 Pacific News Building<br>238 Archbishop F.C. Flores Street<br>Hagåtña, Guam 96910-5205 | December 1, 2005, Thursday<br>9:00 a.m. |
| Oscar Coloma<br>O.A. Coloma, P.C.<br>Suite 35, Paraoceana Business Center<br>674 Harmon Loop Road<br>Dededo, Guam 96929 | December 2, 2005, Friday<br>9:00 a.m. |
| Dean Gillham<br>c/o ROBERT J. O'CONNOR, ESQ.<br>O'Connor Berman Dotts & Banes<br>Second Floor, Nauru Building, Susupe<br>Post Office Box 501969<br>Saipan, MP 96959-1969 | December 5, 2005, Monday<br>9:00 a.m. |

Said depositions shall be upon oral examination pursuant to Rule 30, Federal

Rules of Civil Procedure, before a Certified Shorthand Reporter duly authorized by law to

administer oaths. The oral depositions will continue from day to day until completed. You are invited to attend and cross-examine.

DATED: Honolulu, Hawaii, November 22, 2005.

CRONIN FRIED SEKIYA
KEKINA & FAIRBANKS

JASON S. KIM, ESQ.

By_____
JASON S. KIM, ESQ.
Attorneys for Plaintiff