CRONIN FRIED SEKIYA
KEKINA & FAIRBANKS
841 BISHOP STREET, SUITE 600
HONOLULU, HAWAII 96813
TELEPHONE: (800) 227-8601/(808) 524-1433

JASON S. KIM, ESQ.
SUITE 303, YOUNG'S PROFESSIONAL BUILDING
UPPER TUMON, GUAM 96913
TELEPHONE: (671) 649-8123

*Attorneys for Plaintiff Hun Sang Lee*

FILED
DISTRICT COURT OF GUAM
NOV 22 2005
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| HUN SANG LEE, <br><br> Plaintiff, <br><br> vs. <br><br> MANHATTAN GUAM, INC., dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten, <br><br> Defendants. | CIVIL CASE NO. CV04-00027 <br><br> CERTIFICATE OF SERVICE RE: PLAINTIFF HUN SANG LEE'S NOTICE OF TAKING DEPOSITIONS UPON ORAL EXAMINATION <br><br> (David Su, Ronald Su, Richard Chien, Patrick Taitano; Neil Paynter; Oscar Coloma; and Dean Gillham) <br><br> Current Trial Date: September 25, 2006 <br> Former Trial Date: November 14, 2005 |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, <br><br> Cross-Claimant, <br><br> vs. <br><br> ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, <br><br> Cross-Defendants. | |

| | |
|---|---|
| WINZLER & KELLY CONSULTING ENGINEERS, | ) ) ) |
| Third-Party Plaintiff, | ) ) |
| vs. | ) ) |
| VSL PRESTRESING (GUAM), INC. | ) ) ) |
| Third-Party Defendant. | ) ) |
| ANTHONY ROBINS AND ASSOCIATES, | ) ) |
| Cross-Claimant, | ) ) ) |
| vs. | ) ) |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | ) ) ) |
| Cross-Defendants. | ) ) ) |

### CERTIFICATE OF SERVICE RE: PLAINTIFF HUN SANG LEE'S NOTICE OF TAKING DEPOSITIONS UPON ORAL EXAMINATION

I, JASON S. KIM, hereby certify that on November 22, 2005, I caused a copy of

PLAINTIFF HUN SANG LEE'S NOTICE OF TAKING DEPOSITIONS UPON ORAL

EXAMINATION (David Su, Ronald Su, Richard Chien, Patrick Taitano; Neil Paynter; Oscar

Coloma; and Dean Gillham) to be served by hand delivery on the following:

> G. PATRICK CIVILLE, ESQ.
> Civille & Tang, PLLC
> 330 Hernan Cortez Avenue, Suite 200
> Hagåtña, Guam 96910
> > *Attorneys for Defendant, Cross-Claimant and Cross-Defendant*
> > *Manhattan Guam, Inc., dba Royal Orchid Hotel*
>
> MICHAEL A. PANGELINAN, ESQ.
> JENNIFER CALVO-QUITUGUA, ESQ.
> Calvo & Clark, LLP
> 655 South Marine Corps Drive, Suite 202
> Tamuning, Guam 96913
> > *Attorneys for Defendant, Cross-Defendant*
> > *and Cross-Claimant ANTHONY ROBINS AND ASSOCIATES*

RANDALL TODD THOMPSON, ESQ.
Mair, Mair, Spade & Thompson
238 Archbishop Flores Street
Suite 801, Pacific News Building
Hagåtña, Guam 96910
    *Attorneys for Defendant, Third-Party Plaintiff and Cross-Defendant*
    *Winzler & Kelly Consulting Engineers*

Oscar A. Coloma
O.A. Coloma, P.C.
Suite 35, Paraoceana Business Center
674 Harmon Loop Road
Dededo, Guam 96929
    Pro se

with courtesy copies by facsimile to the following:

HARVEY LUNG, ESQ.
ROBERT L. MARTIN, JR., ESQ.
Bays, Deaver Lung Rose Baba
1099 Alakea Street, 16th Floor, Alii Place
Honolulu, Hawaii 96813
**Facsimile: (808) 523-9000**
    *Attorneys for Defendant, Cross-Defendant*
    *and Cross-Claimant ANTHONY ROBINS AND ASSOCIATES*

ROBERT J. O'CONNOR, ESQ.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building, Susupe
Post Office Box 501969
Saipan, MP 96959-1969
**Facsimile: (670) 234-5683**
    *Attorneys for Defendant, Third-Party Plaintiff and Cross-Defendant*
    *Winzler & Kelly Consulting Engineers*

DATED: Upper Tumon, Guam, November 22, 2005.

    CRONIN FRIED SEKIYA
    KEKINA & FAIRBANKS

    JASON S. KIM, ESQ.

    By _____
        JASON S. KIM
        Attorneys for Plaintiff