CRONIN FRIED SEKIYA
KEKINA & FAIRBANKS
841 BISHOP STREET, SUITE 600
HONOLULU, HAWAII 96813
TELEPHONE: (800) 227-8601/(808) 524-1433

JASON S. KIM, ESQ.
SUITE 303, YOUNG'S PROFESSIONAL BUILDING
UPPER TUMON, GUAM 96913
TELEPHONE: (671) 649-8123

*Attorneys for Plaintiff Hun Sang Lee*

FILED
DISTRICT COURT OF GUAM
NOV 22 2005
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| HUN SANG LEE,<br><br>    Plaintiff,<br><br>vs.<br><br>MANHATTAN GUAM, INC., dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten,<br><br>    Defendants.<br><hr>MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL,<br><br>    Cross-Claimant,<br><br>vs.<br><br>ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS,<br><br>    Cross-Defendants. | CIVIL CASE NO. CV04-00027<br><br>PLAINTIFF HUN SANG LEE'S NOTICE OF TAKING 30(b)(6) DEPOSITION UPON ORAL EXAMINATION; CERTIFICATE OF SERVICE<br><br>(Rule 30(b)(6) Representative of Winzler & Kelly)<br><br><br>Current Trial Date: September 25, 2006<br>Former Trial Date: November 14, 2005 |

| | |
|---|---|
| WINZLER & KELLY CONSULTING ENGINEERS, | ) ) ) ) |
| Third-Party Plaintiff, | ) ) |
| vs. | ) ) |
| VSL PRESTRESING (GUAM), INC. | ) ) |
| Third-Party Defendant. | ) ) |
| ANTHONY ROBINS AND ASSOCIATES, | ) ) |
| Cross-Claimant, | ) ) |
| vs. | ) ) |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | ) ) ) |
| Cross-Defendants. | ) ) |

PLAINTIFF HUN SANG LEE'S NOTICE OF
TAKING 30(b)(6) DEPOSITION UPON ORAL EXAMINATION

TO:     G. PATRICK CIVILLE, ESQ.
          JOYCE C.H. TANG, ESQ.
          Civille & Tang, PLLC
          330 Hernan Cortez Avenue, Suite 200
          Hagåtña, Guam 96910
                *Attorneys for Defendant, Cross-Claimant and Cross-Defendant*
                *Manhattan Guam, Inc., dba Royal Orchid Hotel*

HARVEY LUNG, ESQ.
ROBERT L. MARTIN, JR., ESQ.
Bays, Deaver Lung Rose Baba
1099 Alakea Street, 16th Floor, Alii Place
Honolulu, Hawaii 96813

MICHAEL A. PANGELINAN, ESQ.
JENNIFER CALVO-QUITUGUA, ESQ.
Calvo & Clark, LLP
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913

> *Attorneys for Defendant, Cross-Defendant*
> *and Cross-Claimant ANTHONY ROBINS AND ASSOCIATES*

RANDALL TODD THOMPSON, ESQ.
Mair, Mair, Spade & Thompson
238 Archbishop Flores Street
Suite 801, Pacific News Building
Hagåtña, Guam 96910

ROBERT J. O'CONNOR, ESQ.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building, Susupe
Post Office Box 501969
Saipan, MP 96959-1969

> *Attorneys for Defendant, Third-Party Plaintiff and Cross-Defendant*
> *Winzler & Kelly Consulting Engineers*

OSCAR A. COLOMA
O.A. Coloma, P.C.
Suite 35, Paraoceana Business Center
674 Harmon Loop Road
Dededo, Guam 96929
   Pro se

PLEASE TAKE NOTICE that Plaintiff above-named will take the following deposition on the date and time mentioned, or as otherwise agreed upon by the parties, at the Hyatt Hotel Ballroom:

| NAME AND ADDRESS | DATE & TIME |
|---|---|
| Rule 30(b)(6) Representative of Winzler & Kelly c/o O'Connor Berman Dotts & Banes Second Floor, Nauru Building, Susupe Post Office Box 501969 Saipan, MP 96959-1969 | December 6, 2005, Tuesday 9:00 a.m. |

The deponent(s) for such deposition is/are to be designated by Defendant Winzler & Kelly Consulting Engineers, and is/are to be the person(s) most knowledgeable about, and competent to testify regarding:

1. The various services Winzler & Kelly generally agreed to provide in connection with construction and/or renovation and/or expansion of the Su Center aka Royal Riviera Hotel aka Royal Orchid Hotel (hereinafter "the hotel") from January 1, 1997 through November 17, 2002, including any changes or modifications to the scope of work set forth in any written agreements to which Winzler & Kelly was a party;

2. Any services performed by Winzler & Kelly personnel with respect to the hotel pool, including but not limited to design, construction, inspection and/or maintenance of the pool, and the date(s) on which such services were performed and the Winzler & Kelly personnel who performed them;

3. Any services performed by Winzler & Kelly personnel in the vicinity of the hotel pool, and the date(s) on which such services were performed and the Winzler & Kelly personnel who performed them; and

4. All meetings attended by Winzler & Kelly personnel and/or other discussions in which Winzler & Kelly personnel participated, in which the hotel pool was discussed, and the identities of those Winzler & Kelly personnel and the substance of those discussions.

Said deposition shall be upon oral examination pursuant to Rule 30(b)(6), Federal Rules of Civil Procedure, before a Certified Shorthand Reporter duly authorized by law to administer oaths. The oral deposition will continue from day to day until completed. You are invited to attend and cross-examine.

DATED: Honolulu, Hawaii, November 22, 2005.

CRONIN FRIED SEKIYA
KEKINA & FAIRBANKS

JASON S. KIM, ESQ.

By_____
JASON S. KIM, ESQ.
Attorneys for Plaintiff