

**FILED**
DISTRICT COURT OF GUAM

NOV 28 2005

**MARY L.M. MORAN**
**CLERK OF COURT**

**Issued by the**

# UNITED STATES DISTRICT COURT

### DISTRICT OF GUAM

HUN SANG LEE,

            Plaintiff,           **SUBPOENA IN A CIVIL CASE**

        V.

MANHATTAN GUAM, INC., dba ROYAL ORCHID HOTEL,
ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA,P.C.,   Case Number:[1] CV04-00027
PHOENIX UNITED CORP.,LTD., WINZLER & KELLY CONSULTING
ENGINEERS, and DOE DEFENDANTS One through Ten,

           Defendants.

TO:  **RICHARD CHIEN**

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☑  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION   HYATT HOTEL BALLROOM | DATE AND TIME  11/30/05 - 9:00 a.m. |
|---|---|

☐  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
|           Attorney for Plaintiff | 11-22-05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

LAW OFFICES OF JASON S. KIM, P.C., 788 N. MARINE DR., STE. 303
UPPER TUMON, GUAM 96913.  PHONE: 649-8123

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

|  | DATE | PLACE |
|--|------|-------|
| SERVED RICHARD CHIEN | NOVEMBER 28, 2005 | A103 PACIFIC TOWERS TAMUNING GUAM |

SERVED ON (PRINT NAME)                                    MANNER OF SERVICE

RICHARD CHIEN                                    PERSONALLY

SERVED BY (PRINT NAME)                                    TITLE

CLAIRE CLARK BLAS                  PROCESS SERVER (SP0226-04)

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on    NOVEMBER 28, 2005
                           DATE

_Claire Blas_
SIGNATURE OF SERVER

283 Wuestig Rd. Dededo Gu. 96929
ADDRESS OF SERVER