AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM



FILED
DISTRICT COURT OF GUAM
NOV 28 2005
MARY L.M. MORAN
CLERK OF COURT

HUN SANG LEE,
        Plaintiff,

V.

MANHATTAN GUAM, INC., dba ROYAL ORCHID HOTEL,
ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA,P.C.,
PHOENIX UNITED CORP.,LTD., WINZLER & KELLY CONSULTING
ENGINEERS, and DOE DEFENDANTS One through Ten,
        Defendants.

SUBPOENA IN A CIVIL CASE

Case Number: CV04-00027

TO: OSCAR COLOMA

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| HYATT HOTEL BALLROOM | 12/02/05 - 9:00 a.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature]  Attorney for Plaintiff | 11-22-05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
LAW OFFICES OF JASON S. KIM, P.C., 788 N. MARINE DR., STE. 303
UPPER TUMON, GUAM 96913. PHONE: 649-8123

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | NOVEMBER 28, 2005 | OA COLOMA P.C. 315 STE. PARA OCEANA BLDG. HARMON |

SERVED ON (PRINT NAME): OSCAR A. COLOMA

MANNER OF SERVICE: PERSONALLY

SERVED BY (PRINT NAME): CLAIRE CLARK BLAS

TITLE: PROCESS SERVER (SP0226-04)

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on NOVEMBER 28, 2005
DATE

[signature]
SIGNATURE OF SERVER

283 WUSSTIG RD. DEDEDO GU. 96929
ADDRESS OF SERVER

