CRONIN FRIED SEKIYA
KEKINA & FAIRBANKS
841 BISHOP STREET, SUITE 600
HONOLULU, HAWAII 96813
TELEPHONE: (800) 227-8601/(808) 524-1433

JASON S. KIM, ESQ.
SUITE 303, YOUNG'S PROFESSIONAL BUILDING
UPPER TUMON, GUAM 96913
TELEPHONE: (671) 649-8123

*Attorneys for Plaintiff Hun Sang Lee*



FILED
DISTRICT COURT OF GUAM
JAN 24 2006
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| HUN SANG LEE, | ) CIVIL CASE NO. CV04-00027 |
| Plaintiff, | ) PLAINTIFF HUN SANG LEE'S NOTICE |
| | ) OF TAKING DEPOSITION UPON ORAL |
| vs. | ) EXAMINATION; CERTIFICATE OF |
| | ) SERVICE |
| MANHATTAN GUAM, INC., dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten, | ) (Anthony Robins) |
| | ) Current Trial Date: September 25, 2006 |
| Defendants. | ) Former Trial Date: November 14, 2005 |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | ) |
| Cross-Claimant, | ) |
| vs. | ) |
| ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, | ) |
| Cross-Defendants. | ) |

| | |
|---|---|
| WINZLER & KELLY CONSULTING ENGINEERS, | ) ) ) |
| Third-Party Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| VSL PRESTRESING (GUAM), INC. | ) ) ) |
| Third-Party Defendant. | ) ) ) |
| ANTHONY ROBINS AND ASSOCIATES, | ) ) |
| Cross-Claimant, | ) ) ) |
| vs. | ) ) ) |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | ) ) ) ) |
| Cross-Defendants. | ) ) ) |

PLAINTIFF HUN SANG LEE'S NOTICE OF
TAKING DEPOSITION UPON ORAL EXAMINATION

TO:  G. PATRICK CIVILLE, ESQ.
    JOYCE C.H. TANG, ESQ.
    Civille & Tang, PLLC
    330 Hernan Cortez Avenue, Suite 200
    Hagåtña, Guam 96910
        *Attorneys for Defendant, Cross-Claimant and Cross-Defendant*
        *Manhattan Guam, Inc., dba Royal Orchid Hotel*


    HARVEY LUNG, ESQ.
    MICHAEL CARROLL, ESQ.
    Bays, Deaver Lung Rose Baba
    1099 Alakea Street, 16th Floor, Alii Place
    Honolulu, Hawaii  96813

MICHAEL A. PANGELINAN, ESQ.
JENNIFER CALVO-QUITUGUA, ESQ.
Calvo & Clark, LLP
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913

    *Attorneys for Defendant, Cross-Defendant*
    *and Cross-Claimant ANTHONY ROBINS AND ASSOCIATES*


RANDALL TODD THOMPSON, ESQ.
Mair, Mair, Spade & Thompson
238 Archbishop Flores Street
Suite 801, Pacific News Building
Hagåtña, Guam 96910

ROBERT J. O'CONNOR, ESQ.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building, Susupe
Post Office Box 501969
Saipan, MP 96959-1969
    *Attorneys for Defendant, Third-Party Plaintiff and Cross-Defendant*
    *Winzler & Kelly Consulting Engineers*


OSCAR A. COLOMA
O.A. Coloma, P.C.
Suite 35, Paraoceana Business Center
674 Harmon Loop Road
Dededo, Guam 96929
    Pro se


    PLEASE TAKE NOTICE that Plaintiff above-named will take the following depositions on the dates and times mentioned or agreed upon by the parties as follows:

**NAME AND ADDRESS**                          **DATE, TIME & LOCATION**

| | |
|---|---|
| Anthony Robins<br>c/o Harvey Lung, Esq.<br>Michael Carroll, Esq.<br>Bays, Deaver Lung Rose Baba<br>1099 Alakea Street, 16th Floor, Alii Place<br>Honolulu, Hawaii 96813 | Tuesday, February 21, 2006<br>10:00 a.m.<br>Hilton Pearl River<br>500 Veterans Memorial Drive<br>Pearl River, New York 10965-3209<br>Tel: +1-845-735.9000<br>Fax: +1-845-735.9005 |

Said deposition shall be upon oral examination pursuant to Rule 30, Federal Rules of Civil Procedure, before a Certified Shorthand Reporter (from the office of Atkinson-Baker Court Reporting Services) duly authorized by law to administer oaths. The oral deposition will continue from day to day until completed. You are invited to attend and cross-examine.

DATED: Honolulu, Hawaii, January 24th, 2006.

CRONIN FRIED SEKIYA
KEKINA & FAIRBANKS

JASON S. KIM, ESQ.

By_____
JASON S. KIM, ESQ.
Attorneys for Plaintiff