CRONIN FRIED SEKIYA
KEKINA & FAIRBANKS
841 BISHOP STREET, SUITE 600
HONOLULU, HAWAII 96813
TELEPHONE: (800) 227-8601/(808) 524-1433

**JASON S. KIM, ESQ.**
SUITE 303, YOUNG'S PROFESSIONAL BUILDING
UPPER TUMON, GUAM 96913
TELEPHONE: (671) 649-8123

*Attorneys for Plaintiff Hun Sang Lee*



FILED
DISTRICT COURT OF GUAM

JAN 24 2006

MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| HUN SANG LEE, | ) CIVIL CASE NO. CV04-00027 |
| Plaintiff, | ) CERTIFICATE OF SERVICE RE: |
| | ) PLAINTIFF HUN SANG LEE'S NOTICE |
| vs. | ) OF TAKING DEPOSITION UPON ORAL |
| | ) EXAMINATION |
| MANHATTAN GUAM, INC., dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten, | ) (Anthony Robins) |
| Defendants. | ) Current Trial Date: September 25, 2006 |
| | ) Former Trial Date: November 14, 2005 |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | ) |
| Cross-Claimant, | ) |
| vs. | ) |
| ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, | ) |
| Cross-Defendants. | ) |

| | |
|---|---|
| WINZLER & KELLY CONSULTING ENGINEERS, | ) <br> ) <br> ) |
| Third-Party Plaintiff, | ) <br> ) |
| vs. | ) <br> ) <br> ) |
| VSL PRESTRESING (GUAM), INC. | ) <br> ) |
| Third-Party Defendant. | ) <br> ) |
| ANTHONY ROBINS AND ASSOCIATES, | ) <br> ) |
| Cross-Claimant, | ) <br> ) |
| vs. | ) <br> ) <br> ) |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | ) <br> ) <br> ) |
| Cross-Defendants. | ) <br> ) |

### CERTIFICATE OF SERVICE RE: PLAINTIFF HUN SANG LEE'S NOTICE OF TAKING DEPOSITIONS UPON ORAL EXAMINATION

I, JASON S. KIM, hereby certify that on ___Jan. 24___, 2006, I caused a copy of

PLAINTIFF HUN SANG LEE'S NOTICE OF TAKING DEPOSITION UPON ORAL

EXAMINATION (Anthony Robins) to be served by hand delivery on the following:

    G. PATRICK CIVILLE, ESQ.
    Civille & Tang, PLLC
    330 Hernan Cortez Avenue, Suite 200
    Hagåtña, Guam 96910
        *Attorneys for Defendant, Cross-Claimant and Cross-Defendant*
        *Manhattan Guam, Inc., dba Royal Orchid Hotel*

    MICHAEL A. PANGELINAN, ESQ.
    JENNIFER CALVO-QUITUGUA, ESQ.
    Calvo & Clark, LLP
    655 South Marine Corps Drive, Suite 202
    Tamuning, Guam 96913
        *Attorneys for Defendant, Cross-Defendant*
        *and Cross-Claimant ANTHONY ROBINS AND ASSOCIATES*

RANDALL TODD THOMPSON, ESQ.
Mair, Mair, Spade & Thompson
238 Archbishop Flores Street
Suite 801, Pacific News Building
Hagåtña, Guam 96910
    *Attorneys for Defendant, Third-Party Plaintiff and Cross-Defendant*
    *Winzler & Kelly Consulting Engineers*


Oscar A. Coloma
O.A. Coloma, P.C.
Suite 35, Paraoceana Business Center
674 Harmon Loop Road
Dededo, Guam 96929
    Pro se


with courtesy copies by facsimile to the following:

HARVEY LUNG, ESQ.
MICHAEL CARROLL, ESQ.
Bays, Deaver Lung Rose Baba
1099 Alakea Street, 16th Floor, Alii Place
Honolulu, Hawaii 96813
**Facsimile: (808) 523-9000**
    *Attorneys for Defendant, Cross-Defendant*
    *and Cross-Claimant ANTHONY ROBINS AND ASSOCIATES*


ROBERT J. O'CONNOR, ESQ.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building, Susupe
Post Office Box 501969
Saipan, MP 96959-1969
**Facsimile: (670) 234-5683**
    *Attorneys for Defendant, Third-Party Plaintiff and Cross-Defendant*
    *Winzler & Kelly Consulting Engineers*

DATED: Upper Tumon, Guam, _____1/24/_____, 2006.

    CRONIN FRIED SEKIYA
    KEKINA & FAIRBANKS

    JASON S. KIM, ESQ.

    By_____
    JASON S. KIM, ESQ.
    Attorneys for Plaintiff