CRONIN FRIED SEKIYA
 KEKINA & FAIRBANKS
841 BISHOP STREET, SUITE 600
HONOLULU, HAWAII 96813
TELEPHONE:    (800) 227-8601/(808) 524-1433

JASON S. KIM, ESQ.
SUITE 303, YOUNG'S PROFESSIONAL BUILDING
UPPER TUMON, GUAM 96913
TELEPHONE:    (671) 649-8123

*Attorneys for Plaintiff Hun Sang Lee*

FILED
DISTRICT COURT OF GUAM
JAN 3 0 2006
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| HUN SANG LEE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MANHATTAN GUAM, INC., dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O. A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten,<br><br>　　　　　Defendants. | CIVIL CASE NO. CV04-00027<br><br>PLAINTIFF HUN SANG LEE'S DISCLOSURE OF EXPERT WITNESSES<br><br><br><br><br>Current Trial Date: September 24, 2006<br>Former Trial Date:  November 14, 2005 |

| | |
|---|---|
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | )<br>)<br>) |
| Cross-Claimant, | )<br>) |
| vs. | )<br>)<br>) |
| ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, | )<br>)<br>)<br>)<br>)<br>) |
| Cross-Defendants. | )<br>) |
| WINZLER & KELLY CONSULTING ENGINEERS, | )<br>)<br>) |
| Third-Party Plaintiff, | )<br>) |
| vs. | )<br>)<br>) |
| VSL PRESTRESING (GUAM), INC. | )<br>) |
| Third-Party Defendant. | )<br>) |
| ANTHONY ROBINS AND ASSOCIATES, | )<br>)<br>) |
| Cross-Claimant, | )<br>) |
| vs. | )<br>)<br>) |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | )<br>)<br>) |
| Cross-Defendants. | )<br>) |

PLAINTIFF HUN SANG LEE'S
DISCLOSURE OF EXPERT WITNESSES

Comes now Plaintiff HUN SANG LEE, by and through his attorneys, and hereby discloses his expert witnesses in this case, as follows:

| | Witnesses | Testimony |
|---|---|---|
| 1. | Richard T. Kozuma<br>The Phoenix Corporation<br>1810 Davies Pacific Center<br>841 Bishop Street<br>Honolulu, Hawaii 96813 | Construction Expert; may be called to testify regarding his personal and professional background, training and experience; activities conducted by him, materials reviewed by him, and other matters considered by him in formulating his expert opinions in this case; matters addressed or to be addressed in his expert report and deposition testimony; and other matters relating to liability and/or damages. |
| 2. | Ken Moeller, AIA, ASLA<br>Arch Pac<br>2103-D Camino Vida Roble<br>Carlsbad, California 92009 | Architectural Expert; may be called to testify regarding his personal and professional background, training and experience; activities conducted by him, materials reviewed by him, and other matters considered by him in formulating his expert opinions in this case; matters addressed or to be addressed in his expert report and deposition testimony; and other matters relating to liability and/or damages. |

| Witnesses | Testimony |
|---|---|
| 3. Richard Gill, Ph.D.<br>Applied Cognitive Sciences<br>2104 West Riverside<br>Spokane, Washington 99201 | Safety and Human Factors Expert; may be called to testify regarding his personal and professional background, training and experience; activities conducted by him, materials reviewed by him, and other matters considered by him in formulating his expert opinions in this case; matters addressed or to be addressed in his expert report and deposition testimony; and other matters relating to liability and/or damages. |
| 4. Maurice W. Nicholson, M.D.<br>1380 Lusitana Street, Suite 1012<br>Honolulu, Hawaii 96813 | Neurosurgeon; may be called to testify regarding his personal and professional background, training and experience; activities conducted by him, materials reviewed by him, and other matters considered by him in formulating his expert opinions in this case; matters addressed or to be addressed in his expert report and deposition testimony; and other matters relating to liability and/or damages. |
| 5. Jack Suyderhoud, Ph.D.<br>7149 Kukii Street<br>Honolulu, Hawaii 96825 | Expert Economist; may be called to testify regarding his personal and professional background, training and experience; activities conducted by him, materials reviewed by him, and other matters considered by him in formulating his expert opinions in this case; matters addressed or to be addressed in his expert report and deposition testimony; and other matters relating to liability and/or damages. |

| Witnesses | Testimony |
|---|---|
| 6. Durgesh Nagarkatti, M.D.<br>Guam Memorial Hospital<br>850 Governor Carlos G. Camacho Road<br>Tamuning, Guam 96911 | Treating Physician; may be called to testify regarding his or her personal and professional background, training and experience; his or her diagnosis, care, treatment and prognosis of Plaintiff's condition; causation; and other issues relating to liability and damages. |
| 7. Jan Bollinger, M.D.<br>Guam Memorial Hospital<br>850 Governor Carlos G. Camacho Road<br>Tamuning, Guam 96911 | Treating Physician; may be called to testify regarding his or her personal and professional background, training and experience; his or her diagnosis, care, treatment and prognosis of Plaintiff's condition; causation; and other issues relating to liability and damages. |
| 8. My-Huong Nguyen, M.D.<br>Guam Memorial Hospital<br>850 Governor Carlos G. Camacho Road<br>Tamuning, Guam 96911 | Treating Physician; may be called to testify regarding his or her personal and professional background, training and experience; his or her diagnosis, care, treatment and prognosis of Plaintiff's condition; causation; and other issues relating to liability and damages. |
| 9. Ricardo Eusebio, M.D.<br>Guam Memorial Hospital<br>850 Governor Carlos G. Camacho Road<br>Tamuning, Guam 96911 | Treating Physician; may be called to testify regarding his or her personal and professional background, training and experience; his or her diagnosis, care, treatment and prognosis of Plaintiff's condition; causation; and other issues relating to liability and damages. |
| 10. Benjamin Hoffman, M.D.<br>Guam Memorial Hospital<br>850 Governor Carlos G. Camacho Road<br>Tamuning, Guam 96911 | Treating Physician; may be called to testify regarding his or her personal and professional background, training and experience; his or her diagnosis, care, treatment and prognosis of Plaintiff's condition; causation; and other issues relating to liability and damages. |

| | Witnesses | Testimony |
|---|---|---|
| 11. | Nathaniel B. Berg, M.D.<br>Guam Radiology Consultants<br>633 Gov. Carlos Camacho Rd, Suite B-2<br>Tamuning, Guam 96913 | Treating Physician; may be called to testify regarding his or her personal and professional background, training and experience; his or her diagnosis, care, treatment and prognosis of Plaintiff's condition; causation; and other issues relating to liability and damages. |
| 12. | Dr. Shin, Chichul<br>Address being obtained | Treating Physician; may be called to testify regarding his or her personal and professional background, training and experience; his or her diagnosis, care, treatment and prognosis of Plaintiff's condition; causation; and other issues relating to liability and damages. |
| 13. | Dr. Kim, Eun Jim<br>Samsung Medical Center<br>50, Ilwon Dong Kangnam Ku<br>Seoul, 135-230 Korea | Treating Physician; may be called to testify regarding his or her personal and professional background, training and experience; his or her diagnosis, care, treatment and prognosis of Plaintiff's condition; causation; and other issues relating to liability and damages. |
| 14. | Dr. Kwon, Kye Sook<br>Inha University Hospital<br>7-206, Shinhung-Dong 3-Ga,<br>Choong-Gu, Inchon, Korea | Treating Physician; may be called to testify regarding his or her personal and professional background, training and experience; his or her diagnosis, care, treatment and prognosis of Plaintiff's condition; causation; and other issues relating to liability and damages. |
| 15. | Dr. Kim, Myeong Kaekon<br>Inha University Hospital<br>7-206, Shinhung-Dong 3-Ga,<br>Choong-Gu, Inchon, Korea | Treating Physician; may be called to testify regarding his or her personal and professional background, training and experience; his or her diagnosis, care, treatment and prognosis of Plaintiff's condition; causation; and other issues relating to liability and damages. |

Plaintiff reserves the right to call as expert witnesses any and all persons identified by other parties; other expert witnesses identified through further discovery; and rebuttal expert witnesses.

DATED: Upper Tumon, Guam, January 30, 2006.

CRONIN FRIED SEKIYA
KEKINA & FAIRBANKS

JASON S. KIM, ESQ.

By: _____
JASON S. KIM, ESQ.
Attorneys for Plaintiff