CRONIN FRIED SEKIYA
 KEKINA & FAIRBANKS
841 BISHOP STREET, SUITE 600
HONOLULU, HAWAII 96813
TELEPHONE:      (800) 227-8601/(808) 524-1433

JASON S. KIM, ESQ.
SUITE 303, YOUNG'S PROFESSIONAL BUILDING
UPPER TUMON, GUAM 96913
TELEPHONE:      (671) 649-8123

*Attorneys for Plaintiff Hun Sang Lee*

FILED
DISTRICT COURT OF GUAM
JAN 3 0 2006
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| HUN SANG LEE, ) | CIVIL CASE NO. CV04-00027 |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE RE: |
| ) | PLAINTIFF HUN SANG LEE'S |
| vs. ) | DISCLOSURE OF EXPERT |
| ) | WITNESSES |
| MANHATTAN GUAM, INC., dba ROYAL ) | |
| ORCHID HOTEL, ANTHONY ROBINS ) | |
| AND ASSOCIATES, O. A. COLOMA, P.C., ) | |
| PHOENIX UNITED CORP., LTD., ) | |
| WINZLER & KELLY CONSULTING ) | |
| ENGINEERS, and DOE DEFENDANTS One ) | Current Trial Date: September 24, 2006 |
| through Ten, ) | Former Trial Date: November 14, 2005 |
| ) | |
| Defendants. ) | |
| _____ ) | |

| | |
|---|---|
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | ) ) ) |
| Cross-Claimant, | ) ) |
| vs. | ) ) ) |
| ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, | ) ) ) ) ) |
| Cross-Defendants. | ) ) ) |
| WINZLER & KELLY CONSULTING ENGINEERS, | ) ) ) |
| Third-Party Plaintiff, | ) ) |
| vs. | ) ) |
| VSL PRESTRESING (GUAM), INC. | ) ) |
| Third-Party Defendant. | ) ) ) |
| ANTHONY ROBINS AND ASSOCIATES, | ) ) |
| Cross-Claimant, | ) ) |
| vs. | ) ) |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | ) ) ) |
| Cross-Defendants. | ) ) |

## CERTIFICATE OF SERVICE RE: PLAINTIFF HUN SANG LEE'S DISCLOSURE OF EXPERT WITNESSES

I, Jason S. Kim, Esq., hereby certify that on January 30, 2006, I caused a copy of PLAINTIFF HUN SANG LEE'S DISCLOSURE OF EXPERT WITNESSES to be served by hand delivery on the following:

    G. PATRICK CIVILLE, ESQ.
    JOYCE C.H. TANG, ESQ.
    Civille & Tang, PLLC
    330 Hernan Cortez Avenue, Suite 200
    Hagåtña, Guam 96910
        *Attorneys for Defendant, Cross-Claimant and Cross-Defendant*
        *Manhattan Guam, Inc., dba Royal Orchid Hotel*

    MICHAEL A. PANGELINAN, ESQ.
    JENNIFER CALVO-QUITUGUA, ESQ.
    Calvo & Clark, LLP
    655 South Marine Corps Drive, Suite 202
    Tamuning, Guam 96913
        *Attorneys for Defendant, Cross-Defendant*
        *and Cross-Claimant ANTHONY ROBINS AND ASSOCIATES*

    RANDALL TODD THOMPSON, ESQ.
    Mair, Mair, Spade & Thompson
    238 Archbishop Flores Street
    Suite 801, Pacific News Building
    Hagåtña, Guam 96910
        *Attorneys for Defendant, Third-Party Plaintiff and Cross-Defendant*
        *Winzler & Kelly Consulting Engineers*

    Oscar A. Coloma
    O.A. Coloma, P.C.
    Suite 35, Paraoceana Business Center
    674 Harmon Loop Road
    Dededo, Guam 96929
        Pro se

- 2 -

Case 1:04-cv-00027    Document 71    Filed 01/30/2006    Page 3 of 4

with courtesy copies by facsimile to the following:

> HARVEY LUNG, ESQ.
> MICHAEL CARROLL, ESQ.
> Bays, Deaver Lung Rose Baba
> 1099 Alakea Street, 16th Floor, Alii Place
> Honolulu, Hawaii 96813
> **Facsimile: (808) 533-4184**
> *Attorneys for Defendant, Cross-Defendant*
> *and Cross-Claimant ANTHONY ROBINS AND ASSOCIATES*
>
> ROBERT J. O'CONNOR, ESQ.
> O'Connor Berman Dotts & Banes
> Second Floor, Nauru Building, Susupe
> Post Office Box 501969
> Saipan, MP 96959-1969
> **Facsimile: (670) 234-5683**
> *Attorneys for Defendant, Third-Party Plaintiff and Cross-Defendant*
> *Winzler & Kelly Consulting Engineers*

DATED: Upper Tumon, Guam, January 30, 2006.

        CRONIN FRIED SEKIYA
        KEKINA & FAIRBANKS

        JASON S. KIM, ESQ.

        By: _____
            JASON S. KIM, ESQ.
            Attorneys for Plaintiff