CRONIN FRIED SEKIYA
KEKINA & FAIRBANKS
841 BISHOP STREET, SUITE 600
HONOLULU, HAWAII 96813
TELEPHONE: (800) 227-8601/(808) 524-1433

JASON S. KIM, ESQ.
SUITE 303, YOUNG'S PROFESSIONAL BUILDING
UPPER TUMON, GUAM 96913
TELEPHONE: (671) 649-8123

*Attorneys for Plaintiff Hun Sang Lee*



FILED
DISTRICT COURT OF GUAM
JAN 30 2006
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | | |
|---|---|---|
| HUN SANG LEE, | ) | CIVIL CASE NO. CV04-00027 |
| | ) | |
| Plaintiff, | ) | PLAINTIFF HUN SANG LEE'S |
| | ) | AMENDED NOTICE OF TAKING |
| vs. | ) | DEPOSITION UPON ORAL |
| | ) | EXAMINATION; CERTIFICATE OF |
| MANHATTAN GUAM, INC., dba ROYAL | ) | SERVICE |
| ORCHID HOTEL, ANTHONY ROBINS AND | ) | |
| ASSOCIATES, O.A. COLOMA, P.C., | ) | (Anthony Robins) |
| PHOENIX UNITED CORP., LTD., | ) | |
| WINZLER & KELLY CONSULTING | ) | |
| ENGINEERS, and DOE DEFENDANTS One | ) | |
| through Ten, | ) | |
| | ) | |
| Defendants. | ) | Current Trial Date: September 25, 2006 |
| | ) | Former Trial Date: November 14, 2005 |
| MANHATTAN GUAM, INC. dba ROYAL | ) | |
| ORCHID HOTEL, | ) | |
| | ) | |
| Cross-Claimant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ANTHONY ROBINS AND ASSOCIATES, | ) | |
| O.A. COLOMA, P.C., PHOENIX UNITED | ) | |
| CORP., LTD., WINZLER & KELLY | ) | |
| CONSULTING ENGINEERS, | ) | |
| | ) | |
| Cross-Defendants. | ) | |

| | )|
|---|---|
| WINZLER & KELLY CONSULTING ENGINEERS, | ) ) ) |
| Third-Party Plaintiff, | ) ) |
| vs. | ) ) |
| VSL PRESTRESING (GUAM), INC. | ) ) |
| Third-Party Defendant. | ) ) |
| ANTHONY ROBINS AND ASSOCIATES, | ) ) |
| Cross-Claimant, | ) ) |
| vs. | ) ) |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | ) ) ) |
| Cross-Defendants. | ) ) ) |

PLAINTIFF HUN SANG LEE'S NOTICE OF
TAKING DEPOSITION UPON ORAL EXAMINATION

TO:     G. PATRICK CIVILLE, ESQ.
           JOYCE C.H. TANG, ESQ.
           Civille & Tang, PLLC
           330 Hernan Cortez Avenue, Suite 200
           Hagåtña, Guam 96910
                *Attorneys for Defendant, Cross-Claimant and Cross-Defendant*
                *Manhattan Guam, Inc., dba Royal Orchid Hotel*


           HARVEY LUNG, ESQ.
           MICHAEL CARROLL, ESQ.
           Bays, Deaver Lung Rose Baba
           1099 Alakea Street, 16th Floor, Alii Place
           Honolulu, Hawaii 96813

MICHAEL A. PANGELINAN, ESQ.
JENNIFER CALVO-QUITUGUA, ESQ.
Calvo & Clark, LLP
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913

    *Attorneys for Defendant, Cross-Defendant*
    *and Cross-Claimant ANTHONY ROBINS AND ASSOCIATES*


RANDALL TODD THOMPSON, ESQ.
Mair, Mair, Spade & Thompson
238 Archbishop Flores Street
Suite 801, Pacific News Building
Hagåtña, Guam 96910

ROBERT J. O'CONNOR, ESQ.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building, Susupe
Post Office Box 501969
Saipan, MP 96959-1969
    *Attorneys for Defendant, Third-Party Plaintiff and Cross-Defendant*
    *Winzler & Kelly Consulting Engineers*


OSCAR A. COLOMA
O.A. Coloma, P.C.
Suite 35, Paraoceana Business Center
674 Harmon Loop Road
Dededo, Guam 96929
    Pro se


    PLEASE TAKE NOTICE that Plaintiff above-named will take the following depositions on the dates and times mentioned or agreed upon by the parties as follows:

| NAME AND ADDRESS | DATE, TIME & LOCATION |
| --- | --- |

| Anthony Robins | Tuesday, February 23, 2006 |
| c/o Harvey Lung, Esq. | 10:00 a.m. |
| Michael Carroll, Esq. | Hilton Pearl River |
| Bays, Deaver Lung Rose Baba | 500 Veterans Memorial Drive |
| 1099 Alakea Street, 16th Floor, Alii Place | Pearl River, New York 10965-3209 |
| Honolulu, Hawaii 96813 | Tel: +1-845-735.9000 |
| | Fax: +1-845-735.9005 |

Said deposition shall be upon oral examination pursuant to Rule 30, Federal Rules of Civil Procedure, before a Certified Shorthand Reporter (from the office of Atkinson-Baker Court Reporting Services) duly authorized by law to administer oaths. The oral deposition will continue from day to day until completed. You are invited to attend and cross-examine.

DATED: Honolulu, Hawaii, January 30, 2006.

CRONIN FRIED SEKIYA
KEKINA & FAIRBANKS

JASON S. KIM, ESQ.

By _____
JASON S. KIM, ESQ.
Attorneys for Plaintiff