**CRONIN FRIED SEKIYA**
**KEKINA & FAIRBANKS**
841 BISHOP STREET, SUITE 600
HONOLULU, HAWAII 96813
TELEPHONE: (800) 227-8601/(808) 524-1433

**JASON S. KIM, ESQ.**
SUITE 303, YOUNG'S PROFESSIONAL BUILDING
UPPER TUMON, GUAM 96913
TELEPHONE: (671) 649-8123

*Attorneys for Plaintiff Hun Sang Lee*


**FILED**
DISTRICT COURT OF GUAM
JAN 30 2006
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| HUN SANG LEE, | ) CIVIL CASE NO. CV04-00027 |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE RE: |
| | ) PLAINTIFF HUN SANG LEE'S |
| vs. | ) AMENDED NOTICE OF TAKING |
| | ) DEPOSITION UPON ORAL |
| MANHATTAN GUAM, INC., dba ROYAL | ) EXAMINATION |
| ORCHID HOTEL, ANTHONY ROBINS AND | ) |
| ASSOCIATES, O.A. COLOMA, P.C., | ) (Anthony Robins) |
| PHOENIX UNITED CORP., LTD., | ) |
| WINZLER & KELLY CONSULTING | ) |
| ENGINEERS, and DOE DEFENDANTS One | ) |
| through Ten, | ) |
| | ) |
| Defendants. | ) Current Trial Date: September 25, 2006 |
| | ) Former Trial Date: November 14, 2005 |
| MANHATTAN GUAM, INC. dba ROYAL | ) |
| ORCHID HOTEL, | ) |
| | ) |
| Cross-Claimant, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANTHONY ROBINS AND ASSOCIATES, | ) |
| O.A. COLOMA, P.C., PHOENIX UNITED | ) |
| CORP., LTD., WINZLER & KELLY | ) |
| CONSULTING ENGINEERS, | ) |
| | ) |
| Cross-Defendants. | ) |

WINZLER & KELLY CONSULTING
ENGINEERS,

    Third-Party Plaintiff,

  vs.

VSL PRESTRESING (GUAM), INC.

    Third-Party Defendant.
_____

ANTHONY ROBINS AND ASSOCIATES,

    Cross-Claimant,

  vs.

MANHATTAN GUAM, INC. dba ROYAL
ORCHID HOTEL,

    Cross-Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

## CERTIFICATE OF SERVICE RE: PLAINTIFF HUN SANG LEE'S
## NOTICE OF TAKING DEPOSITIONS UPON ORAL EXAMINATION

I, JASON S. KIM, hereby certify that on ⎯Jan 30⎯, 2006, I caused a copy of

PLAINTIFF HUN SANG LEE'S NOTICE OF TAKING DEPOSITION UPON ORAL

EXAMINATION (Anthony Robins) to be served by hand delivery on the following:

    G. PATRICK CIVILLE, ESQ.
    Civille & Tang, PLLC
    330 Hernan Cortez Avenue, Suite 200
    Hagåtña, Guam 96910
      *Attorneys for Defendant, Cross-Claimant and Cross-Defendant*
      *Manhattan Guam, Inc., dba Royal Orchid Hotel*

    MICHAEL A. PANGELINAN, ESQ.
    JENNIFER CALVO-QUITUGUA, ESQ.
    Calvo & Clark, LLP
    655 South Marine Corps Drive, Suite 202
    Tamuning, Guam 96913
      *Attorneys for Defendant, Cross-Defendant*
      *and Cross-Claimant ANTHONY ROBINS AND ASSOCIATES*

- 2 -

RANDALL TODD THOMPSON, ESQ.
Mair, Mair, Spade & Thompson
238 Archbishop Flores Street
Suite 801, Pacific News Building
Hagåtña, Guam 96910
 *Attorneys for Defendant, Third-Party Plaintiff and Cross-Defendant*
 *Winzler & Kelly Consulting Engineers*


Oscar A. Coloma
O.A. Coloma, P.C.
Suite 35, Paraoceana Business Center
674 Harmon Loop Road
Dededo, Guam 96929
 Pro se


with courtesy copies by facsimile to the following:

HARVEY LUNG, ESQ.
MICHAEL CARROLL, ESQ.
Bays, Deaver Lung Rose Baba
1099 Alakea Street, 16th Floor, Alii Place
Honolulu, Hawaii 96813
**Facsimile: (808) 523-9000**
 *Attorneys for Defendant, Cross-Defendant*
 *and Cross-Claimant ANTHONY ROBINS AND ASSOCIATES*


ROBERT J. O'CONNOR, ESQ.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building, Susupe
Post Office Box 501969
Saipan, MP 96959-1969
**Facsimile: (670) 234-5683**
 *Attorneys for Defendant, Third-Party Plaintiff and Cross-Defendant*
 *Winzler & Kelly Consulting Engineers*


DATED: Upper Tumon, Guam, _____Jan 30_____, 2006.

   CRONIN FRIED SEKIYA
   KEKINA & FAIRBANKS

   JASON S. KIM, ESQ.


By_____
 JASON S. KIM, ESQ.
 Attorneys for Plaintiff