CRONIN FRIED SEKIYA
KEKINA & FAIRBANKS
841 BISHOP STREET, SUITE 600
HONOLULU, HAWAII 96813
TELEPHONE: (800) 227-8601/(808) 524-1433

JASON S. KIM, ESQ.
SUITE 303, YOUNG'S PROFESSIONAL BUILDING
UPPER TUMON, GUAM 96913
TELEPHONE: (671) 649-8123

*Attorneys for Plaintiff Hun Sang Lee*

FILED
DISTRICT COURT OF GUAM
JAN 31 2006
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| HUN SANG LEE, | CIVIL CASE NO. CV04-00027 |
| Plaintiff, | CERTIFICATE OF SERVICE RE: PLAINTIFF HUN SANG LEE'S |
| vs. | SECOND AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION |
| MANHATTAN GUAM, INC., dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten, | (Anthony Robins) |
| Defendants. | Current Trial Date: September 25, 2006 |
| | Former Trial Date: November 14, 2005 |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | |
| Cross-Claimant, | |
| vs. | |
| ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, | |
| Cross-Defendants. | |

| | |
|---|---|
| WINZLER & KELLY CONSULTING ENGINEERS, | )<br>)<br>) |
| Third-Party Plaintiff, | )<br>) |
| vs. | )<br>) |
| VSL PRESTRESING (GUAM), INC. | )<br>) |
| Third-Party Defendant. | )<br>) |
| ANTHONY ROBINS AND ASSOCIATES, | )<br>) |
| Cross-Claimant, | )<br>) |
| vs. | )<br>) |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | )<br>)<br>) |
| Cross-Defendants. | )<br>) |

## CERTIFICATE OF SERVICE RE: PLAINTIFF HUN SANG LEE'S NOTICE OF TAKING DEPOSITIONS UPON ORAL EXAMINATION

I, JASON S. KIM, hereby certify that on **Jan. 31**, 2006, I caused a copy of

PLAINTIFF HUN SANG LEE'S NOTICE OF TAKING DEPOSITION UPON ORAL

EXAMINATION (Anthony Robins) to be served by hand delivery on the following:

>G. PATRICK CIVILLE, ESQ.
>Civille & Tang, PLLC
>330 Hernan Cortez Avenue, Suite 200
>Hagåtña, Guam 96910
>>*Attorneys for Defendant, Cross-Claimant and Cross-Defendant*
>>*Manhattan Guam, Inc., dba Royal Orchid Hotel*
>
>MICHAEL A. PANGELINAN, ESQ.
>JENNIFER CALVO-QUITUGUA, ESQ.
>Calvo & Clark, LLP
>655 South Marine Corps Drive, Suite 202
>Tamuning, Guam 96913
>>*Attorneys for Defendant, Cross-Defendant*
>>*and Cross-Claimant ANTHONY ROBINS AND ASSOCIATES*

RANDALL TODD THOMPSON, ESQ.
Mair, Mair, Spade & Thompson
238 Archbishop Flores Street
Suite 801, Pacific News Building
Hagåtña, Guam 96910
    *Attorneys for Defendant, Third-Party Plaintiff and Cross-Defendant*
      *Winzler & Kelly Consulting Engineers*


  Oscar A. Coloma
  O.A. Coloma, P.C.
  Suite 35, Paraoceana Business Center
  674 Harmon Loop Road
  Dededo, Guam 96929
      Pro se


with courtesy copies by facsimile to the following:

  HARVEY LUNG, ESQ.
  MICHAEL CARROLL, ESQ.
  Bays, Deaver Lung Rose Baba
  1099 Alakea Street, 16th Floor, Alii Place
  Honolulu, Hawaii 96813
  **Facsimile: (808) 523-9000**
    *Attorneys for Defendant, Cross-Defendant*
    *and Cross-Claimant ANTHONY ROBINS AND ASSOCIATES*


  ROBERT J. O'CONNOR, ESQ.
  O'Connor Berman Dotts & Banes
  Second Floor, Nauru Building, Susupe
  Post Office Box 501969
  Saipan, MP 96959-1969
  **Facsimile: (670) 234-5683**
    *Attorneys for Defendant, Third-Party Plaintiff and Cross-Defendant*
     *Winzler & Kelly Consulting Engineers*

DATED: Upper Tumon, Guam, _Jan. 31_, 2006.

    CRONIN FRIED SEKIYA
    KEKINA & FAIRBANKS

    JASON S. KIM, ESQ.

    By _/s/_
      JASON S. KIM, ESQ.
      Attorneys for Plaintiff

- 3 -
Case 1:04-cv-00027    Document 75    Filed 01/31/2006    Page 3 of 3