CRONIN FRIED SEKIYA
KEKINA & FAIRBANKS
841 BISHOP STREET, SUITE 600
HONOLULU, HAWAII 96813
TELEPHONE: (800) 227-8601/(808) 524-1433

JASON S. KIM, ESQ.
SUITE 303, YOUNG'S PROFESSIONAL BUILDING
UPPER TUMON, GUAM 96913
TELEPHONE: (671) 649-8123

*Attorneys for Plaintiff Hun Sang Lee*



FILED
DISTRICT COURT OF GUAM

FEB 1 7 2006

MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| HUN SANG LEE,<br><br>      Plaintiff,<br><br>vs.<br><br>MANHATTAN GUAM, INC., dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten,<br><br>      Defendants.<br><br>MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL,<br><br>      Cross-Claimant,<br><br>vs.<br><br>ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS,<br><br>      Cross-Defendants. | CIVIL CASE NO. CV04-00027<br><br>CERTIFICATE OF SERVICE RE: PLAINTIFF HUN SANG LEE'S NOTICE OF TAKING DEPOSITION UPON WRITTEN INTERROGATORIES; INTERROGATORIES<br><br>(Custodian of Records of Castle Resorts & Hotels, Inc.)<br><br>Current Trial Date: September 25, 2006<br>Former Trial Date: November 14, 2005 |

| | )|
|---|---|
| WINZLER & KELLY CONSULTING ENGINEERS, | ) ) |
|         Third-Party Plaintiff, | ) ) ) |
| vs. | ) ) |
| VSL PRESTRESING (GUAM), INC. | ) ) |
|         Third-Party Defendant. | ) ) ) |
| ANTHONY ROBINS AND ASSOCIATES, | ) ) |
|         Cross-Claimant, | ) ) |
| vs. | ) ) |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | ) ) ) |
|         Cross-Defendants. | ) ) |

CERTIFICATE OF SERVICE RE: PLAINTIFF HUN SANG LEE'S
NOTICE OF TAKING DEPOSITION UPON WRITTEN INTERROGATORIES

I, JASON S. KIM, hereby certify that on ___Feb 17___, 2006, I caused a copy of PLAINTIFF HUN SANG LEE'S NOTICE OF TAKING DEPOSITION UPON WRITTEN INTERROGATORIES (Custodian of Records of Castle Resorts & Hotels, Inc.) to be served by hand delivery on the following:

    G. PATRICK CIVILLE, ESQ.
    Civille & Tang, PLLC
    330 Hernan Cortez Avenue, Suite 200
    Hagåtña, Guam 96910
        *Attorneys for Defendant, Cross-Claimant and Cross-Defendant*
        *Manhattan Guam, Inc., dba Royal Orchid Hotel*

    MICHAEL A. PANGELINAN, ESQ.
    JENNIFER CALVO-QUITUGUA, ESQ.
    Calvo & Clark, LLP
    655 South Marine Corps Drive, Suite 202
    Tamuning, Guam 96913
        *Attorneys for Defendant, Cross-Defendant*
        *and Cross-Claimant ANTHONY ROBINS AND ASSOCIATES*

RANDALL TODD THOMPSON, ESQ.
Mair, Mair, Spade & Thompson
238 Archbishop Flores Street
Suite 801, Pacific News Building
Hagåtña, Guam 96910
    *Attorneys for Defendant, Third-Party Plaintiff and Cross-Defendant*
    *Winzler & Kelly Consulting Engineers*

  Oscar A. Coloma
  O.A. Coloma, P.C.
  Suite 35, Paraoceana Business Center
  674 Harmon Loop Road
  Dededo, Guam 96929
    Pro se

with courtesy copies by facsimile to the following:

HARVEY LUNG, ESQ.
MICHAEL CARROLL, ESQ.
Bays, Deaver Lung Rose Baba
1099 Alakea Street, 16th Floor, Alii Place
Honolulu, Hawaii 96813
**Facsimile: (808) 523-9000**
    *Attorneys for Defendant, Cross-Defendant*
    *and Cross-Claimant ANTHONY ROBINS AND ASSOCIATES*

ROBERT J. O'CONNOR, ESQ.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building, Susupe
Post Office Box 501969
Saipan, MP 96959-1969
**Facsimile: (670) 234-5683**
    *Attorneys for Defendant, Third-Party Plaintiff and Cross-Defendant*
    *Winzler & Kelly Consulting Engineers*

DATED: Upper Tumon, Guam, _____Feb, 17_____, 2006.

        CRONIN FRIED SEKIYA
        KEKINA & FAIRBANKS

        JASON S. KIM, ESQ.

        By_____
          JASON S. KIM, ESQ.
          Attorneys for Plaintiff

- 3 -
Case 1:04-cv-00027   Document 77   Filed 02/17/2006   Page 3 of 3