CRONIN FRIED SEKIYA
KEKINA & FAIRBANKS
841 BISHOP STREET, SUITE 600
HONOLULU, HAWAII 96813
TELEPHONE: (800) 227-8601/(808) 524-1433

JASON S. KIM, ESQ.
SUITE 303, YOUNG'S PROFESSIONAL BUILDING
UPPER TUMON, GUAM 96913
TELEPHONE: (671) 649-8123

*Attorneys for Plaintiff Hun Sang Lee*



FILED
DISTRICT COURT OF GUAM

FEB 21 2006 

MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| HUN SANG LEE, | ) CIVIL CASE NO. CV04-00027 |
| Plaintiff, | ) PLAINTIFF HUN SANG LEE'S FIRST ) AMENDED NOTICE OF TAKING |
| vs. | ) DEPOSITION UPON WRITTEN ) INTERROGATORIES; |
| MANHATTAN GUAM, INC., dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten, | ) INTERROGATORIES ) ) (Custodian of Records of Castle Resorts & ) Hotels, Inc.) |
| Defendants. | ) Current Trial Date: September 25, 2006 ) Former Trial Date: November 14, 2005 |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | |
| Cross-Claimant, | |
| vs. | |
| ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, | |
| Cross-Defendants. | |

ORIGINAL

| | )|
|---|---|
| WINZLER & KELLY CONSULTING ENGINEERS, | ) ) ) |
| Third-Party Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| VSL PRESTRESING (GUAM), INC. | ) ) ) |
| Third-Party Defendant. | ) ) ) |
| ANTHONY ROBINS AND ASSOCIATES, | ) ) |
| Cross-Claimant, | ) ) ) |
| vs. | ) ) ) |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | ) ) ) ) |
| Cross-Defendants. | ) ) |

PLAINTIFF HUN SANG LEE'S FIRST AMENDED
NOTICE OF TAKING DEPOSITION UPON WRITTEN INTERROGATORIES

TO:     G. PATRICK CIVILLE, ESQ.
        JOYCE C.H. TANG, ESQ.
        Civille & Tang, PLLC
        330 Hernan Cortez Avenue, Suite 200
        Hagåtña, Guam 96910
            *Attorneys for Defendant, Cross-Claimant and Cross-Defendant*
            *Manhattan Guam, Inc., dba Royal Orchid Hotel*

        HARVEY LUNG, ESQ.
        MICHAEL CARROLL, ESQ.
        Bays, Deaver Lung Rose Baba
        1099 Alakea Street, 16th Floor, Alii Place
        Honolulu, Hawaii 96813

- 2 -

Case 1:04-cv-00027   Document 78   Filed 02/21/2006   Page 2 of 8

MICHAEL A. PANGELINAN, ESQ.
JENNIFER CALVO-QUITUGUA, ESQ.
Calvo & Clark, LLP
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913

>   *Attorneys for Defendant, Cross-Defendant*
>   *and Cross-Claimant ANTHONY ROBINS AND ASSOCIATES*

RANDALL TODD THOMPSON, ESQ.
Mair, Mair, Spade & Thompson
238 Archbishop Flores Street
Suite 801, Pacific News Building
Hagåtña, Guam 96910

ROBERT J. O'CONNOR, ESQ.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building, Susupe
Post Office Box 501969
Saipan, MP 96959-1969
>   *Attorneys for Defendant, Third-Party Plaintiff and Cross-Defendant*
>   *Winzler & Kelly Consulting Engineers*

OSCAR A. COLOMA
O.A. Coloma, P.C.
Suite 35, Paraoceana Business Center
674 Harmon Loop Road
Dededo, Guam 96929
>   Pro se

PLEASE TAKE NOTICE that Plaintiff above-named will take the following deposition before a notary public duly authorized by law to administer oaths (from the Offices of Ralph Rosenberg Court Reporters) as follows:

| NAME AND ADDRESS | DATE/TIME/PLACE OF DEPOSITION |
|---|---|
| *Custodian of Records* <br> **CASTLE RESORTS & HOTELS, INC.** <br> *c/o Registered Agent Rick Wall* <br> *3 Waterfront Plaza* <br> *500 Ala Moan Boulevard, #555* <br> *Honolulu, Hawaii 96813* | *February 27, 2006, Monday, 1:30 p.m.* <br> *Offices of Cronin Fried, Sekiya,* <br> *Kekina & Fairbanks* <br> *841 Bishop Street* <br> *Davies Pacific Center, Suite 600* <br> *Honolulu, Hawaii 96813* |

Said deposition will be taken upon the interrogatories attached hereto, and such cross, redirect and re-cross interrogatories as may be duly served herein, pursuant to Rule 31 of the Federal Rules of Civil Procedure. The deposition shall continue from day to day until completed.

The above-named deponent will be required by Subpoena Duces Tecum to attend and produce any and all records pertaining to:

1. All contracts and/or leases under which Castle Resorts & Hotels, Inc. (hereinafter "Castle") was authorized to occupy and/or manage all or any portion of the Royal Orchid Hotel in Guam (hereinafter "Hotel").

2. All records relating or referring to any permits issued by any agency of the government of Guam with respect to the Hotel (hereinafter "government permits"), including but not limited to any permits issued by the Guam Department of Public Works (hereinafter "DPW") and/or the Guam Department of Public Health and Social Services (hereinafter "DPHSS"), and including but not limited to the government permits themselves, all applications for government permits, all denials of government permits, all correspondence and memoranda relating to such government permits, and all other documents regarding government permits.

3. All records relating or referring to the Hotel failing to have any required government permits.

4. All plans, drawings and other documents relating to the Hotel structure and/or its components, including but not limited to all architectural drawings and plans, all design drawings and plans, all construction drawings and plans, all structural

drawings and plans, all working drawings and plans, and all as-built drawings and plans.

5. All records relating or referring to inspections of the Hotel by any government agency or other government authority.

6. All records relating or referring to inspections of the Hotel by any insurance carrier or its representative(s).

7. All records relating or referring to the Hotel pool.

8. Organizational chart(s) or other records reasonably identifying all management personnel at the Hotel, including not only documents identifying management personnel at the Hotel while Castle was managing and/or leasing it, but also any documents in Castle's possession, custody or control identifying management personnel before or after that time period.

DATED: Upper Tumon, Guam, February 21, 2006.

CRONIN FRIED SEKIYA
KEKINA & FAIRBANKS

JASON S. KIM, ESQ.

By_____
JASON S. KIM, ESQ.
Attorneys for Plaintiff

## INTERROGATORIES

1. Please state your name.

2. What is your residence address?

3. Are you employed?

4. What is your employer's name?

5. What is your employer's address?

6. What is your job or position with your employer?

7. In that position do you have under your care, custody and control any and all records kept by your employer or any of its employees?

8. Among your employer's records under your care, custody and control, are there records pertaining to the records requested in the Subpoena Duces Tecum served upon you for any and all records pertaining to:

   1. All contracts and/or leases under which Castle Resorts & Hotels, Inc. (hereinafter "Castle") was authorized to occupy and/or manage all or any portion of the Royal Orchid Hotel in Guam (hereinafter "Hotel").

   2. All records relating or referring to any permits issued by any agency of the government of Guam with respect to the Hotel (hereinafter "government permits"), including but not limited to any permits issued by the Guam Department of Public Works (hereinafter "DPW") and/or the Guam Department of Public Health and Social Services (hereinafter "DPHSS"), and including but not limited to the government permits themselves, all applications for government permits, all denials of government permits, all correspondence and memoranda relating to such government permits, and all other documents regarding government permits.

   3. All records relating or referring to the Hotel failing to have any required government permits.

   4. All plans, drawings and other documents relating to the Hotel structure and/or its components, including but not limited to all architectural

drawings and plans, all design drawings and plans, all construction drawings and plans, all structural drawings and plans, all working drawings and plans, and all as-built drawings and plans.

5. All records relating or referring to inspections of the Hotel by any government agency or other government authority.

6. All records relating or referring to inspections of the Hotel by any insurance carrier or its representative(s).

7. All records relating or referring to the Hotel pool.

8. Organizational chart(s) or other records reasonably identifying all management personnel at the Hotel, including not only documents identifying management personnel at the Hotel while Castle was managing and/or leasing it, but also any documents in Castle's possession, custody or control identifying management personnel before or after that time period; these records hereinafter referred to as "the above-mentioned records"?

9. Were you served with a subpoena requiring your appearance before a notary public for the purpose of answering these questions and requiring you to bring with you the above-mentioned records?

10. Do you have all of those records with you?

11. Are those records complete?

12. Has any portion of those records even been removed from your care, custody and control prior to this time?

13. If so, when and by whom?

14. Has any portion of those records ever been altered prior to this time?

15. If so, when and by whom?

16. What identifies those records as pertaining to the above-mentioned records?

17. Would you please turn over to the notary public at this time the originals or complete and legible copies of any and all of the above-mentioned records, which you have brought with you pursuant to the requirements of the subpoena with which you were served.

18. Please describe briefly but completely so that they may be readily identified and the records which you have turned over to the notary public.

19. Please describe briefly but completely so that they may be readily identified any records pertaining to the above-mentioned records which you have not turned over to the notary public, including both those records which you have brought with you and those records which you have not brought with you.

20. Are the above-mentioned records kept in the regular course of business of your employer, or employment if self-employed?

21. Are you willing to waive the reading and the signing of this deposition?

DATED: Upper Tumon, Guam, February 21, 2006.

CRONIN FRIED SEKIYA
KEKINA & FAIRBANKS

JASON S. KIM, ESQ.

By_____
JASON S. KIM, ESQ.
Attorneys for Plaintiff