CRONIN FRIED SEKIYA
KEKINA & FAIRBANKS
841 BISHOP STREET, SUITE 600
HONOLULU, HAWAII 96813
TELEPHONE:   (800) 227-8601/(808) 524-1433

JASON S. KIM, ESQ.
SUITE 303, YOUNG'S PROFESSIONAL BUILDING
UPPER TUMON, GUAM 96913
TELEPHONE:   (671) 649-8123

*Attorneys for Plaintiff Hun Sang Lee*



**FILED**
DISTRICT COURT OF GUAM

FEB 21 2006

MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| HUN SANG LEE, | ) CIVIL CASE NO. CV04-00027 |
| Plaintiff, | ) PLAINTIFF HUN SANG LEE'S NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION |
| vs. | |
| MANHATTAN GUAM, INC., dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten, | ) (Rick Wall) |
| | ) Current Trial Date: September 25, 2006 |
| | ) Former Trial Date: November 14, 2005 |
| Defendants. | |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | |
| Cross-Claimant, | |
| vs. | |
| ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, | |
| Cross-Defendants. | |

**ORIGINAL**

| | |
|---|---|
| WINZLER & KELLY CONSULTING ENGINEERS, | ) ) ) ) |
| Third-Party Plaintiff, | ) ) |
| vs. | ) ) ) |
| VSL PRESTRESING (GUAM), INC. | ) ) |
| Third-Party Defendant. | ) ) ) |
| ANTHONY ROBINS AND ASSOCIATES, | ) ) |
| Cross-Claimant, | ) ) ) |
| vs. | ) ) |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | ) ) ) ) |
| Cross-Defendants. | ) ) |

PLAINTIFF HUN SANG LEE'S NOTICE OF
TAKING DEPOSITION UPON ORAL EXAMINATION

TO:    G. PATRICK CIVILLE, ESQ.
JOYCE C.H. TANG, ESQ.
Civille & Tang, PLLC
330 Hernan Cortez Avenue, Suite 200
Hagåtña, Guam 96910
    *Attorneys for Defendant, Cross-Claimant and Cross-Defendant*
    *Manhattan Guam, Inc., dba Royal Orchid Hotel*


HARVEY LUNG, ESQ.
MICHAEL CARROLL, ESQ.
Bays, Deaver Lung Rose Baba
1099 Alakea Street, 16th Floor, Alii Place
Honolulu, Hawaii 96813

MICHAEL A. PANGELINAN, ESQ.
JENNIFER CALVO-QUITUGUA, ESQ.
Calvo & Clark, LLP
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913

*Attorneys for Defendant, Cross-Defendant
and Cross-Claimant ANTHONY ROBINS AND ASSOCIATES*


RANDALL TODD THOMPSON, ESQ.
Mair, Mair, Spade & Thompson
238 Archbishop Flores Street
Suite 801, Pacific News Building
Hagåtña, Guam 96910

ROBERT J. O'CONNOR, ESQ.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building, Susupe
Post Office Box 501969
Saipan, MP 96959-1969
*Attorneys for Defendant, Third-Party Plaintiff and Cross-Defendant
Winzler & Kelly Consulting Engineers*


OSCAR A. COLOMA
O.A. Coloma, P.C.
Suite 35, Paraoceana Business Center
674 Harmon Loop Road
Dededo, Guam 96929
Pro se


PLEASE TAKE NOTICE that Plaintiff above-named will take the following deposition on the date and time mentioned or mutually agreed upon by the parties at the Offices of Cronin, Fried, Sekiya, Kekina & Fairbanks, 841 Bishop Street, Suite 600, Honolulu, Hawaii 96813:

| NAME AND ADDRESS | DATE & TIME |
|---|---|
| *RICK WALL*<br>*Castle Resorts & Hotels, Inc.*<br>*3 Waterfront Plaza*<br>*500 Ala Moan Boulevard, #555*<br>*Honolulu, Hawaii 96813* | *February 27, 2006, Monday, 1:30 p.m.* |

Said deposition shall be upon oral examination pursuant to Rule 30, Federal Rules of Civil Procedure, before a Certified Shorthand Reporter (from the office of Ralph Rosenberg Court Reporters) duly authorized by law to administer oaths. The oral deposition will continue from day to day until completed. You are invited to attend and cross-examine.

DATED: Upper Tumon, Guam, February 21, 2006.

CRONIN FRIED SEKIYA
KEKINA & FAIRBANKS

JASON S. KIM, ESQ.

By /s/ _____
JASON S. KIM, ESQ.
Attorneys for Plaintiff