CRONIN FRIED SEKIYA
KEKINA & FAIRBANKS
841 BISHOP STREET, SUITE 600
HONOLULU, HAWAII 96813
TELEPHONE: (800) 227-8601/(808) 524-1433

JASON S. KIM, ESQ.
SUITE 303, YOUNG'S PROFESSIONAL BUILDING
UPPER TUMON, GUAM 96913
TELEPHONE: (671) 649-8123

*Attorneys for Plaintiff Hun Sang Lee*



FILED
DISTRICT COURT OF GUAM
FEB 21 2006
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

### TERRITORY OF GUAM

| | |
|---|---|
| HUN SANG LEE, | ) CIVIL CASE NO. CV04-00027 |
| Plaintiff, | ) CERTIFICATE OF SERVICE RE: |
| | ) PLAINTIFF HUN SANG LEE'S NOTICE |
| vs. | ) OF TAKING DEPOSITION UPON ORAL |
| | ) EXAMINATION |
| MANHATTAN GUAM, INC., dba ROYAL | ) |
| ORCHID HOTEL, ANTHONY ROBINS AND | ) (Rick Wall) |
| ASSOCIATES, O.A. COLOMA, P.C., | ) |
| PHOENIX UNITED CORP., LTD., | ) |
| WINZLER & KELLY CONSULTING | ) |
| ENGINEERS, and DOE DEFENDANTS One | ) Current Trial Date: September 25, 2006 |
| through Ten, | ) Former Trial Date: November 14, 2005 |
| Defendants. | ) |
| MANHATTAN GUAM, INC. dba ROYAL | ) |
| ORCHID HOTEL, | ) |
| Cross-Claimant, | ) |
| vs. | ) |
| ANTHONY ROBINS AND ASSOCIATES, | ) |
| O.A. COLOMA, P.C., PHOENIX UNITED | ) |
| CORP., LTD., WINZLER & KELLY | ) |
| CONSULTING ENGINEERS, | ) |
| Cross-Defendants. | ) |

ORIGINAL

| | )|
|---|---|
| WINZLER & KELLY CONSULTING ENGINEERS, | ) )|
| Third-Party Plaintiff, | ) ) )|
| vs. | ) ) )|
| VSL PRESTRESING (GUAM), INC. | ) ) )|
| Third-Party Defendant. | ) ) )|
| ANTHONY ROBINS AND ASSOCIATES, | ) )|
| Cross-Claimant, | ) ) )|
| vs. | ) ) )|
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | ) ) ) )|
| Cross-Defendants. | ) ) |

CERTIFICATE OF SERVICE RE: PLAINTIFF HUN SANG LEE'S
NOTICE OF TAKING DEPOSITION UPON WRITTEN INTERROGATORIES

I, JASON S. KIM, hereby certify that on February __21__, 2006, I caused a copy of

PLAINTIFF HUN SANG LEE'S NOTICE OF TAKING DEPOSITION UPON ORAL

EXAMINATION (Rick Wall) to be served by hand delivery on the following:

      G. PATRICK CIVILLE, ESQ.
      Civille & Tang, PLLC
      330 Hernan Cortez Avenue, Suite 200
      Hagåtña, Guam 96910
           *Attorneys for Defendant, Cross-Claimant and Cross-Defendant*
           *Manhattan Guam, Inc., dba Royal Orchid Hotel*

      MICHAEL A. PANGELINAN, ESQ.
      JENNIFER CALVO-QUITUGUA, ESQ.
      Calvo & Clark, LLP
      655 South Marine Corps Drive, Suite 202
      Tamuning, Guam 96913
           *Attorneys for Defendant, Cross-Defendant*
           *and Cross-Claimant ANTHONY ROBINS AND ASSOCIATES*

RANDALL TODD THOMPSON, ESQ.
Mair, Mair, Spade & Thompson
238 Archbishop Flores Street
Suite 801, Pacific News Building
Hagåtña, Guam 96910
    *Attorneys for Defendant, Third-Party Plaintiff and Cross-Defendant*
    *Winzler & Kelly Consulting Engineers*

Oscar A. Coloma
O.A. Coloma, P.C.
Suite 35, Paraoceana Business Center
674 Harmon Loop Road
Dededo, Guam 96929
    Pro se

with courtesy copies by facsimile to the following:

HARVEY LUNG, ESQ.
MICHAEL CARROLL, ESQ.
Bays, Deaver Lung Rose Baba
1099 Alakea Street, 16th Floor, Alii Place
Honolulu, Hawaii 96813
**Facsimile: (808) 523-9000**
    *Attorneys for Defendant, Cross-Defendant*
    *and Cross-Claimant ANTHONY ROBINS AND ASSOCIATES*

ROBERT J. O'CONNOR, ESQ.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building, Susupe
Post Office Box 501969
Saipan, MP 96959-1969
**Facsimile: (670) 234-5683**
    *Attorneys for Defendant, Third-Party Plaintiff and Cross-Defendant*
    *Winzler & Kelly Consulting Engineers*

DATED: Upper Tumon, Guam, February 21, 2006.

    CRONIN FRIED SEKIYA
    KEKINA & FAIRBANKS

    JASON S. KIM, ESQ.

    By _[signature]_
    JASON S. KIM, ESQ.
    Attorneys for Plaintiff