HARVEY LUNG, ESQ.
BAYS DEAVER LUNG ROSE BABA
1099 Alakea Street
16th Floor, Ali'i Place
Honolulu, Hawai'i 96813
Telephone: (808) 523-9000
Facsimile: (808) 533-4184

MICHAEL A. PANGELINAN, ESQ.
JENNIFER CALVO-QUITUGUA, ESQ.
CALVO & CLARK, LLP
655 South Marine Corps Drive
Suite 202, Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for Defendant*
Anthony Robins and Associates

**FILED**
DISTRICT COURT OF GUAM
MAR 14 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

| | |
|---|---|
| HUN SANG LEE,<br><br>       Plaintiff,<br><br>v.<br><br>MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten,<br><br>       Defendants.<br><br>MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL,<br><br>       Crossclaimant,<br><br>v.<br><br>ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS,<br><br>       Crossdefendants. | CIVIL CASE 04-00027<br><br>**DEFENDANT ANTHONY ROBINS AND ASSOCIATES NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION** |

| | |
|---|---|
| WINZLER & KELLY CONSULTING ENGINEERS, | |
| Third-Party Plaintiff, | |
| v. | |
| VSL PRESTRESSING (GUAM), INC., | |
| Third-Party Defendant. | |
| ANTHONY ROBINS AND ASSOCIATES, | |
| Cross-Claimant, | |
| v. | |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | |
| Cross-Defendant. | |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN

G. PATRICK CIVILLE, ESQ.
JOYCE C.H. TANG, ESQ.
Civille & Tang, PLLC
330 Hernan Cortez Avenue, Suite 200
Hagatna, Guam 96910
*Attorneys for Defendant, Cross-Claimant and Cross-Defendant Manhattan Guam, Inc. dba Royal Orchid Hotel*

RANDALL TODD THOMPSON, ESQ.
Mair, Mair, Spade & Thompson
238 Archbishop Flores Street
Suite 801, Pacific News Building
Hagatna, Guam 96910

ROBERT J. O'CONNOR
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building, Susupe
Post Office Box 501969
Saipan, MP 96959-1969
*Attorneys for Defendant, Third-Party Plaintiff and Cross Defendant Winzler & Kelly Consulting Engineers*

OSCAR A. COLOMA
O.A. Coloma, P.C.
Suite 35, Paraoceana Business Center
674 Harmon Loop Road
Dededo, Guam 96929
*Pro Se*

| | |
|---|---|
| 1 | PATRICK MCTERMAN, ESQ. |
| 2 | Cronin Fried Sekiya Kekina & FairBanks |
| 3 | 841 Bishop Street, Suite 600 Honolulu, Hawaii 96813 |
| 4 | JASON S. KIM, ESQ. |
| 5 | Suite 303, Young's Professional Building Upper Tumon, Guam 96913 |
| 6 | *Attorneys for Plaintiff* |

PATRICK MCTERMAN, ESQ.
Cronin Fried Sekiya
Kekina & FairBanks
841 Bishop Street, Suite 600
Honolulu, Hawaii 96813

JASON S. KIM, ESQ.
Suite 303, Young's Professional Building
Upper Tumon, Guam 96913
*Attorneys for Plaintiff*

**PLEASE TAKE NOTICE** that on the **20th day of March, 2006 at the hour of 9:00 a.m.,** at the law firm of Bays, Deaver Lung Rose Baba, 1099 Alakea Street, 16th Floor, Ali'i Place, Honolulu, Hawaii 96813, in the above-entitled action, Defendant and Crossdefendant ANTHONY ROBINS AND ASSOCIATES will take the deposition of **Mr. Kenneth Moeller**, upon oral examination pursuant to Rule 30, and Rule 45, Federal Rules of Civil Procedure, before a notary public or before some other officer authorized by the laws of the United States or of the Territory of Guam to administer oaths. The oral examination will continue from day to day until completed. The deposition will be recorded by a stenographer and/or audio tape. You are invited to attend and cross-examine.

Dated this 13th day of March, 2006.

CALVO & CLARK, LLP
Attorneys at Law

By: _____
JENNIFER CALVO-QUITUGUA
*Attorneys for Defendant*
Anthony Robins and Associates