| | |
|---|---|
| 1<br>2<br>3<br>4 | HARVEY LUNG, ESQ.<br>BAYS DEAVER LUNG ROSE BABA<br>1099 Alakea Street<br>16th Floor, Ali'i Place<br>Honolulu, Hawai'i 96813<br>Telephone: (808) 523-9000<br>Facsimile: (808) 533-4184 |

**FILED**
DISTRICT COURT OF GUAM
MAR 14 2006
MARY L.M. MORAN
CLERK OF COURT

MICHAEL A. PANGELINAN, ESQ.
JENNIFER CALVO-QUITUGUA, ESQ.
CALVO & CLARK, LLP
655 South Marine Corps Drive
Suite 202, Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for Defendant*
Anthony Robins and Associates

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

| | |
|---|---|
| HUN SANG LEE,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten,<br><br>　　　　　　　Defendants. | CIVIL CASE 04-00027<br><br>**CERTIFICATE OF SERVICE RE: DEFENDANT ANTHONY ROBINS AND ASSOCIATES NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION**<br><br>**(Kenneth Moeller)** |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL,<br><br>　　　　　　　Cross-Claimant,<br><br>　　v.<br><br>ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS,<br><br>　　　　　　　Cross-Defendants. | |

| | |
|---|---|
| 1 | WINZLER & KELLY CONSULTING ENGINEERS, |
| 2 | |
| 3 | Third-Party Plaintiff, v. |
| 4 | VSL PRESTRESSING (GUAM), INC., |
| 5 | Third-Party Defendant. |
| 6 | |
| 7 | ANTHONY ROBINS AND ASSOCIATES, |
| 8 | Cross-Claimant, v. |
| 9 | MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, |
| 10 | |
| 11 | Cross-Defendant. |

I, MICHAEL J. PEREZ, hereby certify that on March 14, 2006, I caused a copy of DEFENDANT ANTHONY ROBINS & ASSOCIATES NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION OF KENNETH MOELLER to be served by hand delivery on the following:

G. PATRICK CIVILLE, ESQ.
JOYCE C.H. TANG, ESQ.
Civille & Tang, PLLC
330 Hernan Cortez Avenue, Suite 200
Hagatna, Guam 96910
*Attorneys for Defendant, Cross-Claimant and Cross-Defendant Manhattan Guam, Inc. dba Royal Orchid Hotel*

RANDALL TODD THOMPSON, ESQ.
Mair, Mair, Spade & Thompson
238 Archbishop Flores Street
Suite 801, Pacific News Building
Hagatna, Guam 96910
*Attorneys for Defendant, Third-Party Plaintiff and Cross-Defendant Winzler & Kelly Consulting Engineers*

JASON S. KIM, ESQ.
Suite 303, Young's Professional Building
Upper Tumon, Guam 96913
*Attorneys for Plaintiff Hun Sang Lee*

|   |   |
|---|---|
| 1 | OSCAR A. COLOMA |
| 2 | O.A. Coloma, P.C.<br>Suite 35, Paraoceana Business Center |
| 3 | 674 Harmon Loop Road<br>Dededo, Guam 96929 |
| 4 | *Pro Se* |
| 5 | with courtesy copies by facsimile to the following: |
| 6 | ROBERT J. O'CONNOR |
| 7 | O'Connor Berman Dotts & Banes<br>Second Floor, Nauru Building, Susupe |
| 8 | Post Office Box 501969<br>Saipan, MP 96959-1969 |
| 9 | Facsimile No.: (670) 234-5683<br>*Attorneys for Defendant, Third-Party Plaintiff and Cross-Defendant Winzler & Kelly Consulting Engineers* |
| 10 | PATRICK MCTERNAN, ESQ. |
| 11 | Cronin Fried Sekiya<br>Kekina & FairBanks |
| 12 | 841 Bishop Street, Suite 600<br>Honolulu, Hawaii 96813 |
| 13 | Facsimile No.: (808) 536-2073<br>*Attorneys for Plaintiff Hun Sang Lee* |
| 14 |   |
| 15 | Dated this 14th day of March, 2006. |
| 16 |   |
| 17 | _____<br>MICHAEL J. PEREZ |