1  **HARVEY LUNG, ESQ.**
   **BAYS DEAVER LUNG ROSE BABA**
2  1099 Alakea Street
   16th Floor, Ali'i Place
3  Honolulu, Hawai'i 96813
   Telephone: (808) 523-9000
4  Facsimile: (808) 533-4184

5  **MICHAEL A. PANGELINAN, ESQ.**
   **JENNIFER CALVO-QUITUGUA, ESQ.**
6  **CALVO & CLARK, LLP**
   655 South Marine Corps Drive
7  Suite 202, Tamuning, Guam 96913
   Telephone: (671) 646-9355
8  Facsimile: (671) 646-9403

9  *Attorneys for Defendant*
   Anthony Robins and Associates
10

**FILED**

DISTRICT COURT OF GUAM

MAR 14 2006 �833

**MARY L.M. MORAN**
**CLERK OF COURT**

11          IN THE UNITED STATES DISTRICT COURT
12             FOR THE DISTRICT OF GUAM

13 HUN SANG LEE,                          CIVIL CASE  04-00027

14              Plaintiff,

15      v.

16 MANHATTAN GUAM, INC. dba ROYAL         **DEFENDANT ANTHONY ROBINS**
17 ORCHID HOTEL, ANTHONY ROBINS AND       **AND ASSOCIATES NOTICE OF**
   ASSOCIATES, O.A. COLOMA, P.C., PHOENIX **TAKING DEPOSITION UPON**
18 UNITED CORP., LTD., WINZLER & KELLY     **ORAL EXAMINATION**
   CONSULTING ENGINEERS, and DOE
19 DEFENDANTS One through Ten,

20              Defendants.

21 MANHATTAN GUAM, INC. dba ROYAL
22 ORCHID HOTEL,

23              Crossclaimant,

24      v.

25 ANTHONY ROBINS AND ASSOCIATES, O.A.
   COLOMA, P.C., PHOENIX UNITED CORP.,
26 LTD., WINZLER & KELLY CONSULTING
   ENGINEERS,
27
                Crossdefendants.
28

**ORIGINAL**

WINZLER & KELLY CONSULTING
ENGINEERS,

                              Third-Party Plaintiff,
                    v.

VSL PRESTRESSING (GUAM), INC.,

                              Third-Party Defendant.

---

ANTHONY ROBINS AND ASSOCIATES,

                              Crossclaimant,
                    v.

MANHATTAN GUAM, INC. dba ROYAL
ORCHID HOTEL,

                              Crossdefendant.

---

**TO:     ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN**

**G. PATRICK CIVILLE, ESQ.**
**JOYCE C.H. TANG, ESQ.**
**Civille & Tang, PLLC**
**330 Hernan Cortez Avenue, Suite 200**
**Hagatna, Guam 96910**
*Attorneys for Defendant, Cross-Claimant and Cross-Defendant*
*Manhattan Guam, Inc. dba Royal Orchid Hotel*

**RANDALL TODD THOMPSON, ESQ.**
**Mair, Mair, Spade & Thompson**
**238 Archbishop Flores Street**
**Suite 801, Pacific News Building**
**Hagatna, Guam 96910**

**ROBERT J. O'CONNOR**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building, Susupe**
**Post Office Box 501969**
**Saipan, MP 96959-1969**
*Attorneys for Defendant, Third-Party Plaintiff and Cross Defendant*
*Winzler & Kelly Consulting Engineers*

**OSCAR A. COLOMA**
**O.A. Coloma, P.C.**
**Suite 35, Paraoceana Business Center**
**674 Harmon Loop Road**
**Dededo, Guam 96929**
*Pro Se*

PATRICK MCTERMAN, ESQ.
**Cronin Fried Sekiya**
**Kekina & FairBanks**
**841 Bishop Street, Suite 600**
**Honolulu, Hawaii 96813**

**JASON S. KIM, ESQ.**
**Suite 303, Young's Professional Building**
**Upper Tumon, Guam 96913**
*Attorneys for Plaintiff*

**PLEASE TAKE NOTICE** that on the **15th day of March, 2006 at the hour of 9:00 a.m.,** at the law firm of Bays, Deaver Lung Rose Baba, 1099 Alakea Street, 16th Floor, Ali'i Place, Honolulu, Hawaii 96813, in the above-entitled action, Defendant and Crossdefendant ANTHONY ROBINS AND ASSOCIATES will take the deposition of **Mr. Richard Kozuma**, upon oral examination pursuant to Rule 30, and Rule 45, Federal Rules of Civil Procedure, before a notary public or before some other officer authorized by the laws of the United States or of the Territory of Guam to administer oaths. The oral examination will continue from day to day until completed. The deposition will be recorded by a stenographer and/or audio tape. You are invited to attend and cross-examine.

Dated this 13th day of March, 2006.

CALVO & CLARK, LLP
Attorneys at Law

By: _____
**JENNIFER CALVO-QUITUGUA**
*Attorneys for Defendant*
Anthony Robins and Associates