HARVEY LUNG, ESQ.
BAYS DEAVER LUNG ROSE BABA
1099 Alakea Street
16th Floor, Ali'i Place
Honolulu, Hawai'i 96813
Telephone: (808) 523-9000
Facsimile: (808) 533-4184

MICHAEL A. PANGELINAN, ESQ.
JENNIFER CALVO-QUITUGUA, ESQ.
CALVO & CLARK, LLP
655 South Marine Corps Drive
Suite 202, Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for Defendant*
Anthony Robins and Associates

FILED
DISTRICT COURT OF GUAM
MAR 1 4 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

| | |
|---|---|
| HUN SANG LEE,<br><br>        Plaintiff,<br><br>v.<br><br>MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten,<br><br>        Defendants.<br><br>MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL,<br><br>        Cross-Claimant,<br><br>v.<br><br>ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS,<br><br>        Cross-Defendants. | CIVIL CASE 04-00027<br><br>**CERTIFICATE OF SERVICE RE: DEFENDANT ANTHONY ROBINS AND ASSOCIATES NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION**<br><br>**(Richard Kozuma)** |

| | |
|---|---|
| 1 | WINZLER & KELLY CONSULTING ENGINEERS, |
| 2 | |
| 3 | Third-Party Plaintiff, v. |
| 4 | VSL PRESTRESSING (GUAM), INC., |
| 5 | Third-Party Defendant. |
| 6 | |
| 7 | ANTHONY ROBINS AND ASSOCIATES, |
| 8 | Cross-Claimant, v. |
| 9 | MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, |
| 10 | |
| 11 | Cross-Defendant. |

I, MICHAEL J. PEREZ, hereby certify that on March 14, 2006, I caused a copy of DEFENDANT ANTHONY ROBINS & ASSOCIATES NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION OF RICHARD KOZUMA to be served by hand delivery on the following:

G. PATRICK CIVILLE, ESQ.
JOYCE C.H. TANG, ESQ.
Civille & Tang, PLLC
330 Hernan Cortez Avenue, Suite 200
Hagatna, Guam 96910
*Attorneys for Defendant, Cross-Claimant and Cross-Defendant Manhattan Guam, Inc. dba Royal Orchid Hotel*

RANDALL TODD THOMPSON, ESQ.
Mair, Mair, Spade & Thompson
238 Archbishop Flores Street
Suite 801, Pacific News Building
Hagatna, Guam 96910
*Attorneys for Defendant, Third-Party Plaintiff and Cross-Defendant Winzler & Kelly Consulting Engineers*

JASON S. KIM, ESQ.
Suite 303, Young's Professional Building
Upper Tumon, Guam 96913
*Attorneys for Plaintiff Hun Sang Lee*

OSCAR A. COLOMA
O.A. Coloma, P.C.
Suite 35, Paraoceana Business Center
674 Harmon Loop Road
Dededo, Guam 96929
*Pro Se*

with courtesy copies by facsimile to the following:

ROBERT J. O'CONNOR
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building, Susupe
Post Office Box 501969
Saipan, MP 96959-1969
Facsimile No.: (670) 234-5683
*Attorneys for Defendant, Third-Party Plaintiff and Cross-Defendant Winzler & Kelly Consulting Engineers*

PATRICK MCTERNAN, ESQ.
Cronin Fried Sekiya
Kekina & FairBanks
841 Bishop Street, Suite 600
Honolulu, Hawaii 96813
Facsimile No.: (808) 536-2073
*Attorneys for Plaintiff Hun Sang Lee*

Dated this 14th day of March, 2006.

_____
MICHAEL J. PEREZ