HARVEY LUNG, ESQ.
BAYS DEAVER LUNG ROSE BABA
1099 Alakea Street
16th Floor, Ali'i Place
Honolulu, Hawai'i 96813
Telephone: (808) 523-9000
Facsimile: (808) 533-4184

MICHAEL A. PANGELINAN, ESQ.
JENNIFER CALVO-QUITUGUA, ESQ.
CALVO & CLARK, LLP
655 South Marine Corps Drive
Suite 202, Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for Defendant*
Anthony Robins and Associates

FILED
DISTRICT COURT OF GUAM
MAR 14 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

HUN SANG LEE,

    Plaintiff,

v.

MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten,

    Defendants.

MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL,

    Crossclaimant,

v.

ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS,

    Crossdefendants.

CIVIL CASE 04-00027

**PETITION TO ADMIT ATTORNEY** *PRO HAC VICE*

|   |   |
|---|---|
| 1 | Defendant and Crossdefendant Anthony Robins and Associates, hereby petitions for |
| 2 | attorney Michael C. Carroll of the law firm of Bays, Deaver, Lung, Rose & Baba, to be admitted |
| 3 | *pro hac vice* to practice before this Court in the above-captioned action. |
| 4 | This Petition is made pursuant to Rules 17.1(d) and (e) of the Local Rules of the District |
| 5 | Court of the Territory of Guam ("Local Rules"), the Declaration of Michael C. Carroll, filed |
| 6 | concurrently herewith and the consent of local counsel, Michael A. Pangelinan of the law firm of |
| 7 | Calvo & Clark, LLP, filed concurrently herewith. Pursuant to Rule 17.1(d)(3) of the Local Rules, |
| 8 | this Petition is accompanied by payment to the clerk of a $100.00 fee (payable to Clerk, District |
| 9 | Court of Guam). |
| 10 | Dated this 13th day of March, 2006. |

CALVO & CLARK, LLP
Attorneys at Law

By: _____
MICHAEL A. PANGELINAN