HARVEY LUNG, ESQ.
BAYS DEAVER LUNG ROSE BABA
1099 Alakea Street
16th Floor, Ali'i Place
Honolulu, Hawai'i 96813
Telephone: (808) 523-9000
Facsimile: (808) 533-4184

MICHAEL A. PANGELINAN, ESQ.
JENNIFER CALVO-QUITUGUA, ESQ.
CALVO & CLARK, LLP
655 South Marine Corps Drive
Suite 202, Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for Defendant*
Anthony Robins and Associates

**FILED**
DISTRICT COURT OF GUAM
MAR 1 4 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

| | |
|---|---|
| HUN SANG LEE,<br><br>    Plaintiff,<br><br>v.<br><br>MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten,<br><br>    Defendants. | CIVIL CASE 04-00027<br><br>**CONSENT OF MICHAEL A. PANGELINAN IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE* OF MICHAEL C. CARROLL** |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL,<br><br>    Crossclaimant,<br><br>v.<br><br>ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS,<br><br>    Crossdefendants. | |

**ORIGINAL**

1  I, Michael A. Pangelinan, a member of the Guam Bar in good standing admitted to
2  practice before this Court, hereby consent to serve as the Local Counsel under General Rule
3  17.1(e) for the purposes of the admission in this proceeding of Michael C. Carroll to this Court
4  *pro hac vice.*

   I declare under penalty of perjury pursuant to the laws of the United States and of
the Territory of Guam that the foregoing statements are true and correct.

Executed this 13th day of March, 2006, in Tamuning, Guam.

_____
MICHAEL A. PANGELINAN