HARVEY LUNG, ESQ.
BAYS DEAVER LUNG ROSE BABA
1099 Alakea Street
16th Floor, Ali'i Place
Honolulu, Hawai'i 96813
Telephone: (808) 523-9000
Facsimile: (808) 533-4184

MICHAEL A. PANGELINAN, ESQ.
JENNIFER CALVO-QUITUGUA, ESQ.
CALVO & CLARK, LLP
655 South Marine Corps Drive
Suite 202, Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for Defendant*
Anthony Robins and Associates

FILED
DISTRICT COURT OF GUAM
MAR 14 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

| | |
|---|---|
| HUN SANG LEE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten,<br><br>　　　　Defendants.| CIVIL CASE 04-00027<br><br><br>**DECLARATION OF MICHAEL C. CARROLL IN SUPPORT OF PETITION TO ADMIT ATTORNEY** *PRO HAC VICE* |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL,<br><br>　　　　Crossclaimant,<br><br>　v.<br><br>ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS,<br><br>　　　　Crossdefendants. | |

1  I, Michael C. Carroll, hereby declare and state under penalty of perjury that the following
2  is true and based upon my personal knowledge and belief and if called to testify, I could do so
3  competently:

4  1. I submit this Declaration in Support of the Petition to Admit Attorney *Pro Hac Vice* filed by Defendant/Crossdefendant Anthony Robins and Associates. I am an associate in the law firm of Bays, Deaver, Lung, Rose & Baba. My business address is 1099 Alakea Street, 16th Floor, Honolulu, HI 96813. My residential address is 1307 7th Avenue, Honolulu, HI 96816.

5  2. I am admitted to practice before the following courts on the dates indicated: all Hawaii State Courts since 2001; the U.S. District Court, District of Hawaii since 2001.

6  3. I am a member in good standing of the bar of the State of Hawaii, and am eligible to practice before all the courts in which I have been admitted to practice.

7  4. I have never been suspended or disbarred by any court.

8  5. I do not reside in Guam, am not regularly employed in Guam, and am not engaged in business, professional, or other activities in Guam.

9  6. Prior to this Petition, I have not made any *pro hac vice* applications to this Court.

10  7. Pursuant to Rules 17.1(e) of the Local Rules of the District Court of the Territory of Guam, I hereby designate as local counsel in the above-captioned action, Michael A. Pangelinan of Calvo & Clark, LLP, who is duly licensed and authorized to practice law before all of the courts of Guam, and with whom this Court and opposing counsel may communicate regarding the conduct of this case and upon whom papers shall be served in this action. The written consent of Mr. Pangelinan to act as local counsel is filed concurrently herewith.

//
//
//
//
//

1     WHEREFORE, I pray that an Order be made admitting me *pro hac vice* to practice before the United States District Court for the Territory of Guam for the pendency of the above-captioned action.

    I hereby declare under penalty of perjury under the laws of the Territory of Guam and of the United States of America that the foregoing is true and correct and was executed this 28 day of February, 2006, in Honolulu, Hawaii.

*[signature]*

**MICHAEL C. CARROLL**