HARVEY LUNG, ESQ.
BAYS DEAVER LUNG ROSE BABA
1099 Alakea Street
16th Floor, Ali'i Place
Honolulu, Hawai'i 96813
Telephone: (808) 523-9000
Facsimile: (808) 533-4184

MICHAEL A. PANGELINAN, ESQ.
JENNIFER CALVO-QUITUGUA, ESQ.
CALVO & CLARK, LLP
655 South Marine Corps Drive
Suite 202, Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for Defendant*
Anthony Robins and Associates

FILED
DISTRICT COURT OF GUAM
MAR 14 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

| | |
|---|---|
| HUN SANG LEE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten,<br><br>　　　　　Defendants. | CIVIL CASE 04-00027<br><br><br><br>**DEFENDANT ANTHONY ROBINS AND ASSOCIATES NOTICE OF WITHDRAWAL OF ATTORNEY ROBERT MARTIN** |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL,<br><br>　　　　　Crossclaimant,<br><br>v.<br><br>ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS,<br><br>　　　　　Crossdefendants. | |

| | |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that on June 16, 2005, Calvo & Clark, LLP, local counsel for Defendant and Crossdefendant Anthony Robins and Associates, petitioned this Court to admit Robert Martin, to practice *pro hac vice*, on behalf of Anthony Robins and Associates. On June 17, 2005 the District Court of Guam ordered Robert Martin to be admitted *pro hac* vice. |

PLEASE TAKE NOTICE that on June 16, 2005, Calvo & Clark, LLP, local counsel for Defendant and Crossdefendant Anthony Robins and Associates, petitioned this Court to admit Robert Martin, to practice *pro hac vice*, on behalf of Anthony Robins and Associates. On June 17, 2005 the District Court of Guam ordered Robert Martin to be admitted *pro hac* vice.

Calvo & Clark, hereby notifies the Court that Robert Martin is no longer with the law firm of Bays, Deaver, Lung, Rose & Baba, and is no longer associated with this case in any way, and further notifies the Court that Defendant and Crossdefendant Anthony Robins and Associates submits concurrently herewith its petition for attorney Michael Caroll of the law firm of Bays, Deaver, Lung, Rose & Baba, to be admitted *pro hac vice* to practice before this Court in the above-captioned action.

Dated this 13th day of March, 2006.

CALVO & CLARK, LLP
Attorneys at Law

By: _____
MICHAEL A. PANGELINAN