1  HARVEY LUNG, ESQ.
   BAYS DEAVER LUNG ROSE BABA
2  1099 Alakea Street
   16th Floor, Ali'i Place
3  Honolulu, Hawai'i 96813
   Telephone: (808) 523-9000
4  Facsimile: (808) 533-4184

5  MICHAEL A. PANGELINAN, ESQ.
   JENNIFER CALVO-QUITUGUA, ESQ.
6  CALVO & CLARK, LLP
   655 South Marine Corps Drive
7  Suite 202, Tamuning, Guam 96913
   Telephone: (671) 646-9355
8  Facsimile: (671) 646-9403

9  *Attorneys for Defendant*
   Anthony Robins and Associates

FILED
DISTRICT COURT OF GUAM
MAR 14 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

HUN SANG LEE,

    Plaintiff,

v.

MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten,

    Defendants.

MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL,

    Crossclaimant,

v.

ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS,

    Crossdefendants.

CIVIL CASE 04-00027

**ORDER GRANTING PETITION TO ADMIT ATTORNEY *PRO HAC VICE***

Upon good cause shown, and after review of the Petition to Admit Attorney *Pro Hac Vice*, the Declaration of Michael C. Carroll in Support of the Petition, and the Consent of Michael A. Pangelinan to Designation of Legal Counsel, and pursuant to Rules 17.1(d) and (e) of the Local Rules of District Court of Guam, the Petition to Admit Attorney *Pro Hac Vice* is hereby granted.

IT IS HEREBY ORDERED that Michael C. Carroll is admitted *pro hac vice* on behalf of Defendant/Crossdefendant Anthony Robins and Associates for the pendency of the above-captioned case. Michael A. Pangelinan is designated as local counsel.

SO ORDERED this 14th day of March 2006.

_____
HONORABLE JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge, District Court of Guam