HARVEY LUNG, ESQ.
BAYS DEAVER LUNG ROSE BABA
1099 Alakea Street
16th Floor, Ali'i Place
Honolulu, Hawai'i 96813
Telephone: (808) 523-9000
Facsimile: (808) 533-4184

MICHAEL A. PANGELINAN, ESQ.
JENNIFER CALVO-QUITUGUA, ESQ.
CALVO & CLARK, LLP
655 South Marine Corps Drive
Suite 202, Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for Defendant*
Anthony Robins and Associates

FILED
DISTRICT COURT OF GUAM
MAR 16 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

| | |
|---|---|
| HUN SANG LEE,<br><br>    Plaintiff,<br><br>v.<br><br>MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten,<br><br>    Defendants. | CIVIL CASE 04-00027<br><br>**CERTIFICATE OF SERVICE** |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL,<br><br>    Cross-Claimant,<br><br>v.<br><br>ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS,<br><br>    Cross-Defendants. | |

| | |
|---|---|
| 1 | WINZLER & KELLY CONSULTING ENGINEERS, |
| 2 | |
| 3 | Third-Party Plaintiff, v. |
| 4 | VSL PRESTRESSING (GUAM), INC., |
| 5 | Third-Party Defendant. |
| 6 | |
| 7 | ANTHONY ROBINS AND ASSOCIATES, |
| 8 | Cross-Claimant, v. |
| 9 | MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, |
| 10 | |
| 11 | Cross-Defendant. |

I, MICHAEL J. PEREZ, hereby certify that on March 15, 2006, I caused a copy of ORDER GRANTING PETITION TO ADMIT ATTORNEY *PRO HAC VICE* to be served by hand delivery on the following:

> **G. PATRICK CIVILLE, ESQ.**
> **JOYCE C.H. TANG, ESQ.**
> **Civille & Tang, PLLC**
> **330 Hernan Cortez Avenue, Suite 200**
> **Hagatna, Guam 96910**
> *Attorneys for Defendant, Cross-Claimant and Cross-Defendant*
> *Manhattan Guam, Inc. dba Royal Orchid Hotel*
>
> **RANDALL TODD THOMPSON, ESQ.**
> **Mair, Mair, Spade & Thompson**
> **238 Archbishop Flores Street**
> **Suite 801, Pacific News Building**
> **Hagatna, Guam 96910**
> *Attorneys for Defendant, Third-Party Plaintiff and Cross-Defendant*
> *Winzler & Kelly Consulting Engineers*
>
> **JASON S. KIM, ESQ.**
> **Suite 303, Young's Professional Building**
> **Upper Tumon, Guam 96913**
> *Attorneys for Plaintiff Hun Sang Lee*
>
> **OSCAR A. COLOMA**
> **O.A. Coloma, P.C.**
> **Suite 35, Paraoceana Business Center**
> **674 Harmon Loop Road**
> **Dededo, Guam 96929**
> *Pro Se*

| | |
|---|---|
| 1 | with a courtesy copy by facsimile to the following: |
| 2 | ROBERT J. O'CONNOR |
| 3 | O'Connor Berman Dotts & Banes<br>Second Floor, Nauru Building, Susupe |
| 4 | Post Office Box 501969<br>Saipan, MP 96959-1969 |
| 5 | Facsimile No.: (670) 234-5683<br>*Attorneys for Defendant, Third-Party Plaintiff and Cross-Defendant* |
| 6 | *Winzler & Kelly Consulting Engineers* |
| 7 | PATRICK MCTERNAN, ESQ.<br>Cronin Fried Sekiya |
| 8 | Kekina & FairBanks<br>841 Bishop Street, Suite 600 |
| 9 | Honolulu, Hawaii 96813<br>Facsimile No.: (808) 536-2073 |
| 10 | *Attorneys for Plaintiff Hun Sang Lee* |
| 11 | Dated this 15th day of March, 2006. |

MICHAEL J. PEREZ