

**FILED**
**DISTRICT COURT OF GUAM**

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT
### DISTRICT OF GUAM

MAR 2 1 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

Hun Sang Lee,

V.

Manhattan Guam, Inc. dba
Royal Orchid Hotel, et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] CIV04-00027

TO: ROBERT DELOS REYES
117 Nenesa Loop, Marianas Terrace
Yigo, Guam

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  |  |
|  | DATE AND TIME |
|  |  |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
| Mair, Mair, Spade & Thompson - Ste. 801 Pacific News Bldg., 238 A.F.C. Flores Street, Hagatna GU | April 13, 2006; 9:15am |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
| --- | --- |
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| --- | --- |
| [signature] Attorney for Defendant/3rd Party Def. | March 16, 2006 |
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER Winzler & Kelly Consulting Engineers. Randall Todd Thompson, Esq. Ste. 801, Pacific News Building, 238 A.F.C. Flores Street Hagatna, Guam 96910  Telephone: 472-2089 | |

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.



ORIGINAL

|  | PROOF OF SERVICE | |
|---|---|---|
|  | DATE | PLACE |
| SERVED | 3/20/06 | DHL Office, Tiyan, Guam |
| SERVED ON (PRINT NAME) | | MANNER OF SERVICE |
|  Robert Delos Reyes | | personal hand delivered |
| SERVED BY (PRINT NAME) | | TITLE |
| David Sablan | | Process Server |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  3.20.06
                   DATE

SIGNATURE OF SERVER

PUB 3781, Hagatna, Gu 96932
ADDRESS OF SERVER