**CRONIN FRIED SEKIYA**
**KEKINA & FAIRBANKS**
841 BISHOP STREET, SUITE 600
HONOLULU, HAWAII 96813
TELEPHONE:          (800) 227-8601/(808) 524-1433

**JASON S. KIM, ESQ.**
SUITE 303, YOUNG'S PROFESSIONAL BUILDING
UPPER TUMON, GUAM 96913
TELEPHONE:          (671) 649-8123

*Attorneys for Plaintiff Hun Sang Lee*

**FILED**
DISTRICT COURT OF GUAM
MAR 24 2006 ربe
**MARY L.M. MORAN**
**CLERK OF COURT**

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| HUN SANG LEE, | ) CIVIL CASE NO. CV04-00027 |
| | ) |
| Plaintiff, | ) PLAINTIFF HUN SANG LEE'S SECOND |
| | ) SUPPLEMENTAL DISCLOSURE OF |
| vs. | ) WITNESSES; ~~CERTIFICATE OF~~ |
| | ) ~~SERVICE~~ |
| MANHATTAN GUAM, INC., dba ROYAL | ) |
| ORCHID HOTEL, ANTHONY ROBINS AND | ) |
| ASSOCIATES, O.A. COLOMA, P.C., | ) |
| PHOENIX UNITED CORP., LTD., | ) |
| WINZLER & KELLY CONSULTING | ) |
| ENGINEERS, and DOE DEFENDANTS One | ) |
| through Ten, | ) Current Trial Date: September 25, 2006 |
| | ) Former Trial Date: November 14, 2005 |
| Defendants. | ) |
| | ) |
| ———————————————————— | ) |
| MANHATTAN GUAM, INC. dba ROYAL | ) |
| ORCHID HOTEL, | ) |
| | ) |
| Cross-Claimant, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

**ORIGINAL**

ANTHONY ROBINS AND ASSOCIATES,  )
O.A. COLOMA, P.C., PHOENIX UNITED  )
CORP., LTD., WINZLER & KELLY  )
CONSULTING ENGINEERS,  )
                                                                 )
          Cross-Defendants.  )
                                                                   )
   )
   )
WINZLER & KELLY CONSULTING  )
ENGINEERS,  )
   )
          Third-Party Plaintiff,  )
   )
          vs.  )
   )
VSL PRESTRESING (GUAM), INC.  )
   )
          Third-Party Defendant.  )
   )
ANTHONY ROBINS AND ASSOCIATES,  )
   )
          Cross-Claimant,  )
   )
          vs.  )
   )
MANHATTAN GUAM, INC. dba ROYAL  )
ORCHID HOTEL,  )
   )
          Cross-Defendants.  )
   )

PLAINTIFF HUN SANG LEE'S SECOND
SUPPLEMENTAL DISCLOSURE OF WITNESSES

Comes now Plaintiff HUN SANG LEE, by and through his attorneys, and hereby

submits a second supplemental disclosure of witnesses, as follows:

| Witnesses | Testimony |
|---|---|
| 1. Hun Sang Lee<br>c/o Cronin, Fried, Sekiya, Kekina & Fairbanks<br>841 Bishop Street, Suite 600<br>Honolulu, Hawaii 96813 | Plaintiff; is expected to testify regarding his personal and professional background, training and experience; the circumstances of the incident; events occurring after the incident; the injuries and damages he has suffered; his past and future medical care, treatment and expense; his life before and after the incident; and other matters relating to liability and/or damages. |
| 2. Plaintiff's Family Members<br>(Mother, Step-Father, Brother, Sister)<br>c/o Cronin, Fried, Sekiya, Kekina & Fairbanks<br>841 Bishop Street, Suite 600<br>Honolulu, Hawaii 96813 | May be called to testify regarding Plaintiff's personal and professional background, training and experience; events occurring after the incident; the injuries and damages Plaintiff has suffered; Plaintiff's past and future medical care, treatment and expense; Plaintiff's life before and after the incident; their own suffering as a result of Plaintiff's injuries; and other matters relating to liability and/or damages. |
| 3. Jun Ho Choung<br>959-7 Geysan Dong Geyyang-gu<br>Incheon, South Korea | Eyewitness; may be called to testify about the circumstances surrounding the incident; events after the incident; the injuries suffered by Plaintiff; and other matters relating to liability and/or damages. |
| 4. Hae Sung Shin<br>Yeonsu-gu Chunghak-dong 539-10<br>Dongnam Apt. Ga-dong #501<br>Incheon, Korea | Eyewitness; may be called to testify about the circumstances surrounding the incident; events after the incident; the injuries suffered by Plaintiff; and other matters relating to liability and/or damages. |

| Witnesses | Testimony |
|---|---|

5. Hoon Song Lee
   Singbong-dong Hyundai Apt. 404-1502
   Yongin, Korea

   Eyewitness; may be called to testify about the circumstances surrounding the incident; events after the incident; the injuries suffered by Plaintiff; and other matters relating to liability and/or damages.

6. Bo Ram Ha
   Inchon Boopyung-Gu
   Boodae-Dong 287-21

   Eyewitness; may be called to testify about the circumstances surrounding the incident; events after the incident; the injuries suffered by Plaintiff; and other matters relating to liability and/or damages.

7. Jae Hong Im
   Songpa-gu, Seokchon-Dong 240-17
   Seoul, Korea

   Victim of similar incident; may be called to testify regarding liability and damages and other relevant matters.

8. Sean Kim
   c/o Manhattan Guam, Inc.,
   dba Royal Orchid Hotel
   c/o G. Patrick Civille, Esq.
   330 Hernan Cortez Avenue, Suite 200
   Hagatna, Guam  96910

   Manhattan Guam Employee or Former Employee; may be called to testify regarding his employment at the hotel; pool-related injuries or incidents he became aware of; and other matters relating to liability and damages.

9. Kye Suk Kim aka Kyu Sik Kim
   c/o Palace Hotel
   470 Fahrenholt Avenue
   Tamuning, Guam  96913

   Manhattan Guam Employee or Former Employee; may be called to testify regarding his employment at the hotel; pool-related injuries or incidents he became aware of; and other matters relating to liability and damages.

10. Chin-Hsing Su
    c/o Manhattan Guam, Inc.,
    dba Royal Orchid Hotel
    c/o G. Patrick Civille, Esq.
    330 Hernan Cortez Avenue, Suite 200
    Hagatna, Guam  96910

    Owner of Defendant hotel; may be called to testify regarding liability and damages and other relevant matters.

| Witnesses | Testimony |
|---|---|
| 11. Ronald Su<br>c/o Manhattan Guam, Inc.,<br>dba Royal Orchid Hotel<br>c/o G. Patrick Civille, Esq.<br>330 Hernan Cortez Avenue, Suite 200<br>Hagatna, Guam 96910 | Officer/Employee of Defendant hotel; may be called to testify regarding liability and damages and other relevant matters, including but not limited to matters discussed in his deposition. |
| 12. David Su<br>c/o Manhattan Guam, Inc.,<br>dba Royal Orchid Hotel<br>c/o G. Patrick Civille, Esq.<br>330 Hernan Cortez Avenue, Suite 200<br>Hagatna, Guam 96910 | Officer/Employee of Defendant hotel; may be called to testify regarding liability and damages and other relevant matters, including but not limited to matters discussed in his deposition. |
| 13. Representative(s) of<br>Manhattan Guam, Inc.,<br>dba Royal Orchid Hotel<br>c/o G. Patrick Civille, Esq.<br>330 Hernan Cortez Avenue, Suite 200<br>Hagatna, Guam 96910 | May be called to testify regarding liability and/or damages and other relevant matters. |
| 14. Robert De Los Reyes<br>c/o G. Patrick Civille, Esq.<br>330 Hernan Cortez Avenue, Suite 200<br>Hagatna, Guam 96910 | Former Manhattan Guam Project Manager; may be called to testify regarding his involvement and/or his employer's involvement in the Su Center expansion project, and other matters relating to liability. |
| 15. Eduardo Sergio<br>Address presently unknown | Former Manhattan Guam employee; may be called to testify regarding his involvement and/or his employer's involvement in the Su Center expansion project, and other matters relating to liability. |
| 16. Roland S. Miller, P.E.<br>c/o Robert J. O'Connor, Esq.<br>O'Connor, Berman, Dotts & Banes<br>2nd Floor, Nauru Building, Susupe<br>P.O. Box 501969<br>Saipan, MP 96950-1969 | Winzler & Kelly Asia-Pacific Regional Manager; may be called to testify regarding his involvement and/or his employer's involvement in the Su Center expansion project, and other matters relating to liability. |

| Witnesses | Testimony |
|---|---|
| 17. John F. Jones, S.E.<br>c/o Robert J. O'Connor, Esq.<br>O'Connor, Berman, Dotts & Banes<br>2nd Floor, Nauru Building, Susupe<br>P.O. Box 501969<br>Saipan, MP 96950-1969 | Winzler & Kelly Project Manager; may be called to testify regarding his involvement and/or his employer's involvement in the Su Center expansion project, and other matters relating to liability. |
| 18. Bruce Swanney, S.E.<br>c/o Robert J. O'Connor, Esq.<br>O'Connor, Berman, Dotts & Banes<br>2nd Floor, Nauru Building, Susupe<br>P.O. Box 501969<br>Saipan, MP 96950-1969 | Winzler & Kelly Chief Structural Engineer; may be called to testify regarding his involvement and/or his employer's involvement in the Su Center expansion project, and other matters relating to liability. |
| 19. Tor Gudmundsen, P.E.<br>c/o Robert J. O'Connor, Esq.<br>O'Connor, Berman, Dotts & Banes<br>2nd Floor, Nauru Building, Susupe<br>P.O. Box 501969<br>Saipan, MP 96950-1969 | Winzler & Kelly Engineer; may be called to testify regarding his involvement and/or his employer's involvement in the Su Center expansion project, and other matters relating to liability. |
| 20. Richard Chien<br>c/o Robert J. O'Connor, Esq.<br>O'Connor, Berman, Dotts & Banes<br>2nd Floor, Nauru Building, Susupe<br>P.O. Box 501969<br>Saipan, MP 96950-1969 | Winzler & Kelly Structural Engineer; may be called to testify regarding his involvement and/or his employer's involvement in the Su Center expansion project, and other matters relating to liability, including but not limited to matters discussed in his deposition. |
| 21. Patrick Taitano<br>c/o Robert J. O'Connor, Esq.<br>O'Connor, Berman, Dotts & Banes<br>2nd Floor, Nauru Building, Susupe<br>P.O. Box 501969<br>Saipan, MP 96950-1969 | Winzler & Kelly Engineer and/or Inspector; may be called to testify regarding his involvement and/or his employer's involvement in the Su Center expansion project, and other matters relating to liability. |

|  | Witnesses | Testimony |
|---|---|---|

22.   Anthony Robins
c/o Harvey Lung, Esq.
Bays Deaver Lung Rose Baba
1099 Alakea Street
16th Floor, Ali'i Place
Honolulu, Hawaii 96813

Former Principal, Anthony Robins & Associates nka ARI Paynter, Inc.; may be called to testify regarding his involvement and/or his company's involvement in the Su Center expansion project, and other matters relating to liability, including but not limited to matters discussed in his deposition.

23.   Neil Paynter
c/o Thomas C. Moody, Esq.
Klemm Blair Sterling & Johnson
Suite 1008 Pacific News Building
238 Archbishop F.C. Flores Street
Hagatna, Guam 96910-5205

Principal, Anthony Robins & Associates nka ARI Paynter, Inc.; may be called to testify regarding his involvement and/or his company's involvement in the Su Center expansion project, and other matters relating to liability, including but not limited to matters discussed in his deposition.

24.   Jesika Estepanian
44 Laddins Rock Road
Old Greenwich, Connecticut 06870

Former Employee, Anthony Robins & Associates; may be called to testify regarding her involvement and/or her employer's involvement in the Su Center expansion project, and other matters relating to liability.

25.   Oscar Coloma
O. A. Coloma, P.C.
3rd Floor, Bank of Guam Building
Harmon Loop Road
Harmon, Guam

Architect; may be called to testify regarding liability and damages and other relevant matters, including but not limited to matters discussed in his deposition.

26.   Representative(s) and/or Employee(s)
Phoenix United Corp., Ltd aka
Phoenix United Construction Company
Last known address:
Baltej Building, 3rd Floor
Tamuning, Guam 96913

May be called to testify regarding his or her involvement and/or his or her employer's involvement in the Su Center expansion project, and other matters relating to liability.

| Witnesses | Testimony |
| --- | --- |

27. Mark F. Geoghegan
Structural Technologies, LLC-VSL Hawaii
4224 Waialae Avenue
Suite 5, PMB 354
Honolulu, Hawaii 96816

Former Employee of VSL Prestressing (Guam), Inc.; may be called to testify regarding his involvement and/or his company's involvement in the Su Center expansion project, and other matters relating to liability.

28. Representative(s) of
VSL Prestressing (Guam), Inc.
Address presently unknown

May be called to testify regarding his or her involvement and/or his or her employer's involvement in the Su Center expansion project, and other matters relating to liability, including but not limited to matters discussed in his deposition.

29. Dave McVeigh
HNC Architects, Inc.
316 Hernan Cortes, Suite 300
Agana, Guam 96910

Architect; may be called to testify regarding his involvement and/or his employer's involvement in the Su Center expansion project, and other matters relating to liability.

30. Representative(s) of
HNC Architects, Inc.
316 Hernan Cortes, Suite 300
Agana, Guam 96910

May be called to testify regarding his or her involvement and/or his or her employer's involvement in the Su Center expansion project, and other matters relating to liability.

31. Jesus Ninette or other Representative(s)
Guam Department of Public Works
542 North Marine Corps Drive
Tamuning, Guam 96913

Director - Guam Department of Public Works ("DPW"); may be called to testify regarding the DPW building permit process; DPW records in general; DPW records relating specifically to the Royal Orchid Hotel and hotel pool; the absence of DPW records relating to the existing design of the hotel pool; and other issues relating to liability and/or damages.

| Witnesses | Testimony |
|---|---|
| 32. Ed Borja or other Representative(s)<br>Guam Department of Public Works<br>Building Permit Division<br>One Stop Permit Center<br>542 North Marine Corps Drive<br>Tamuning, Guam 96913 | Chief Inspector, Administrator – One Stop; may be called to testify regarding the DPW building permit process; DPW records in general; DPW records relating specifically to the Royal Orchid Hotel; the absence of DPW records relating to the existing design of the hotel pool; the purpose and effect of special inspection reports under Section 1701 of the Uniform Building Code; and other issues relating to liability and/or damages. |
| 33. Arthur U. San Agustin or<br>Other Representative(s)<br>Guam Department of Public Health<br>and Social Services<br>Post Office Box 2816<br>Hagatna, Guam 96932-2816 | Director - Guam Department of Public Health and Social Services ("DPHSS"); may be called to testify regarding the DPHSS permit process for construction and operation of public pools; DPHSS records in general; DPHSS records relating specifically to the Royal Orchid Hotel pool; the absence of DPHSS records relating to the existing design of the hotel pool; and other issues relating to liability and/or damages. |
| 34. Marilou Bumagat<br>Guam Department of Public Health<br>and Social Services<br>Post Office Box 2816<br>Hagatna, Guam 96932-2816 | Division of Environmental Health Official; may be called to testify regarding the DPHSS permit process for construction and operation of public pools; DPHSS records in general; DPHSS records relating specifically to the Royal Orchid Hotel pool; the absence of DPHSS records relating to the existing design of the hotel pool; and other issues relating to liability and/or damages. |

Case 1:04-cv-00027     Document 94     Filed 03/24/2006     Page 9 of 22

| Witnesses | Testimony |
|---|---|
| 35. Chet Hollaway<br>Guam Department of Public Health<br>  and Social Services<br>Post Office Box 2816<br>Hagatna, Guam 96932-2816 | Division of Environmental Health Official; may be called to testify regarding the DPHSS permit process for construction and operation of public pools; DPHSS records in general; DPHSS records relating specifically to the Royal Orchid Hotel pool; the absence of DPHSS records relating to the existing design of the hotel pool; and other issues relating to liability and/or damages. |
| 36. Greg Hall<br>456 West O'Brien Drive<br>Suite 104-D<br>Hagatna Guam 96910 | Plaintiff's Investigator; may be called to testify to his investigation into available records regarding the Royal Orchid Hotel and its pool at DPW and DPHSS; the records that were found; the records that were absent; and other matters relating to liability and/or damages. |
| 37. Um Min Young<br>Seocho-gu Yangjae-dong 82-7<br>Yuhan Building, 6th Floor<br>Seoul, Korea | CEO, Anchor Stock; may be called to testify regarding Plaintiff's employment, professional capability, income and/or economic losses, and other matters relating to liability and/or damages. |
| 38. Rang Ha Seok<br>Seocho-gu Yangjae-dong 82-7<br>Yuhan Building, 6th Floor<br>Seoul, Korea | Director, Anchor Stock; may be called to testify regarding Plaintiff's employment, professional capability, income and/or economic losses, and other matters relating to liability and/or damages. |
| 39. Kim Jin Soo<br>Youngdeungpo-gu Youngdeugpo-dong 7 ga<br>94-16<br>Jeil Building<br>Seoul, Korea | Producer, Korean Economic TV Station; may be called to testify regarding Plaintiff's employment, professional capability, income and/or economic losses, and other matters relating to liability and/or damages. |

| Witnesses | Testimony |
|---|---|
| 40. Jae Hoon Jung<br>Joong-gu Namdaemun-ro 5 ga 6-1<br>Seoul, Korea | Producer and Reporter for YTN; may be called to testify regarding Plaintiff's employment, professional capability, income and/or economic losses, and other matters relating to liability and/or damages. |
| 41. Kim Do Hyun<br>Boondang-gu Jungja-dong 17-1<br>Jelljone Tower I-710<br>Sungnam, Korea | CEO, Digital YTN; may be called to testify regarding Plaintiff's employment, professional capability, income and/or economic losses, and other matters relating to liability and/or damages. |
| 42. Durgesh Nagarkatti, M.D.<br>Orthopaedic Associates of Hartford, PC<br>The Exchange,<br>270 Farmington Avenue, Suite 172,<br>Farmington, Connecticut 06032 | Treating Physician; may be called to testify regarding his personal and professional background, training and experience; the examination(s), care, treatment, diagnosis of and prognosis for Plaintiff; opinions regarding the cause of Plaintiff's condition; the reasonableness and necessity of Plaintiff's treatment; the reasonableness of the cost of Plaintiff's treatment; and other matters relating to liability and/or damages. |
| 43. Jan Bollinger, M.D.<br>Guam Memorial Hospital<br>850 Governor Carlos G. Camacho Road<br>Tamuning, Guam  96911 | Treating Physician; may be called to testify regarding his personal and professional background, training and experience; the examination(s), care, treatment, diagnosis of and prognosis for Plaintiff; opinions regarding the cause of Plaintiff's condition; the reasonableness and necessity of Plaintiff's treatment; the reasonableness of the cost of Plaintiff's treatment; and other matters relating to liability and/or damages. |

| Witnesses | Testimony |
|---|---|
| **44.** My-Huong Nguyen, M.D.<br>Address Presently Unknown | Treating Physician; may be called to testify regarding his personal and professional background, training and experience; the examination(s), care, treatment, diagnosis of and prognosis for Plaintiff; opinions regarding the cause of Plaintiff's condition; the reasonableness and necessity of Plaintiff's treatment; the reasonableness of the cost of Plaintiff's treatment; and other matters relating to liability and/or damages. |
| 45. Ricardo Eusebio, M.D.<br>Guam Memorial Hospital<br>850 Governor Carlos G. Camacho Road<br>Tamuning, Guam 96911 | Treating Physician; may be called to testify regarding his personal and professional background, training and experience; the examination(s), care, treatment, diagnosis of and prognosis for Plaintiff; opinions regarding the cause of Plaintiff's condition; the reasonableness and necessity of Plaintiff's treatment; the reasonableness of the cost of Plaintiff's treatment; and other matters relating to liability and/or damages. |
| **46.** Benjamin Hoffman, M.D.<br>Address Presently Unknown | Treating Physician; may be called to testify regarding his personal and professional background, training and experience; the examination(s), care, treatment, diagnosis of and prognosis for Plaintiff; opinions regarding the cause of Plaintiff's condition; the reasonableness and necessity of Plaintiff's treatment; the reasonableness of the cost of Plaintiff's treatment; and other matters relating to liability and/or damages. |

| Witnesses | Testimony |
|---|---|

47. Nathaniel B. Berg, M.D.
Guam Radiology Consultants
633 Gov. Carlos Camacho Rd, Suite B-2
Tamuning, Guam 96913

Treating Physician; may be called to testify regarding his personal and professional background, training and experience; the examination(s), care, treatment, diagnosis of and prognosis for Plaintiff; opinions regarding the cause of Plaintiff's condition; the reasonableness and necessity of Plaintiff's treatment; the reasonableness of the cost of Plaintiff's treatment; and other matters relating to liability and/or damages.

48. Dr. Kim Sangeun
Incheon Hospital
574-28, Kansuk-dong, Namdong-gu
Incheon, Korea

Treating Physician; may be called to testify regarding his personal and professional background, training and experience; the examination(s), care, treatment, diagnosis of and prognosis for Plaintiff; opinions regarding the cause of Plaintiff's condition; the reasonableness and necessity of Plaintiff's treatment; the reasonableness of the cost of Plaintiff's treatment; and other matters relating to liability and/or damages.

49. Dr. Kim Eun Jin
Samsung Medical Center
50, Ilwon Dong Kangnam Ku
Seoul, 135-230 Korea

Treating Physician; may be called to testify regarding his personal and professional background, training and experience; the examination(s), care, treatment, diagnosis of and prognosis for Plaintiff; opinions regarding the cause of Plaintiff's condition; the reasonableness and necessity of Plaintiff's treatment; the reasonableness of the cost of Plaintiff's treatment; and other matters relating to liability and/or damages.

| Witnesses | Testimony |
|---|---|
| 50. Dr. Myeong Kaekon Kim<br>Inha University Hospital<br>7-206, Shinhung-Dong 3-Ga,<br>Choong-Gu, Inchon, Korea | Treating Physician; may be called to testify regarding his personal and professional background, training and experience; the examination(s), care, treatment, diagnosis of and prognosis for Plaintiff; opinions regarding the cause of Plaintiff's condition; the reasonableness and necessity of Plaintiff's treatment; the reasonableness of the cost of Plaintiff's treatment; and other matters relating to liability and/or damages. |
| 51. Dr. Chichul Shin<br>Yon-Sei University Medical Center<br>134 ShinChon-dong SeoDae Moon-gu<br>Seoul, Korea | Treating Physician; may be called to testify regarding his personal and professional background, training and experience; the examination(s), care, treatment, diagnosis of and prognosis for Plaintiff; opinions regarding the cause of Plaintiff's condition; the reasonableness and necessity of Plaintiff's treatment; the reasonableness of the cost of Plaintiff's treatment; and other matters relating to liability and/or damages. |
| 52. Dr. Kye Sook Kwon<br>Inha University Medical Center<br>7-206, Shinhung-Dong 3-Ga,<br>Choong-Gu, Inchon, Korea | Treating Physician; may be called to testify regarding his personal and professional background, training and experience; the examination(s), care, treatment, diagnosis of and prognosis for Plaintiff; opinions regarding the cause of Plaintiff's condition; the reasonableness and necessity of Plaintiff's treatment; the reasonableness of the cost of Plaintiff's treatment; and other matters relating to liability and/or damages. |

| Witnesses | Testimony |
|---|---|
| 53. Dr. Jae-Heung Woo<br>Inha University Medical Center<br>7-206, Shinhung-Dong 3-Ga,<br>Choong-Gu, Inchon, Korea | Treating Physician; may be called to testify regarding his personal and professional background, training and experience; the examination(s), care, treatment, diagnosis of and prognosis for Plaintiff; opinions regarding the cause of Plaintiff's condition; the reasonableness and necessity of Plaintiff's treatment; the reasonableness of the cost of Plaintiff's treatment; and other matters relating to liability and/or damages. |
| 54. Dr. Ji Sook Yu<br>Inha University Medical Center<br>7-206, Shinhung-Dong 3-Ga,<br>Choong-Gu, Inchon, Korea | Treating Physician; may be called to testify regarding his personal and professional background, training and experience; the examination(s), care, treatment, diagnosis of and prognosis for Plaintiff; opinions regarding the cause of Plaintiff's condition; the reasonableness and necessity of Plaintiff's treatment; the reasonableness of the cost of Plaintiff's treatment; and other matters relating to liability and/or damages. |
| 55. Dr. Jung Nam Song<br>Inha University Medical Center<br>7-206, Shinhung-Dong 3-Ga,<br>Choong-Gu, Inchon, Korea | Treating Physician; may be called to testify regarding his personal and professional background, training and experience; the examination(s), care, treatment, diagnosis of and prognosis for Plaintiff; opinions regarding the cause of Plaintiff's condition; the reasonableness and necessity of Plaintiff's treatment; the reasonableness of the cost of Plaintiff's treatment; and other matters relating to liability and/or damages. |

| Witnesses | Testimony |
|---|---|
| 56. Representative(s)<br>Inha University Hospital<br>7-206, Shinhung-Dong 3-Ga,<br>Choong-Gu, Inchon, Korea | Treating Physician(s); may be called to testify regarding his/her/their personal and professional background, training and experience; the examination(s), care, treatment, diagnosis of and prognosis for Plaintiff; opinions regarding the cause of Plaintiff's condition; the reasonableness and necessity of Plaintiff's treatment; the reasonableness of the cost of Plaintiff's treatment; and other matters relating to liability and/or damages. |
| 57. Dr. Hoon-Sang Chi<br>Yon-Sei University Medical Center<br>134 ShinChon-dong SeoDae Moon-gu<br>Seoul, Korea | Treating Physician; may be called to testify regarding his personal and professional background, training and experience; the examination(s), care, treatment, diagnosis of and prognosis for Plaintiff; opinions regarding the cause of Plaintiff's condition; the reasonableness and necessity of Plaintiff's treatment; the reasonableness of the cost of Plaintiff's treatment; and other matters relating to liability and/or damages. |
| 58. Representative(s)<br>Yon-Sei University Medical Center<br>134 ShinChon-dong SeoDae Moon-gu<br>Seoul, Korea | Treating Physician; may be called to testify regarding his/her/their personal and professional background, training and experience; the examination(s), care, treatment, diagnosis of and prognosis for Plaintiff; opinions regarding the cause of Plaintiff's condition; the reasonableness and necessity of Plaintiff's treatment; the reasonableness of the cost of Plaintiff's treatment; and other matters relating to liability and/or damages. |

| Witnesses | Testimony |
|---|---|

59. Dr. Jung-Chul Yi
SamSung Seoul Medical Center
50 Il Won-dong KangNam-gu
Seoul, Korea

Treating Physician; may be called to testify regarding his personal and professional background, training and experience; the examination(s), care, treatment, diagnosis of and prognosis for Plaintiff; opinions regarding the cause of Plaintiff's condition; the reasonableness and necessity of Plaintiff's treatment; the reasonableness of the cost of Plaintiff's treatment; and other matters relating to liability and/or damages.

60. Representative(s)
SamSung Seoul Medical Center
50 Il Won-dong KangNam-gu
Seoul, Korea

Treating Physician(s); may be called to testify regarding his/her/their personal and professional background, training and experience; the examination(s), care, treatment, diagnosis of and prognosis for Plaintiff; opinions regarding the cause of Plaintiff's condition; the reasonableness and necessity of Plaintiff's treatment; the reasonableness of the cost of Plaintiff's treatment; and other matters relating to liability and/or damages.

61. Custodian of Records of
Manhattan Guam, Inc.,
dba Royal Orchid Hotel
c/o G. Patrick Civille, Esq.
330 Hernan Cortez Avenue, Suite 200
Hagatna, Guam 96910

May testify as to a description of the records, evidence and photographs in their files, the authenticity and completeness of records, evidence and photographs; and other foundational matters relating to the admissibility of records, evidence and photographs.

62. Custodian of Records of
Winzler & Kelly Construction Engineers
c/o Robert J. O'Connor, Esq.
O'Connor, Berman, Dotts & Banes
2nd Floor, Nauru Building, Susupe
P.O. Box 501969
Saipan, MP 96950-1969

May testify as to a description of the records, evidence and photographs in their files, the authenticity and completeness of records, evidence and photographs; and other foundational matters relating to the admissibility of records, evidence and photographs.

| Witnesses | Testimony |
|---|---|
| 63. Custodian of Records of<br>Anthony Robins & Associates<br>c/o Harvey Lung, Esq.<br>Bays Deaver Lung Rose Baba<br>1099 Alakea Street<br>16th Floor, Ali'i Place<br>Honolulu, Hawaii 96813 | May testify as to a description of the records, evidence and photographs in their files, the authenticity and completeness of records, evidence and photographs; and other foundational matters relating to the admissibility of records, evidence and photographs. |
| 64. Custodian of Records of<br>Phoenix United Corp., Ltd, aka<br>Phoenix United Construction Company<br>Last known address:<br>Baltej Building, 3rd Floor<br>Tamuning, Guam 96913 | May testify as to a description of the records, evidence and photographs in their files, the authenticity and completeness of records, evidence and photographs; and other foundational matters relating to the admissibility of records, evidence and photographs. |
| 65. Custodian of Records of<br>O. A. Coloma, P.C.<br>3rd Floor, Bank of Guam Building<br>Harmon Loop Road<br>Harmon, Guam | May testify as to a description of the records, evidence and photographs in their files, the authenticity and completeness of records, evidence and photographs; and other foundational matters relating to the admissibility of records, evidence and photographs. |
| 66. Custodian of Records<br>VSL Prestressing (Guam), Inc.<br>Address presently unknown | May testify as to a description of the records, evidence and photographs in their files, the authenticity and completeness of records, evidence and photographs; and other foundational matters relating to the admissibility of records, evidence and photographs. |
| 67. Custodian of Records<br>HNC Architects, Inc.<br>316 Hernan Cortes, Suite 300<br>Agana, Guam 96910 | May testify as to a description of the records, evidence and photographs in their files, the authenticity and completeness of records, evidence and photographs; and other foundational matters relating to the admissibility of records, evidence and photographs. |

| Witnesses | Testimony |
|---|---|

68. Custodian of Records
Guam Memorial Hospital
Guam Memorial Hospital
850 Governor Carlos G. Camacho Road
Tamuning, Guam 96911

May testify as to a description of the records, evidence and photographs in their files, the authenticity and completeness of records, evidence and photographs; and other foundational matters relating to the admissibility of records, evidence and photographs.

69. Custodian of Records
Guam Radiology Consultants
633 Gov. Carlos Camacho Rd, Suite B-2
Tamuning, Guam 96913

May testify as to a description of the records, evidence and photographs in their files, the authenticity and completeness of records, evidence and photographs; and other foundational matters relating to the admissibility of records, evidence and photographs.

70. Custodian of Records
Samsung Seoul Medical Center
50, Ilwon Dong Kangnam Ku
Seoul, 135-230 Korea

May testify as to a description of the records, evidence and photographs in their files, the authenticity and completeness of records, evidence and photographs; and other foundational matters relating to the admissibility of records, evidence and photographs.

71. Custodian of Records
Inha University Hospital
7-206, Shinhung-Dong 3-Ga,
Choong-Gu,Inchon,Korea

May testify as to a description of the records, evidence and photographs in their files, the authenticity and completeness of records, evidence and photographs; and other foundational matters relating to the admissibility of records, evidence and photographs.

72. Custodian of Records
Yon-Sei University Medical Center
134 ShinChon-dong SeoDae Moon-gu
Seoul, Korea

May testify as to a description of the records, evidence and photographs in their files, the authenticity and completeness of records, evidence and photographs; and other foundational matters relating to the admissibility of records, evidence and photographs.

| Witnesses | Testimony |
|---|---|
| 73. Custodian of Records<br>Incheon Hospital<br>574-28, Kansuk-dong, Namdong-gu<br>Incheon, Korea | May testify as to a description of the records, evidence and photographs in their files, the authenticity and completeness of records, evidence and photographs; and other foundational matters relating to the admissibility of records, evidence and photographs. |
| 74. Custodian of Records<br>Chung-Kuo Insurance Company, Ltd.<br>GCIC Building<br>414 West Soledad Avenue<br>Agana, Guam 96910 | May testify as to a description of the records, evidence and photographs in their files, the authenticity and completeness of records, evidence and photographs; and other foundational matters relating to the admissibility of records, evidence and photographs. |
| 75. Custodian of Records<br>Alpha Insurers, Inc.<br>123 Archbishop F.C. Flores Street<br>Hagatna, Guam 96910 | May testify as to a description of the records, evidence and photographs in their files, the authenticity and completeness of records, evidence and photographs; and other foundational matters relating to the admissibility of records, evidence and photographs. |
| 76. Winthrop P. Smith, Ph.D.<br>Boster, Kobayashi & Associates<br>59 Rickenbacker Circle<br>P.O. Box 2049<br>Livermore, CA 94551-2049<br><br>c/o G. Patrick Civille, Esq.<br>330 Hernan Cortez Avenue, Suite 200<br>Hagatna, Guam 96910 | Manhattan Guam Retained Expert; may be called to testify re liability and/or damages and/or other relevant matters. |

| Witnesses | Testimony |
|---|---|
| 77. Frank A. Perez, Ph.D.<br>Boster, Kobayashi & Associates<br>59 Rickenbacker Circle<br>P.O. Box 2049<br>Livermore, CA  94551-2049<br><br>c/o G. Patrick Civille, Esq.<br>330 Hernan Cortez Avenue, Suite 200<br>Hagatna, Guam  96910 | Manhattan Guam Retained Expert; may be called to testify re liability and/or damages and/or other relevant matters. |
| 78. Dean Gillham<br>GK2 Inc.<br>P.O. Box 3207<br>Hagatna, Guam 96932<br><br>c/o Robert J. O'Connor, Esq.<br>O'Connor, Berman, Dotts & Banes<br>2nd Floor, Nauru Building, Susupe<br>P.O. Box 501969<br>Saipan, MP  96950-1969 | Winzler & Kelly Retained Expert; may be called to testify re liability and/or damages and/or other relevant matters. |
| 79. Maurice W. Nicholson, M.D.<br>1380 Lusitana Street, Suite 1012<br>Honolulu, Hawaii  96813 | Plaintiff's Expert Neurosurgeon; may be called to testify re liability and/or damages, including but not limited to matters discussed in his report and deposition testimony. |
| 80. Mr. Richard Kozuma<br>841 Bishop Street<br>Davies Pacific Center, Suite 1810<br>Honolulu, Hawaii  96813 | Plaintiff's Construction Expert; may be called to testify re liability and/or damages, including but not limited to matters discussed in his report and deposition testimony. |
| 81. Ken Moeller, AIA, ASLA<br>Arch Pac<br>2103 Camino Vida Roble, Suite D<br>Carlsbad, California  92009 | Plaintiff's Architect and Pool Expert; may be called to testify re liability and/or damages, including but not limited to matters discussed in his report and deposition testimony. |

| Witnesses | Testimony |
|---|---|

82. Richard Gill, Ph.D.
Applied Cognitive Sciences
2104 West Riverside
Spokane, Washington 99201
Gill

Plaintiff's Safety and Human Factors Expert; may be called to testify re liability and/or damages, including but not limited to matters discussed in his report and deposition testimony.

83. Jack Suyderhoud, Ph.D.
7149 Kukii Street
Honolulu, Hawaii 96825

Plaintiff's Expert Economist; may be called to testify re liability and/or damages, including but not limited to matters discussed in his report and deposition testimony.

Plaintiff reserves the right to call as witnesses any and all persons identified in discovery and any and all persons identified by Defendant(s). Plaintiff further reserves the right to name rebuttal witnesses.

DATED: Honolulu, Hawaii, March 24, 2006

CRONIN FRIED SEKIYA
KEKINA & FAIRBANKS

JASON S. KIM, ESQ.

By _____
JASON S. KIM, ESQ.
Attorneys for Plaintiff