**CRONIN FRIED SEKIYA**
**KEKINA & FAIRBANKS**
841 BISHOP STREET, SUITE 600
HONOLULU, HAWAII 96813
TELEPHONE: (800) 227-8601/(808) 524-1433

**JASON S. KIM, ESQ.**
SUITE 303, YOUNG'S PROFESSIONAL BUILDING
UPPER TUMON, GUAM 96913
TELEPHONE: (671) 649-8123

*Attorneys for Plaintiff Hun Sang Lee*

FILED
DISTRICT COURT OF GUAM
MAR 24 2006
MARY L.M. MORAN
CLERK OF COURT

**DISTRICT COURT OF GUAM**

**TERRITORY OF GUAM**

| | | |
|---|---|---|
| HUN SANG LEE,<br><br>Plaintiff,<br><br>vs.<br><br>MANHATTAN GUAM, INC., dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten,<br><br>Defendants.<br><br>MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL,<br><br>Cross-Claimant,<br><br>vs.<br><br>ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS,<br><br>Cross-Defendants. | ) | CIVIL CASE NO. CV04-00027<br><br>CERTIFICATE OF SERVICE RE: PLAINTIFF HUN SANG LEE'S SECOND SUPPLEMENTARY INITIAL DISCLOSURE OF WITNESSES, DOCUMENTS AND DAMAGES<br><br>Current Trial Date: September 25, 2006<br>Former Trial Date: November 14, 2005 |

ORIGINAL

WINZLER & KELLY CONSULTING ENGINEERS,

Third-Party Plaintiff,

vs.

VSL PRESTRESING (GUAM), INC.

Third-Party Defendant.

---

ANTHONY ROBINS AND ASSOCIATES,

Cross-Claimant,

vs.

MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL,

Cross-Defendants.

CERTIFICATE OF SERVICE RE: PLAINTIFF HUN SANG LEE'S SECOND SUPPLEMENTARY INITIAL DISCLOSURE OF WITNESSES, DOCUMENTS AND DAMAGES

I, JASON S. KIM, hereby certify that on March 24, 2006, I caused a copy of PLAINTIFF HUN SANG LEE'S SECOND SUPPLEMENTAL INITIAL DISCLOSURE OF WITNESSES to be served by hand delivery on the following:

G. PATRICK CIVILLE, ESQ.
Civille & Tang, PLLC
330 Hernan Cortez Avenue, Suite 200
Hagåtña, Guam 96910
*Attorneys for Defendant, Cross-Claimant and Cross-Defendant Manhattan Guam, Inc., dba Royal Orchid Hotel*

MICHAEL A. PANGELINAN, ESQ.
JENNIFER CALVO-QUITUGUA, ESQ.
Calvo & Clark, LLP
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
*Attorneys for Defendant, Cross-Defendant and Cross-Claimant ANTHONY ROBINS AND ASSOCIATES*

RANDALL TODD THOMPSON, ESQ.
Mair, Mair, Spade & Thompson
238 Archbishop Flores Street
Suite 801, Pacific News Building
Hagåtña, Guam 96910
*Attorneys for Defendant, Third-Party Plaintiff and Cross-Defendant Winzler & Kelly Consulting Engineers*

Oscar A. Coloma
O.A. Coloma, P.C.
Suite 35, Paraoceana Business Center
674 Harmon Loop Road
Dededo, Guam 96929
Pro se

with courtesy copies by facsimile to the following:

HARVEY LUNG, ESQ.
MICHAEL CARROLL, ESQ.
Bays, Deaver Lung Rose Baba
1099 Alakea Street, 16th Floor, Alii Place
Honolulu, Hawaii 96813
**Facsimile: (808) 523-9000**
*Attorneys for Defendant, Cross-Defendant and Cross-Claimant ANTHONY ROBINS AND ASSOCIATES*

ROBERT J. O'CONNOR, ESQ.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building, Susupe
Post Office Box 501969
Saipan, MP 96959-1969
**Facsimile: (670) 234-5683**
*Attorneys for Defendant, Third-Party Plaintiff and Cross-Defendant Winzler & Kelly Consulting Engineers*

DATED: Upper Tumon, Guam, March 24, 2006.

CRONIN FRIED SEKIYA
KEKINA & FAIRBANKS

JASON S. KIM, ESQ.

By______________________
JASON S. KIM, ESQ.
Attorneys for Plaintiff