CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant/Cross-Claimant*
*Manhattan Guam, Inc., dba Royal Orchid Hotel*


FILED
DISTRICT COURT OF GUAM
MAR 29 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| HUN SANG LEE, ) | CIVIL CASE NO. 04-00027 |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| MANHATTAN GUAM, INC., dba ROYAL ) | MANHATTAN GUAM, INC., |
| ORCHID HOTEL, *et al.*, ) | dba ROYAL ORCHID HOTEL'S |
| ) | NOTICE OF TAKING DEPOSITION |
| Defendants. ) | UPON ORAL EXAMINATION OF |
| ) | RICHARD GILL |
| MANHATTAN GUAM, INC., dba ROYAL ) | |
| ORCHID HOTEL, ) | |
| ) | |
| Cross-Claimant, ) | |
| vs. ) | |
| ) | |
| ANTHONY ROBINS AND ASSOCIATES, ) | |
| *et al.*, ) | |
| ) | |
| Cross-Defendants. ) | |
| ) | |
| WINZLER & KELLY CONSULTING ) | |
| ENGINEERS, ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| vs. ) | |
| ) | |
| VSL PRESTRESSING (GUAM), INC., ) | |
| ) | |
| Third-Party Defendant. ) | |
| ) | |

ORIGINAL

| | |
|---|---|
| ANTHONY ROBINS AND ASSOCIATES, | ) |
| | ) |
| Cross-Claimant, | ) |
| vs. | ) |
| | ) |
| MANHATTAN GUAM, INC., dba ROYAL ORCHID HOTEL, | ) |
| | ) |
| Cross-Defendant. | ) |
| | ) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on **Monday, April 3, 2006**, at the hour of **9:00 a.m.**, at the law firm of Bays Deaver Lung Rose Baba, 1099 Alakea Street, 16th Floor, Ali'i Place, Honolulu, Hawaii 96813, Defendant/Cross-Claimant Manhattan Guam, Inc., dba Royal Orchid Hotel will take the deposition of **Richard Gill, Ph.D.**, upon oral examination pursuant to Rule 30, Federal Rules of Civil Procedure, before a notary public or other person authorized by law to administer oaths. The oral examination will continue from day to day until completed. The deposition will be recorded by a stenographer and/or audio tape. You are invited to attend and cross-examine.

DATED at Hagåtña, Guam, this 29th day of March, 2006.

**CIVILLE & TANG, PLLC**

By: _____
for **G. PATRICK CIVILLE**
*Attorneys for Defendant/Cross-Claimant
Manhattan Guam, Inc., dba
Royal Orchid Hotel*

# CERTIFICATE OF SERVICE

I, SIRENA P. CASSIDY, hereby certify that on March 29, 2006, I caused a copy of the foregoing document to be served by hand-delivery on the following:

Jason S. Kim, Esq.
Suite 303, Young's Professional Building
Upper Tumon, Guam 96913
*Attorneys for Plaintiff*

Randall Todd Thompson, Esq.
Mair, Mair, Spade & Thompson
801 Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
*Attorneys for Winzler & Kelly Consulting Engineers*

Michael A. Pangelinan, Esq.
Jennifer Calvo-Quitugua, Esq.
Calvo & Clark, LLP
655 South Marine Drive, Suite 202
Tamuning, Guam 96913
*Attorneys for Anthony Robins and Associates*

with courtesy copies by facsimile to the following:

Patrick F. McTernan, Esq.
Cronin, Fried, Sekiya, Kekina & Fairbanks
600 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Facsimile No: (808) 536-2073
*Attorneys for Plaintiff*

Robert J. O'Connor, Esq.
O'Connor Berman Dotts & Banes
2nd Floor, Nauru Building, Susupe
Saipan, MP 96950
Facsimile No.: (670) 234-5683
*Attorneys for Winzler & Kelly Consulting Engineers*

Harvey Lung, Esq.
Michael Carroll, Esq.
Bays Deaver, Lung Rose Baba
1099 Alakea Street, 16th Floor, Alii Place
Honolulu, Hawaii 96813
Facsimile No.: (808) 533-4184
*Attorneys for Anthony Robins and Associates*

DATED at Hagåtña, Guam, this 29th day of March, 2006.

CIVILLE & TANG, PLLC

By: _____
G. PATRICK CIVILLE
*Attorneys for Defendant/Cross-Claimant Manhattan Guam, Inc., dba Royal Orchid Hotel*