HARVEY LUNG, ESQ.
ROBERT J. MARTIN, JR., ESQ.
BAYS DEAVER LUNG ROSE BABA
1099 Alakea Street
16th Floor, Ali'i Place
Honolulu, Hawai'i 96813
Telephone: (671) 523-9000
Facsimile: (671) 533-4184

MICHAEL A. PANGELINAN, ESQ.
JENNIFER CALVO-QUITUGUA, ESQ.
CALVO & CLARK, LLP
655 South Marine Corps Drive
Suite 202, Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for Defendant*
Anthony Robins and Associates

FILED
DISTRICT COURT OF GUAM
MAR 30 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

| | |
|---|---|
| HUN SANG LEE,<br><br>Plaintiff,<br><br>v.<br><br>MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten,<br><br>Defendants. | CIVIL CASE 04-00027<br><br>**DEFENDANT/CROSS-CLAIM PLAINTIFF ANTHONY ROBINS AND ASSOCIATES' DISCLOSURE OF EXPERT WITNESSES** |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL,<br><br>Crossclaimant,<br><br>v.<br><br>ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS,<br><br>Crossdefendants. | |

| | |
|---|---|
| 1 | WINZLER & KELLY CONSULTING ENGINEERS, |
| 2 | |
| 3 | Third-Party Plaintiff, v. |
| 4 | VSL PRESTRESSING (GUAM), INC., |
| 5 | Third-Party Defendant. |
| 6 | ANTHONY ROBINS AND ASSOCIATES, |
| 7 | Cross-Claimant, v. |
| 8 | |
| 9 | MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, |
| 10 | Cross-Defendant. |

Defendant Anthony Robins and Associates ("ARA"), by and through its attorneys, Bays, Deaver, Lung, Rose & Baba, hereby disclose its expert witnesses as follows:

| | |
|---|---|
| Lorne K. Direnfeld, MD, FRCP<br>c/o Calvo & Clark, LLP<br>Bays Deaver Lung Rose & Baba<br>1099 Alakea Street<br>Alii Place, 16th Floor<br>Honolulu, Hawaii 96813 | Defendant's Expert Physician; may be called to testify re liability, damages and/or defenses, including but not limited to matters discussed in his report and deposition testimony. |
| Thomas J. Griffiths, Ed.D.<br>c/o Calvo & Clark, LLP<br>Bays Deaver Lung Rose & Baba<br>1099 Alakea Street<br>Alii Place, 16th Floor<br>Honolulu, Hawaii 96813 | Defendant's Safety Expert; may be called to testify re liability, damages and/or defenses, including but not limited to matters discussed in his report and deposition testimony. |
| Susan Riddick-Grisham, RN<br>c/o Calvo & Clark, LLP<br>Bays Deaver Lung Rose & Baba<br>1099 Alakea Street<br>Alii Place, 16th Floor<br>Honolulu, Hawaii 96813 | Defendant's Life Care Expert; may be called to testify re liability, damages and/or defenses, including but not limited to matters discussed in her report and deposition testimony. |
| Clifford B. Terry, III<br>c/o Calvo & Clark, LLP<br>Bays Deaver Lung Rose & Baba<br>1099 Alakea Street<br>Alii Place, 16th Floor | Defendant's Architectural Expert; may be called to testify re liability, damages and/or defenses, including but not limited to matters discussed in his report and deposition testimony. |

| | |
|---|---|
| Honolulu, Hawaii 96813 | |
| Roger Slater<br>c/o O'Connor Berman Dotts & Banes<br>Second Floor, Nauru Building<br>P.O. Box 501969<br>Saipan, MP 96950-1969 | Defendant's Economist Expert; may be called to testify re liability, damages and/or defenses, including but not limited to matters discussed in his report and deposition testimony. |
| Frank Perez, Ph.D.<br>Janet Jhoun, Ph.D.<br>c/o Civille & Tang<br>330 Hernan Cortez Avenue, Ste. 200<br>Hagatna, Guam 96910 | Defendant's Accident Reconstructionist Experts; may be called to testify re liability, damages and/or defenses, including but not limited to matters discussed in their report and deposition testimony. |

Defendant Anthony Robins reserves the right to call as expert witnesses, any and all persons identified by other parties; other expert witnesses identified through further discovery; and rebuttal expert witnesses.

DATED this 30th day of March, 2006.

BAYS DEAVER LUNG ROSE BABA
Attorneys at Law

CALVO & CLARK, LLP
Attorneys At Law

By:_____
MICHAEL A. PANGELINAN
Attorneys for Defendant Anthony
Robins and Associates