HARVEY LUNG, ESQ.
BAYS DEAVER LUNG ROSE BABA
1099 Alakea Street
16th Floor, Ali'i Place
Honolulu, Hawai'i 96813
Telephone: (808) 523-9000
Facsimile: (808) 533-4184

MICHAEL A. PANGELINAN, ESQ.
JENNIFER CALVO-QUITUGUA, ESQ.
CALVO & CLARK, LLP
655 South Marine Corps Drive
Suite 202, Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for Defendant*
Anthony Robins and Associates

FILED
DISTRICT COURT OF GUAM
MAR 30 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

| | |
|---|---|
| HUN SANG LEE,<br><br>    Plaintiff,<br><br>v.<br><br>MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten,<br><br>    Defendants. | CIVIL CASE 04-00027<br><br>**DEFENDANT ANTHONY ROBINS AND ASSOCIATES NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION**<br><br>**(DR. RICARDO EUSEBIO)** |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL,<br><br>    Cross-Claimant,<br><br>v.<br><br>ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS,<br><br>    Cross-Defendants. | |

| | |
|---|---|
| 1 | WINZLER & KELLY CONSULTING ENGINEERS, |
| 2 | |
| 3 | Third-Party Plaintiff, v. |
| 4 | VSL PRESTRESSING (GUAM), INC., |
| 5 | Third-Party Defendant. |
| 6 | |
| 7 | ANTHONY ROBINS AND ASSOCIATES, |
| 8 | Cross-Claimant, v. |
| 9 | MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, |
| 10 | |
| 11 | Cross-Defendant. |

12  TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN

13  G. PATRICK CIVILLE, ESQ.
    JOYCE C.H. TANG, ESQ.
14  Civille & Tang, PLLC
    330 Hernan Cortez Avenue, Suite 200
15  Hagatna, Guam 96910
    *Attorneys for Defendant, Cross-Claimant and Cross-Defendant*
16  *Manhattan Guam, Inc. dba Royal Orchid Hotel*

17  RANDALL TODD THOMPSON, ESQ.
    Mair, Mair, Spade & Thompson
18  238 Archbishop Flores Street
    Suite 801, Pacific News Building
19  Hagatna, Guam 96910

20  ROBERT J. O'CONNOR
    O'Connor Berman Dotts & Banes
21  Second Floor, Nauru Building, Susupe
    Post Office Box 501969
22  Saipan, MP 96959-1969
    *Attorneys for Defendant, Third-Party Plaintiff and Cross-Defendant*
23  *Winzler & Kelly Consulting Engineers*

24  OSCAR A. COLOMA
    O.A. Coloma, P.C.
25  Suite 35, Paraoceana Business Center
    674 Harmon Loop Road
26  Dededo, Guam 96929
    *Pro Se*
27

28

| | |
|---|---|
| 1 | **PATRICK MCTERNAN, ESQ.**<br>Cronin Fried Sekiya |
| 2 | Kekina & FairBanks<br>841 Bishop Street, Suite 600 |
| 3 | Honolulu, Hawaii 96813 |
| 4 | **JASON S. KIM, ESQ.** |
| 5 | Suite 303, Young's Professional Building<br>Upper Tumon, Guam 96913 |
| 6 | *Attorneys for Plaintiff Hun Sang Lee* |

**PLEASE TAKE NOTICE** that on the **14th day of April, 2006 at the hour of 9:00 a.m.,** at Calvo & Clark, LLP, 655 South Marine Corps Drive, Suite 202, Tamuning, Guam 96913, in the above-entitled action, Defendant and Crossdefendant ANTHONY ROBINS AND ASSOCIATES will take the deposition of **Dr. Ricardo Eusebio,** upon oral examination pursuant to Rule 30, and Rule 45, Federal Rules of Civil Procedure, before a notary public or before some other officer authorized by the laws of the United States or of the Territory of Guam to administer oaths. The oral examination will continue from day to day until completed. The deposition will be recorded by a stenographer and/or audio tape. You are invited to attend and cross-examine.

Dated this 30th day of March, 2006.

CALVO & CLARK, LLP
Attorneys at Law

By: _____
MICHAEL A. PANGELINAN
*Attorneys for Defendant*
Anthony Robins and Associates