1  HARVEY LUNG, ESQ.
   BAYS DEAVER LUNG ROSE BABA
2  1099 Alakea Street
   16th Floor, Ali'i Place
3  Honolulu, Hawai'i 96813
   Telephone: (808) 523-9000
4  Facsimile: (808) 533-4184

5  **MICHAEL A. PANGELINAN, ESQ.**
   **JENNIFER CALVO-QUITUGUA, ESQ.**
6  **CALVO & CLARK, LLP**
   655 South Marine Corps Drive
7  Suite 202, Tamuning, Guam 96913
   Telephone: (671) 646-9355
8  Facsimile: (671) 646-9403

9  *Attorneys for Defendant*
   Anthony Robins and Associates
10

**FILED**
DISTRICT COURT OF GUAM
MAR 3 0 2006
MARY L.M. MORAN
CLERK OF COURT

11           IN THE UNITED STATES DISTRICT COURT
12                  FOR THE DISTRICT OF GUAM

13  HUN SANG LEE,                          CIVIL CASE 04-00027
14                  Plaintiff,
15       v.                                **DEFENDANT ANTHONY ROBINS**
                                           **AND ASSOCIATES NOTICE OF**
16  MANHATTAN GUAM, INC. dba ROYAL         **TAKING DEPOSITION UPON**
    ORCHID HOTEL, ANTHONY ROBINS AND       **ORAL EXAMINATION**
17  ASSOCIATES, O.A. COLOMA, P.C., PHOENIX
    UNITED CORP., LTD., WINZLER & KELLY    **(DR. NATHANIEL BERG)**
18  CONSULTING ENGINEERS, and DOE
    DEFENDANTS One through Ten,
19
20                  Defendants.

21  MANHATTAN GUAM, INC. dba ROYAL
22  ORCHID HOTEL,
23                  Cross-Claimant,
24       v.
25  ANTHONY ROBINS AND ASSOCIATES, O.A.
    COLOMA, P.C., PHOENIX UNITED CORP.,
26  LTD., WINZLER & KELLY CONSULTING
    ENGINEERS,
27
                    Cross-Defendants.
28

**ORIGINAL**

| | |
|---|---|
| 1 | WINZLER & KELLY CONSULTING ENGINEERS, |
| 2 | |
| 3 | Third-Party Plaintiff,<br>v. |
| 4 | VSL PRESTRESSING (GUAM), INC., |
| 5 | Third-Party Defendant. |
| 6 | |
| 7 | ANTHONY ROBINS AND ASSOCIATES, |
| 8 | Cross-Claimant,<br>v. |
| 9 | MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, |
| 10 | |
| 11 | Cross-Defendant. |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN

G. PATRICK CIVILLE, ESQ.
JOYCE C.H. TANG, ESQ.
Civille & Tang, PLLC
330 Hernan Cortez Avenue, Suite 200
Hagatna, Guam 96910
*Attorneys for Defendant, Cross-Claimant and Cross-Defendant*
*Manhattan Guam, Inc. dba Royal Orchid Hotel*

RANDALL TODD THOMPSON, ESQ.
Mair, Mair, Spade & Thompson
238 Archbishop Flores Street
Suite 801, Pacific News Building
Hagatna, Guam 96910

ROBERT J. O'CONNOR
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building, Susupe
Post Office Box 501969
Saipan, MP 96959-1969
*Attorneys for Defendant, Third-Party Plaintiff and Cross-Defendant*
*Winzler & Kelly Consulting Engineers*

OSCAR A. COLOMA
O.A. Coloma, P.C.
Suite 35, Paraoceana Business Center
674 Harmon Loop Road
Dededo, Guam 96929
*Pro Se*

| | |
|---|---|
| 1 | PATRICK MCTERNAN, ESQ. |
| 2 | Cronin Fried Sekiya Kekina & FairBanks |
| 3 | 841 Bishop Street, Suite 600 Honolulu, Hawaii 96813 |
| 4 | JASON S. KIM, ESQ. |
| 5 | Suite 303, Young's Professional Building Upper Tumon, Guam 96913 |
| 6 | *Attorneys for Plaintiff Hun Sang Lee* |

**PLEASE TAKE NOTICE** that on the 12th day of April, 2006 at the hour of 2:00 p.m., at Guam Radiology Consultants, 633 Gov Carlos Camacho Road, Guam Medical Plaza, Suite 210, Tamuning, Guam 96913, in the above-entitled action, Defendant and Crossdefendant ANTHONY ROBINS AND ASSOCIATES will take the deposition of **Dr. Nathaniel Berg**, upon oral examination pursuant to Rule 30, and Rule 45, Federal Rules of Civil Procedure, before a notary public or before some other officer authorized by the laws of the United States or of the Territory of Guam to administer oaths. The oral examination will continue from day to day until completed. The deposition will be recorded by a stenographer and/or audio tape. You are invited to attend and cross-examine.

Dated this 30th day of March, 2006.

CALVO & CLARK, LLP
Attorneys at Law

By: _____
MICHAEL A. PANGELINAN
*Attorneys for Defendant*
Anthony Robins and Associates