HARVEY LUNG, ESQ.
BAYS DEAVER LUNG ROSE BABA
1099 Alakea Street
16th Floor, Ali'i Place
Honolulu, Hawai'i 96813
Telephone: (808) 523-9000
Facsimile: (808) 533-4184

MICHAEL A. PANGELINAN, ESQ.
JENNIFER CALVO-QUITUGUA, ESQ.
CALVO & CLARK, LLP
655 South Marine Corps Drive
Suite 202, Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for Defendant*
Anthony Robins and Associates

**FILED**
DISTRICT COURT OF GUAM
MAR 30 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

| | |
|---|---|
| HUN SANG LEE,<br><br>    Plaintiff,<br><br>v.<br><br>MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten,<br><br>    Defendants. | CIVIL CASE 04-00027<br><br><br><br><br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL,<br><br>    Cross-Claimant,<br><br>v.<br><br>ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS,<br><br>    Cross-Defendants. | |

| | |
|---|---|
| WINZLER & KELLY CONSULTING ENGINEERS,<br><br>     Third-Party Plaintiff,<br>v.<br><br>VSL PRESTRESSING (GUAM), INC.,<br><br>     Third-Party Defendant. | |
| ANTHONY ROBINS AND ASSOCIATES,<br><br>     Cross-Claimant,<br>v.<br><br>MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL,<br><br>     Cross-Defendant. | |

  The undersigned, counsel for Defendant Anthony Robins and Associates, hereby certifies that true and correct copies of the following:

  1.  **DEFENDANT/CROSS-CLAIM PLAINTIFF ANTHONY ROBINS AND ASSOCIATES' DISCLOSURE OF EXPERT WITNESSES;**

  2.  **DEFENDANT ANTHONY ROBINS AND ASSOCIATES' NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION OF DR. NATHANIEL BERG;**

  3.  **DEFENDANT ANTHONY ROBINS AND ASSOCIATES' NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION OF DR. NATHANIEL BERG;**

was served via Hand Delivery on March 30, 2006, to the following:

  **G. PATRICK CIVILLE, ESQ.**
  **JOYCE C.H. TANG, ESQ.**
  Civille & Tang, PLLC
  330 Hernan Cortez Avenue, Suite 200
  Hagatna, Guam 96910
  *Attorneys for Defendant, Cross-Claimant and Cross-Defendant*
  *Manhattan Guam, Inc. dba Royal Orchid Hotel*

  **RANDALL TODD THOMPSON, ESQ.**
  **Mair, Mair, Spade & Thompson**
  238 Archbishop Flores Street
  Suite 801, Pacific News Building

| | |
|---|---|
| 1 | Hagatna, Guam 96910 |
| 2 | *Attorneys for Defendant, Third-Party Plaintiff and Cross-Defendant Winzler & Kelly Consulting Engineers* |
| 3 | JASON S. KIM, ESQ. |
| 4 | Suite 303, Young's Professional Building<br>Upper Tumon, Guam 96913 |
| 5 | *Attorneys for Plaintiff Hun Sang Lee* |
| 6 | OSCAR A. COLOMA<br>O.A. Coloma, P.C. |
| 7 | Suite 35, Paraoceana Business Center<br>674 Harmon Loop Road |
| 8 | Dededo, Guam 96929<br>*Pro Se* |

with courtesy copies by facsimile to the following:

ROBERT J. O'CONNOR
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building, Susupe
Post Office Box 501969
Saipan, MP 96959-1969
Facsimile No.: (670) 234-5683
*Attorneys for Defendant, Third-Party Plaintiff and Cross-Defendant Winzler & Kelly Consulting Engineers*

PATRICK MCTERNAN, ESQ.
Cronin Fried Sekiya
Kekina & FairBanks
841 Bishop Street, Suite 600
Honolulu, Hawaii 96813
Facsimile No.: (808) 536-2073
*Attorneys for Plaintiff Hun Sang Lee*

Dated this 30th day of March, 2006.

BAYS DEAVER LUNG ROSE BABA
Attorneys at Law

CALVO & CLARK, LLP
Attorneys At Law

By: _____
MICHAEL A. PANGELINAN
Attorneys for Defendant Anthony
Robins and Associates