CRONIN FRIED SEKIYA
KEKINA & FAIRBANKS
841 BISHOP STREET, SUITE 600
HONOLULU, HAWAII 96813
TELEPHONE: (800) 227-86-01/(808) 524-1433

JASON S. KIM, ESQ.
SUITE 303, YOUNG'S PROFESSIONAL BUILDING
788 N. MARINE DRIVE
UPPER TUMON, GUAM 96913

*Attorneys for Plaintiff Hun Sang Lee*

FILED
DISTRICT COURT OF GUAM
MAR 3 0 2006
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | | |
|---|---|---|
| HUN SANG LEE, | ) | CIVIL CASE NO. CV04-0027 |
| Plaintiff, | ) ) ) | MOTION ~~AND ORDER~~ TO WITHDRAW AS PLAINTIFF'S ATTORNEY |
| vs. | ) ) | |
| MANHATTAN GUAM, INC., dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | ) ) | |
| Cross-Claimant, | ) | |
| vs. | ) | |

| | |
|---|---|
| ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, | ) ) ) ) ) ) |
| Cross-Defendants. | ) ) ) ) |
| WINZLER & KELLY CONSULTING ENGINEERS, | ) ) ) |
| Third-Party Plaintiff, | ) ) ) |
| vs. | ) ) |
| VSL PRESTRESING (GUAM), INC. | ) ) |
| Third-Party Defendant. | ) ) ) |
| ANTHONY ROBINS AND ASSOCIATES, | ) ) |
| Cross-Claimant, | ) ) ) |
| vs. | ) ) |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | ) ) ) ) |
| Cross-Defendants. | ) ) |

## MOTION ~~AND ORDER~~ TO WITHDRAW AS PLAINTIFF'S ATTORNEY

COMES NOW, ROBERT L. KEOGH, ESQ. and files this motion to withdraw as a counsel in the above captioned case.

1. I, Robert L. Keogh, Esq., the Plaintiff's local co-counsel with Jason S. Kim, Esq. in this action.

2. Substitution of attorneys is not necessary in this action because Jason S. Kim, Esq. will remain as a local counsel in this action.

3. No injury will result by my withdrawal to Hun Sang Lee, the Plaintiff in this action, or to any other party interested in the action.

Wherefore, the undersigned Robert L. Keogh, Esq., respectfully request that an Order be entered permitting him to withdraw as attorney of record for Hun Sang Lee.

Dated this 29th day of March, 2006.

/s/ *signature*
ROBERT L. KEOGH, ESQ.
Attorney for Plaintiff

**SO ORDERED** this _____ day of _____, 2006.

_____
**HONORABLE JOAQUIN V.E. MANIBUSAN, JR.**
Magistrate Judge, District Court of Guam