CRONIN FRIED SEKIYA
KEKINA & FAIRBANKS
841 BISHOP STREET, SUITE 600
HONOLULU, HAWAII 96813
TELEPHONE: (800) 227-86-01/(808) 524-1433

JASON S. KIM, ESQ.
SUITE 303, YOUNG'S PROFESSIONAL BUILDING
788 N. MARINE DRIVE
UPPER TUMON, GUAM 96913

*Attorneys for Plaintiff Hun Sang Lee*

FILED
DISTRICT COURT OF GUAM

MAR 31 2006

MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| HUN SANG LEE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MANHATTAN GUAM, INC., dba ROYAL ORCHID HOTEL, *et al.*<br><br>　　　　Defendants.<br><br>AND ALL RELATED CLAIMS and CROSS CLAIMS. | CIVIL CASE NO. CV04-00027<br><br>**ORDER<br>RE: WITHDRAWAL<br>AS PLAINTIFF'S ATTORNEY** |

The MOTION TO WITHDRAW AS PLAINTIFF'S ATTORNEY filed on March 30, 2006, is hereby GRANTED.

SO ORDERED this 31st day of March 2006.

_____
JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

**ORIGINAL**