1  RANDALL TODD THOMPSON
   MAIR, MAIR, SPADE & THOMPSON
2  238 A.F.C. Flores Street
   Suite 801, Pacific News Building
3  Hagåtña, Guam 96910
   Telephone: (671) 472-2089
4  Telefax: (671) 477-5206

5  ROBERT J. O'CONNOR
   O'CONNOR BERMAN DOTTS & BANES
6  2nd Floor, Nauru Building, Susupe
   P.O. Box 501969,
7  Saipan, MP 96950-1969
   Telephone: (670) 234-5684
8  Telefax: (670) 234-5683

9  Attorneys for Defendant/Cross-Defendant/Third-Party Plaintiff
   Winzler & Kelly Consulting Engineers
10

11

                    UNITED STATES DISTRICT COURT
12
                    FOR THE DISTRICTOF GUAM
13

14  HUN SANG LEE,                          )    CIVIL CASE NO.: CIV04-00027
                                           )
15                    Plaintiff,           )
                                           )
16              v.                         )    DEFENDANT/CROSS-DEFENDANT/
                                           )    THIRD-PARTY PLAINTIFF
17  MANHATTAN GUAM, INC. dba ROYAL )             WINZLER & KELLY CONSULTING
    ORCHID HOTEL, ANTHONY ROBINS )             ENGINEERS' DISCLOSURE OF
18  AND ASSOCIATES, O.A. COLOMA, P.C.,)        EXPERT WITNESSES;
    PHOENIX UNITED CORP., LTD.,          )    CERTIFICATE OF SERVICE
19  WINZLER & KELLY CONSULTING          )
    ENGINEERS, and DOE DEFENDANTS       )
20  One through Ten,                       )
                                           )
21                    Defendants.          )
                                           )
22  _____)
                                           )
    MANHATTAN GUAM, INC. dba ROYAL )
23  ORCHID HOTEL,                          )
                                           )
24                  Cross-Claimant,        )
                                           )
25              v.                         )
                                           )
26  ANTHONY ROBINS AND ASSOCIATES, )
    O.A. COLOMA, P.C., PHOENIX UNITED )
27  CORP., LTD., WINZLER & KELLY       )
    CONSULTING ENGINEERS,              )
28                                         )
                    Cross-Defendants.      )
                                           )
                                           )
    _____)

                                    -1-

ORIGINAL

| | |
|---|---|
| WINZLER & KELLY CONSULTING ENGINEERS, | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| VSL PRESTRESSING (GUAM), INC. | ) |
| | ) |
| Third-Party Defendant. | ) |
| | ) |
| ANTHONY ROBINS AND ASSOCIATES, | ) |
| | ) |
| Cross-Claimant, | ) |
| | ) |
| v. | ) |
| | ) |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | ) |
| | ) |
| Cross-Defendant. | ) |

**COMES NOW** Defendant/Cross-Defendant/Third Party Plaintiff Winzler & Kelly Consulting Engineers ("Winzler & Kelly" or "Defendant"), by and through its attorneys, Mair, Mair, Spade & Thompson and O'Connor Berman Dotts & Banes, hereby disclose its expert witnesses as follows:

Lorne K. Direnfeld, MD, FRCP
c/o Calvo & Clark, LLP
Bays Deaver Lung Rose & Baba
1099 Alakea Street
Alii Place, 16th Floor
Honolulu, Hawaii 96813

Defendant's Expert Physician; may be called to testify re liability, damages and/or defenses, including but not limited to matters discussed in his report and deposition testimony.

Susan Riddick-Grisham, RN
c/o Calvo & Clark, LLP
Bays Deaver Lung Rose & Baba
1099 Alakea Street
Alii Place, 16th Floor
Honolulu, Hawaii 96813

Defendant's Life Care Expert; may be called to testify re liability, damages and/or defenses, including but not limited to matters discussed in her report and deposition testimony.

Roger D. Slater
c/o O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 906950-1969

Defendant's Economist Expert; may be called to testify re liability, damages and/or defenses, including but not limited to matters discussed in his report and deposition testimony.

-2-

| | |
|---|---|
| Frank Perez, Ph.D.<br>Janet Jhoun, Ph.D.<br>c/o Civille & Tang<br>330 Herman Cortez Avenue, Ste. 200<br>Hagatna, Guam 96910 | Defendant's Accident Reconstructionist Expert; may be called to testify re liability, damages and/or defenses, including but not limited to matters discussed in their report and deposition testimony. |
| Richard Reed, P.C.<br>243 Bishop A.S. Apuron Street<br>Santa Rita, Guam 96915 | Defendant's Architect Expert; will testify on professional standard of care for design professionals and special inspectors on Guam, Department of Public Health regulations, existing pools on Guam, liability, damages and/or defenses, including rebuttals to Messrs. Kozuma and Moeller (and their reports) and matters discussed in his report. |
| Harold Dean Gillham, S.E.<br>GK2, Inc.<br>Julale Center Suite 230<br>Hagatna, Guam 96910<br>P.O. Box 3207,<br>Hagatna, Guam 96932 | Defendant's Structural Engineer Expert; will testify on professional standard of care for design professionals and special inspectors on Guam, Department of Public Health regulations, the relative duties and responsibilities of different professionals in a construction project, existing pools on Guam, liability, damages and/or defenses, including rebuttals to Messrs. Kozuma and Moeller (and their reports) and matters discussed in his two reports. |

Dated this 31st day of March, 2006.

**O'CONNOR BERMAN DOTTS & BANES**
2nd Floor, Nauru Building, Susupe
P.O. Box 501969,
Saipan, MP 96950-1969
Telephone: (670) 234-5684

**MAIR, MAIR, SPADE & THOMPSON**
238 A.F.C. Flores Street
Suite 801, Pacific News Building
Hagåtña, Guam 96910
Telephone: (671) 472-2089

RANDALL TODD THOMPSON

Attorneys for Defendant/Cross-Defendant/
Third-Party Plaintiff
Winzler & Kelly Consulting Engineers

2003-11-060331-PL-W&K-ExpertWtnessDisclosure

# CERTIFICATE OF SERVICE

I, **SANDRA E. CRUZ**, hereby certify that I have caused a copy of the **DEFENDANT/THIRD-PARTY PLAINTIFF WINZLER & KELLY CONSULTING ENGINEERS' DISCLOSURE OF EXPERT WITNESSES; CERTIFICATE OF SERVICE**, to be served upon the following offices as set forth below:

On March 31, 2006, to:

Patrick F. McTernan, Esq.
Cronin, Fried, Sekiya, Kekina & Fairbanks
841 Bishop Street, Suite 600
Honolulu, Hawaii 96813-3962
Telefax: (808) 536-2073

(by fax)

Jason S. Kim, Esq.
Law Offices of Jason S. Kim
Suite 303, Young's Professional Building
788 N. Marine Drive
Upper Tumon, Guam 96913

(by personal delivery)

*Attorneys for Plaintiff Hun Sang Lee*

G. Patrick Civille, Esq.
Civille & Tang, PLLC
330 Herman Cortez Avenue, Suite 200
Hagåtña, Guam 96910

(by personal delivery)

*Attorneys for Defendant, Cross-Claimant and Cross-Defendant*
*Manhattan Guam, Inc. dba Royal Orchid Hotel*

Michael A. Pangelinan, Esq.
Jennifer Calvo-Quitugua, Esq.
Calvo & Clark, LLP
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913

(by personal delivery)

| | |
|---|---|
| 1 | Michael C. Carrolle, Esq. |
| 2 | Harvey J. Lung, Esq. |
| | Bays, Deaver, Lung, Rose & Baba |
| 3 | 1099 Alakea St. 16th Floor |
| | Honolulu, Hawaii 96813 |
| 4 | Fax No. (808) 533-4184 |

1  Michael C. Carrolle, Esq.
2  Harvey J. Lung, Esq.
   Bays, Deaver, Lung, Rose & Baba
3  1099 Alakea St. 16th Floor
   Honolulu, Hawaii 96813
4  Fax No. (808) 533-4184

5      (by fax)

6
   *Attorneys for Defendant, Cross-Defendant and Cross-Claimant*
7      *Anthony Robins and Associates*

8  Oscar A. Coloma
9  O.A. Coloma, P.C.
   Suite 35, Paraoceana Business Center
10 674 Harnon Loop Road
   Dededo, Guam 96929
11

12 *Pro se*

13     (by first class US Mail)

14

   Dated this 31st day of March, 2006.
15

16

17

18  _____
    **SANDRA E. CRUZ**
19

20

21

22

23

24

25  P063036.RTT

26

27

28