RANDALL TODD THOMPSON
MAIR, MAIR, SPADE & THOMPSON
Suite 801, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Phone: (671) 472-2089
Fax: (671) 477-5206

ROBERT J. O'CONNOR
O'CONNOR BERMAN DOTTS & BANES
Second Floor, Nauru Building
Susupe, Saipan, CNMI
Mail: PO Box 50-1969 Saipan MP 96950
Phone: (670) 234-5684
Fax: (670) 234-5683

Attorneys for Defendant Winzler & Kelly Consulting Engineers



FILED
DISTRICT COURT OF GUAM
MAR 3 1 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HUN SANG LEE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MANHATTAN GUAM, INC., et al.,<br><br>　　　　Defendants. | Civ. No. CIV 04-00027<br><br>**REQUEST FOR<br>ORAL ARGUMENT** |

Defendant Winzler & Kelly, pursuant to Local Rule 7.1, hereby requests that oral argument be heard on its Motion For Summary Judgment on any date convenient to the Court between May 8 and May 26, 2006. The party opposing the motion (Plaintiff) has not agreed to an oral argument date.

Respectfully submitted this 31st day of March, 2006.

> MAIR MAIR SPADE & THOMPSON
> O'CONNOR BERMAN DOTTS & BANES
> Attorneys for Defendant Winzler & Kelly
>
> By: _____
> 　　　RANDALL TODD THOMPSON

ORIGINAL

## CERTIFICATE OF SERVICE

I, **SANDRA E. CRUZ**, hereby certify that I have caused a copy of the **REQUEST FOR ORAL ARGUMENT**, to be served upon the following offices as set forth below:

On March 31, 2006, via hand-delivery to:

Jason S. Kim, Esq.
Law Offices of Jason S. Kim
Suite 203, Young's Professional Building
788 N. Marine Drive
Upper Tumon, Guam 96913

*Attorney for Plaintiff Hun Sang Lee*

G. Patrick Civille, Esq.
Civille & Tang, PLLC
330 Hernan Cortez Avenue, Suite 200
Hagåtña, Guam 96910

*Attorneys for Defendant, Cross-Claimant and Cross-Defendant Manhattan Guam, Inc. Dba Royal Orchid Hotel*

Michael A. Pangelinan, Esq.
Jennifer Calvo-Quitugua, Esq.
Calvo & Clark, LLP
655 S. Marine Corps Drive, Suite 202
Tamuning, Guam 96913

*Attorneys for Defendant, Cross-Defendant and Cross-Claimant Anthony Robins and Associates*

Oscar A. Coloma
O.A. Coloma, P.C.
Suite 35, Paraoceana Business Center
Dededo, Guam 96929

*Pro Se*

On March 31, 2006, via facsimile transmission to:

Patrick F. McTernan, Esq.
Cronin, Fried, Sekiya, Kekina & Fairbanks
841 Bishop Street, Suite 600
Honolulu, Hawaii 96813-3962
Facsimile: (808) 536-2073

*Attorneys for Plaintiff Hun Sang Lee*

Michael C. Carrolle, Esq.
Harvey J. Lung, Esq.
Bays, Deaver, Lung, Rose & Baba
1099 Alakea Street, 16th Floor
Honolulu, Hawaii 96813
Facsimile: (808) 523-9000

*Attorneys for Defendant, Cross-Defendant and Cross-Claimant
Anthony Robins and Associates*

Dated this ___ day of March, 2006.

_____
**SANDRA E. CRUZ**