RANDALL TODD THOMPSON
MAIR, MAIR, SPADE & THOMPSON
Suite 801, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Phone: (671) 472-2089
Fax: (671) 477-5206

ROBERT J. O'CONNOR
O'CONNOR BERMAN DOTTS & BANES
Second Floor, Nauru Building
Susupe, Saipan, CNMI
Mail: PO Box 50-1969 Saipan MP 96950
Phone: (670) 234-5684
Fax: (670) 234-5683

Attorneys for Defendant Winzler & Kelly Consulting Engineers

FILED
DISTRICT COURT OF GUAM
APR - 3 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| HUN SANG LEE, | ) | Civ. No. CIV 04-00027 |
| | ) | |
| Plaintiff, | ) | |
| | ) | TABLE OF AUTHORITIES |
| vs. | ) | CITED IN MEMORANDUM |
| | ) | IN SUPPORT OF |
| MANHATTAN GUAM, INC., et al., | ) | WINZLER & KELLY'S MOTION |
| | ) | FOR SUMMARY JUDMGENT |
| Defendants. | ) | |
| | ) | |

Defendant Winzler & Kelly, pursuant to Local Rule 7.1(g), hereby submits the attached table of authorities cited in the Memorandum In Support of Winzler & Kelly's Motion For Summary Judgment.

Respectfully submitted this 3rd day of April, 2006.

MAIR MAIR SPADE & THOMPSON
O'CONNOR BERMAN DOTTS & BANES
Attorneys for Defendant Winzler & Kelly

By: [signature] Sandra E. Cruz

ORIGINAL

# TABLE OF AUTHORITIES

**Cases:**

Anderson v. Liberty Lobby, Inc., 477 U.S. 242 (1986) — 3

Block v. Lohan Associates, Inc., 645 N.E.2d 207, 209 (Ill. App. 1993) — 4, 20, 23

Celotex Corp. v. Catrett, 477 U.S. 317 (1986) — 3

Davis v. Lenox School, 541 N.Y.S.2d 814 (App. Div. 1989) — 19

Dueñas v. Outrigger Guam Limited Partnership,
    Guam Super. Ct. No. CV 1067-03, Decision and Order (Dec. 9, 2005) — 4, 25

Erie R. Co. v. Tompkins, 304 U.S. 64 (1938) — 3

Herczeg v. Hampton Township Municipal Authority,
    766 A.2d 866 (Pa. Super. 2001) — 21, 22

Leon Guerrero v. DLB Construction, 1999 Guam 9 — 3

Reber v. Chandler High School District 202,
    474 P.2d 852 (Ariz. App. 1970) — 20, 21

Zamudio v. City and County of San Francisco,
    82 Cal.Rptr.2d 664 (App. 1999) — 18, 19

**Statutes:**

Guam Public Law 22-83 — 10, 11

**Rules:**

Fed.R.Civ.P. 56 — 3

**Other:**

Guam Board of Registration for Professional Engineers,

    Architects and Land Surveyors, Rules and Regulations          5

Council of American Structural Engineers,

    <u>National Practice Guidelines For the</u>

    <u>Structural Engineer Of Record</u> (4th ed. 2000)          5, 6, 7, 13, 14, 17

1994 Uniform Building Code § 1701          10, 11, 12

1991 Uniform Building Code § 306          11

Case 1:04-cv-00027    Document 110    Filed 04/03/2006    Page 3 of 5

# CERTIFICATE OF SERVICE

I, Sandra E. Cruz, hereby certify that I have caused a copy of the **TABLE OF AUTHORITIES CITED IN MEMORANDUM IS SUPPORT OF WINZLER & KELLY'S MOTION FOR SUMMARY JUDGMENT** to be served upon the following offices as set forth below:

On April 3, 2006, to:

Patrick F. McTernan, Esq.
Cronin, Fried, Sekiya, Kekina & Fairbanks
841 Bishop Street, Suite 600
Honolulu, Hawaii 96813-3962
Telefax: (808) 536-2073

    (by fax)

Jason S. Kim, Esq.
Law Offices of Jason S. Kim
Suite 303, Young's Professional Building
788 N. Marine Drive
Upper Tumon, Guam 96913

    (by personal delivery)

Attorneys for Plaintiff Hun Sang Lee

G. Patrick Civille, Esq.
Civille & Tang, PLLC
330 Herman Cortez Avenue, Suite 200
Hagåtña, Guam 96910

    (by personal delivery)

Attorneys for Defendant, Cross-Claimant and Cross-Defendant
    Manhattan Guam, Inc. dba Royal Orchid Hotel

Michael A. Pangelinan, Esq.
Jennifer Calvo-Quitugua, Esq.
Calvo & Clark, LLP
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913

    (by personal delivery)

Michael C. Carrolle, Esq.
Harvey J. Lung, Esq.
Bays, Deaver, Lung, Rose & Baba
1099 Alakea St. 16th Floor
Honolulu, Hawaii 96813

Fax No. (808) 533-4184

    (by fax)

Attorneys for Defendant, Cross-Defendant and Cross-Claimant
    Anthony Robins and Associates

Oscar A. Coloma
O.A. Coloma, P.C.
Suite 35, Paraoceana Business Center
674 Harnon Loop Road
Dededo, Guam 96929

Pro se

    (by first class US Mail)

Dated this 3rd day of April, 2006.