RANDALL TODD THOMPSON
MAIR, MAIR, SPADE & THOMPSON
Suite 801, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Phone: (671) 472-2089
Fax: (671) 477-5206

ROBERT J. O'CONNOR
O'CONNOR BERMAN DOTTS & BANES
Second Floor, Nauru Building
Susupe, Saipan, CNMI
Mail: PO Box 50-1969 Saipan MP 96950
Phone: (670) 234-5684
Fax: (670) 234-5683

Attorneys for Defendant Winzler & Kelly Consulting Engineers

FILED
DISTRICT COURT OF GUAM
APR - 3 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HUN SANG LEE, | Civ. No. CIV 04-00027 |
| Plaintiff, | |
| vs. | MOTION TO EXCEED PAGE LIMIT; CERTIFICATE OF SERVICE |
| MANHATTAN GUAM, INC., et al., | |
| Defendants. | |

Defendant Winzler & Kelly, pursuant to Local Rule 7.1(g), hereby seeks leave of court to exceed the 20-page limit imposed by the Local Rules for briefs and memoranda, so that the Memorandum in Support Of Winzler & Kelly's Motion For Summary Judgment, which was drafted under the mistaken belief that the applicable page limit was 25 pages, and was submitted to the court for filing on March 31, 2006, may be accepted and filed in the form submitted.

ORIGINAL

Respectfully submitted this 3rd day of April, 2006.

                        MAIR MAIR SPADE & THOMPSON
                        O'CONNOR BERMAN DOTTS & BANES
                        Attorneys for Defendant Winzler & Kelly

By: *Sandra E. Cruz* (signature)

# CERTIFICATE OF SERVICE

I, **SANDRA E. CRUZ**, hereby certify that I have caused a copy of the **MOTION TO EXCEED PAGE LIMIT** to be served upon the following offices as set forth below:

On April 3, 2006, to:

Patrick F. McTernan, Esq.
Cronin, Fried, Sekiya, Kekina & Fairbanks
841 Bishop Street, Suite 600
Honolulu, Hawaii 96813-3962
Telefax: (808) 536-2073

(by fax)

Jason S. Kim, Esq.
Law Offices of Jason S. Kim
Suite 303, Young's Professional Building
788 N. Marine Drive
Upper Tumon, Guam 96913

(by personal delivery)

*Attorneys for Plaintiff Hun Sang Lee*

G. Patrick Civille, Esq.
Civille & Tang, PLLC
330 Herman Cortez Avenue, Suite 200
Hagåtña, Guam 96910

(by personal delivery)

*Attorneys for Defendant, Cross-Claimant and Cross-Defendant*
*Manhattan Guam, Inc. dba Royal Orchid Hotel*

Michael A. Pangelinan, Esq.
Jennifer Calvo-Quitugua, Esq.
Calvo & Clark, LLP
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913

(by personal delivery)

Michael C. Carrolle, Esq.
Harvey J. Lung, Esq.
Bays, Deaver, Lung, Rose & Baba
1099 Alakea St. 16th Floor
Honolulu, Hawaii 96813
Fax No. (808) 533-4184

    (by fax)

*Attorneys for Defendant, Cross-Defendant and Cross-Claimant
Anthony Robins and Associates*

Oscar A. Coloma
O.A. Coloma, P.C.
Suite 35, Paraoceana Business Center
674 Harnon Loop Road
Dededo, Guam 96929

*Pro se*

    (by first class US Mail)

Dated this 3rd day of April, 2006.

                                                         _____
                                                          **SANDRA E. CRUZ**