RANDALL TODD THOMPSON
MAIR, MAIR, SPADE & THOMPSON
Suite 801, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Phone: (671) 472-2089
Fax: (671) 477-5206

ROBERT J. O'CONNOR
O'CONNOR BERMAN DOTTS & BANES
Second Floor, Nauru Building
Susupe, Saipan, CNMI
Mail: PO Box 50-1969 Saipan MP 96950
Phone: (670) 234-5684
Fax: (670) 234-5683

Attorneys for Defendant Winzler & Kelly Consulting Engineers

**FILED**
DISTRICT COURT OF GUAM
APR 11 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HUN SANG LEE, ) | CIVIL CASE NO. 04-00027 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER GRANTING |
| ) | WINZLER & KELLY'S MOTION |
| MANHATTAN GUAM, INC., et al., ) | TO EXCEED PAGE LIMIT |
| ) | |
| Defendants. ) | |
| ) | |

Defendant Winzler & Kelly Consulting Engineers' Motion To Exceed Page Limit is hereby GRANTED. The Memorandum In Support of Winzler & Kelly's Motion For Summary Judgment is hereby accepted for filing with the Court in the form as filed, and shall be deemed for all purposes to have been filed March 31, 2006, together with the other pleadings filed that date in support of the said motion.

SO ORDERED this 11th day of April 2006.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

**ORIGINAL**