HARVEY LUNG, ESQ.
BAYS DEAVER LUNG ROSE BABA
1099 Alakea Street
16th Floor, Ali'i Place
Honolulu, Hawaii 96813
Telephone: (808) 523-9000
Facsimile: (808) 533-4184

MICHAEL A. PANGELINAN, ESQ.
JENNIFER CALVO-QUITUGUA, ESQ.
CALVO & CLARK, LLP
655 South Marine Corps Drive
Suite 202, Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for Defendant/Crossdefendant*
Anthony Robins and Associates

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

| | |
|---|---|
| HUN SANG LEE,<br><br>    Plaintiff,<br><br>v.<br><br>MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten,<br><br>    Defendants. | CIVIL CASE 04-00027<br><br>**DEFENDANT/CROSSDEFENDANT ANTHONY ROBBINS AND ASSOCIATES' STATEMENT OF NON-OPPOSITION TO DEFENDANT WINZLER & KELLY'S MOTION FOR SUMMARY JUDGMENT** |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL,<br><br>    Cross-Claimant,<br><br>v.<br><br>ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS,<br><br>    Cross-Defendants. | |

| | |
|---|---|
| 1 | WINZLER & KELLY CONSULTING ENGINEERS, |
| 2 | |
| | Third-Party Plaintiff, |
| 3 | v. |
| 4 | VSL PRESTRESSING (GUAM), INC., |
| 5 | Third-Party Defendant. |
| 6 | |
| | ANTHONY ROBINS AND ASSOCIATES, |
| 7 | |
| | Cross-Claimant, |
| 8 | v. |
| 9 | MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, |
| 10 | |
| | Cross-Defendant. |
| 11 | |

Defendant Anthony Robins and Associates ("Robins"), by and through its attorneys, Calvo & Clark LLP and Bays, Deaver, Lung, Rose & Baba, hereby states that it has no opposition to Defendant Winzler & Kelly's Motion for Summary Judgment ("Motion").

By not opposing this Motion, Robins is not waiving any of its rights and defenses as to any party in this matter.

Dated this 14th day of April, 2006.

BAYS DEAVER LUNG ROSE BABA
Attorneys at Law

CALVO & CLARK, LLP
Attorneys at Law

By: _____
JENNIFER CALVO-QUITUGUA
*Attorneys for Defendant/Crossdefendant*
Anthony Robins and Associates