HARVEY LUNG, ESQ.
BAYS DEAVER LUNG ROSE BABA
1099 Alakea Street
16th Floor, Ali'i Place
Honolulu, Hawai'i 96813
Telephone: (808) 523-9000
Facsimile: (808) 533-4184

MICHAEL A. PANGELINAN, ESQ.
JENNIFER CALVO-QUITUGUA, ESQ.
CALVO & CLARK, LLP
655 South Marine Corps Drive
Suite 202, Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for Defendant/Crossdefendant*
Anthony Robins and Associates

**FILED**
DISTRICT COURT OF GUAM
APR 14 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

| | |
|---|---|
| HUN SANG LEE,<br><br>    Plaintiff,<br><br>    v.<br><br>MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten,<br><br>    Defendants. | CIVIL CASE 04-00027 |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL,<br><br>    Cross-Claimant,<br><br>    v.<br><br>ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS,<br><br>    Cross-Defendants. | **CERTIFICATE OF SERVICE** |

| | |
|---|---|
| 1 | WINZLER & KELLY CONSULTING ENGINEERS, |
| 2 | |
| 3 | Third-Party Plaintiff, v. |
| 4 | VSL PRESTRESSING (GUAM), INC., |
| 5 | Third-Party Defendant. |
| 6 | |
| 7 | ANTHONY ROBINS AND ASSOCIATES, |
| 8 | Cross-Claimant, v. |
| 9 | MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, |
| 10 | |
| 11 | Cross-Defendant. |

| | |
|---|---|
| 1 | The undersigned, counsel for Defendant/Crossdefendant Anthony Robins and |
| 2 | Associates, hereby certifies that a true and correct copy of the following: |

1. **DEFENDANT/CROSSDEFENDANT ANTHONY ROBINS AND ASSOCIATES' STATEMENT OF NON-OPPOSITION TO DEFENDANT WINZLER & KELLY'S MOTION FOR SUMMARY JUDGMENT;**

2. **SUBPOENA IN A CIVIL CASE; and**

3. **DEFENDANT/CROSSDEFENDANT ANTHONY ROBINS AND ASSOCIATES' NOTICE OF TAKING DEPOSITION UPON WRITTEN INTERROGATORIES**

was served via Hand Delivery on April 14, 2006, to the following:

**G. PATRICK CIVILLE, ESQ.**
**JOYCE C.H. TANG, ESQ.**
Civille & Tang, PLLC
330 Hernan Cortez Avenue, Suite 200
Hagatna, Guam 96910
*Attorneys for Defendant, Cross-Claimant and Cross-Defendant Manhattan Guam, Inc. dba Royal Orchid Hotel*

**RANDALL TODD THOMPSON, ESQ.**
Mair, Mair, Spade & Thompson
238 Archbishop Flores Street
Suite 801, Pacific News Building
Hagatna, Guam 96910
*Attorneys for Defendant, Third-Party Plaintiff and Cross-Defendant Winzler & Kelly Consulting Engineers*

**JASON S. KIM, ESQ.**
Suite 303, Young's Professional Building
Upper Tumon, Guam 96913
*Attorneys for Plaintiff Hun Sang Lee*

**OSCAR A. COLOMA**
O.A. Coloma, P.C.
Suite 35, Paraoceana Business Center
674 Harmon Loop Road
Dededo, Guam 96929
*Pro Se*

//
//

| | |
|---|---|
| 1 | with courtesy copies by facsimile to the following: |
| 2 | ROBERT J. O'CONNOR |
| 3 | O'Connor Berman Dotts & Banes<br>Second Floor, Nauru Building, Susupe |
| 4 | Post Office Box 501969<br>Saipan, MP 96959-1969 |
| 5 | Facsimile No.: (670) 234-5683<br>*Attorneys for Defendant, Third-Party Plaintiff and Cross-Defendant* |
| 6 | *Winzler & Kelly Consulting Engineers* |
| 7 | PATRICK MCTERNAN, ESQ.<br>**Cronin Fried Sekiya** |
| 8 | **Kekina & FairBanks**<br>**841 Bishop Street, Suite 600** |
| 9 | **Honolulu, Hawaii 96813**<br>Facsimile No.: (808) 536-2073 |
| 10 | *Attorneys for Plaintiff Hun Sang Lee* |
| 11 | Dated this 14th day of April, 2006. |
| 12 | BAYS DEAVER LUNG ROSE BABA |
| 13 | Attorneys at Law |
| 14 | CALVO & CLARK, LLP<br>Attorneys At Law |

By: _[signature]_
JENNIFER CALVO-QUITUGUA
*Attorneys for Defendant/Crossdefendant*
Anthony Robins and Associates