HARVEY LUNG, ESQ.
BAYS DEAVER LUNG ROSE BABA
1099 Alakea Street
16th Floor, Ali'i Place
Honolulu, Hawai'i 96813
Telephone: (808) 523-9000
Facsimile: (808) 533-4184

MICHAEL A. PANGELINAN, ESQ.
JENNIFER CALVO-QUITUGUA, ESQ.
CALVO & CLARK, LLP
655 South Marine Corps Drive
Suite 202, Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for Defendant/Crossdefendant*
Anthony Robins and Associates

FILED
DISTRICT COURT OF GUAM
APR 18 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

| | |
|---|---|
| HUN SANG LEE,<br><br>    Plaintiff,<br><br>v.<br><br>MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten,<br><br>    Defendants. | CIVIL CASE 04-00027<br><br><br><br><br><br><br><br><br>**AMENDED CERTIFICATE OF SERVICE** |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL,<br><br>    Cross-Claimant,<br><br>v.<br><br>ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS,<br><br>    Cross-Defendants. | |

ORIGINAL

| | |
|---|---|
| WINZLER & KELLY CONSULTING ENGINEERS, | |
| | Third-Party Plaintiff, |
| v. | |
| VSL PRESTRESSING (GUAM), INC., | |
| | Third-Party Defendant. |
| ANTHONY ROBINS AND ASSOCIATES, | |
| | Cross-Claimant, |
| v. | |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | |
| | Cross-Defendant. |

The undersigned, counsel for Defendant/Crossdefendant Anthony Robins and Associates, hereby certifies that a true and correct copy of the following:

1. **DEFENDANT/CROSSDEFENDANT ANTHONY ROBINS AND ASSOCIATES' STATEMENT OF NON-OPPOSITION TO DEFENDANT WINZLER & KELLY'S MOTION FOR SUMMARY JUDGMENT;**

2. **SUBPOENA TO RIM ARCHITECTS A/K/A HNC ARCHITECTS; and**

3. **DEFENDANT/CROSSDEFENDANT ANTHONY ROBINS AND ASSOCIATES' NOTICE OF TAKING DEPOSITION UPON WRITTEN INTERROGATORIES**

was served via Hand Delivery on April 14, 2006, to the following:

**G. PATRICK CIVILLE, ESQ.**
**JOYCE C.H. TANG, ESQ.**
Civille & Tang, PLLC
330 Hernan Cortez Avenue, Suite 200
Hagatna, Guam 96910
*Attorneys for Defendant, Cross-Claimant and Cross-Defendant Manhattan Guam, Inc. dba Royal Orchid Hotel*

**RANDALL TODD THOMPSON, ESQ.**
Mair, Mair, Spade & Thompson
238 Archbishop Flores Street
Suite 801, Pacific News Building
Hagatna, Guam 96910
*Attorneys for Defendant, Third-Party Plaintiff and Cross-Defendant Winzler & Kelly Consulting Engineers*

**JASON S. KIM, ESQ.**
Suite 303, Young's Professional Building
Upper Tumon, Guam 96913
*Attorneys for Plaintiff Hun Sang Lee*

was also served via facsimile on April 17, 2006 and via Hand Delivery on April 18, 2006, to the following:

**OSCAR A. COLOMA**
O.A. Coloma, P.C.
Suite 35, Paraoceana Business Center
674 Harmon Loop Road
Dededo, Guam 96929
*Pro Se*

with courtesy copies by facsimile to the following:

        ROBERT J. O'CONNOR
        O'Connor Berman Dotts & Banes
        Second Floor, Nauru Building, Susupe
        Post Office Box 501969
        Saipan, MP 96959-1969
        Facsimile No.: (670) 234-5683
        *Attorneys for Defendant, Third-Party Plaintiff and Cross-Defendant Winzler & Kelly Consulting Engineers*

        PATRICK MCTERNAN, ESQ.
        Cronin Fried Sekiya
        Kekina & FairBanks
        841 Bishop Street, Suite 600
        Honolulu, Hawaii 96813
        Facsimile No.: (808) 536-2073
        *Attorneys for Plaintiff Hun Sang Lee*

Dated this 18th day of April, 2006.

        BAYS DEAVER LUNG ROSE BABA
        Attorneys at Law

        CALVO & CLARK, LLP
        Attorneys at Law

        By: _/s/ Jennifer Calvo-Quitugua_
            JENNIFER CALVO-QUITUGUA
            *Attorneys for Defendant/Crossdefendant*
            Anthony Robins and Associates