CRONIN FRIED SEKIYA
KEKINA & FAIRBANKS
841 BISHOP STREET, SUITE 600
HONOLULU, HAWAII 96813
  TELEPHONE: (800) 227-8601/(808) 524-1433

JASON S. KIM, ESQ.
SUITE 303, YOUNG'S PROFESSIONAL BUILDING
UPPER TUMON, GUAM 96913
  TELEPHONE: (671) 649-8123

*Attorneys for Plaintiff Hun Sang Lee*

FILED
DISTRICT COURT OF GUAM
APR 1 9 2006
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| HUN SANG LEE,<br><br>  Plaintiff,<br><br>vs.<br><br>MANHATTAN GUAM, INC., dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten,<br><br>  Defendants.<br><hr>MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL,<br><br>  Cross-Claimant,<br><br>vs.<br><br>ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS,<br><br>  Cross-Defendants. | CIVIL CASE NO. CV04-00027<br><br>PLAINTIFF HUN SANG LEE'S JOINDER IN DEFENDANT/CROSS DEFENDANT ANTHONY ROBINS AND ASSOCIATES FIRST REQUEST FOR ADMISSIONS TO DEFENDANT MANHATTAN GUAM, INC., dba ROYAL ORCHID HOTELS, DATED APRIL 12, 2006; DEFENDANT/CROSS DEFENDANT ANTHONY ROBINS AND ASSOCIATES SECOND REQUEST FOR ANSWERS TO INTERROGATORIES TO DEFENDANT MANHATTAN GUAM, INC., dba ROYAL ORCHID HOTEL, DATED APR5IL 12, 2006; AND DEFENDANT/CROSS DEFENDANT ANTHONY ROBINS AND ASSOCIATES SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT MANHATTAN GUAM, INC., dba ROYAL ORCHID HOTELS, DATED APRIL 12, 2006<br><br>Current Trial Date: September 25, 2006<br>Former Trial Date: November 14, 2005 |

| | |
|---|---|
| WINZLER & KELLY CONSULTING ENGINEERS, | ) ) ) |
| Third-Party Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| VSL PRESTRESING (GUAM), INC. | ) ) ) |
| Third-Party Defendant. | ) ) ) |
| ANTHONY ROBINS AND ASSOCIATES, | ) ) |
| Cross-Claimant, | ) ) ) |
| vs. | ) ) ) |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | ) ) ) |
| Cross-Defendants. | ) ) |

PLAINTIFF HUN SANG LEE'S JOINDER IN DEFENDANT/CROSS DEFENDANT ANTHONY ROBINS AND ASSOCIATES FIRST REQUEST FOR ADMISSIONS TO DEFENDANT MANHATTAN GUAM, INC., dba ROYAL ORCHID HOTELS, DATED APRIL 12, 2006; DEFENDANT/CROSS DEFENDANT ANTHONY ROBINS AND ASSOCIATES SECOND REQUEST FOR ANSWERS TO INTERROGATORIES TO DEFENDANT MANHATTAN GUAM, INC., dba ROYAL ORCHID HOTEL, DATED APR5IL 12, 2006; AND DEFENDANT/CROSS DEFENDANT ANTHONY ROBINS AND ASSOCIATES SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT MANHATTAN GUAM, INC., dba ROYAL ORCHID HOTELS, DATED APRIL 12, 2006

COMES NOW Plaintiff Hun Sang Lee, by and through his attorneys, Cronin Fried Sekiya Kekina & Fairbanks, and hereby joins in Defendant/Cross Defendant Anthony Robins And Associates First Request For Admissions To Defendant Manhattan Guam, Inc., dba Royal Orchid Hotels, Dated April 12, 2006; Defendant/Cross Defendant Anthony Robins And Associates Second Request For Answers To Interrogatories To Defendant Manhattan Guam, Inc., dba Royal Orchid Hotel, Dated April 12, 2006; And Defendant/Cross Defendant Anthony

Robins And Associates First Request For Admissions To Defendant Manhattan Guam, Inc., dba Royal Orchid Hotels, Dated April 12, 2006

This joinder is made pursuant to Rules 5, 26, 33, 34 and 36 of the Federal Rules of Civil Procedure.

DATED: Honolulu, Hawaii, April 19, 2005.

CRONIN FRIED SEKIYA
KEKINA & FAIRBANKS

JASON S. KIM, ESQ.

By_____
JASON S. KIM, ESQ.
Attorneys for Plaintiff