CRONIN FRIED SEKIYA
KEKINA & FAIRBANKS
841 BISHOP STREET, SUITE 600
HONOLULU, HAWAII 96813
    TELEPHONE:    (800) 227-8601/(808) 524-1433

JASON S. KIM, ESQ.
SUITE 303, YOUNG'S PROFESSIONAL BUILDING
UPPER TUMON, GUAM 96913
    TELEPHONE:    (671) 649-8123

*Attorneys for Plaintiff Hun Sang Lee*

## DISTRICT COURT OF GUAM

### TERRITORY OF GUAM

| | |
|---|---|
| HUN SANG LEE, | ) CIVIL CASE NO. CV04-00027 |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE RE: |
| | ) PLAINTIFF HUN SANG LEE'S |
| vs. | ) JOINDER IN DEFENDANT/CROSS |
| | ) DEFENDANT ANTHONY ROBINS |
| MANHATTAN GUAM, INC., dba ROYAL | ) AND ASSOCIATES FIRST REQUEST |
| ORCHID HOTEL, ANTHONY ROBINS AND | ) FOR ADMISSIONS TO DEFENDANT |
| ASSOCIATES, O.A. COLOMA, P.C., | ) MANHATTAN GUAM, INC., dba |
| PHOENIX UNITED CORP., LTD., | ) ROYAL ORCHID HOTELS, DATED |
| WINZLER & KELLY CONSULTING | ) APRIL 12, 2006; DEFENDANT/CROSS |
| ENGINEERS, and DOE DEFENDANTS One | ) DEFENDANT ANTHONY ROBINS |
| through Ten, | ) AND ASSOCIATES SECOND REQUEST |
| | ) FOR ANSWERS TO |
| Defendants. | ) INTERROGATORIES TO DEFENDANT |
| | ) MANHATTAN GUAM, INC., dba |
| MANHATTAN GUAM, INC. dba ROYAL | ) ROYAL ORCHID HOTEL, DATED |
| ORCHID HOTEL, | ) APR5IL 12, 2006; AND |
| | ) DEFENDANT/CROSS DEFENDANT |
| Cross-Claimant, | ) ANTHONY ROBINS AND |
| | ) ASSOCIATES SECOND REQUEST FOR |
| vs. | ) PRODUCTION OF DOCUMENTS TO |
| | ) DEFENDANT MANHATTAN GUAM, |
| ANTHONY ROBINS AND ASSOCIATES, | ) INC., dba ROYAL ORCHID HOTELS, |
| O.A. COLOMA, P.C., PHOENIX UNITED | ) DATED APRIL 12, 2006 |
| CORP., LTD., WINZLER & KELLY | ) |
| CONSULTING ENGINEERS, | ) |
| | ) |
| Cross-Defendants. | ) Current Trial Date: September 25, 2006 |
| | ) Former Trial Date: November 14, 2005 |

**ORIGINAL**

| | |
|---|---|
| WINZLER & KELLY CONSULTING ENGINEERS, | )<br>)<br>) |
| Third-Party Plaintiff, | )<br>) |
| vs. | )<br>)<br>) |
| VSL PRESTRESING (GUAM), INC. | )<br>) |
| Third-Party Defendant. | )<br>) |
| ANTHONY ROBINS AND ASSOCIATES, | )<br>) |
| Cross-Claimant, | )<br>)<br>) |
| vs. | )<br>)<br>) |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | )<br>)<br>) |
| Cross-Defendants. | )<br>) |

CERTIFICATE OF SERVICE RE:
PLAINTIFF HUN SANG LEE'S JOINDER IN DEFENDANT/CROSS
DEFENDANT ANTHONY ROBINS AND ASSOCIATES FIRST REQUEST
FOR ADMISSIONS TO DEFENDANT MANHATTAN GUAM, INC.,
dba ROYAL ORCHID HOTELS, DATED APRIL 12, 2006; DEFENDANT/CROSS
DEFENDANT ANTHONY ROBINS AND ASSOCIATES SECOND REQUEST FOR
ANSWERS TO INTERROGATORIES TO DEFENDANT MANHATTAN GUAM,
INC., dba ROYAL ORCHID HOTEL, DATED APR5IL 12, 2006; AND
DEFENDANT/CROSS DEFENDANT ANTHONY ROBINS AND ASSOCIATES
SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT
MANHATTAN GUAM, INC., dba ROYAL ORCHID HOTELS, DATED APRIL 12, 2006

I, JASON S. KIM, hereby certify that on April 19, 2006, I caused a copy of PLAINTIFF HUN SANG LEE'S JOINDER IN DEFENDANT/CROSS DEFENDANT ANTHONY ROBINS AND ASSOCIATES FIRST REQUEST FOR ADMISSIONS TO DEFENDANT MANHATTAN GUAM, INC., dba ROYAL ORCHID HOTELS, DATED APRIL 12, 2006; DEFENDANT/CROSS DEFENDANT ANTHONY ROBINS AND ASSOCIATES SECOND REQUEST FOR ANSWERS TO INTERROGATORIES TO DEFENDANT MANHATTAN GUAM, INC., dba ROYAL ORCHID HOTEL, DATED APR5IL 12, 2006; AND DEFENDANT/CROSS DEFENDANT ANTHONY ROBINS AND

ASSOCIATES SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT MANHATTAN GUAM, INC., dba ROYAL ORCHID HOTELS, DATED APRIL 12, 2006 to be served by hand delivery on the following:

>G. PATRICK CIVILLE, ESQ.
>Civille & Tang, PLLC
>330 Hernan Cortez Avenue, Suite 200
>Hagåtña, Guam 96910
>>*Attorneys for Defendant, Cross-Claimant and Cross-Defendant*
>>*Manhattan Guam, Inc., dba Royal Orchid Hotel*

>MICHAEL A. PANGELINAN, ESQ.
>JENNIFER CALVO-QUITUGUA, ESQ.
>Calvo & Clark, LLP
>655 South Marine Corps Drive, Suite 202
>Tamuning, Guam 96913
>>*Attorneys for Defendant, Cross-Defendant*
>>*and Cross-Claimant ANTHONY ROBINS AND ASSOCIATES*

>RANDALL TODD THOMPSON, ESQ.
>Mair, Mair, Spade & Thompson
>238 Archbishop Flores Street
>Suite 801, Pacific News Building
>Hagåtña, Guam 96910
>>*Attorneys for Defendant, Third-Party Plaintiff and Cross-Defendant*
>>*Winzler & Kelly Consulting Engineers*

>Oscar A. Coloma
>O.A. Coloma, P.C.
>Suite 35, Paraoceana Business Center
>674 Harmon Loop Road
>Dededo, Guam 96929
>>Pro se

with courtesy copies by facsimile to the following:

>HARVEY LUNG, ESQ.
>MICHAEL CARROLL, ESQ.
>Bays, Deaver Lung Rose Baba
>1099 Alakea Street, 16th Floor, Alii Place
>Honolulu, Hawaii 96813
>**Facsimile: (808) 523-9000**
>>*Attorneys for Defendant, Cross-Defendant*
>>*and Cross-Claimant ANTHONY ROBINS AND ASSOCIATES*

ROBERT J. O'CONNOR, ESQ.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building, Susupe
Post Office Box 501969
Saipan, MP 96959-1969
**Facsimile: (670) 234-5683**
   *Attorneys for Defendant, Third-Party Plaintiff and Cross-Defendant*
   *Winzler & Kelly Consulting Engineers*

DATED: Upper Tumon, Guam, April __19__, 2006.

        CRONIN FRIED SEKIYA
        KEKINA & FAIRBANKS

        JASON S. KIM, ESQ.

        By _____
           JASON S. KIM, ESQ.
           Attorneys for Plaintiff

- 4 -