CRONIN FRIED SEKIYA
KEKINA & FAIRBANKS
841 BISHOP STREET, SUITE 600
HONOLULU, HAWAII 96813
TELEPHONE: (800) 227-8601/(808) 524-1433

JASON S. KIM, ESQ.
SUITE 303, YOUNG'S PROFESSIONAL BUILDING
UPPER TUMON, GUAM 96913
TELEPHONE: (671) 649-8123

*Attorneys for Plaintiff Hun Sang Lee*



FILED
DISTRICT COURT OF GUAM
APR 1 9 2006
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| HUN SANG LEE, | ) CIVIL CASE NO. CV04-00027 |
| Plaintiff, | ) CERTIFICATE OF SERVICE RE: <br> ) PLAINTIFF HUN SANG LEE'S NOTICE |
| vs. | ) OF TAKING 30(b)(6) DEPOSITION <br> ) UPON ORAL EXAMINATION |
| MANHATTAN GUAM, INC., dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten, | ) (Rule 30(b)(6) Representative(s) of <br> ) Manhattan Guam, Inc., dba Royal Orchid <br> ) Hotel) |
| Defendants. | ) Current Trial Date: September 25, 2006 <br> ) Former Trial Date: November 14, 2005 |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | |
| Cross-Claimant, | |
| vs. | |
| ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, | |
| Cross-Defendants. | |

| | |
|---|---|
| WINZLER & KELLY CONSULTING ENGINEERS, | )<br>)<br>) |
| Third-Party Plaintiff, | )<br>) |
| vs. | )<br>)<br>) |
| VSL PRESTRESING (GUAM), INC. | )<br>) |
| Third-Party Defendant. | )<br>) |
| ANTHONY ROBINS AND ASSOCIATES, | )<br>) |
| Cross-Claimant, | )<br>) |
| vs. | )<br>)<br>) |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | )<br>)<br>) |
| Cross-Defendants. | )<br>) |

CERTIFICATE OF SERVICE RE:
PLAINTIFF HUN SANG LEE'S NOTICE OF TAKING
30(b)(6) DEPOSITION UPON ORAL EXAMINATION

I, JASON S. KIM,, hereby certify that on April _19_, 2006, I caused a copy of PLAINTIFF HUN SANG LEE'S NOTICE OF TAKING 30(b)(6) DEPOSITION UPON ORAL EXAMINATION (Rule 30(b)(6) Representative(s) of Manhattan Guam, Inc., dba Royal Orchid Hotel) to be served by hand delivery on the following:

> G. PATRICK CIVILLE, ESQ.
> Civille & Tang, PLLC
> 330 Hernan Cortez Avenue, Suite 200
> Hagåtña, Guam 96910
> *Attorneys for Defendant, Cross-Claimant and Cross-Defendant*
> *Manhattan Guam, Inc., dba Royal Orchid Hotel*
>
> MICHAEL A. PANGELINAN, ESQ.
> JENNIFER CALVO-QUITUGUA, ESQ.
> Calvo & Clark, LLP
> 655 South Marine Corps Drive, Suite 202
> Tamuning, Guam 96913
> *Attorneys for Defendant, Cross-Defendant*
> *and Cross-Claimant ANTHONY ROBINS AND ASSOCIATES*

- 2 -

RANDALL TODD THOMPSON, ESQ.
Mair, Mair, Spade & Thompson
238 Archbishop Flores Street
Suite 801, Pacific News Building
Hagåtña, Guam 96910
   *Attorneys for Defendant, Third-Party Plaintiff and Cross-Defendant
   Winzler & Kelly Consulting Engineers*

Oscar A. Coloma
O.A. Coloma, P.C.
Suite 35, Paraoceana Business Center
674 Harmon Loop Road
Dededo, Guam 96929
   Pro se

with courtesy copies by facsimile to the following:

HARVEY LUNG, ESQ.
MICHAEL CARROLL, ESQ.
Bays, Deaver Lung Rose Baba
1099 Alakea Street, 16th Floor, Alii Place
Honolulu, Hawaii 96813
**Facsimile: (808) 523-9000**
   *Attorneys for Defendant, Cross-Defendant
   and Cross-Claimant ANTHONY ROBINS AND ASSOCIATES*

ROBERT J. O'CONNOR, ESQ.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building, Susupe
Post Office Box 501969
Saipan, MP 96959-1969
**Facsimile: (670) 234-5683**
   *Attorneys for Defendant, Third-Party Plaintiff and Cross-Defendant
   Winzler & Kelly Consulting Engineers*

DATED: Upper Tumon, Guam, April _19_, 2006.

   CRONIN FRIED SEKIYA
   KEKINA & FAIRBANKS

   JASON S. KIM, ESQ.

   By_____
      JASON S. KIM
      Attorneys for Plaintiff