CRONIN FRIED SEKIYA
KEKINA & FAIRBANKS
841 BISHOP STREET, SUITE 600
HONOLULU, HAWAII 96813
    TELEPHONE:    (800) 227-8601/(808) 524-1433

JASON S. KIM, ESQ.
SUITE 303, YOUNG'S PROFESSIONAL BUILDING
UPPER TUMON, GUAM 96913
    TELEPHONE:    (671) 649-8123

*Attorneys for Plaintiff Hun Sang Lee*

**FILED**
DISTRICT COURT OF GUAM
APR 19 2006
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| HUN SANG LEE,<br><br>    Plaintiff,<br><br>vs.<br><br>MANHATTAN GUAM, INC., dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten,<br><br>    Defendants.<br><hr>MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL,<br><br>    Cross-Claimant,<br><br>vs.<br><br>ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS,<br><br>    Cross-Defendants. | CIVIL CASE NO. CV04-00027<br><br>PLAINTIFF HUN SANG LEE'S JOINDER IN DEFENDANT MANHATTAN GUAM, INC., DBA ROYAL ORCHID HOTEL'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO ANTHONY ROBINS AND ASSOCIATES, DATED APRIL 13, 2006<br><br>Current Trial Date: September 25, 2006<br>Former Trial Date: November 14, 2005 |

**ORIGINAL**

| | |
|---|---|
| WINZLER & KELLY CONSULTING ENGINEERS, | ) <br> ) <br> ) |
| Third-Party Plaintiff, | ) <br> ) |
| vs. | ) <br> ) <br> ) |
| VSL PRESTRESING (GUAM), INC. | ) <br> ) |
| Third-Party Defendant. | ) <br> ) |
| ANTHONY ROBINS AND ASSOCIATES, | ) <br> ) |
| Cross-Claimant, | ) <br> ) |
| vs. | ) <br> ) <br> ) |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | ) <br> ) <br> ) |
| Cross-Defendants. | ) <br> ) |

PLAINTIFF HUN SANG LEE'S JOINDER IN DEFENDANT MANHATTAN GUAM, INC., DBA ROYAL ORCHID HOTEL'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO ANTHONY ROBINS AND ASSOCIATES, DATED APRIL 13, 2006

COMES NOW Plaintiff Hun Sang Lee, by and through his attorneys, Cronin Fried Sekiya Kekina & Fairbanks, and hereby joins in Defendant Manhattan Guam, Inc., dba Royal Orchid Hotel's First Request For Production Of Documents To Anthony Robins And Associates, Dated April 13, 2006.

This joinder is made pursuant to Rules 5, 26 and 34 of the Federal Rules of Civil Procedure.

DATED: Honolulu, Hawaii, April _19_, 2005.

          CRONIN FRIED SEKIYA
          KEKINA & FAIRBANKS

          JASON S. KIM, ESQ.

          By_____
          JASON S. KIM, ESQ.
          Attorneys for Plaintiff