CRONIN FRIED SEKIYA
KEKINA & FAIRBANKS
841 BISHOP STREET, SUITE 600
HONOLULU, HAWAII 96813
    TELEPHONE:  (800) 227-8601/(808) 524-1433

JASON S. KIM, ESQ.
SUITE 303, YOUNG'S PROFESSIONAL BUILDING
UPPER TUMON, GUAM 96913
    TELEPHONE:  (671) 649-8123

*Attorneys for Plaintiff Hun Sang Lee*

FILED
DISTRICT COURT OF GUAM
APR 19 2006
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| HUN SANG LEE,<br><br>    Plaintiff,<br><br>vs.<br><br>MANHATTAN GUAM, INC., dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten,<br><br>    Defendants.<br><br>MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL,<br><br>    Cross-Claimant,<br><br>vs.<br><br>ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS,<br><br>    Cross-Defendants. | CIVIL CASE NO. CV04-00027<br><br>CERTIFICATE OF SERVICE RE: PLAINTIFF HUN SANG LEE'S JOINDER IN DEFENDANT MANHATTAN GUAM, INC., DBA ROYAL ORCHID HOTEL'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO ANTHONY ROBINS AND ASSOCIATES, DATED APRIL 13, 2006<br><br>Current Trial Date: September 25, 2006<br>Former Trial Date: November 14, 2005 |

| | |
|---|---|
| WINZLER & KELLY CONSULTING ENGINEERS, | )<br>)<br>) |
| Third-Party Plaintiff, | )<br>) |
| vs. | )<br>)<br>) |
| VSL PRESTRESING (GUAM), INC. | )<br>) |
| Third-Party Defendant. | )<br>) |
| ANTHONY ROBINS AND ASSOCIATES, | )<br>) |
| Cross-Claimant, | )<br>)<br>) |
| vs. | )<br>) |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | )<br>)<br>) |
| Cross-Defendants. | )<br>) |

CERTIFICATE OF SERVICE RE:
PLAINTIFF HUN SANG LEE'S JOINDER IN DEFENDANT MANHATTAN GUAM, INC., DBA ROYAL ORCHID HOTEL'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO ANTHONY ROBINS AND ASSOCIATES, DATED APRIL 13, 2006

I, JASON S. KIM, hereby certify that on April __19__, 2006, I caused a copy of PLAINTIFF HUN SANG LEE'S JOINDER IN DEFENDANT MANHATTAN GUAM, INC., DBA ROYAL ORCHID HOTEL'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO ANTHONY ROBINS AND ASSOCIATES, DATED APRIL 13, 2006 to be served by hand delivery on the following:

> G. PATRICK CIVILLE, ESQ.
> Civille & Tang, PLLC
> 330 Hernan Cortez Avenue, Suite 200
> Hagåtña, Guam 96910
> *Attorneys for Defendant, Cross-Claimant and Cross-Defendant*
> *Manhattan Guam, Inc., dba Royal Orchid Hotel*

MICHAEL A. PANGELINAN, ESQ.
JENNIFER CALVO-QUITUGUA, ESQ.
Calvo & Clark, LLP
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
    *Attorneys for Defendant, Cross-Defendant*
    *and Cross-Claimant ANTHONY ROBINS AND ASSOCIATES*

RANDALL TODD THOMPSON, ESQ.
Mair, Mair, Spade & Thompson
238 Archbishop Flores Street
Suite 801, Pacific News Building
Hagåtña, Guam 96910
    *Attorneys for Defendant, Third-Party Plaintiff and Cross-Defendant*
    *Winzler & Kelly Consulting Engineers*

Oscar A. Coloma
O.A. Coloma, P.C.
Suite 35, Paraoceana Business Center
674 Harmon Loop Road
Dededo, Guam 96929
    Pro se

with courtesy copies by facsimile to the following:

HARVEY LUNG, ESQ.
MICHAEL CARROLL, ESQ.
Bays, Deaver Lung Rose Baba
1099 Alakea Street, 16th Floor, Alii Place
Honolulu, Hawaii 96813
**Facsimile: (808) 523-9000**
    *Attorneys for Defendant, Cross-Defendant*
    *and Cross-Claimant ANTHONY ROBINS AND ASSOCIATES*

ROBERT J. O'CONNOR, ESQ.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building, Susupe
Post Office Box 501969
Saipan, MP 96959-1969
**Facsimile: (670) 234-5683**
    *Attorneys for Defendant, Third-Party Plaintiff and Cross-Defendant*
    *Winzler & Kelly Consulting Engineers*

DATED: Upper Tumon, Guam, April __19__, 2006.

                CRONIN FRIED SEKIYA
                KEKINA & FAIRBANKS

                JASON S. KIM, ESQ.

By _____
    JASON S. KIM, ESQ.
    Attorneys for Plaintiff