

**CRONIN FRIED SEKIYA**
**KEKINA & FAIRBANKS**
841 BISHOP STREET, SUITE 600
HONOLULU, HAWAII 96813
TELEPHONE: (800) 227-8601/(808) 524-1433

**JASON S. KIM, ESQ.**
SUITE 303, YOUNG'S PROFESSIONAL BUILDING
UPPER TUMON, GUAM 96913
TELEPHONE: (671) 649-8123

*Attorneys for Plaintiff Hun Sang Lee*

### DISTRICT COURT OF GUAM

### TERRITORY OF GUAM

| | |
|---|---|
| HUN SANG LEE,<br><br>    Plaintiff,<br><br>vs.<br><br>MANHATTAN GUAM, INC., dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten,<br><br>    Defendants. | CIVIL CASE NO. CV04-00027<br><br>**EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT WINZLER & KELLY CONSULTING ENGINEERS' MOTION FOR SUMMARY JUDGMENT FILED MARCH 31, 2006**<br><br>Current Trial Date: September 25, 2006<br>Former Trial Date: November 14, 2005 |

| | |
|---|---|
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | )<br>)<br>) |
| Cross-Claimant, | )<br>) |
| vs. | )<br>)<br>) |
| ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, | )<br>)<br>)<br>)<br>)<br>) |
| Cross-Defendants. | )<br>) |
| WINZLER & KELLY CONSULTING ENGINEERS, | )<br>)<br>) |
| Third-Party Plaintiff, | )<br>) |
| vs. | )<br>)<br>) |
| VSL PRESTRESING (GUAM), INC. | )<br>) |
| Third-Party Defendant. | )<br>) |
| ANTHONY ROBINS AND ASSOCIATES, | )<br>) |
| Cross-Claimant, | )<br>) |
| vs. | )<br>)<br>) |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | )<br>)<br>) |
| Cross-Defendants. | )<br>) |

## EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT WINZLER & KELLY CONSULTING ENGINEERS' MOTION FOR SUMMARY JUDGMENT FILED MARCH 31, 2006

Comes now Plaintiff Hun Sang Lee, by and through his attorneys, and moves this Court ex parte for an extension of time until Friday, August 19, 2006, to file Plaintiff's memorandum in opposition to Defendant Winzler & Kelly's Motion for Summary Judgment filed March 31, 2006.

This application is based upon LR 7.1(d), (f) and (j) of the Local Rules for the U.S. District Court for the District of Guam, the Affidavit of Patrick F. McTernan, Plaintiff's Memorandum of Points and Authorities, and the pleadings and record in this case.

DATED: Honolulu, Hawaii, April 22, 2005.

CRONIN FRIED SEKIYA
KEKINA & FAIRBANKS

JASON S. KIM, ESQ.

By _____
PATRICK F. McTERNAN
Attorneys for Plaintiff