
FILED
DISTRICT COURT OF GUAM
APR 25 2006
MARY L.M. MORAN
CLERK OF COURT

LAW OFFICES OF
**ROBERT L. KEOGH, ESQ.**
251 MARTYR STREET, SUITE 105
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-2778

**CRONIN FRIED SEKIYA
KEKINA & FAIRBANKS**
841 BISHOP STREET, SUITE 600
HONOLULU, HAWAII 96813
TELEPHONE: (800) 227-8601/(808) 524-1433

**JASON S. KIM, ESQ.**
SUITE 303, YOUNG'S PROFESSIONAL BUILDING
UPPER TUMON, GUAM 96913
TELEPHONE: (671) 649-8123

*Attorneys for Plaintiff Hun Sang Lee*

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| HUN SANG LEE, | ) CIVIL CASE NO. CV04-00027 |
| Plaintiff, | ) **AFFIDAVIT OF PATRICK F.** |
| | ) **McTERNAN IN SUPPORT OF** |
| vs. | ) **PLAINTIFF'S EX PARTE** |
| | ) **APPLICATION FOR EXTENSION OF** |
| MANHATTAN GUAM, INC., dba ROYAL | ) **TIME TO FILE PLAINTIFF'S** |
| ORCHID HOTEL, ANTHONY ROBINS AND | ) **MEMORANDUM IN OPPOSITION TO** |
| ASSOCIATES, O.A. COLOMA, P.C., | ) **DEFENDANT WINZLER & KELLY** |
| PHOENIX UNITED CORP., LTD., | ) **CONSULTING ENGINEERS'** |
| WINZLER & KELLY CONSULTING | ) **MOTION FOR SUMMARY** |
| ENGINEERS, and DOE DEFENDANTS One | ) **JUDGMENT FILED MARCH 31, 2006;** |
| through Ten, | ) **EXHIBITS "A" - "C"** |
| Defendants. | ) Current Trial Date: September 25, 2006 |
| | ) Former Trial Date: November 14, 2005 |

| | |
|---|---|
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | )<br>)<br>) |
| Cross-Claimant, | )<br>)<br>) |
| vs. | )<br>)<br>) |
| ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, | )<br>)<br>)<br>)<br>)<br>) |
| Cross-Defendants. | )<br>)<br>) |
| WINZLER & KELLY CONSULTING ENGINEERS, | )<br>)<br>)<br>) |
| Third-Party Plaintiff, | )<br>)<br>) |
| vs. | )<br>)<br>) |
| VSL PRESTRESING (GUAM), INC. | )<br>)<br>) |
| Third-Party Defendant. | )<br>) |
| ANTHONY ROBINS AND ASSOCIATES, | )<br>) |
| Cross-Claimant, | )<br>)<br>) |
| vs. | )<br>)<br>) |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | )<br>)<br>)<br>) |
| Cross-Defendants. | )<br>) |

# AFFIDAVIT OF PATRICK F. McTERNAN IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT WINZLER & KELLY CONSULTING ENGINEERS' MOTION FOR SUMMARY JUDGMENT FILED MARCH 31, 2006

STATE OF HAWAII            )
                           ) SS.
CITY AND COUNTY OF HONOLULU )

PATRICK F. McTERNAN, being first duly sworn upon oath, deposes and says:

1. Affiant is an attorney authorized to practice law in all courts of the State of Hawaii, the United States District Court for the District of Hawaii, and the Ninth Circuit Court of Appeals.

2. Affiant has been authorized to appear in this case *pro hac vice*, as one of the attorneys for Plaintiff Hun Sang Lee.

3. Affiant has personal knowledge of the matters stated herein, except as to matters stated upon information and belief, and as to those matters he believes them to be true and correct after reasonable inquiry.

4. Plaintiff requests an extension of time to file his memorandum in opposition to Defendant Winzler & Kelly Consulting Engineers' (hereinafter "W&K") Motion for Summary Judgment (hereinafter "Motion") until at least May 19, 2006.

5. Plaintiff requests an extension until at least May 19, 2006, for three reasons: (1) no opposition has yet been filed because Affiant was led to believe that the motion was being set for hearing on May 24 or 25, 2006, and it was therefore Affiant's understanding that under the Local Rules Plaintiff's opposition would not be due until sometime in May 2006; (2) Affiant's travel schedule since the motion was filed, and in the coming weeks, was/will be such that he will not have adequate time to prepare an

adequate response to the Motion before that time; and (3) the parties are scheduled for mediation on May 9, 2006, and therefore it may not be necessary to file an opposition if the case is resolved.

6. The Motion was filed on March 31, 2006. On March 28, 2006, before the Motion was filed, lead counsel for W&K sent the parties an e-mail indicating that he was in the process of obtaining a hearing date for the Motion, and that the Motion probably would be set for hearing on May 24 or May 25, 2006. See Exhibit "A" hereto. As a result of that e-mail Affiant was led to believe that the Motion would in fact be set for oral argument and that Plaintiff's opposition would not be due until 14 days before the hearing pursuant to LR 7.1(d)(1)(A).

7. Affiant has been traveling most of the time since then. The day Plaintiff's counsel received the Motion, Affiant flew out of the country and was out of the country and out of his office through the end of the following week. Affiant was only in his office for one day, Monday, April 10, 2006, before he again left Hawaii to fly to Guam for depositions in this case that continued through the end of the week. Affiant flew back to Honolulu on Saturday, April 15, 2006.

8. Affiant was in his office for only two days when, on Wednesday, April 19, 2006, Affiant first received an e-mail from his Guam co-counsel notifying him that Guam co-counsel had received a telephone message from the District Court stating that Plaintiff's memorandum in opposition was overdue. That was the first time Affiant became aware that no hearing date had been set for the Motion.

9. Earlier on the same day Affiant had, coincidentally, asked his secretary to e-mail lead counsel for W&K to find out the hearing date, which she did (see

Exhibit "B"). As of the time of his response, lead counsel for W&K also was apparently under the impression that his Motion was being set for hearing. His responsive e-mail (see Exhibit "C") stated:

> Since we were not able to reach any agreement as to a hearing date before we filed our motion, we asked the court to just set it for any date convenient to the court between May 8 and May 26.
>
> We have not yet heard back from the court on a specific date.

10. At the time of this writing, it is Friday, April 21, 2006, and Affiant is scheduled to fly to Korea on Monday, April 24, 2006, for a series of depositions in this case that will last through Saturday, May 6, 2006. Immediately thereafter, Affiant is scheduled to fly to Saipan with Plaintiff for a mediation of this case with U.S. District Court Judge Alex R. Munson on Tuesday, May 9, 2006.

11. Since learning that the Motion was not set for hearing, Affiant has attempted to prepare an adequate memorandum in opposition as quickly as possible. However, an adequate opposition will require, at a minimum, a detailed discussion of the facts, a large number of exhibits, and further legal research. Affiant will not have time to prepare such an opposition before departing for Korea, and it would be difficult to prepare the opposition while Affiant is in Korea.

12. The upcoming depositions in Korea are extremely important ones. The parties will be deposing Plaintiff, his family, four eyewitnesses, one or more of his treating physicians, and several business colleagues who will testify to Plaintiff's economic losses. Attempting to prepare the opposition while these depositions are underway would be a distraction that could prejudice the quality of the depositions, the opposition, or both. For this reason, Affiant requests that he be allowed a reasonable

period of time after the Korea depositions and the Saipan mediation – at least until Friday, May 19, 2006 – to prepare the opposition. Otherwise, it is Affiant's firm belief that Plaintiff will be severely prejudiced.

13. This application for extension of time is made ex parte because, as of this writing, Affiant has been unable to contact lead counsel for W&K, Robert O'Connor, because he is apparently in Australia. Moreover, after today it will not be feasible to execute a stipulation without undue delay because Affiant and his local counsel in Guam will both be traveling to Korea.

14. Affiant has spoken to lead counsel for Defendants Manhattan Guam, Inc. and Anthony Robins and Associates, P.C., G. Patrick Civille, Esq. and Harvey Lung, Esq., respectively. Affiant was advised that they have no objection to the requested extension and they would be willing to execute a stipulation. However, Mr. O'Connor's unavailability makes the stipulation infeasible.

15. Affiant has attempted to contact local Guam counsel for W&K, Randall Thompson, Esq., but as of this writing Affiant has been unsuccessful. Moreover, it is doubtful Mr. Thompson would be willing to agree to such an extension without first consulting Mr. O'Connor. Therefore, this ex parte application is necessary.

16. Affiant will be notifying all counsel promptly of this ex parte application by serving them with copies of the same.

Further Affiant sayeth naught.

_____
PATRICK F. McTERNAN

Subscribed and sworn to before me
this 21st day of April, 2006.

_____
_____
Donna C Toyofuku
Notary Public, State of Hawaii
My Commission Expires: 6/3/09

## Patrick McTernan

**From:** O'Connor Berman Dotts & Banes [attorneys@saipan.com]
**Sent:** Tuesday, March 28, 2006 9:56 PM
**To:** Patrick McTernan; G. Patrick Civille; Jason S. Kim; Michael C. Carroll; Harvey Lung; Michael A. Pangelinan; Jennifer Calvo-Quitugua
**Cc:** Randall Todd Thompson; Sandra E. Cruz; Jenny B. Sarsalejo (Work)
**Subject:** Re: Royal Orchid Case: Summary Judgment Motion Hearing Date

Everyone:

Today, the district court clerk advised me that the judge sitting from May 8 through May 19 will probably not be able to hear our motion, because he will be fully occupied with three criminal trials.

She believes it will more likely be heard by another judge who will be here from May 22 through May 26 B probably on May 24 or 25.

Please advise if those dates present any problem.

Thanks.

Bob O=Connor

**Confidentiality Notice**: The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please notify us immediately at attorneys@saipan.com or by telephone at (670) 234-5684 and destroy all copies of the original message.

> ----- Original Message -----
> **From:** O'Connor Berman Dotts & Banes
> **To:** Patrick F. McTernan ; G. Patrick Civille ; Jason S. Kim ; Michael C. Carroll ; Harvey Lung ; Michael A. Pangelinan ; Jennifer Calvo-Quitugua
> **Cc:** Randall Todd Thompson ; Sandra E. Cruz ; Jenny B. Sarsalejo (Work)
> **Sent:** Tuesday, March 28, 2006 12:04 PM
> **Subject:** Royal Orchid Case: Summary Judgment Motion Hearing Date
>
> Everyone:
>
> Winzler & Kelly will shortly be filing a motion for summary judgment, and we need to set up a hearing date. The district court advises that a judge will be available from May 8 through May 19. Please let me know as soon as possible if any of you are unavailable for any date during that time period.
>
> Thanks.
>
> Bob O=Connor
>
> **Confidentiality Notice**: The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient,

EXHIBIT A



you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please notify us immediately at attorneys@saipan.com or by telephone at (670) 234-5684 and destroy all copies of the original message.

**Diane Peter**

| | |
|---|---|
| From: | Diane Peter |
| Sent: | Wednesday, April 19, 2006 7:57 AM |
| To: | 'attorneys@saipan.com' |
| Cc: | 'jasonk0716@yahoo.com'; 'pciville@guamattorneys.com'; 'jtang@guamattorneys.com'; 'hlung@legalhawaii.com'; 'mcarroll@legalhawaii.com'; 'mpangelinan@calvoclark.com'; 'jcalvo@calvoclark.com'; 'thompson@mmstlaw.com' |
| Subject: | Lee v. Manhattan Guam |

Mr. O'Connor -

This is a follow up to your e-mail of March 28, 2006 where you indicated that the hearing on your Motion for Summary Judgment would probably be heard on May 24 or May 25.

Could you please update us on the precise date so that we can determine when our opposition will be due?


Patrick F. McTernan, Esq.
Cronin, Fried, Sekiya, Kekina & Fairbanks
600 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Tel.: (808) 524-1433
      (808) 539-9804 (direct)
      (800) 227-8601
Fax: (808) 536-2073
E-Mail: pmcternan@croninfried.com
        PFMcT@aol.com

EXHIBIT B

1
Case 1:04-cv-00027  Document 127  Filed 04/25/2006  Page 10 of 12

## Diane Peter

**From:** O'Connor Berman Dotts & Banes [attorneys@saipan.com]
**Sent:** Wednesday, April 19, 2006 1:59 PM
**To:** Diane Peter
**Cc:** jasonk0716@yahoo.com; pciville@guamattorneys.com; jtang@guamattorneys.com; hlung@legalhawaii.com; mcarroll@legalhawaii.com; mpangelinan@calvoclark.com; jcalvo@calvoclark.com; thompson@mmstlaw.com
**Subject:** Re: Lee v. Manhattan Guam

Patrick:

Since we were not able to reach any agreement as to a hearing date before we filed our motion, we asked the court to just set it for any date convenient to the court between May 8 and May 26.

We have not yet heard back from the court with a specific date.

Bob O'Connor

**Confidentiality Notice**: The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please notify us immediately at attorneys@saipan.com or by telephone at (670) 234-5684 and destroy all copies of the original message.

----- Original Message -----
**From:** Diane Peter
**To:** attorneys@saipan.com
**Cc:** jasonk0716@yahoo.com ; pciville@guamattorneys.com ; jtang@guamattorneys.com ; hlung@legalhawaii.com ; mcarroll@legalhawaii.com ; mpangelinan@calvoclark.com ; jcalvo@calvoclark.com ; thompson@mmstlaw.com
**Sent:** Thursday, April 20, 2006 3:56 AM
**Subject:** Lee v. Manhattan Guam

```
Mr. O'Connor -

This is a follow up to your e-mail of March 28, 2006 where you
indicated that the hearing on your Motion for Summary Judgment would
probably be heard on May 24 or May 25.

Could you please update us on the precise date so that we can
determine when our opposition will be due?


Patrick F. McTernan, Esq.
Cronin, Fried, Sekiya, Kekina & Fairbanks
600 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
```

EXHIBIT C

```
Tel.:  (808) 524-1433
       (808) 539-9804 (direct)
       (800) 227-8601
Fax:   (808) 536-2073
E-Mail: pmcternan@croninfried.com
        PFMcT@aol.com
```