

**FILED**
DISTRICT COURT OF GUAM
APR 25 2006
MARY L.M. MORAN
CLERK OF COURT

CRONIN FRIED SEKIYA
KEKINA & FAIRBANKS
841 BISHOP STREET, SUITE 600
HONOLULU, HAWAII 96813
TELEPHONE:   (800) 227-8601/(808) 524-1433

JASON S. KIM, ESQ.
SUITE 303, YOUNG'S PROFESSIONAL BUILDING
UPPER TUMON, GUAM 96913
TELEPHONE:   (671) 649-8123

*Attorneys for Plaintiff Hun Sang Lee*

### DISTRICT COURT OF GUAM

### TERRITORY OF GUAM

| | |
|---|---|
| HUN SANG LEE, | CIVIL CASE NO. CV04-00027 |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| MANHATTAN GUAM, INC., dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten, | Current Trial Date: September 25, 2006<br>Former Trial Date: November 14, 2005 |
| Defendants. | |

**ORIGINAL**

| | |
|---|---|
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | )<br>)<br>) |
| Cross-Claimant, | )<br>) |
| vs. | )<br>) |
| ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, | )<br>)<br>)<br>)<br>) |
| Cross-Defendants. | )<br>)<br>) |
| WINZLER & KELLY CONSULTING ENGINEERS, | )<br>)<br>) |
| Third-Party Plaintiff, | )<br>) |
| vs. | )<br>) |
| VSL PRESTRESING (GUAM), INC. | )<br>) |
| Third-Party Defendant. | )<br>) |
| ANTHONY ROBINS AND ASSOCIATES, | )<br>) |
| Cross-Claimant, | )<br>) |
| vs. | )<br>) |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | )<br>)<br>) |
| Cross-Defendants. | )<br>) |

## CERTIFICATE OF SERVICE

I, JASON S. KIM,, hereby certify that on April 25, 2006, I caused a copy of

1.  EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT WINZLER & KELLY CONSULTING ENGINEERS' MOTION FOR SUMMARY JUDGMENT FILED MARCH 31, 2006; and[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT WINZLER & KELLY CONSULTING ENGINEERS' MOTION FOR SUMMARY JUDGMENT FILED MARCH 31, 2006

2.  PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT WINZLER & KELLY CONSULTING ENGINEERS' MOTION FOR SUMMARY JUDGMENT FILED MARCH 31, 2006

3.  AFFIDAVIT OF PATRICK F. McTERNAN IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT WINZLER & KELLY CONSULTING ENGINEERS' MOTION FOR SUMMARY JUDGMENT FILED MARCH 31, 2006; EXHIBITS "A" - "C"

to be served by hand delivery on the following:

> G. PATRICK CIVILLE, ESQ.
> Civille & Tang, PLLC
> 330 Hernan Cortez Avenue, Suite 200
> Hagåtña, Guam 96910
> > *Attorneys for Defendant, Cross-Claimant and Cross-Defendant Manhattan Guam, Inc., dba Royal Orchid Hotel*

> MICHAEL A. PANGELINAN, ESQ.
> JENNIFER CALVO-QUITUGUA, ESQ.
> Calvo & Clark, LLP
> 655 South Marine Corps Drive, Suite 202
> Tamuning, Guam 96913
> > *Attorneys for Defendant, Cross-Defendant and Cross-Claimant ANTHONY ROBINS AND ASSOCIATES*

> RANDALL TODD THOMPSON, ESQ.
> Mair, Mair, Spade & Thompson
> 238 Archbishop Flores Street
> Suite 801, Pacific News Building
> Hagåtña, Guam 96910
> > *Attorneys for Defendant, Third-Party Plaintiff and Cross-Defendant Winzler & Kelly Consulting Engineers*

Oscar A. Coloma
O.A. Coloma, P.C.
Suite 35, Paraoceana Business Center
674 Harmon Loop Road
Dededo, Guam 96929
　　　　Pro se

with courtesy copies by facsimile to the following:

HARVEY LUNG, ESQ.
MICHAEL CARROLL, ESQ.
Bays, Deaver Lung Rose Baba
1099 Alakea Street, 16th Floor, Alii Place
Honolulu, Hawaii 96813
**Facsimile: (808) 523-9000**
　*Attorneys for Defendant, Cross-Defendant*
　*and Cross-Claimant ANTHONY ROBINS AND ASSOCIATES*


ROBERT J. O'CONNOR, ESQ.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building, Susupe
Post Office Box 501969
Saipan, MP 96959-1969
**Facsimile: (670) 234-5683**
　*Attorneys for Defendant, Third-Party Plaintiff and Cross-Defendant*
　*Winzler & Kelly Consulting Engineers*


DATED: Upper Tumon, Guam, April 25, 2006.

　　　　　　CRONIN FRIED SEKIYA
　　　　　　KEKINA & FAIRBANKS

　　　　　　JASON S. KIM, ESQ.

　　　　　　By_____
　　　　　　　　JASON S. KIM
　　　　　　　　Attorneys for Plaintiff