RANDALL TODD THOMPSON
MAIR, MAIR, SPADE & THOMPSON
Suite 801, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Phone: (671) 472-2089
Fax: (671) 477-5206

ROBERT J. O'CONNOR
O'CONNOR BERMAN DOTTS & BANES
Second Floor, Nauru Building
Susupe, Saipan, CNMI
Mail: PO Box 50-1969 Saipan MP 96950
Phone: (670) 234-5684
Fax: (670) 234-5683

Attorneys for Defendant
Winzler & Kelly Consulting Engineers



FILED
DISTRICT COURT OF GUAM
APR 27 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HUN SANG LEE, <br><br> Plaintiff, <br><br> vs. <br><br> MANHATTAN GUAM, INC., et al., <br><br> Defendants. | Civil Case No. 04-00027 <br><br> ORDER <br> Granting Leave to File <br> Facsimile Copy of Affidavit <br> of Robert J. O'Connor |

Good cause appearing, Defendant Winzler & Kelly's Motion for Leave To File Facsimile Copy of Affidavit of Robert J. O'Connor is hereby GRANTED. Winzler & Kelly shall promptly file the original affidavit upon its receipt.

SO ORDERED this 27th day of April 2006.

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

**ORIGINAL**