FILED
DISTRICT COURT OF GUAM
MAY - 1 2006
MARY L.M. MORAN
CLERK OF COURT

CRONIN FRIED SEKIYA
KEKINA & FAIRBANKS
841 BISHOP STREET, SUITE 600
HONOLULU, HAWAII 96813
TELEPHONE: (800) 227-8601/(808) 524-1433

JASON S. KIM, ESQ.
SUITE 303, YOUNG'S PROFESSIONAL BUILDING
UPPER TUMON, GUAM 96913
TELEPHONE: (671) 649-8123

*Attorneys for Plaintiff Hun Sang Lee*

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| HUN SANG LEE, | ) CIVIL CASE NO. CV04-00027 |
| Plaintiff, | ) MOTION FOR LEAVE TO FILE |
| | ) FACSIMILE REPLY AND |
| vs. | ) DECLARATION OF COUNSEL TO |
| | ) WINZLER & KELLY'S OPPOSITION TO |
| MANHATTAN GUAM, INC., et al., | ) PLAINTIFF'S EX PARTE |
| | ) APPLICATION FOR EXTENSION OF |
| Defendants. | ) TIME |
| | ) |

| | |
|---|---|
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | ) ) ) |
| Cross-Claimant, | ) ) |
| vs. | ) ) |
| ANTHONY ROBINS AND ASSOCIATES, et al., | ) ) ) |
| Cross-Defendants. | ) ) ) |
| WINZLER & KELLY CONSULTING ENGINEERS, | ) ) ) |
| Third-Party Plaintiff, | ) ) |
| vs. | ) ) |
| VSL PRESTRESING (GUAM), INC., | ) ) |
| Third-Party Defendant. | ) ) ) |
| ANTHONY ROBINS AND ASSOCIATES, | ) ) |
| Cross-Claimant, | ) ) |
| vs. | ) ) |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | ) ) ) |
| Cross-Defendants. | ) ) ) |

Pursuant to Local Rule GR 5.1(a), Plaintiff Hun Sang Lee hereby moves this Court for leave to file a facsimile copy bearing facsimile signatures of the attached Plaintiff's Reply to Defendant Winzler & Kelly's 4/26/06 Opposition to Plaintiff's Ex Parte Application for Extension of Time (hereinafter "WK Opposition") and facsimile copy with facsimile signature of

the Declaration of Patrick F. McTernan in Support of Plaintiff's Reply Memorandum. In support of this motion, Plaintiff shows the following:

1. This motion for filing of facsimile copies is made because Plaintiff's Hawaii *pro hac vice* counsel, Patrick F. McTernan, Esq., and Plaintiff's local Guam counsel, Jason S. Kim, Esq., are both in Seoul, Korea, with defense counsel, for a series of depositions in this case that began on Thursday, April 27, 2006 and are scheduled to continue through Saturday, May 6, 2006. Mr. McTernan and Mr. Kim were already in Korea on April 26, 2006, when WK's Opposition was filed.

2. The substance and character of WK's Opposition requires a prompt reply by Plaintiff. This is the first opportunity Mr. McTernan has had to reply to WK's Opposition because he has have been in deposition all day, every day, until 6:00 p.m. or 7:00 p.m., from April 27, 2006 to today, including Saturday and Sunday. These have all been critical depositions to which Plaintiffs' counsel have had to devote their full attention. The first three days of deposition on Thursday, Friday and Saturday were entirely of the Plaintiff, except for a three-hour break to conduct the deposition of an important witness regarding Plaintiff's economic losses. The fourth day of depositions was of two of only four known eyewitnesses to the incident that rendered Mr. Lee paraplegic.

3. It is believed that the proposed facsimile reply and declaration are essential to an informed disposition of Plaintiff's application for an extension of time to respond to WK's motion for summary judgment. Only Mr. McTernan, who is in Korea, has sufficient knowledge

of the relevant facts to rebut WK's Opposition. Due to the urgency of this matter, it is believed that waiting to mail or otherwise physically transmit the original of Mr. McTernan's declaration, bearing his original signature, would result in undue delay that might severely prejudice Plaintiff if the *ex parte* application for extension of time is decided before the Court has an opportunity to consider the matters set forth in the declaration.

4. Similarly, Plaintiff's local Guam counsel, Jason Kim is a solo practitioner, and therefore there is no attorney in his office in Guam to sign the reply memorandum for submission of a signed original for filing. As a result, the memorandum must be signed in Korea and transmitted to Mr. Kim's Guam office for filing. Again, due to the urgency of this matter, it is believed that waiting to mail or otherwise physically transmit the original of the signed reply memorandum would result in undue delay that might severely prejudice Plaintiff if the *ex parte* application for extension of time is decided before the Court has an opportunity to consider the matters set forth in the reply memorandum.

Respectfully submitted this 1st day of May, 2006.

        CRONIN FRIED SEKIYA
        KEKINA & FAIRBANKS

        JASON S. KIM, ESQ.

        By_____
        PATRICK F. MCTERNAN, ESQ.
        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, PATRICK F. McTERNAN, hereby certify that I have caused a copy of the MOTION FOR LEAVE TO FILE FACSIMILE REPLY AND DECLARATION OF COUNSEL TO WINZLER & KELLY'S OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR EXTENSION OF TIME; PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT WINZLER & KELLY'S MOTION FOR SUMMARY JUDGMENT; DECLARATION OF PATRICK F. McTERNAN IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANT WINZLER & KELLY'S 4/26/06 OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR EXTENSION OF TIME; [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FACSIMILE REPLY AND DECLARATION OF COUNSEL TO WINZLER & KELLY'S OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR EXTENSION OF TIME, to be served upon the following parties by personally hand-delivering a copy of the same to their attorneys at the Ritz-Carlton Seoul Hotel in Seoul, Korea, on May 1, 2006, as set forth below:

> G. PATRICK CIVILLE, ESQ.
> Civille & Tang, PLLC
> 330 Hernan Cortez Avenue, Suite 200
> Hagåtña, Guam 96910
> *Attorneys for Defendant, Cross-Claimant and Cross-Defendant Manhattan Guam, Inc., dba Royal Orchid Hotel*

MICHAEL CARROLL, ESQ.
Bays, Deaver Lung Rose Baba
1099 Alakea Street, 16th Floor, Alii Place
Honolulu, Hawaii 96813
    *Attorneys for Defendant, Cross-Defendant*
    *and Cross-Claimant ANTHONY ROBINS AND ASSOCIATES*

ROBERT J. O'CONNOR, ESQ.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building, Susupe
Post Office Box 501969
Saipan, MP 96959-1969
    *Attorneys for Defendant, Third-Party Plaintiff and Cross-Defendant*
    *Winzler & Kelly Consulting Engineers*

DATED: Seoul, Korea, May 1, 2006.

        CRONIN FRIED SEKIYA
        KEKINA & FAIRBANKS

        JASON S. KIM, ESQ.

        By: _____
        PATRICK F. McTERNAN, ESQ.
        Attorneys for Plaintiff