**CRONIN FRIED SEKIYA**
**KEKINA & FAIRBANKS**
841 BISHOP STREET, SUITE 600
HONOLULU, HAWAII 96813
TELEPHONE: (800) 227-86-01/(808) 524-1433

**JASON S. KIM, ESQ.**
SUITE 303, YOUNG'S PROFESSIONAL BUILDING
788 N. MARINE DRIVE, UPPER TUMON, GUAM 96913
TELEPHONE: (671) 649-8123

*Attorneys for Plaintiff Hun Sang Lee*



**FILED**
DISTRICT COURT OF GUAM

MAY - 1 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| HUN SANG LEE,<br><br>   Plaintiff,<br><br>  vs.<br><br>MANHATTAN GUAM, INC., *et al.*,<br><br>   Defendants.<br><br>AND RELATED CROSS CLAIMS AND<br>THIRD PARTY CLAIMS. | CIVIL CASE NO. 04-00027<br><br>**ORDER**<br>Granting Plaintiff's Motion to File<br>Facsimile Reply &Declaration |

Good cause appearing therein, Plaintiff Hun Sang Lee's Motion for Leave to File Facsimile Reply and Declaration of Counsel to Winzler & Kelly's Opposition to Plaintiff's *Ex Parte* Application of Time is hereby GRANTED.

SO ORDERED this _1st_ day of May 2006.

_____
JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

# ORIGINAL