RANDALL TODD THOMPSON
MAIR, MAIR, SPADE & THOMPSON
Suite 801, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Phone: (671) 472-2089
Fax: (671) 477-5206

ROBERT J. O'CONNOR
O'CONNOR BERMAN DOTTS & BANES
Second Floor, Nauru Building
Susupe, Saipan, CNMI
Mail: PO Box 50-1969 Saipan MP 96950
Phone: (670) 234-5684
Fax: (670) 234-5683

Attorneys for Defendant
Winzler & Kelly Consulting Engineers

FILED
DISTRICT COURT OF GUAM
MAY -1 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HUN SANG LEE,<br><br>    Plaintiff,<br><br>vs.<br><br>MANHATTAN GUAM, INC., et al.,<br><br>    Defendants. | Civ. No. CIV 04-00027<br><br>ORIGINAL SIGNATURE PAGE TO AFFIDAVIT OF ROBERT O'CONNOR |

Attached hereto is the original notarized signature page to the Affidavit Robert J. O'Connor that was filed with the Court on April 26, 2006.

Respectfully submitted this 1st day of May, 2006.

                      MAIR MAIR SPADE & THOMPSON
                      O'CONNOR BERMAN DOTTS & BANES
                      Counsel for Winzler & Kelly

                      BY: _____
                            SANDRA E. CRUZ

ORIGINAL

I declare upon penalty of perjury under the laws of the United States of America and the Commonwealth of the Northern Mariana Islands that the foregoing is true and correct to the best of my knowledge and belief, and that if called upon to testify, I could and would testify competently and in accordance herewith.

Executed at Saipan, CNMI, this 25th day of April, 2006.

_____
ROBERT J. O'CONNOR

## ACKNOWLEDGMENT

Subscribed and sworn to before me, a Notary Public in and for the Commonwealth of the Northern Mariana Islands, this 25th day of April, 2006, by Robert J. O'Connor.

_____
NOTARY JOSEPH E. HOREY
Notary Public
Commonwealth of the Northern Mariana Islands
My Commission expires: February 3, 2007

## CERTIFICATE OF SERVICE

I, SANDRA E. CRUZ, hereby certify that I have caused a copy of **ORIGINAL SIGNATURE PAGE TO AFFIDAVIT OF ROBERT O'CONNOR** to be served upon the following offices as set forth below:

On May 1, 2006, to:

Patrick F. McTernan, Esq.
Cronin, Fried, Sekiya, Kekina & Fairbanks
841 Bishop Street, Suite 600
Honolulu, Hawaii 96813-3962
Telefax: (808) 536-2073

    (by fax)

Jason S. Kim, Esq.
Law Offices of Jason S. Kim
Suite 303, Young's Professional Building
788 N. Marine Drive
Upper Tumon, Guam 96913

    (by personal delivery)

Attorneys for Plaintiff Hun Sang Lee

G. Patrick Civille, Esq.
Civille & Tang, PLLC
330 Herman Cortez Avenue, Suite 200
Hagåtña, Guam 96910

    (by personal delivery)

Attorneys for Defendant, Cross-Claimant and Cross-Defendant
    Manhattan Guam, Inc. dba Royal Orchid Hotel

Michael A. Pangelinan, Esq.
Jennifer Calvo-Quitugua, Esq.
Calvo & Clark, LLP
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913

    (by personal delivery)

Michael C. Carrolle, Esq.
Harvey J. Lung, Esq.
Bays, Deaver, Lung, Rose & Baba
1099 Alakea St. 16th Floor
Honolulu, Hawaii 96813
Fax No. (808) 533-4184

(by fax)

Attorneys for Defendant, Cross-Defendant and Cross-Claimant
Anthony Robins and Associates

Oscar A. Coloma
O.A. Coloma, P.C.
Suite 35, Paraoceana Business Center
674 Harmon Loop Road
Dededo, Guam 96929

Pro se

(by first class US Mail)

Dated this 1st day of May, 2006.

                                                                                               SANDRA E. CRUZ