

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| HUN SANG LEE,<br><br>Plaintiff,<br><br>vs.<br><br>MANHATTAN GUAM, INC., d.b.a.<br>ROYAL ORCHID HOTEL, *et al*.<br><br>Defendants.<br><br>AND RELATED CROSS CLAIMS AND THIRD PARTY CLAIMS. | Civil Case No. 04-00027<br><br>**ORDER**<br>GRANTING Plaintiff's Application for Extension of Time to File Opposition Brief <u>and</u> DENYING Winzler & Kelly's Request for Oral Argument on its Motion for Summary Judgment |

On March 31, 2006, defendant Winzler & Kelly Consulting Engineers ("Winzler & Kelly") filed a Motion for Summary Judgment. (Docket No. 103.) Additionally, Winzler & Kelly filed a Request for Oral Argument of its motion. (Docket No. 108.) Winzler & Kelly stated that because the Plaintiff had not agreed upon a date to hear argument on the Motion for Summary Judgment, it was requesting that a hearing on the motion be set between May 8 and May 26, 2006. (<u>Id.</u>)

On April 25, 2006, the Plaintiff filed an *ex parte* application requesting an extension of time for him to file an opposition brief to Winzler & Kelly's motion. (Docket No. 125.) The Plaintiff sought an extension until at least May 19, 2006, because (1) his counsel believed that the motion would be set for hearing on either May 24 or 25, and thus, under the Local Rules, his opposition would be due sometime in May 2006; and (2) his counsel's travel schedule (to attend

depositions and other matters related to this case) did not and would not afford him enough time to prepare an adequate response to the motion. (McTernan Aff., Docket No. 127, ¶5.)

On April 26, 2006, Winzler & Kelly filed an Opposition to Plaintiff's *Ex Parte* Application for Extension of Time. (Docket No. 129.) Winzler & Kelly stated that although it was not opposed to any extension of time, it was opposed to the Plaintiff's request that he be given until May 19 to file his opposition, because such an extension "would make it impossible for the motion to be fully briefed and heard by May 26." (Id. at 2.) Winzler & Kelly instead proposed that the Court grant the Plaintiff until May 10 to file an opposition and permit it to file a reply brief by May 22, with a hearing on May 24, 25 or 26, 2006. (Id.)

On May 1, 2006, the Plaintiff filed a reply to Winzler & Kelly's opposition.[1] (Docket No. 134.) The Plaintiff argued that perhaps a hearing on the motion is unnecessary. Accordingly, the Plaintiff reiterated his request that he be given until May 19 to file an opposition. The Plaintiff suggested Winzler & Kelly can then file its reply by April 26, 2006.

## DISCUSSION

Under the Local Rules, oral argument is not automatic and must be requested by the parties. Local Rule LR 7.1(e)(1). A request for oral argument may be denied in the discretion of the judge. Id. While the Court has the discretion to control the scheduling of motions and trials, said discretion is always guided by fairness and reason. See U.S. v. Doe, 627 F.2d 181, 183-84 (9th Cir. 1980). Furthermore, if a motion has not been set for oral argument, the opposing party has 14 days from the filing of the motion to file an opposition thereto. Local Rule 7.1(d)(2)(A).

Here, Winzler & Kelly requested that oral argument for its motion be set sometime before May 26, 2006. Unfortunately, there are several criminal trials scheduled during the three-week period in May when two different visiting District Judges are designated to serve this District. Because of the scheduling needs of the Court, the Court must deny Winzler & Kelly's request at this time.

---

[1] Upon motion by the Plaintiff, the Court permitted the Plaintiff to file via facsimile his reply brief and supporting declaration. The Court directs the Plaintiff to forthwith file the original signature pages of the motion, reply and declaration (Docket Nos. 133-35).

Since the Court has denied Winzler & Kelly's request to set oral argument in late May, and because the Plaintiff has shown good cause to support his request for an extension, the Court hereby grants the Plaintiff's request for an extension and directs him to file an opposition brief to Winzler & Kelly's Motion for Summary Judgment no later than May 19, 2006. Winzler & Kelly shall file a reply brief no later than June 2, 2006. If after complete briefing a visiting district judge determines that oral argument is necessary, such a hearing can be scheduled at a later date.

## CONCLUSION

Accordingly, the Court DENIES Winzler & Kelly's Request for Oral Argument (Docket No. 108) and GRANTS the Plaintiff's Application for an Extension of Time (Docket No. 125), consistent with the Court's ruling above.

SO ORDERED this 2nd day of May 2006.

_____
JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge