RANDALL TODD THOMPSON
MAIR, MAIR, SPADE & THOMPSON
Suite 801, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Phone: (671) 472-2089
Fax: (671) 477-5206

ROBERT J. O'CONNOR
O'CONNOR BERMAN DOTTS & BANES
Second Floor, Nauru Building
Susupe, Saipan, CNMI
Mail: PO Box 50-1969 Saipan MP 96950
Phone: (670) 234-5684
Fax: (670) 234-5683

Attorneys for Defendant
Winzler & Kelly Consulting Engineers

FILED
DISTRICT COURT OF GUAM
MAY -2 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HUN SANG LEE, | Civ. No. CIV 04-00027 |
| Plaintiff, | WINZLER & KELLY'S RESPONSE TO PLAINTIFF'S PROPOSALS RE BRIEFING |
| vs. | |
| MANHATTAN GUAM, INC., et al., | |
| Defendants. | |

Winzler & Kelly (W&K) agrees to the second of Plaintiff's three alternative proposals regarding briefing, as set forth on page 4 of his Reply, to wit:

1. That the hearing of W&K's motion for summary judgment be set for hearing on May 25 or 26.

2. That Plaintiff provide a copy of his opposition brief and all papers in support thereof (including all exhibits) to W&K's counsel Robert J. O'Connor by e-mail and/or fax by no later than 5:00 pm Guam time, Tuesday, May 16, 2006. He may file his papers in court on May 19, provided the papers filed do not differ in any respect from those provided to counsel on May 16.

**ORIGINAL**

3. That W&K file its reply by May 23.

If this proposal does not afford the court sufficient time to review W&K's reply brief prior to the hearing, or does not meet with the court's approval for any other reason, W&K would agree to any other schedule under which the motion is heard on or before May 26, and W&K is afforded at least 7 days to prepare its reply. W&K does not agree to Plaintiff's first proposal (no oral argument) or to his third (delay oral argument till August), as it believes: a) that the motion, straightforward though it is, is of such significance to the case that oral argument should be heard on it; b) that such argument will be of substantial assistance to the court; and c) that the hearing should be sufficiently in advance of the September trial date that W&K will not be required to engage in needless trial preparation in the event the motion is to be granted.

Respectfully submitted this 2nd day of May, 2006.

MAIR MAIR SPADE & THOMPSON
O'CONNOR BERMAN DOTTS & BANES
Counsel for Winzler & Kelly

BY: _____
SANDRA E. CRUZ

# CERTIFICATE OF SERVICE

I, **SANDRA E. CRUZ**, hereby certify that I have caused a copy of the **WINZLER & KELLY'S RESPONSE TO PLAINTIFF'S PROPOSAL RE BRIEFING**, to be served upon the following offices as set forth below:

On May 2, 2006, to:

Patrick F. McTernan, Esq.
Cronin, Fried, Sekiya, Kekina & Fairbanks
841 Bishop Street, Suite 600
Honolulu, Hawaii 96813-3962
Telefax: (808) 536-2073

    (by fax)

Jason S. Kim, Esq.
Law Offices of Jason S. Kim
Suite 303, Young's Professional Building
788 N. Marine Drive
Upper Tumon, Guam 96913

    (by personal delivery)

Attorneys for Plaintiff Hun Sang Lee

G. Patrick Civille, Esq.
Civille & Tang, PLLC
330 Herman Cortez Avenue, Suite 200
Hagåtña, Guam 96910

    (by personal delivery)

Attorneys for Defendant, Cross-Claimant and Cross-Defendant
    Manhattan Guam, Inc. dba Royal Orchid Hotel

Michael A. Pangelinan, Esq.
Jennifer Calvo-Quitugua, Esq.
Calvo & Clark, LLP
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913

    (by personal delivery)

Michael C. Carrolle, Esq.
Harvey J. Lung, Esq.
Bays, Deaver, Lung, Rose & Baba
1099 Alakea St. 16th Floor
Honolulu, Hawaii 96813
Fax No. (808) 533-4184

    (by fax)

Attorneys for Defendant, Cross-Defendant and Cross-Claimant
    Anthony Robins and Associates

Oscar A. Coloma
O.A. Coloma, P.C.
Suite 35, Paraoceana Business Center
674 Harmon Loop Road
Dededo, Guam 96929

Pro se

    (by first class US Mail)

Dated this 2nd day of May, 2006.

                                           */s/*
                                       **SANDRA E. CRUZ**