# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| Hun Sang Lee, | Case No. 1:04-cv-00027 |
| Plaintiff, | |
| vs. | |
| Manhattan Guam, Inc, et al., | **CERTIFICATE OF SERVICE** |
| Defendants. | |

The following office(s)/individual(s) acknowledged receipt of the Order Granting Application for Extension of Time to File Opposition Brief and Denying Request for Oral Argument filed May 2, 2006, on the dates indicated below:

| Law Offices Of Calvo and Clark | Mair, Mair, Spade and Thompson, P.C. | Law Offices of Jason S. Kim | Civille and Tang, PLLC |
|---|---|---|---|
| May 3, 2006 | May 3, 2006 | May 3, 2006 | May 3, 2006 |

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Order Granting Application for Extension of Time to File Opposition Brief and Denying Request for Oral Argument

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: May 3, 2006                             /s/ Renee M. Martinez
                                                          Deputy Clerk