

**CRONIN FRIED SEKIYA
KEKINA & FAIRBANKS**
841 BISHOP STREET, SUITE 600
HONOLULU, HAWAII 96813
TELEPHONE:    (800) 227-8601/(808) 524-1433

**JASON S. KIM, ESQ.**
SUITE 303, YOUNG'S PROFESSIONAL BUILDING
UPPER TUMON, GUAM 96913
TELEPHONE:    (671) 649-8123

*Attorneys for Plaintiff Hun Sang Lee*

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| HUN SANG LEE, | ) CIVIL CASE NO. CV04-00027 |
| Plaintiff, | ) PLAINTIFF HUN SANG LEE'S FIRST<br>) AMENDED NOTICE OF TAKING |
| vs. | ) 30(b)(6) DEPOSITION UPON ORAL<br>) EXAMINATION |
| MANHATTAN GUAM, INC., dba ROYAL<br>ORCHID HOTEL, ANTHONY ROBINS AND<br>ASSOCIATES, O.A. COLOMA, P.C.,<br>PHOENIX UNITED CORP., LTD.,<br>WINZLER & KELLY CONSULTING<br>ENGINEERS, and DOE DEFENDANTS One<br>through Ten, | ) (Rule 30(b)(6) Representative(s) of<br>) Manhattan Guam, Inc., dba Royal Orchid<br>) Hotel) |
| Defendants. | ) Current Trial Date: September 25, 2006<br>) Former Trial Date: November 14, 2005 |

| | |
|---|---|
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | ) ) ) |
| Cross-Claimant, | ) ) ) |
| vs. | ) ) ) |
| ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, | ) ) ) ) ) ) |
| Cross-Defendants. | ) ) ) |
| WINZLER & KELLY CONSULTING ENGINEERS, | ) ) ) |
| Third-Party Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| VSL PRESTRESING (GUAM), INC. | ) ) ) |
| Third-Party Defendant. | ) ) ) |
| ANTHONY ROBINS AND ASSOCIATES, | ) ) |
| Cross-Claimant, | ) ) ) |
| vs. | ) ) ) |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | ) ) ) |
| Cross-Defendants. | ) ) ) |

PLAINTIFF HUN SANG LEE'S FIRST AMENDED
NOTICE OF TAKING 30(b)(6) DEPOSITION UPON ORAL EXAMINATION

TO:    G. PATRICK CIVILLE, ESQ.
JOYCE C.H. TANG, ESQ.
Civille & Tang, PLLC
330 Hernan Cortez Avenue, Suite 200
Hagåtña, Guam 96910
*Attorneys for Defendant, Cross-Claimant and Cross-Defendant
Manhattan Guam, Inc., dba Royal Orchid Hotel*


HARVEY LUNG, ESQ.
MICHAEL CARROLL, ESQ.
Bays, Deaver Lung Rose Baba
1099 Alakea Street, 16th Floor, Alii Place
Honolulu, Hawaii 96813

MICHAEL A. PANGELINAN, ESQ.
JENNIFER CALVO-QUITUGUA, ESQ.
Calvo & Clark, LLP
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913

*Attorneys for Defendant, Cross-Defendant
and Cross-Claimant ANTHONY ROBINS AND ASSOCIATES*


RANDALL TODD THOMPSON, ESQ.
Mair, Mair, Spade & Thompson
238 Archbishop Flores Street
Suite 801, Pacific News Building
Hagåtña, Guam 96910

ROBERT J. O'CONNOR, ESQ.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building, Susupe
Post Office Box 501969
Saipan, MP 96959-1969
*Attorneys for Defendant, Third-Party Plaintiff and Cross-Defendant
Winzler & Kelly Consulting Engineers*

OSCAR A. COLOMA
O.A. Coloma, P.C.
Suite 35, Paraoceana Business Center
674 Harmon Loop Road
Dededo, Guam 96929
    Pro se

PLEASE TAKE NOTICE that Plaintiff above-named will take the following deposition on the date and time mentioned, or as otherwise agreed upon by the parties, at the offices of:: Jason S. Kim, Esq., Suite 303, Young's Professional Building, Upper Tumon, Guam 96913 (Telephone: 671-649-8123).

| NAME AND ADDRESS | DATE & TIME |
|---|---|
| Rule 30(b)(6) Representative(s) of Manhattan Guam, Inc., dba Royal Orchid Hotel c/o G. Patrick Civille, Esq. Joyce C.H. Tang, Esq. Civille & Tang, PLLC 330 Hernan Cortez Avenue, Suite 200 Hagåtña, Guam 96910 | May 8, 2006, Monday 9:00 a.m. |

The deponent(s) for such deposition is/are to be designated by Defendant Manhattan Guam, Inc., dba Royal Orchid Hotel, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, and is/are to be the person(s) most knowledgeable about, and competent to testify regarding:

    1.    The facts supporting Manhattan Guam's statements, in response to Request for Admission No. 1 of Plaintiff's First Request for Admissions, that Manhattan Guam "does know that the pool was constructed according to plans" and "those plans were in the possession of DPW."

2.	The names and contact information for all persons with knowledge of the facts supporting Manhattan Guam's statements, in response to Request for Admission No. 1 of Plaintiff's First Request for Admissions, that Manhattan Guam "does know that the pool was constructed according to plans" and "those plans were in the possession of DPW."

3.	Who prepared construction drawings and/or shop drawings and/or as-built drawings for the pool.

4.	Who built the pool and pool stairs.

Said deposition shall be upon oral examination pursuant to Rule 30(b)(6), Federal Rules of Civil Procedure, before a Certified Shorthand Reporter duly authorized by law to administer oaths. The oral deposition will continue from day to day until completed. You are invited to attend and cross-examine.

DATED: Honolulu, Hawaii, April 26, 2006.

CRONIN FRIED SEKIYA
KEKINA & FAIRBANKS

JASON S. KIM, ESQ.

By_____
L. RICHARD FRIED, JR.
Attorneys for Plaintiff