
**CRONIN FRIED SEKIYA**
**KEKINA & FAIRBANKS**
841 BISHOP STREET, SUITE 600
HONOLULU, HAWAII 96813
TELEPHONE: (800) 227-8601/(808) 524-1433

**JASON S. KIM, ESQ.**
SUITE 303, YOUNG'S PROFESSIONAL BUILDING
UPPER TUMON, GUAM 96913
TELEPHONE: (671) 649-8123

*Attorneys for Plaintiff Hun Sang Lee*

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| HUN SANG LEE, | ) CIVIL CASE NO. CV04-00027 |
| Plaintiff, | ) CERTIFICATE OF SERVICE RE: <br> ) PLAINTIFF HUN SANG LEE'S FIRST |
| vs. | ) AMENDED NOTICE OF TAKING <br> ) 30(b)(6) DEPOSITION UPON ORAL |
| MANHATTAN GUAM, INC., dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten, | ) EXAMINATION <br> ) <br> ) (Rule 30(b)(6) Representative(s) of <br> ) Manhattan Guam, Inc., dba Royal Orchid <br> ) Hotel) |
| Defendants. | ) Current Trial Date: September 25, 2006 <br> ) Former Trial Date: November 14, 2005 |

| | |
|---|---|
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | )<br>)<br>) |
| Cross-Claimant, | )<br>) |
| vs. | )<br>) |
| ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, | )<br>)<br>)<br>)<br>)<br>) |
| Cross-Defendants. | )<br>) |
| WINZLER & KELLY CONSULTING ENGINEERS, | )<br>)<br>) |
| Third-Party Plaintiff, | )<br>) |
| vs. | )<br>) |
| VSL PRESTRESING (GUAM), INC. | )<br>) |
| Third-Party Defendant. | )<br>) |
| ANTHONY ROBINS AND ASSOCIATES, | )<br>) |
| Cross-Claimant, | )<br>) |
| vs. | )<br>) |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | )<br>)<br>) |
| Cross-Defendants. | )<br>) |

CERTIFICATE OF SERVICE RE:
PLAINTIFF HUN SANG LEE'S FIRST AMENDED
NOTICE OF TAKING 30(b)(6) DEPOSITION UPON ORAL EXAMINATION

I, L. RICHARD FRIED, JR., hereby certify that on April 26, 2006, I caused an unfiled copy of PLAINTIFF HUN SANG LEE'S FIRST AMENDED NOTICE OF TAKING 30(b)(6) DEPOSITION UPON ORAL EXAMINATION (Rule 30(b)(6) Representative(s) of Manhattan Guam, Inc., dba Royal Orchid Hotel) to be served by e-mail on the following:

G. PATRICK CIVILLE, ESQ. G. (pciville@guamattorneys.com)
JOYCE TANG (jtang@guamattorneys.com)
Civille & Tang, PLLC
330 Hernan Cortez Avenue, Suite 200
Hagåtña, Guam 96910
*Attorneys for Defendant, Cross-Claimant and Cross-Defendant
Manhattan Guam, Inc., dba Royal Orchid Hotel*

HARVEY LUNG, ESQ. (hlung@legalhawaii.com)
MICHAEL CARROLL, ESQ. (mcarroll@legalhawaii.com)
Bays, Deaver Lung Rose Baba
1099 Alakea Street, 16th Floor, Alii Place
Honolulu, Hawaii 96813

MICHAEL A. PANGELINAN, ESQ. (mpangelinan@calvoclark.com)
JENNIFER CALVO-QUITUGUA, ESQ. (jcalvo@calvoclark.com)
Calvo & Clark, LLP
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
*Attorneys for Defendant, Cross-Defendant
and Cross-Claimant ANTHONY ROBINS AND ASSOCIATES*

RANDALL TODD THOMPSON, ESQ. (thompson@mmstlaw.com)
Mair, Mair, Spade & Thompson
238 Archbishop Flores Street
Suite 801, Pacific News Building
Hagåtña, Guam 96910

ROBERT J. O'CONNOR, ESQ. (attorneys@saipan.com)
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building, Susupe
Post Office Box 501969
Saipan, MP 96959-1969

*Attorneys for Defendant, Third-Party Plaintiff and Cross-Defendant
Winzler & Kelly Consulting Engineers*

Oscar A. Coloma (coloma@netpci.com)
O.A. Coloma, P.C.
Suite 35, Paraoceana Business Center
674 Harmon Loop Road
Dededo, Guam 96929
        Pro se

DATED: Honolulu, Hawaii, April 27, 2006.

        CRONIN FRIED SEKIYA
        KEKINA & FAIRBANKS

        JASON S. KIM, ESQ.

By_____
        L. RICHARD FRIED, JR.
        Attorneys for Plaintiff