HARVEY LUNG, ESQ.
BAYS DEAVER LUNG ROSE BABA
1099 Alakea Street
16th Floor, Ali'i Place
Honolulu, Hawai'i 96813
Telephone: (808) 523-9000
Facsimile: (808) 533-4184

MICHAEL A. PANGELINAN, ESQ.
JENNIFER CALVO-QUITUGUA, ESQ.
CALVO & CLARK, LLP
655 South Marine Corps Drive
Suite 202, Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for Defendant/Crossdefendant*
Anthony Robins and Associates

FILED
DISTRICT COURT OF GUAM
MAY - 4 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

| | |
|---|---|
| HUN SANG LEE,<br><br>    Plaintiff,<br><br>v.<br><br>MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten,<br><br>    Defendants. | CIVIL CASE 04-00027<br><br><br><br><br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL,<br><br>    Cross-Claimant,<br><br>v.<br><br>ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS,<br><br>    Cross-Defendants. | |

| | |
|---|---|
| WINZLER & KELLY CONSULTING ENGINEERS, | |
| | Third-Party Plaintiff, |
| v. | |
| VSL PRESTRESSING (GUAM), INC., | |
| | Third-Party Defendant. |
| ANTHONY ROBINS AND ASSOCIATES, | |
| | Cross-Claimant, |
| v. | |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | |
| | Cross-Defendant. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

The undersigned, counsel for Defendant/Crossdefendant Anthony Robins and Associates, hereby certifies that a true and correct copy of the following:

1. DEFENDANT ANTHONY ROBINS AND ASSOCIATES RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS, FIRST REQUEST FOR ANSWERS TO INTERROGATORIES, AND FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT ANTHONY ROBINS AND ASSOCIATES

was served via Hand Delivery on May 2, 2006, to the following:

G. PATRICK CIVILLE, ESQ.
JOYCE C.H. TANG, ESQ.
Civille & Tang, PLLC
330 Hernan Cortez Avenue, Suite 200
Hagatna, Guam 96910
*Attorneys for Defendant, Cross-Claimant and Cross-Defendant Manhattan Guam, Inc. dba Royal Orchid Hotel*

RANDALL TODD THOMPSON, ESQ.
Mair, Mair, Spade & Thompson
238 Archbishop Flores Street
Suite 801, Pacific News Building
Hagatna, Guam 96910
*Attorneys for Defendant, Third-Party Plaintiff and Cross-Defendant Winzler & Kelly Consulting Engineers*

JASON S. KIM, ESQ.
Suite 303, Young's Professional Building
Upper Tumon, Guam 96913
*Attorneys for Plaintiff Hun Sang Lee*

OSCAR A. COLOMA
O.A. Coloma, P.C.
Suite 35, Paraoceana Business Center
674 Harmon Loop Road
Dededo, Guam 96929
*Pro Se*

with courtesy copies by facsimile to the following:

ROBERT J. O'CONNOR
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building, Susupe
Post Office Box 501969
Saipan, MP 96959-1969
Facsimile No.: (670) 234-5683
*Attorneys for Defendant, Third-Party Plaintiff and Cross-Defendant Winzler & Kelly Consulting Engineers*

PATRICK MCTERNAN, ESQ.
**Cronin Fried Sekiya**
**Kekina & FairBanks**
**841 Bishop Street, Suite 600**
**Honolulu, Hawaii 96813**
**Facsimile No.: (808) 536-2073**
*Attorneys for Plaintiff Hun Sang Lee*

Dated this 4th day of May, 2006.

                       BAYS DEAVER LUNG ROSE BABA
                       Attorneys at Law

                       CALVO & CLARK, LLP
                       Attorneys at Law

By: *[signature]*
**JENNIFER CALVO-QUITUGUA**
*Attorneys for Defendant/Crossdefendant*
Anthony Robins and Associates