RANDALL TODD THOMPSON
MAIR, MAIR, SPADE & THOMPSON
Suite 801, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Phone: (671) 472-2089
Fax: (671) 477-5206

ROBERT J. O'CONNOR
O'CONNOR BERMAN DOTTS & BANES
Second Floor, Nauru Building
Susupe, Saipan, CNMI
Mail: PO Box 50-1969 Saipan MP 96950
Phone: (670) 234-5684
Fax: (670) 234-5683

Attorneys for Defendant
Winzler & Kelly Consulting Engineers

**FILED**
DISTRICT COURT OF GUAM
MAY 25 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HUN SANG LEE, | Civ. No. CIV 04-00027 |
| Plaintiff, | |
| vs. | WITHDRAWAL OF WINZLER & KELLY'S MOTION FOR SUMMARY JUDGMENT |
| MANHATTAN GUAM, INC., et al., | |
| Defendants. | |

The parties having agreed to terms for an amicable settlement of this matter, Defendant Winzler & Kelly Consulting Engineers hereby withdraws its pending Motion For Summary Judgment (filed March 31, 2006), without prejudice to re-filing the same in the event of unforeseen circumstances arising prior to the final disposition of this matter.

Respectfully submitted this 25th day of May, 2006.

MAIR MAIR SPADE & THOMPSON
O'CONNOR BERMAN DOTTS & BANES
Counsel for Winzler & Kelly

By _____
SANDRA E. CRUZ

P063069.SEC

ORIGINAL

# CERTIFICATE OF SERVICE

I, **SANDRA E. CRUZ**, hereby certify that I have caused a copy of the **WITHDRAWAL OF WINZLER & KELLY'S MOTION FOR SUMMARY JUDGMENT**, to be served upon the following offices as set forth below:

On May 25, 2006, to:

Patrick F. McTernan, Esq.
Cronin, Fried, Sekiya, Kekina & Fairbanks
841 Bishop Street, Suite 600
Honolulu, Hawaii 96813-3962
Telefax: (808) 536-2073

    (by fax)

Jason S. Kim, Esq.
Law Offices of Jason S. Kim
Suite 303, Young's Professional Building
788 N. Marine Drive
Upper Tumon, Guam 96913

    (by personal delivery)

Attorneys for Plaintiff Hun Sang Lee

G. Patrick Civille, Esq.
Civille & Tang, PLLC
330 Herman Cortez Avenue, Suite 200
Hagåtña, Guam 96910

    (by personal delivery)

Attorneys for Defendant, Cross-Claimant and Cross-Defendant
    Manhattan Guam, Inc. dba Royal Orchid Hotel

Michael A. Pangelinan, Esq.
Jennifer Calvo-Quitugua, Esq.
Calvo & Clark, LLP
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913

    (by personal delivery)

2

Case 1:04-cv-00027   Document 145   Filed 05/25/2006   Page 2 of 3

Michael C. Carrolle, Esq.
Harvey J. Lung, Esq.
Bays, Deaver, Lung, Rose & Baba
1099 Alakea St. 16th Floor
Honolulu, Hawaii 96813
Fax No. (808) 533-4184

    (by fax)

Attorneys for Defendant, Cross-Defendant and Cross-Claimant
    Anthony Robins and Associates

Oscar A. Coloma
O.A. Coloma, P.C.
Suite 35, Paraoceana Business Center
674 Harmon Loop Road
Dededo, Guam 96929

Pro se

    (by first class US Mail)

Dated this 25th day of May, 2006.

                                                                           *[signature]*
                                                         SANDRA E. CRUZ

P063069.SEC