**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant/Cross-Claimant*
*Manhattan Guam, Inc.,*
*dba Royal Orchid Hotel*

**FILED**
DISTRICT COURT OF GUAM
AUG 3 1 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| HUN SANG LEE, | CIVIL CASE NO. CV04-00027 |
| Plaintiff, | |
| vs. | **STIPULATED DISMISSAL WITH PREJUDICE** |
| MANHATTAN GUAM, INC., dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten, | |
| Defendants. | |
| AND RELATED CROSS-CLAIMS. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that all claims in the above-captioned matter shall be dismissed with prejudice, the parties to bear their respective attorney's fees and costs.

SO STIPULATED.

**LAW OFFICE OF JASON S. KIM**

**CRONIN, FRIED, SEKIYA, KEKINA & FAIRBANKS**

By: _____
    JASON S. KIM
    *Attorneys for Plaintiff*
    *Hun Sang Lee*

Date: 8/30/06

**MAIR, MAIR, SPADE & THOMPSON**

**O'CONNOR BERMAN DOTTS & BANES**

By: _____
    RANDALL TODD THOMPSON
    *Attorneys for Defendant*
    *Winzler & Kelly Consulting*
    *Engineers*

Date: 8/29/06

**CIVILLE & TANG, PLLC**

By: _____
    G. PATRICK CIVILLE
    *Attorneys for Defendant*
    *Manhattan Guam, Inc.,*
    *dba Royal Orchid Hotel*

Date: 8/29/06

**CALVO & CLARK, LLP**

**BAYS DEAVER LUNG ROSE BABA**

By: _____
    JENNIFER CALVO-QUITUGUA
    *Attorneys for Defendant*
    *Anthony Robins and Associates*

Date: 8/29/06

2

Case 1:04-cv-00027  Document 146  Filed 08/31/2006  Page 2 of 2