CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant/Cross-Claimant*
*Manhattan Guam, Inc.,*
*dba Royal Orchid Hotel*



FILED
DISTRICT COURT OF GUAM

AUG 3 1 2006

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| HUN SANG LEE, | CIVIL CASE NO. CV04-00027 |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL** |
| MANHATTAN GUAM, INC., dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten, | |
| Defendants. | |
| AND RELATED CROSS-CLAIMS. | |

Based on the stipulation of the parties filed herein,

IT IS HEREBY ORDERED that all claims in the above-captioned matter shall be dismissed with prejudice, with each party bearing their respective attorney's fees and costs incurred in this matter.

DATED: August 31, 2006.

RONALD B. LEIGHTON
DISTRICT JUDGE

**ORIGINAL**