1  RANDALL TODD THOMPSON
   MAIR, MAIR, SPADE & THOMPSON
2  238 A.F.C. Flores Street
   Suite 801, Pacific News Building
3  Hagåtña, Guam 96910
   Telephone: (671) 472-2089
4  Telefax: (671) 477-5206

5  ROBERT J. O'CONNOR
   O'CONNOR BERMAN DOTTS & BANES
6  2nd Floor, Nauru Building, Susupe
   P.O. Box 501969,
7  Saipan, MP 96950-1969
   Telephone: (670) 234-5684
8  Telefax: (670) 234-5683

9  Attorneys for Defendant/Cross-Defendant/Third-Party Plaintiff
   Winzler & Kelly Consulting Engineers

**FILED**
DISTRICT COURT OF GUAM
SEP 25 2006
MARY L.M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| HUN SANG LEE, | CIVIL CASE NO.: CIV04-00027 |
| Plaintiff, | |
| v. | DISMISSAL OF THIRD-PARTY COMPLAINT WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a) |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, and DOE DEFENDANTS One through Ten, | |
| Defendants. | |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | |
| Cross-Claimant, | |
| v. | |
| ANTHONY ROBINS AND ASSOCIATES, O.A. COLOMA, P.C., PHOENIX UNITED CORP., LTD., WINZLER & KELLY CONSULTING ENGINEERS, | |
| Cross-Defendants. | |

- 1 -

**ORIGINAL**

| | |
|---|---|
| WINZLER & KELLY CONSULTING ENGINEERS, | ) |
| Third-Party Plaintiff, | ) ) ) |
| v. | ) |
| VSL PRESTRESSING (GUAM), INC. | ) ) |
| Third-Party Defendant. | ) ) ) |
| ANTHONY ROBINS AND ASSOCIATES, | ) ) |
| Cross-Claimant, | ) ) |
| v. | ) ) |
| MANHATTAN GUAM, INC. dba ROYAL ORCHID HOTEL, | ) ) ) |
| Cross-Defendant. | ) ) |

**COMES NOW** Defendant/Cross-Defendant/Third Party Plaintiff Winzler & Kelly Consulting Engineers which does hereby dismiss all its claims with prejudice pursuant to Fed. R. Civ. P. 41(a), all parties to bear their own costs.

Dated this 25th day of September, 2006.

                      MAIR, MAIR, SPADE & THOMPSON
                      A Professional Corporation
                      Attorneys for Winzler & Kelly Consulting Engineers

By_____
        SANDR E. CRUZ

# CERTIFICATE OF SERVICE

I, **SANDRA E. CRUZ**, hereby certify that I have caused a copy of the **DISMISSAL OF THIRD-PARTY COMPLAINT WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)** to be served upon the following offices as set forth below:

On September 25, 2006, to:

Patrick F. McTernan, Esq.
Cronin, Fried, Sekiya, Kekina & Fairbanks
841 Bishop Street, Suite 600
Honolulu, Hawaii 96813-3962
Telefax: (808) 536-2073

(by fax)

Jason S. Kim, Esq.
Law Offices of Jason S. Kim
Suite 303, Young's Professional Building
788 N. Marine Drive
Upper Tumon, Guam 96913

(by personal delivery)

*Attorneys for Plaintiff Hun Sang Lee*

G. Patrick Civille, Esq.
Civille & Tang, PLLC
330 Herman Cortez Avenue, Suite 200
Hagåtña, Guam 96910

(by personal delivery)

*Attorneys for Defendant, Cross-Claimant and Cross-Defendant*
*Manhattan Guam, Inc. dba Royal Orchid Hotel*

Michael A. Pangelinan, Esq.
Jennifer Calvo-Quitugua, Esq.
Calvo & Clark, LLP
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913

(by personal delivery)

| | |
|---|---|
| 1 | Michael C. Carrolle, Esq. |
| 2 | Harvey J. Lung, Esq. |
|   | Bays, Deaver, Lung, Rose & Baba |
| 3 | 1099 Alakea St. 16th Floor |
|   | Honolulu, Hawaii 96813 |
| 4 | Fax No. (808) 533-4184 |

(by fax)

*Attorneys for Defendant, Cross-Defendant and Cross-Claimant Anthony Robins and Associates*

Oscar A. Coloma
O.A. Coloma, P.C.
Suite 35, Paraoceana Business Center
674 Harmon Loop Road
Dededo, Guam 96929

*Pro se*

(by first class US Mail)

Dated this 25th day of September, 2006.

_____
SANDRA E. CRUZ

P063150.SEC