# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| Hun Sang Lee, <br><br> Plaintiff, <br><br> vs. <br><br> Manhattan Guam, Inc., dba Royal Orchid Hotel, et al., <br><br> Defendants. | Civil Case No. 1:04-cv-00027 <br><br><br> **J U D G M E N T** |

    Judgment is hereby entered in accordance with the following documents: Order of Dismissal, filed August 31, 2006; and, Dismissal of Third-Party Complaint with Prejudice Pursuant to Federal Rules of Civil Procedure 41(a), filed September 25, 2006.

Dated this 25th day of September, 2006, Hagatna, Guam.

                                                                          **/s/ Mary L.M. Moran**
                                                                             Clerk of Court