GUD NT ENT (8/05)

**DISTRICT COURT OF GUAM**

4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910
671-473-9100

| | |
|---|---|
| Hun Sang Lee,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Manhattan Guam, Inc. dba Royal Orchid Hotel, et al.,<br><br>　　　　Defendants. | Case No. 1:04-cv-00027 |

# NOTICE OF ENTRY OF ORDER

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following order:

**Judgment filed September 25, 2006**
**Date of Entry: September 25, 2006**

The original order is on file at the Clerk's Office of this court. The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**

**Date:** September 25, 2006　　　　　　　　　　　　　　　Clerk of Court
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**/s/ Mary L.M. Moran**