# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

# CERTIFICATE OF SERVICE

| | |
|---|---|
| Hung Sang Lee**,**<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Manhattan Guam, Inc., dba Royal Orchid Hotel, et al.,<br><br>　　　　　Defendants. | **Case No: 1:04-cv-00027** |

The following entity was served by first class mail on September 28, 2006:

　　Law Offices of Jason S. Kim
　　Suite 303, Young's Professional Building
　　788 N. Marine Drive
　　Upper Tumon, GU 96913

I, Renee M. Martinez, declare under penalty of perjury that on the above-listed date I served the:

Clerk's Judgment filed September 25, 2006 and Notice of Entry filed September 25, 2006

on the above listed entity in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 28, 2006　　　　　　　　　　　　　　/s/ Renee M. Martinez
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk